| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ALABAMA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Sarai Services Group, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-2302969

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3405 Triana Boulevard SW** <br> **Huntsville, AL 35805** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Madison** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Case 18-82948-CRJ11    Doc 1    Filed 10/03/18    Entered 10/03/18 16:13:47    Desc Main
Document    Page 1 of 9

Debtor  **Sarai Services Group, Inc.**                    Case number (*if known*)
         Name

7. **Describe debtor's business**  A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
       __5416__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    - ■ No.
    - ☐ Yes.

    If more than 2 cases, attach a separate list.

    | District | When | Case number |
    |---|---|---|
    | | | |
    | | | |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Debtor **Sarai Services Group, Inc.** Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in** *Check all that apply:*
　　**this district?**
　　■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

　　☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or** ■ No
　　**have possession of any**
　　**real property or personal** ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
　　**property that needs**
　　**immediate attention?**
　　　　**Why does the property need immediate attention?** (*Check all that apply.*)

　　　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　　　　　What is the hazard? _____

　　　　☐ It needs to be physically secured or protected from the weather.

　　　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　　　　☐ Other
　　　　**Where is the property?** _____
　　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code
　　　　**Is the property insured?**
　　　　☐ No
　　　　☐ Yes.  Insurance agency _____
　　　　　　　　Contact name _____
　　　　　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of** .　*Check one:*
　　**available funds**
　　■ Funds will be available for distribution to unsecured creditors.

　　☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of** ■ 1-49　　　　　　　　　☐ 1,000-5,000　　　　　　　☐ 25,001-50,000
　　**creditors**　　　　　　☐ 50-99　　　　　　　　☐ 5001-10,000　　　　　　☐ 50,001-100,000
　　　　　　　　　　　　☐ 100-199　　　　　　　☐ 10,001-25,000　　　　　☐ More than100,000
　　　　　　　　　　　　☐ 200-999

**15. Estimated Assets**　　　☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
　　　　　　　　　　　　☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
　　　　　　　　　　　　☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
　　　　　　　　　　　　☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

**16. Estimated liabilities**　　☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
　　　　　　　　　　　　☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
　　　　　　　　　　　　☐ $100,001 - $500,000　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
　　　　　　　　　　　　☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

| Debtor | Sarai Services Group, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2018**
                MM / DD / YYYY

**X**   **/s/ James Mitchell**                 **James Mitchell**
    Signature of authorized representative of debtor           Printed name

Title    **CEO**

**18. Signature of attorney**

**X**   **/s/ Tazewell T. Shepard**           Date   **October 3, 2018**
    Signature of attorney for debtor                            MM / DD / YYYY

**Tazewell T. Shepard ASB-4962-S68T**
Printed name

**Sparkman, Shepard & Morris, P.C.**
Firm name

**303 Williams Avenue, Suite 1411**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

Contact phone                  Email address

**ASB-4962-S68T**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Sarai Services Group, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alabama Department of Revenue Income Tax Division P O Box 327460 Montgomery, AL 36132** | | **State Income Tax** | **Unliquidated** | | | **$70,584.84** |
| **Alabama Dept of Labor 649 Monroe Street Montgomery, AL 36131** | | **State Unemployment Insurance** | **Unliquidated** | | | **$15,175.75** |
| **American Express Company 200 Vesey Street New York, NY 10285-3106** | | | **Unliquidated** | | | **$140,000.00** |
| **Arkansas Department of Finance Little Rock Revenue Central Office 1900 W. 7th Street, Room 1040 Little Rock, AR 72201** | | **State Income Tax** | **Unliquidated** | | | **$19,463.23** |
| **Baker Donelson 420 20th Street North Birmingham, AL 35203** | | **Unpaid Legal Fees** | **Unliquidated** | | | **$84,257.04** |
| **Everest Funding 8200 NW 52 Terrace, Floor 2 Doral, FL 33166** | | **Accounts Receivable** | **Unliquidated** | | | **$0.00** |

| Debtor | Sarai Services Group, Inc. | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | Unliquidated | | | $452,220.80 |
| James Calvin Mitchell<br>6017 Doc Sandlin Road<br>Huntsville, AL 35811 | | Unpaid Wages | Unliquidated | | | $1,039,256.30 |
| Joshuah Rodery<br>7617 Mt. Carmel Drive<br>Orlando, FL 32835 | | Unpaid Wages | Unliquidated | | | $203,043.43 |
| Lending Club<br>71 Stevenson Street Suite 1000<br>San Francisco, CA 94105 | | Accounts Receivable | Unliquidated | | | $0.00 |
| Pearl Capital<br>100 William Street, 9th Floor<br>New York, NY 10038 | | Accounts Receivable | Unliquidated | | | $0.00 |
| River City Mechanical<br>PO Box 13276<br>Maumelle, AR 72113 | | | Unliquidated | | | $47,401.19 |
| Silver Star Shopping<br>301 S. New York Avenue<br>Suite 200<br>Winter Park, FL 32789 | | | Unliquidated | | | $20,347.20 |
| Terrence Howard<br>2903 Chantry Place<br>Gurley, AL 35748 | | Unpaid Wages | Unliquidated | | | $12,310.00 |
| Texas Comptroller of Public Accounts<br>PO Box 13528, Capital Station<br>Austin, TX 78711 | | State Income Tax | Unliquidated | | | $8,678.09 |
| Traveler's Insurance<br>One Tower Square<br>Hartford, CT 06183 | | | Unliquidated | | | $30,000.00 |
| United Healthcare Services<br>UHS Premium Billing<br>P.O. Box 959782<br>Saint Louis, MO 63195 | | | Unliquidated | | | $103,612.47 |

| Debtor | Sarai Services Group, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Virginia Tax** **Office of Customer Services** **PO Box 1115** **Richmond, VA 23218-1115** | | State Income Tax | Unliquidated | | | $66,332.09 |
| **Voya** **Accounting and Collections** **PO Box 75131** **Charlotte, NC 28275** | | | Unliquidated | | | $17,152.29 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Alabama

In re  **Sarai Services Group, Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **6,500.00** |
   | Prior to the filing of this statement I have received | $ **6,500.00** |
   | Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   **a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. The above-listed disclosed amount is a retainer amount. All legal work, including work in excess of the retainer amount, will be billed hourly and subject to court approval.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 3, 2018**  
*Date*

**/s/ Tazewell T. Shepard**  
**Tazewell T. Shepard ASB-4962-S68T**  
*Signature of Attorney*  
**Sparkman, Shepard & Morris, P.C.**  
**303 Williams Avenue, Suite 1411**  
**Huntsville, AL 35801**  
*Name of law firm*

---

| | | |
|---|---|---|
| Alabama Department of Revenue<br>Income Tax Division<br>P O Box 327460<br>Montgomery, AL 36132 | Lending Club<br>71 Stevenson Street<br>Suite 1000<br>San Francisco, CA 94105 | Voya<br>Accounting and Collections<br>PO Box 75131<br>Charlotte, NC 28275 |
| Alabama Dept of Labor<br>649 Monroe Street<br>Montgomery, AL 36131 | Pearl Capital<br>100 William Street, 9th Floor<br>New York, NY 10038 | |
| American Express Company<br>200 Vesey Street<br>New York, NY 10285-3106 | River City Mechanical<br>PO Box 13276<br>Maumelle, AR 72113 | |
| Arkansas Department of Finance<br>Little Rock Revenue Central Office<br>1900 W. 7th Street, Room 1040<br>Little Rock, AR 72201 | Silver Star Shopping<br>301 S. New York Avenue<br>Suite 200<br>Winter Park, FL 32789 | |
| Baker Donelson<br>420 20th Street North<br>Birmingham, AL 35203 | Terrence Howard<br>2903 Chantry Place<br>Gurley, AL 35748 | |
| Everest Funding<br>8200 NW 52 Terrace, Floor 2<br>Doral, FL 33166 | Texas Comptroller of Public Accounts<br>PO Box 13528, Capital Station<br>Austin, TX 78711 | |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Traveler's Insurance<br>One Tower Square<br>Hartford, CT 06183 | |
| James Calvin Mitchell<br>6017 Doc Sandlin Road<br>Huntsville, AL 35811 | United Healthcare Services<br>UHS Premium Billing<br>P.O. Box 959782<br>Saint Louis, MO 63195 | |
| Joshuah Rodery<br>7617 Mt. Carmel Drive<br>Orlando, FL 32835 | Virginia Tax<br>Office of Customer Services<br>PO Box 1115<br>Richmond, VA 23218-1115 | |