# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **SARAI SERVICES GROUP, INC.,** ) | |
| ) | **Case Number: 18-82948-CRJ11** |
| **Debtor.** ) | |
| **In re:** ) | |
| ) | **Chapter 11** |
| **SSG WW JV LLC,** ) | |
| ) | **Case Number: 18-82949-CRJ11** |
| **Debtor.** ) | |
| **In re:** ) | |
| ) | **Chapter 11** |
| **CM HOLDING, INC.,** ) | |
| ) | **Case Number 18-82951-CRJ11** |
| **Debtor.** ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS AND PLEADINGS

**COMES NOW** Joe A. Joseph who hereby appear in this case as attorney for National Bank of Commerce and requests: (1) that his name at the address listed below be added to the matrix; and (2) that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case. The address for the requester is as follows:

>Joe A. Joseph
>Burr & Forman LLP
>420 20th Street North, Suite 3400
>Birmingham, Alabama 35244
>Phone: (205) 251-3000
>email: jjoseph@burr.com

>/s/ Joe A. Joseph
>Joe A. Joseph
>Attorney for National Bank of Commerce

32445397 v1

**OF COUNSEL:**

Burr & Forman LLP
420 20th Street North, Suite 3400
Birmingham, Alabama 35244
Phone: (205) 251-3000
E-mail:jjoseph@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, on this the 9th day of October 2018:

| | |
|---|---|
| Tazewell Taylor Shepard, IV | Richard M Blythe |
| Sparkman, Shepard & Morris, P.C. | United States Bankruptcy Administrator |
| P.O. Box 19045 | PO Box 3045 |
| Huntsville, AL 35804 | Decatur, AL 35602 |
| E-mail:  ty@ssmattorneys.com | E-mail:  Richard_Blythe@alnba.uscourts.gov |

                /s/ Joe A. Joseph
                OF COUNSEL