# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Sarai Services Group, Inc. | ) | Case No.: 18-82948-CRJ-11 |
| EIN: xx-xxx2969 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

## ORDER FIXING PROCEDURE FOR PERIODIC INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 11 ATTORNEYS

This matter came before the Court upon the Debtor's Motion to Fix Procedure for Periodic Interim Allowance of Compensation and Reimbursement of Expenses for Chapter 11 Attorneys (Doc. 4). After proper notice, a hearing was held on October 10, 2018 with appearances by Tazewell T. Shepard IV on behalf of the Debtor-in-Possession, Joe A. Joseph on behalf of National Bank of Commerce, and Richard M. Blythe on behalf of the Bankruptcy Administrator.

Upon consideration by the Court, and with no objections having been filed, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that the Debtor's Motion to Fix Procedure for Periodic Interim Allowance of Compensation and Reimbursement of Expenses for Chapter 11 Attorneys (Doc. 4) is **GRANTED** on an interim basis until the final hearing on this matter on November 5, 2018.

Dated this the 16th day of October, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor