United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO. :** 18-82948    **MONTH ENDING:** 10/2018

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES___ NO _X_  All post petition individual taxes have been paid and the deposit slips are attached.   N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES _X_ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:     TYPE_____not in force.

    TYPE_____not in force.

3.  YES _X_ NO____  New books and records were opened and are being maintained daily.

4.  YES _X_ NO____  Copies of all banks statements and reconciliations are attached .

5.  YES _X_ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _X_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18

_____ RESPONSIBLE PARTY

Phone No. 256 347 9292

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO. :** 18-82948    **MONTH ENDING:** 10/2018

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    **(Circle One)**    -Cash |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) ___39,358___

B.  RECEIPTS:

    Accounts Receivable from
Form BA-02(A)-Line II(C) ___380,902___

    Cash Sales _____

    Loan Proceeds ___120,481___
from C. Mitchell

    Sale of Property _____
    (Not in ordinary
    course of business)

    Other_____ _____

    _____ _____

C.  TOTAL RECEIPTS ___501,383___
    (Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B) ___510,857___

E.  SURPLUS OR DEFICIT _____
    (C minus D)

F.  CASH ON HAND (End) ___29,884___
    (A plus E)

**Income Statement side:**

1.  REVENUE FROM TOTAL SALES $ ___380,902___

2.  LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) _____

3.  EQUALS GROSS PROFIT (1 minus 2) ___380,902___

4.  LESS OPERATING EXPENSES ___510,857___

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4) ___(129,955)___

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7.  EQUALS NET PROFIT OR NET LOSS $ ___(129,955)___ (5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO.:** 18-82948     **MONTH ENDING:** 10/2018

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
        receivable charged and paid this month.       $ _____ 282,811

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                          $ _____ 98,091

    C.   TOTAL collected this month on accounts
        receivable.                                   $ _____ 380,902

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| WW Contractors, Inc. | $ | | | 546,127 | $   546,127 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | 546,127 | $   546,127 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _29 Nov 18_____          _____
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO.:** 18-82948     **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES.................................................$ | |
| ADVERTISING........................................................ | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............ | |
| COMMISSIONS/CONTRACT LABOR................................. | 66,716 |
| INSURANCE (TOTAL)............................................... | |
|    AUTO                          $ | |
|    LIABILITY | |
|    LIFE | |
|    MEDICAL | |
|    CASUALTY | |
|    FIRE & THEFT | |
|    WORKMAN'S COMP. | |
|    OTHER _____ | |
| INTEREST PAID...................................................... | |
| INVENTORY PURCHASED........................................... | |
| LEGAL FEES.......................................................... | 2,500 |
| POSTAGE.............................................................. | |
| RENT/LEASE PAYMENTS ON REAL ESTATE..................... | |
| REPAIRS & MAINTENANCE........................................ | |
| SALARIES/WAGES PAID............................................ | 429,130 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]......... | |
| SUPPLIES (TOTAL)................................................. | |
|    OFFICE                         $ | |
|    OPERATING | |
| TRAVEL & ENTERTAINMENT...................................... | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................ | |
| UNSECURED LOAN PAYMENTS..................................... | |
| UTILITIES (TOTAL)................................................. | 2,959 |
|    ELECTRICITY                  $ | |
|    GAS | |
|    TELEPHONE | |
|    WATER | |
|    OTHER _____ | |
| OTHER BUSINESS DISBURSEMENTS    Bank & Merchant Fees | |
| (Specify)                                  Telephone, Computer Expenses    $ | 9,552 |
| **TOTAL BUSINESS DISBURSEMENTS**......................$ | 510,857 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 29 Nov 18 _____

RESPONSIBLE PARTY _____

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.     CASE NO. : 18-82948     MONTH ENDING: 10/2018

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
    (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
    (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18 _____       _____
                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.          **CASE NO. :** 18-82948          **MONTH ENDING:** 10/2018

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| ALL PAYROLL TAX OBLIGATIONS ARE IMPOUNDED BY THIRD-PARTY PAYROLL SERVICE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  29 Nov 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Nat'l Bank of Commerce | #7435 | 26,353 | 10/31 | Pre |
| North Ala. Bank | #9645 | 2,501 | 10/31 | Pre |
| North Ala. Bank | #9984 | 930 | 10/31 | Pre |
| PNC | #4557 | 100 | 10/31 | Post |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Calvin Mitchell | $ | 9,965 |
| Officer #2    (Name) James Higginbotham | $ | 986 |
| Other Officer    (Name) Joshuah Rodery | $ | 5,563 |
| Employees (Number)    75 | $ | 405,541 |
| Employees (Relatives) | $ | |
| Name   Courtney Mitchell | $ | 4,846 |
| Name   James C. Mitchell | $ | 2,229 |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
          creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 NOV 18_                    _____
                                   RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.        **CASE NO. :** 18-82948        **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__  A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

### ** OR **

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.     CASE NO. : 18-82948     MONTH ENDING: 10/2018

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

| Current: | | |
|---|---|---|
| | Cash | $ 21,094 |
| | Inventory | $ |
| | Accounts Receivable | $ 546,127 |
| | Other | $ |
| | Total Current Assets     (a) | $ 567,221 |

| Fixed: | | |
|---|---|---|
| | Property & Equipment | $ 875,350 |
| | Accumulated Depreciation | $ < 170,881 > |
| | Other | $ 11,908 |
| | Total Fixed Assets     (b) | $ 716,377 |

Total Assets                    (a + b) = (c)     $ 1,283,598

**II. LIABILITIES**

| Current: | | |
|---|---|---|
| | Post Chapter 11 Payables | $ |
| | Taxes Payable | $ |
| | Accrued Professional Fees | $ |
| | Accrued Expenses | $ |
| | Notes Payable | $ |
| | Current Portion Long Term Debt | $ |
| | Other | $ |
| | Total Current Liabilities (d) | $ |

| Long Term Debt: | | |
|---|---|---|
| | Pre-Chapter 11 Payables | $ 2,329,834 |
| | Notes & Loans Payable | $ |
| | Less Current Portion | $ < > |
| | Other | $ |
| | Total Long Term Debt     (e) | $ 2,329,834 |

Total Liabilities                (d + e) = (f)     $ 2,329,834

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | |
|---|---|---|
| | Capital Stock             (g) | $ |
| | Retained Earnings (Deficit)(h) | $ (1,046,236) |
| | Current Surplus (Deficit) (i) | $ |

Total Liabilities & Stockholder
Equity/Net Worth          (f) + (g) + (h) + (i)  $ 1,283,598

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 25 Nov 18

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO. :** 18-82948    **MONTH ENDING:** 10/2018

### File for Each Quarter
**by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | | |
|---|---|---|---|
| TOTAL REVENUE (SALES) | (a) | $ | 380,902 |
| Cost of Sales: | | | |
|     Materials | $ | | |
|     Labor | $ | | |
|     Purchased Services | $ | | |
| Total Cost of Sales | (b) | $ | |
| Gross Profit | (a - b) = (c) | $ | 380,902 |

OPERATING EXPENSES

| | | |
|---|---|---|
| Management Salary | $ | 16,514 |
| Other Salary Expense | $ | 412,616 |
| Payroll Expenses | $ | |
| Outside Services & Contractors | $ | 66,716 |
| Supplies (office & operating) | $ | |
| Repairs & Maintenance | $ | |
| Advertising | $ | |
| Auto Expense | $ | |
| Delivery | $ | |
| Accounting & Legal | $ | 2,500 |
| Rent | $ | |
| Telephone | $ | |
| Travel & Entertainment | $ | |
| Utilities | $ | 2,959 |
| Insurance | $ | |
| Taxes real estate, property, etc.) | $ | |
| Interest | $ | |
| Depreciation | $ | |
| Other Operating Expenses (describe) | $ | |
| Bank & Merchant Fees, Telephone, Computer Expenses | $ | 9,552 |
| | $ | |
| Total Operating Expenses: | (d) $ | 510,857 |

Net Profit/(Loss) from Operations (c - d)=(e) $ (129,955)

| | | |
|---|---|---|
| Non-Operating Income/Expenses | $ | |
| | $ | |
| | $ | |
| Total | (f) $ | 0 |

Net Profit/(Loss)    (e - f) $ (129,955)

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 29 NOV 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# Sarai Services Group inc
## Reconciliation Summary
### 10000 · Checking - SSG 7435 NBC, Period Ending 10/31/2018

|  | Oct 31, 18 |
|---|---|
| **Beginning Balance** | 25,809.11 |
| Cleared Transactions |  |
| Checks and Payments - 45 items | -231,145.72 |
| Deposits and Credits - 14 items | 231,689.98 |
| **Total Cleared Transactions** | 544.26 |
| **Cleared Balance** | 26,353.37 |
| Uncleared Transactions |  |
| Checks and Payments - 5 items | -10,292.77 |
| Deposits and Credits - 1 item | 1,452.60 |
| **Total Uncleared Transactions** | -8,840.17 |
| **Register Balance as of 10/31/2018** | 17,513.20 |
| **Ending Balance** | 17,513.20 |

Case 18-82948-CRJ11    Doc 49    Filed 11/30/18    Entered 11/30/18 10:59:16    Desc Main
Document      Page 11 of 25

# Sarai Services Group inc
## Reconciliation Detail
### 10100 · Checking - SSG 7435 NBC, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 25,809.11 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 45 items** | | | | | | |
| Check | 10/0 /2018 | | BRM | X | -20,000.00 | -20,000.00 |
| Check | 10/0 /2018 | 4210 | Dodds, Kidd, Ryan, &... | X | -2,500.00 | -22,500.00 |
| Check | 10/0 /2018 | | CM Holdings/Properti... | X | -2,300.00 | -24,800.00 |
| Check | 10/0 /2018 | | BRM | X | -37,000.00 | -61,800.00 |
| Check | 10/0 /2018 | | BRM | X | -35,000.00 | -96,800.00 |
| Check | 10/0 /2018 | | | X | -3,808.88 | -100,608.88 |
| Check | 10/0 /2018 | | | X | -877.52 | -101,486.40 |
| Check | 10/0 /2018 | | | X | -110.80 | -101,597.20 |
| Check | 10/0 /2018 | | | X | -107.36 | -101,704.56 |
| Check | 10/0 /2018 | | | X | -94.65 | -101,799.21 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -1,559.10 | -103,358.31 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -526.83 | -103,885.14 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -258.13 | -104,143.27 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -237.60 | -104,380.87 |
| Check | 10/0 /2018 | | | X | -192.00 | -104,572.87 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -138.82 | -104,711.69 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -121.81 | -104,833.50 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -103.52 | -104,937.02 |
| Check | 10/0 /2018 | | Huntsville Utilities | X | -12.83 | -104,949.85 |
| Check | 10/0 /2018 | | | X | -35.00 | -104,984.85 |
| Check | 10/0 /2018 | | | X | -2,150.00 | -107,134.85 |
| Check | 10/0 /2018 | | | X | -1,209.18 | -108,344.03 |
| Check | 10/0 /2018 | | | X | -971.53 | -109,315.56 |
| Check | 10/0 /2018 | | | X | -867.46 | -110,183.02 |
| Check | 10/1 /2018 | | | X | -6,272.05 | -116,455.07 |
| Check | 10/1 /2018 | | | X | -251.86 | -116,706.93 |
| Check | 10/1 /2018 | | | X | -11,598.26 | -128,305.19 |
| Check | 10/1 /2018 | | | X | -10,239.09 | -138,544.28 |
| Check | 10/1 /2018 | | | X | -2,150.00 | -140,694.28 |
| Check | 10/1 /2018 | | | X | -1,048.25 | -141,742.53 |
| Check | 10/1 /2018 | | | X | -3,413.25 | -145,155.78 |
| Check | 10/1 /2018 | | Smartcom | X | -1,783.77 | -146,939.55 |
| Check | 10/1 /2018 | | Smartcom | X | -0.01 | -146,939.56 |
| Check | 10/1 /2018 | CHK | | X | -8,000.00 | -154,939.56 |
| Check | 10/1 /2018 | | | X | -192.00 | -155,131.56 |
| Check | 10/1 /2018 | | | X | -2,150.00 | -157,281.56 |
| Check | 10/2 /2018 | | VOYA | X | -6,050.37 | -163,331.93 |
| Check | 10/2 /2018 | | | X | -2,150.00 | -165,481.93 |
| Check | 10/2 /2018 | | Microsoft | X | -1,010.07 | -166,492.00 |
| Check | 10/2 /2018 | | Microsoft | X | -374.68 | -166,866.68 |
| Check | 10/2 /2018 | | Microsoft | X | -31.98 | -166,898.66 |
| Check | 10/2 /2018 | 2527 | QUALITY JANITORI... | X | -2,531.21 | -169,429.87 |
| Check | 10/3 /2018 | | | X | -61,687.85 | -231,117.72 |
| Check | 10/3 /2018 | | | X | -18.00 | -231,135.72 |
| Check | 10/3 /2018 | | | X | -10.00 | -231,145.72 |
| **Total Checks and P ayments** | | | | | -231,145.72 | -231,145.72 |
| **Deposits and Cre its - 14 items** | | | | | | |
| Deposit | 09/2 /2018 | | | X | 400.86 | 400.86 |
| Deposit | 10/0 /2018 | | BRM | X | 37,000.00 | 37,400.86 |
| Deposit | 10/0 /2018 | | | X | 39,263.24 | 76,664.10 |
| Deposit | 10/0 /2018 | | | X | 200.00 | 76,864.10 |
| Deposit | 10/0 /2018 | | CM Holdings/Properti... | X | 2,200.00 | 79,064.10 |
| Deposit | 10/0 /2018 | | | X | 16,160.69 | 95,224.79 |
| Deposit | 10/1 /2018 | | | X | 30,000.00 | 125,224.79 |
| Deposit | 10/1 /2018 | | Teledyne Brown Engi... | X | 36,092.04 | 161,316.83 |
| Deposit | 10/1 /2018 | | | X | 9,930.51 | 171,247.34 |
| Deposit | 10/1 /2018 | | | X | 12,423.87 | 183,671.21 |
| Deposit | 10/1 /2018 | | | X | 4,280.56 | 187,951.77 |
| Deposit | 10/2 /2018 | | Smartcom | X | 0.01 | 187,951.78 |

Case 18-82948-CRJ11    Doc 49    Filed 11/30/18    Entered 11/30/18 10:59:16    Desc Main
Document    Page 12 of 25

# Sarai Services Group inc
## Reconciliation Detail
### 10100 · Checking - SSG 7435 NBC, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 10/20/2018 | | Teledyne Brown Engi... | X | 43,728.20 | 231,679.98 |
| General Journal | 10/31/2018 | 772 | | X | 10.00 | 231,689.98 |
| **Total Deposits and Credits** | | | | | 231,689.98 | 231,689.98 |
| **Total Cleared Transactions** | | | | | 544.26 | 544.26 |
| **Cleared Balance** | | | | | 544.26 | 26,353.37 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| General Journal | 08/02/2018 | 613 | | | -1,313.92 | -1,313.92 |
| General Journal | 08/15/2018 | 658 | | | -1,220.23 | -2,534.15 |
| General Journal | 09/04/2018 | 678 | | | -258.62 | -2,792.77 |
| General Journal | 09/11/2018 | 686 | | | -5,000.00 | -7,792.77 |
| Bill Pmt -Check | 09/24/2018 | 4210 | Dodds, Kidd, Ryan, & ... | | -2,500.00 | -10,292.77 |
| **Total Checks and Payments** | | | | | -10,292.77 | -10,292.77 |
| **Deposits and Credits - 1 Item** | | | | | | |
| General Journal | 08/24/2018 | 660 | | | 1,452.60 | 1,452.60 |
| **Total Deposits and Credits** | | | | | 1,452.60 | 1,452.60 |
| **Total Uncleared Transactions** | | | | | -8,840.17 | -8,840.17 |
| **Register Balance as of 10/31/2018** | | | | | -8,295.91 | 17,513.20 |
| **Ending Balance** | | | | | -8,295.91 | 17,513.20 |

Case 18-82948-CRJ11    Doc 49    Filed 11/30/18    Entered 11/30/18 10:59:16    Desc Main
Document      Page 13 of 25

Sarai Services Group INC
PO Box 11128
Huntsville AL 35814

. . . . . . . . . . . ACCOUNT NUMBER TYPE OF ACCOUNT . . . . . ACCOUNT SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
| ACCOUNT NUMBER | TYPE OF ACCOUNT | CURRENT BALANCE | |
@XXXXXXXXXX@7435   ANALYZED BUSINESS CHECKING            26,353.37             4

. . . . . . . . . . . . . . . . . . . . . . . . . CHECKING ACCOUNT . . . . . . . . . . . . . . . . . . . . . . . . . .

ACCOUNT SUMMARY    Sarai Services Group INC

ANALYZED BUSINESS CHECKING                Number of Enclosures                4
Account Number        @XXXXXXXXXX@7435    Statement Dates  10/01/18 thru 10/31/18
Previous Balance           25,809.11      Days in the statement period        31
  13 Deposits/Credits     231,679.98      Average Ledger               42,422.96
  44 Checks/Debits        231,135.72      Average Collected            41,455.22
Service Charge                   .00
Interest Paid                    .00
Current Balance            26,353.37

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Insufficient funds item fees | $35.00 | $3,675.00 |
| Return item fees | $.00 | $.00 |

Deposits and Additions
| Date | Description | Amount |
|---|---|---|
| 10/01 | MERCHANT DEP  MERCHANT SERVICE CCD         0032548631 | 400.86 |
| 10/02 | Trsf from BRI Services CTG parts Confirmation number 1002180344 | 37,000.00 |
| 10/02 | CAPSW ARMY DALLAS-CLEVELAND CTX         VLK2 | 39,263.24 |
| 10/03 | Trsf from SSL Money Market Confirmation number 1003180298 | 200.00 |
| 10/03 | Trsf from CM Properties Confirmation number 1003180296 | 2,200.00 |

ANALYZED BUSINESS CHECKING          @XXXXXXXXXX@7435    (Continued)

Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 10/05 | MISC PAY TCS TREAS 449 CCD 12608620184904 | 16,160.69 |
| 10/11 | DDA/SAV DEPOSIT | 30,000.00 |
| 10/12 | EFT TELEDYNE BROWN E CTX VND000011886 | 36,092.04 |
| 10/16 | MISC PAY TCS TREAS 449 CCD 12608620184904 | 9,930.51 |
| 10/16 | MISC PAY TCS TREAS 449 CCD 12608620184904 | 12,423.87 |
| 10/17 | MISC PAY TCS TREAS 449 CCD 12608620184904 | 4,280.56 |
| 10/22 | WEB PMTS SmartCom Telepho CCD CM720B | .01 |
| 10/25 | EFT TELEDYNE BROWN E CTX VND000011886 | 43,728.20 |

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 10/01 | Transf to CM Properties lease payment Confirmation number 1205140074 | 2,300.00- |
| 10/01 | Transf to BRI Services Confirmation number 1001181403 | 20,000.00- |
| 10/02 | MERCH FEE MERCHANT SERVICE CCD 3032548631 | 94.65- |
| 10/02 | MERCH FEE MERCHANT SERVICE CCD 3032548466 | 107.36- |
| 10/02 | MERCH FEE MERCHANT SERVICE CCD 3032548573 | 110.80- |
| 10/02 | Payroll Sirai Services PPD | 877.52- |
| 10/02 | MERCH FEE MERCHANT SERVICE CCD 3032548508 | 3,808.88- |
| 10/02 | Transf to BRI Services Confirmation number 1002180125 | 35,000.00- |
| 10/02 | Transf to BRI Services | 37,000.00- |

ANALYZED BUSINESS CHECKING       @XXXXXXXXXX@7435   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| | Confirmation number 1002180350 | |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010172999 | 12.83- |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010172995 | 103.52- |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010037046 | 121.81- |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010172993 | 138.82- |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010173001 | 237.60- |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010172994 | 258.13- |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010172992 | 526.83- |
| 10/03 | CONC.DEBT  HSV DRAFT DBT PPD  221010173000 | 1,559.10- |
| 10/04 | CHILDSUPP  MO DHR CSEA WEB  201810040000064 | 192.00- |
| 10/04 | Insufficient Funds Item Fee | 35.00- |
| 10/05 | Debit  MCA Servicing CCD  6044952 | 2,150.00- |
| 10/09 | EXPERTPAY  EXPERTPAY CCD  311572347 | 867.46- |
| 10/09 | EXPERTPAY  EXPERTPAY CCD  311572347 | 971.53- |
| 10/09 | EXPERTPAY  EXPERTPAY CCD  311572347 | 1,209.18- |
| 10/10 | Account Analysis Charge | 251.86- |
| 10/10 | Payroll  Sarai Services PPD | 6,272.05- |
| 10/12 | Debit  MCA Servicing CCD  6044952 | 2,150.00- |
| 10/12 | Payroll  Sarai Services PPD | 10,239.09- |

ANALYZED BUSINESS CHECKING          @XXXXXXXXXX@7435    (Continued)

Checks and Withdrawals

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/12 | Payroll PPD | Sarai Services | 11,598.26- |
| 10/15 | Payroll PPD | Sarai Services | 1,048.25- |
| 10/16 | Payroll PPD | Sarai Services | 3,413.25- |
| 10/17 | WEB PMTS CCD | SmartCom Telepho 1V6VZ9 | .01- |
| 10/17 | WEB PMTS CCD | SmartCom Telepho 7H7VZ9 | 1,783.77- |
| 10/18 | CHILDSUPP WEB | MD DHR CSEA 20181018000000074 | 192.00- |
| 10/19 | Debit CCD | MCA Servicing 6044952 | 2,150.00- |
| 10/23 | SPNSR P/R CCD | Voya Nat Trst182 17157 0001 | 6,050.37- |
| 10/26 | EDI PAYMNT PPD | MICROSOFT 6041 30N0G5QQAUN | 31.98- |
| 10/26 | EDI PAYMNT PPD | MICROSOFT 6041 30L0G5X6R4J | 374.68- |
| 10/26 | EDI PAYMNT PPD | MICROSOFT 6041 30M0G7ZTYVU | 1,010.07- |
| 10/26 | Debit CCD | MCA Servicing 6044952 | 2,150.00- |
| 10/30 | Wire Transfer Debit Oasis Outsourcing Inflow 026009593 3751861320 2054 Vista Parkway West Palm Beach, FL 33411 BK AMER NYC NEW YORK                    NY 20181030MMQFHPCN000092 20181030B6B7HU3R007641 10301240FT03 | | 61,687.85- |
| 10/30 | Wire Transfer Fee | | 18.00- |

ANALYZED BUSINESS CHECKING          @XXXXXXXXXX@7435   (Continued)

--- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 10/18 | | 3,000.00 | 10/01 | 4210* | 2,500.00 |
| 10/29 | 2527* | 2,531.21 | | | |

* Denotes missing check numbers

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 1,409.97 | 10/11 | 34,326.97 | 10/22 | 56,479.33 |
| 10/02 | 674.00 | 10/12 | 46,431.66 | 10/23 | 50,428.96 |
| 10/03 | 115.36 | 10/15 | 45,383.41 | 10/25 | 94,157.16 |
| 10/04 | 111.64 | 10/16 | 64,324.54 | 10/26 | 90,590.43 |
| 10/05 | 13,899.05 | 10/17 | 66,821.32 | 10/29 | 88,059.22 |
| 10/09 | 10,850.88 | 10/18 | 58,629.32 | 10/30 | 26,353.37 |
| 10/10 | 4,326.97 | 10/19 | 56,479.32 | | |

# Sarai Services Group inc
## Reconciliation Summary
### 10125 · Checking -SSG 9645 NAB, Period Ending 10/31/2018

|  | Oct 31, 18 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| Checks and Payments - 5 items | -366,159.57 |
| Deposits and Credits - 7 items | 368,660.53 |
| **Total Cleared Transactions** | 2,500.96 |
| **Cleared Balance** | 2,500.96 |
| **Register Balance as of 10/31/2018** | 2,500.96 |
| **Ending Balance** | 2,500.96 |

# Sarai Services Group inc
# Reconciliation Detail
## 10025 · Checking -SSG 9645 NAB, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 10/0/2018 | | Oasis Outsourcing | X | -155,514.23 | -155,514.23 |
| Transfer | 10/1/2018 | | | X | -5,000.00 | -160,514.23 |
| Check | 10/1/2018 | | Oasis Outsourcing | X | -57,348.21 | -217,862.44 |
| Check | 10/1/2018 | | Oasis Outsourcing | X | -148,252.13 | -366,114.57 |
| Check | 10/3/2018 | | | X | -45.00 | -366,159.57 |
| **Total Checks and Payments** | | | | | -366,159.57 | -366,159.57 |
| **Deposits and Credits - 7 items** | | | | | | |
| Transfer | 10/0/2018 | | | X | 149,760.53 | 149,760.53 |
| Deposit | 10/0/2018 | | | X | 10,900.00 | 160,660.53 |
| Transfer | 10/1/2018 | | | X | 3,000.00 | 163,660.53 |
| Transfer | 10/1/2018 | | | X | 55,000.00 | 218,660.53 |
| Transfer | 10/1/2018 | | | X | 2,000.00 | 220,660.53 |
| Transfer | 10/1/2018 | | | X | 140,000.00 | 360,660.53 |
| Deposit | 10/1/2018 | | | X | 8,000.00 | 368,660.53 |
| **Total Deposits and Credits** | | | | | 368,660.53 | 368,660.53 |
| **Total Cleared Transactions** | | | | | 2,500.96 | 2,500.96 |
| **Cleared Balance** | | | | | 2,500.96 | 2,500.96 |
| **Register Balance as of 10/31/2018** | | | | | 2,500.96 | 2,500.96 |
| **Ending Balance** | | | | | 2,500.96 | 2,500.96 |

# North Alabama Bank

Checking
'9645

**Current Balance:** $2,500.96  
**Available Balance:** $2,500.96

| Date | Description | Category | Amount | Balance |
|---|---|---|---|---|
| Thursday, October 18, 2018 | WIRE TRANSFER FEE TO OASIS OUTSOURCING INC | | -$15.00 | $2,500.96 |
| | WIRE TRANSFER TO OASIS OUTSOURCING INC | | -$148,252.13 | $2,515.96 |
| | Deposit | | $8,000.00 | $150,768.09 |
| | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 7222876 | | $2,000.00 | $142,768.09 |
| Tuesday, October 16, 2018 | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 3062851 | | $140,000.00 | $140,768.09 |
| Monday, October 15, 2018 | WIRE TRANSFER FEE TO OASIS OUTSOURCING INC | | -$15.00 | $768.09 |
| | WIRE TRANSFER TO OASIS OUTSOURCING INC | | -$57,348.21 | $783.09 |
| | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 9496046 | | $55,000.00 | $58,131.30 |
| | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 6324424 | | $3,000.00 | $3,131.30 |
| Thursday, October 11, 2018 | COVER CHECK TO CTG-INTERNET TRANSFER FROM CHK 9645 TO CHK 9984 243727 | | -$5,000.00 | $131.30 |
| Friday, October 05, 2018 | Outgoing wire | | -$15.00 | $5,131.30 |
| Thursday, October 04, 2018 | Outgoing wire to Oasis Outsourcing, Inc. | | -$155,514.23 | $5,146.30 |
| | Deposit | | $10,900.00 | $160,660.53 |
| Tuesday, October 02, 2018 | Deposit | | $149,760.53 | $149,760.53 |

Transaction Range: September 01, 2018 - October 31, 2018

Printed: November 07, 2018 10:59AM

# Sarai Services Group inc
## Reconciliation Detail
### 10 20 · Checking - SSG 9984 NAB, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 13,548.87 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Bill Pmt -Check | 09/2 /2018 | 1145 | QUALITY JANITORI... | X | -2,531.41 | -2,531.41 |
| Transfer | 10/0 /2018 | | | X | -149,760.53 | -152,291.94 |
| Check | 10/0 /2018 | 1146 | Crestwood Technolo... | X | -36,902.12 | -189,194.06 |
| Check | 10/1 /2018 | | | X | -30,000.00 | -219,194.06 |
| Check | 10/1 /2018 | | UNited Healthcare | X | -140,346.45 | -359,540.51 |
| Transfer | 10/1 /2018 | | | X | -55,000.00 | -414,540.51 |
| Transfer | 10/1 /2018 | | | X | -3,000.00 | -417,540.51 |
| Transfer | 10/1 /2018 | | | X | -140,000.00 | -557,540.51 |
| Transfer | 10/1 /2018 | | | X | -2,000.00 | -559,540.51 |
| Check | 11/3 /2018 | | | X | -32.61 | -559,573.12 |
| **Total Checks and Payments** | | | | | -559,573.12 | -559,573.12 |
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 10/0 /2018 | | | X | 149,760.53 | 149,760.53 |
| Deposit | 10/0 /2018 | | | X | 23,364.49 | 173,125.02 |
| Deposit | 10/0 /2018 | | | X | 7,000.00 | 180,125.02 |
| Deposit | 10/1 /2018 | | | X | 2,000.00 | 182,125.02 |
| Transfer | 10/1 /2018 | | | X | 5,000.00 | 187,125.02 |
| Deposit | 10/1 /2018 | | | X | 128,627.41 | 315,752.43 |
| Deposit | 10/1 /2018 | | | X | 69,044.69 | 384,797.12 |
| Deposit | 10/1 /2018 | | | X | 21,350.72 | 406,147.84 |
| Deposit | 10/1 /2018 | | | X | 140,346.45 | 546,494.29 |
| Deposit | 10/1 /2018 | | Ticketmaster | X | 460.00 | 546,954.29 |
| General Journal | 10/3 /2018 | 770 | | X | 0.20 | 546,954.49 |
| **Total Deposits and Credits** | | | | | 546,954.49 | 546,954.49 |
| **Total Cleared Transactions** | | | | | -12,618.63 | -12,618.63 |
| **Cleared Balance** | | | | | -12,618.63 | 930.24 |
| **Register Balance as of 10/31/2018** | | | | | -12,618.63 | 930.24 |
| **Ending Balance** | | | | | -12,618.63 | 930.24 |

Case 18-82948-CRJ11   Doc 49   Filed 11/30/18   Entered 11/30/18 10:59:16   Desc Main
Document     Page 22 of 25



**North Alabama Bank**
1396 Hwy 231/431
Hazel Green, AL 35750
(256) 828-9500



Member
**FDIC**

**FINANCIAL SERVICES STATEMENT**

---

SARAI SERVICES GROUP INC
3300 WESTMILL DR SW
HUNTSVILLE AL 35805-5132

Statement Date: **10/31/2018** Enclosures: **( 6 )**     Account No.: **199984** Page: 1

## COMMERCIAL CHECKING SUMMARY

Type : **REG**     Status : **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/28/18 | | 13,548.87 |
| Deposits | 2 | 173,125.02 + |
| Debits | 4 | 219,193.86 |
| Automatic Withdrawals | 5 | 340,346.45 |
| Automatic Deposits | 8 | 373,829.27 + |
| Miscellaneous Fees | 2 | 32.61 |
| Ending Balance On 10/31/18 | | 930.24 |
| Average Balance (Ledger) | 31,739.64 + | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/02/18 | Deposit | 149,760.53 | 10/03/18 | Deposit | 23,364.49 | | | |

| Date | Description | Amount |
|---|---|---|
| 10/04/18 | INTERNET TRANSFER FROM CHK 0320 TO CHK 9984 7808932 | 7,000.00 |
| 10/09/18 | TICKETMASTER RES 1008-LW003 | 460.00 REFUND |
| 10/11/18 | COVER CTG-INTERNET TRANSFER FROM CHK 0320 TO CHK 9984 4243740 | 2,000.00 |
| 10/11/18 | COVER CHECK TO CTG-INTERNET TRANSFER FROM CHK 9645 TO CHK 9984 8243717 | 5,000.00 |
| 10/11/18 | GSA TREAS 310 MISC PAY | 128,627.41 |
| 10/12/18 | GSA TREAS 310 MISC PAY | 69,044.69 |
| 10/15/18 | GSA TREAS 310 MISC PAY | 21,350.72 |
| 10/16/18 | RT ACH UNITED HEALTHCARE | 140,346.45 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 10/01/18 | APA SERVICE CHARGE | 0.61 |
| 10/12/18 | RETURNED ITEM FEE | 32.00 |
| 10/15/18 | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 6324424 | 3,000.00 |
| 10/15/18 | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 9496046 | 55,000.00 |
| 10/15/18 | UNITEDHEALTHCARE RETRY PYMT | 140,346.45 |
| 10/16/18 | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 3082951 | 140,000.00 |
| 10/18/18 | INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 7222876 | 2,000.00 |

Continued     10/623/1



**SARAI SERVICES GROUP INC**
**Account No. :** 199984
**Stmt. Date :** 10/31/2018

**Bank :** 665
**Images :** 6
**Page :** 3

## IMAGE STATEMENT



AM: 149,760.53 CK: DT: 10/02 S 22000190 Deposit

AM: 23,364.49 CK: DT: 10/03 SQ: 21600230 Deposit

AM: 149,760.53 CK: DT: 10/02 S 22000230 Paid

AM: 30,000.00 CK: DT: 10/11 SQ: 21100360 Paid

AM: 2,531.21 CK: 1145 DT: 10/02 SQ: 80200980 Paid

GSA - LITTLE ROCK

AM: 36,902.12 CK: 19998 DT: 10/11 SQ: 80101940 Paid

SUBCONTRACTOR

**End Statement** 10/623/3E

# Business Checking

PNC Bank

**PNC BANK**

For the Period 10/23/2018 to 10/31/2018

SARAI SERVICES GROUP INC
3405 RIANA BLVD SW
HUNTSVILLE AL 35805-4641

Primary Account Number: 30-1888-4557
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com.
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Checking Summary

Account number: 30-1888-4557

Saral Services Group Inc

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | .00 | 100.00 | .00 | 100.00 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 100.00 | 100.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 100.00 |
| Total | 1 | 100.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

### Daily Balance

| Date | Ledger balance |
|---|---|
| 10/23 | 100.00 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/23 | 100.00 | Deposit | 038728042 |