## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 10/2018

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO ____   All post petition business taxes have been paid/deposited and the deposit slips are attached.          N/A

    YES ___ NO _X_   All post petition individual taxes have been paid and the deposit slips are attached.          N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | | $ |
    | | $ |
    | | $ |
    | | $ |

2.  YES ___ NO _X_   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.          N/A

    If no, enter:     TYPE_____not in force.

                      TYPE_____not in force.

3.  YES _X_ NO ____   New books and records were opened and are being maintained daily.

4.  YES _X_ NO ____   Copies of <u>all</u> banks statements and reconciliations are attached .

5.  YES _X_ NO ____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _X_ NO ____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _29 Nov 18_

Phone No. _256 348 3292_

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, Inc.    **CASE NO. :** 18-82949    **MONTH ENDING:** 10/2018

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  (Circle One)  -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A. CASH ON HAND(Beginning) ___0___

B. RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C) _____

Cash Sales _____

Loan Proceeds from_____ _____

Sale of Property (Not in ordinary course of business) _____

Other Capital Contribution    100

_____

C. TOTAL RECEIPTS (Total of B)    100

D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B)    0

E. SURPLUS OR DEFICIT (C minus D)    100

F. CASH ON HAND (End) (A plus E)    100

1. REVENUE FROM TOTAL SALES  $____0____

2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) _____

3. EQUALS GROSS PROFIT (1 minus 2) _____

4. LESS OPERATING EXPENSES _____

5. EQUALS NET PROFIT OPERATIONS (3 minus 4) _____

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $____0____

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 NOV 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 10/2018

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.  **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.  **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.  Amount collected this month on accounts receivable charged and paid this month.  $_____

    B.  Amount collected this month on accounts receivable charged in prior months and paid this month.  $_____

    C.  TOTAL collected this month on accounts receivable.  $_____

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 Nov 18_____          RESPONSIBLE PARTY _____

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 10/2018

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES................................................$_____
ADVERTISING....................................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)...................._____
COMMISSIONS/CONTRACT LABOR......................................_____
INSURANCE (TOTAL)..............................................._____
   AUTO                       $_____
   LIABILITY                   _____
   LIFE                        _____
   MEDICAL                     _____
   CASUALTY                    _____
   FIRE & THEFT                _____
   WORKMAN'S COMP.             _____
   OTHER _____         _____
INTEREST PAID..................................................._____
INVENTORY PURCHASED............................................._____
LEGAL FEES......................................................_____
POSTAGE........................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE.............................._____
REPAIRS & MAINTENANCE..........................................._____
SALARIES/WAGES PAID............................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]....................._____
SUPPLIES (TOTAL)................................................_____
   OFFICE                     $_____
   OPERATING                   _____
TRAVEL & ENTERTAINMENT.........................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]........................_____
UNSECURED LOAN PAYMENTS........................................._____
UTILITIES (TOTAL)..............................................._____
   ELECTRICITY                $_____
   GAS                         _____
   TELEPHONE                   _____
   WATER                       _____
   OTHER _____         _____

OTHER BUSINESS DISBURSEMENTS    _____
(Specify)                       _____          $_____
TOTAL BUSINESS DISBURSEMENTS........................$_____   0
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _29 Nov 18_          _____
                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 10/2018

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
    (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
    (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18 _____

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJC, LLC          CASE NO. : 18-82949          MONTH ENDING: 10/2018

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02 (D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC     CASE NO.: 18-82949     MONTH ENDING: 10/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4549 | 100 | 10/31 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1  (Name) _____ | $ _____ 0 |
| Officer #2  (Name) _____ | $ _____ |
| Other Officer  (Name) _____ | $ _____ |
| Employees (Number) _____ | $ _____ |
| Employees (Relatives) _____ | $ _____ |
| Name _____ | $ _____ |
| Name _____ | $ _____ 0 |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ _____ 0 |
| Inventory - Purchased this Month - CASH | $ _____ |
| Inventory - Purchased this Month - CREDIT | $ _____ |
| Inventory - End of Month (COST) | $ _____ 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X  A. No payments on pre-petition debts have been made this month.
___  B. The following payments have been made this month to unsecured
     creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 Nov 18_____  _____
                                  RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC     CASE NO.: 18-82949     MONTH ENDING: 10/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

___X___ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| None | | $ | $ | $ | $ 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ 0 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 NOV 18_       RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-03(A)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC        **CASE NO. :** 18-82949        **MONTH ENDING:** 10/2018

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

### I. ASSETS

| | | | |
|---|---|---|---|
| Current: | Cash | $ | 100 |
| | Inventory | $ | |
| | Accounts Receivable | $ | |
| | Other | $ | |
| | Total Current Assets    (a) | $ | |
| | | | |
| Fixed: | Property & Equipment | $ | |
| | Accumulated Depreciation | $ < | > |
| | Other | $ | |
| | Total Fixed Assets    (b) | $ | |
| | | | |
| Total Assets | (a + b) = (c) | $ | 100 |

### II. LIABILITIES

| | | | |
|---|---|---|---|
| Current: | Post Chapter 11 Payables | $ | |
| | Taxes Payable | $ | |
| | Accrued Professional Fees | $ | |
| | Accrued Expenses | $ | |
| | Notes Payable | $ | |
| | Current Portion Long Term Debt | $ | |
| | Other | $ | |
| | Total Current Liabilities (d) | $ | |
| | | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ | 2,405,614 |
| | Notes & Loans Payable | $ | |
| | Less Current Portion | $ < | > |
| | Other | $ | |
| | Total Long Term Debt    (e) | $ | |
| Total Liabilities | (d + e) = (f) | $ | 2,405,614 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | | |
|---|---|---|---|
| | Capital Stock    (g) | $ | |
| | Retained Earnings (Deficit)(h) | $ | (2,405,514) |
| | Current Surplus (Deficit) (i) | $ | |
| Total Liabilities & Stockholder | | | |
| Equity/Net Worth    (f) + (g) + (h) + (i) | $ | | 100 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 Nov 18_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 10/2018

**File for Each Quarter**
**by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

```
TOTAL REVENUE (SALES)                    (a)   $_____ 0
  Cost of Sales:
            Materials              $_____
            Labor                  $_____
            Purchased Services     $_____
  Total Cost of Sales                     (b)   $_____
  Gross Profit                (a - b) = (c)   $_____ 0

OPERATING EXPENSES
            Management Salary               $_____
            Other Salary Expense            $_____
            Payroll Expenses                $_____
            Outside Services & Contractors  $_____
            Supplies (office & operating)   $_____
            Repairs & Maintenance           $_____
            Advertising                     $_____
            Auto Expense                    $_____
            Delivery                        $_____
            Accounting & Legal              $_____
            Rent                            $_____
            Telephone                       $_____
            Travel & Entertainment          $_____
            Utilities                       $_____
            Insurance                       $_____
            Taxes real estate, property, etc.) $_____
            Interest                        $_____
            Depreciation                    $_____
            Other Operating Expenses (describe) $_____
            Management Expenses paid to SSG
                                            $_____
Total Operating Expenses:             (d)   $_____ 0

Net Profit/(Loss) from Operations (c - d)=(e) $_____ 0

Non-Operating Income/Expenses  $_____
                               $_____
                               $_____
Total                                (f)  $_____ 0

Net Profit/(Loss)                 (e - f) $_____ 0
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _29 Nov 18_____          _____
                                      RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# Business Checking

PNC Bank


**PNCBANK**

SARAI WW CONTRACTORS JV LLC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Checking Summary

Sarai Ww Contractors Jv Llc

Account number: ████ -4549

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | .00 | 100.00 | .00 | 100.00 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 100.00 | 100.00 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 100.00 |
| Total | 1 | 100.00 |

## Checks and Other Deductions

| Description | | Items | Amount |
|---|---|---|---|
| Total | | 0 | .00 |

## Daily Balance

| Date | Ledger balance |
|---|---|
| 10/23 | 100.00 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/23 | 100.00 | Deposit | 038728044 |