## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO. :** 18-82950     **MONTH ENDING:** 10/2018

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _X_ NO____ **All post petition business taxes have been paid/deposited and the deposit slips are attached.**     N/A

   YES___ NO____ **All post petition individual taxes have been paid and the deposit slips are attached.**     N/A

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES___ NO _X_ **Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**     N/A

   If no, enter:     **TYPE**_____not in force.

   **TYPE**_____not in force.

3. YES _X_ NO____ **New books and records were opened and are being maintained daily.**

4. YES___ NO _X_ **Copies of all banks statements and reconciliations are attached .**     No cash account

5. YES _X_ NO____ **I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6. YES _X_ NO____ **All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _29 Nov 18_ _____

_____ RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO. :** 18-82950     **MONTH ENDING:** 10/2018

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>–Accrual   (Circle One)   –Cash |
|---|---|
| CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month. | 1.  REVENUE FROM TOTAL SALES   $ 0 |
| A.  CASH ON HAND(Beginning)  0 | 2.  LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) |
| B.  RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C) | 3.  EQUALS GROSS PROFIT (1 minus 2) |
| Cash Sales | 4.  LESS OPERATING EXPENSES |
| Loan Proceeds from_____ | 5.  EQUALS NET PROFIT OPERATIONS (3 minus 4) |
| Sale of Property (Not in ordinary course of business) | 6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other_____ . | |
| C.  TOTAL RECEIPTS (Total of B) | |
| D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B) | 7.   EQUALS NET PROFIT OR NET LOSS   $ 0 (5 plus or minus 6) |
| E.  SURPLUS OR DEFICIT (C minus D) | |
| F.  CASH ON HAND (End)  0 (A plus E) | *** Please itemize Cost of Sales and Expenses on a separate sheet of paper.*** |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _29 Nov 18_

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation     CASE NO.: 18-82950     MONTH ENDING: 10/2018

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
       receivable charged and paid this month.                    $_____

    B.   Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                                         $_____

    C.   TOTAL collected this month on accounts
       receivable.                                                  $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE 29 Nov 18 _____          _____
                                 RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation    **CASE NO.:** 18-82950    **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.........................................$_____
ADVERTISING............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)..........._____
COMMISSIONS/CONTRACT LABOR............................._____
INSURANCE (TOTAL)......................................._____
    AUTO                  $_____
    LIABILITY               _____
    LIFE                    _____
    MEDICAL                 _____
    CASUALTY                _____
    FIRE & THEFT            _____
    WORKMAN'S COMP.         _____
    OTHER _____   _____
INTEREST PAID.........................................._____
INVENTORY PURCHASED...................................._____
LEGAL FEES............................................._____
POSTAGE................................................_____
RENT/LEASE PAYMENTS ON REAL ESTATE....................._____
REPAIRS & MAINTENANCE.................................._____
SALARIES/WAGES PAID...................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..........._____
SUPPLIES (TOTAL)......................................._____
    OFFICE                $_____
    OPERATING               _____
TRAVEL & ENTERTAINMENT................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]..............._____
UNSECURED LOAN PAYMENTS................................_____
UTILITIES (TOTAL)......................................._____
    ELECTRICITY           $_____
    GAS                     _____
    TELEPHONE               _____
    WATER                   _____
    OTHER _____   _____

OTHER BUSINESS DISBURSEMENTS   _____
(Specify)                      _____        $_____

TOTAL BUSINESS DISBURSEMENTS..........................$_____0_____
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 29 Nov 18 _____

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation     CASE NO. : 18-82950     MONTH ENDING: 10/2018

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. ___X___ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 NOV 18 _____

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation     CASE NO.: 18-82950     MONTH ENDING: 10/2018

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _25 Nov 18_                    _[signature]_
                                    RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02 (D)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO.:** 18-82950     **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| No Bank Accounts | | | | |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) _____ | $ | 0 |
| Officer #2    (Name) _____ | $ | |
| Other Officer  (Name) _____ | $ | |
| Employees (Number) _____ | $ | |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X  A. No payments on pre-petition debts have been made this month.
___  B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 Nov 18_ _____        _____
                                        RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation        CASE NO. : 18-82950        MONTH ENDING: 10/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_X___  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 Nov 18_                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation      CASE NO.: 18-82950      MONTH ENDING: 10/2018

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

| | | | |
|---|---|---|---|
| Current: | Cash | $ | 0 |
| | Inventory | $ | |
| | Accounts Receivable | $ | |
| | Other | $ | |
| | Total Current Assets     (a) | $ | |
| | | | |
| Fixed: | Property & Equipment | $ | |
| | Accumulated Depreciation | $ | < > |
| | Other | $ | |
| | Total Fixed Assets     (b) | $ | |
| | | | |
| Total Assets | (a + b) = (c) | $ | 0 |

**II. LIABILITIES**

| | | | |
|---|---|---|---|
| Current: | Post Chapter 11 Payables | $ | |
| | Taxes Payable | $ | |
| | Accrued Professional Fees | $ | |
| | Accrued Expenses | $ | |
| | Notes Payable | $ | |
| | Current Portion Long Term Debt | $ | |
| | Other | $ | |
| | Total Current Liabilities (d) | $ | |
| | | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ | 2,232,553 |
| | Notes & Loans Payable | $ | |
| | Less Current Portion | $ | < > |
| | Other | $ | |
| | Total Long Term Debt     (e) | $ | |
| Total Liabilities | (d + e) = (f) | $ | 2,232,553 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | | |
|---|---|---|---|
| | Capital Stock     (g) | $ | |
| | Retained Earnings (Deficit)(h) | $ | -2,232,553 |
| | Current Surplus (Deficit) (i) | $ | |
| Total Liabilities & Stockholder | | | |
| Equity/Net Worth     (f) + (g) + (h) + (i) | | $ | 0 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 Nov 18_

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-04

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sara Investment Corporation   **CASE NO.:** 18-82950   **MONTH ENDING:** 10/2018

### File for Each Quarter
**by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

TOTAL REVENUE (SALES)                               (a)   $_____ 0
  Cost of Sales:
                Materials               $_____
                Labor                   $_____
                Purchased Services      $_____
     Total Cost of Sales                      (b)   $_____
     Gross Profit              (a – b) = (c)   $_____

OPERATING EXPENSES
                Management Salary                    $_____
                Other Salary Expense                 $_____
                Payroll Expenses                     $_____
                Outside Services & Contractors       $_____
                Supplies (office & operating)        $_____
                Repairs & Maintenance                $_____
                Advertising                          $_____
                Auto Expense                         $_____
                Delivery                             $_____
                Accounting & Legal                   $_____
                Rent                                 $_____
                Telephone                            $_____
                Travel & Entertainment               $_____
                Utilities                            $_____
                Insurance                            $_____
                Taxes real estate, property, etc.)   $_____
                Interest                             $_____
                Depreciation                         $_____
                Other Operating Expenses (describe)  $_____
     _____                    $_____
                                                     $_____
  Total Operating Expenses:                   (d)   $_____ 0
  Net Profit/(Loss) from Operations (c – d)=(e)  $_____ 0
  Non-Operating Income/Expenses  $_____
     _____  $_____
     _____  $_____
  Total                                       (f)   $_____ 0
  Net Profit/(Loss)                     (e – f)  $_____ 0

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 29 Nov 18 _____     RESPONSIBLE PARTY _____

**Bankruptcy Administrator Form - Business BA-04**