## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 10/2018

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.   YES___ NO_X_  All post petition business taxes have been paid/deposited and the deposit slips are attached.          N/A

    YES___ NO_X_  All post petition individual taxes have been paid and the deposit slips are attached.          N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|-------------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.   YES_X_ NO___  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.          N/A

    If no, enter:     TYPE_____not in force.

                         TYPE_____not in force.

3.   YES_X_ NO____  New books and records were opened and are being maintained daily.

4.   YES_X_ NO____  Copies of all banks statements and reconciliations are attached .

5.   YES_X_ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.   YES_X_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18          _____
                                            RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.    **CASE NO. :** 18-82951    **MONTH ENDING:** 10/2018

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  **(Circle One)**  -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) ___1,252___

B.  RECEIPTS:

   Accounts Receivable from Form BA-02(A)-Line II(C) _____

   Cash Sales ___7,200___

   Loan Proceeds from_____ _____

   Sale of Property (Not in ordinary course of business) _____

   Other_____ _____

   _____ _____

C.  TOTAL RECEIPTS (Total of B) ___7,200___

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B) ___1,210___

E.  SURPLUS OR DEFICIT (C minus D) ___5,990___

F.  CASH ON HAND (End) (A plus E) ___7,242___

INCOME STATEMENT:

1. REVENUE FROM TOTAL SALES $ 7,200
2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) _____
3. EQUALS GROSS PROFIT (1 minus 2) _____
4. LESS OPERATING EXPENSES 1,210
5. EQUALS NET PROFIT OPERATIONS (3 minus 4) 5,990
6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)
7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) $ 5,990

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 10/2018

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**X I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

**II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.    Amount collected this month on accounts receivable charged and paid this month.                    $_____

B.    Amount collected this month on accounts receivable charged in prior months and paid this month.                    $_____

C.    TOTAL collected this month on accounts receivable.                    $_____

**III.    PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|-----------|-----------|---------|-------|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 29 Nov 18 _____                    _____
                                                 RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.........................................$_____
ADVERTISING..............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance).............._____
COMMISSIONS/CONTRACT LABOR................................_____
INSURANCE (TOTAL)........................................._____
    AUTO                    $_____
    LIABILITY               _____
    LIFE                    _____
    MEDICAL                 _____
    CASUALTY                _____
    FIRE & THEFT            _____
    WORKMAN'S COMP.         _____
    OTHER _____        _____
INTEREST PAID............................................._____
INVENTORY PURCHASED......................................._____
LEGAL FEES................................................_____
POSTAGE..................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE........................_____
REPAIRS & MAINTENANCE....................................._____
SALARIES/WAGES PAID......................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..............._____
SUPPLIES (TOTAL).........................................._____
    OFFICE                  $_____
    OPERATING               _____
TRAVEL & ENTERTAINMENT...................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].................._____
UNSECURED LOAN PAYMENTS..................................._____
UTILITIES (TOTAL)........................................._____
    ELECTRICITY             $_____
    GAS                     _____
    TELEPHONE               _____
    WATER                   _____
    OTHER _____       _____

OTHER BUSINESS DISBURSEMENTS    Miscellaneous _____
(Specify)                       Bank Fees _____  $_____ 1,210

TOTAL BUSINESS DISBURSEMENTS..........................$_____ 1,210
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 29 oo 18                    _____
                                 RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month
    (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
    (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 Nov 18

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 10/2018

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 29 Nov 18 _____          _____
                                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.     **CASE NO. :** 18-82951     **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| NBC | #8141 | 7,242 | 10/31 | Pre |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) _____ | $ | 0 |
| Officer #2 (Name) _____ | $ | |
| Other Officer (Name) _____ | $ | |
| Employees (Number) _____ | $ | |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
       creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _29 Nov 18_ _____     _____
                                 RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO.:** 18-82951          **MONTH ENDING:** 10/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__   A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

_____   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _29 Nov 18_                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.    **CASE NO. :** 18-82951    **MONTH ENDING:** 10/2018

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

## I.  ASSETS

| | | | |
|---|---|---|---|
| Current: | Cash | $ | 7,242 |
| | Inventory | $ | |
| | Accounts Receivable | $ | |
| | Other | $ | |
| | Total Current Assets (a) | $ | |
| Fixed: | Property & Equipment | $ | 2,313,152 |
| | Accumulated Depreciation | $ < | 175,682 > |
| | Other | $ | |
| | Total Fixed Assets (b) | $ | |
| Total Assets | (a + b) = (c) | $ | 2,144,712 |

## II. LIABILITIES

| | | | |
|---|---|---|---|
| Current: | Post Chapter 11 Payables | $ | |
| | Taxes Payable | $ | |
| | Accrued Professional Fees | $ | |
| | Accrued Expenses | $ | |
| | Notes Payable | $ | |
| | Current Portion Long Term Debt | $ | 305,486 |
| | Other | $ | |
| | Total Current Liabilities (d) | $ | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ | |
| | Notes & Loans Payable | $ | 3,982,760 |
| | Less Current Portion | $ < | 305,486> |
| | Other | $ | |
| | Total Long Term Debt (e) | $ | |
| Total Liabilities | (d + e) = (f) | $ | 3,982,760 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | | |
|---|---|---|---|
| | Capital Stock (g) | $ | |
| | Retained Earnings (Deficit)(h) | $ | (1,838,048) |
| | Current Surplus (Deficit) (i) | $ | |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | $ | 2,144,712 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 29 NOV 18

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.     **CASE NO.:** 18-82951     **MONTH ENDING:** 10/2018

### File for Each Quarter
**by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | |
|---|---|---:|
| TOTAL REVENUE (SALES) | (a) $ | 7,200 |
| Cost of Sales: | | |
| Materials | $ | |
| Labor | $ | |
| Purchased Services | $ | |
| Total Cost of Sales | (b) $ | |
| Gross Profit | (a – b) = (c) $ | 7,200 |

OPERATING EXPENSES

| | |
|---|---:|
| Management Salary | $ |
| Other Salary Expense | $ |
| Payroll Expenses | $ |
| Outside Services & Contractors | $ |
| Supplies (office & operating) | $ |
| Repairs & Maintenance | $ |
| Advertising | $ |
| Auto Expense | $ |
| Delivery | $ |
| Accounting & Legal | $ |
| Rent | $ |
| Telephone | $ |
| Travel & Entertainment | $ |
| Utilities | $ |
| Insurance | $ |
| Taxes real estate, property, etc.) | $ |
| Interest | $ |
| Depreciation | $ |
| Other Operating Expenses (describe) | $ |
| Miscellaneous | $ 1,200 |
| Bank Fees | $ 10 |
| Total Operating Expenses: (d) | $ 1,210 |
| Net Profit/(Loss) from Operations (c – d)=(e) | $ 5,990 |
| Non-Operating Income/Expenses $ | |
| $ | |
| $ | |
| Total (f) | $ 0 |
| Net Profit/(Loss) (e – f) | $ 5,990 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 29 Nov 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# Sarai Services Group inc
## Reconciliation Summary
### 10080 · Checking - CMH 8141 NBC, Period Ending 10/31/2018

|  | Oct 31, 18 |  |
|---|---|---|
| **Beginning Balance** |  | 1,252.00 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 2 items | -1,210.00 |  |
| Deposits and Credits - 1 item | 7,200.00 |  |
| **Total Cleared Transactions** | 5,990.00 |  |
| **Cleared Balance** |  | **7,242.00** |
| **Register Balance as of 10/31/2018** |  | 7,242.00 |
| **Ending Balance** |  | 7,242.00 |

# Sarai Services Group inc
## Reconciliation Detail
### 10080 · Checking - CMH 8141 NBC, Period Ending 10/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,252.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 10/03/2018 | CHK | | X | -1,200.00 | -1,200.00 |
| Check | 10/31/2018 | | | X | -10.00 | -1,210.00 |
| Total Checks and Payments | | | | | -1,210.00 | -1,210.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/26/2018 | | | X | 7,200.00 | 7,200.00 |
| Total Deposits and Credits | | | | | 7,200.00 | 7,200.00 |
| Total Cleared Transactions | | | | | 5,990.00 | 5,990.00 |
| **Cleared Balance** | | | | | 5,990.00 | 7,242.00 |
| Register Balance as of 10/31/2018 | | | | | 5,990.00 | 7,242.00 |
| **Ending Balance** | | | | | 5,990.00 | 7,242.00 |

Case 18-82948-CRJ11    Doc 52    Filed 11/30/18    Entered 11/30/18 11:19:01    Desc Main
Document      Page 12 of 13

CM Holding INC
PO Box 11128
Huntsville AL 35814

```
.........................ACCOUNT SUMMARY...............................
    ACCOUNT NUMBER TYPE OF ACCOUNT                    CURRENT BALANCE
@XXXXXXXXXX@8141   SMALL BUSINESS ACCOUNT                 7,242.00            1

.........................CHECKING ACCOUNT..............................
```

ACCOUNT SUMMARY    CM Holding INC

| SMALL BUSINESS ACCOUNT | | Number of Enclosures | 1 |
|---|---|---|---|
| Account Number | @XXXXXXXXXX@8141 | Statement Dates  10/01/18 thru 10/31/18 | |
| Previous Balance | 1,252.00 | Days in the statement period | 31 |
| 1 Deposits/Credits | 7,200.00 | Average Ledger | 1,522.96 |
| 1 Checks/Debits | 1,200.00 | Average Collected | 1,522.96 |
| Service Charge | 10.00 | | |
| Interest Paid | .00 | | |
| Current Balance | 7,242.00 | | |

Deposits and Additions
| Date | Description | Amount |
|---|---|---|
| 10/26 | EDI PYMNTS ENGINEERING SOLU | 7,200.00 |
| | CTX        134046 | |

Checks and Withdrawals
| Date | Description | Amount |
|---|---|---|
| 10/31 | Service Charge | 10.00-SC |

Statement Code Summary
| Code | Description |
|---|---|
| SC | Service Charge |

```
              --- CHECKS IN NUMBER ORDER ---
Date     Check No            Amount
10/03                      1,200.00
* Denotes missing check numbers
```

Daily Balance Information
| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/01 | 1,252.00 | 10/26 | 7,252.00 |
| 10/03 | 52.00 | 10/31 | 7,242.00 |