## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 11/30/2018

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _X_ NO_____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES___ NO _X_   All post petition individual taxes have been paid and the deposit slips are attached.      N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES _X_ NO_____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES _X_ NO_____   New books and records were opened and are being maintained daily.

4. YES _X_ NO_____   Copies of all banks statements and reconciliations are attached .

5. YES _X_ NO_____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO_____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 13 Dec 18                          _____ RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO. :** 18-82948    **MONTH ENDING:** 11/30/2018

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) ___29,901___

B.  RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C)  ___199,703___

   Cash Sales  _____

   Loan Proceeds  ___71,524___
   from C. Mitchell / BRM

   Sale of Property  _____
   (Not in ordinary
   course of business)

   Other Reimbursements  ___41,961___

   _____  _____

C.  TOTAL RECEIPTS  ___313,188___
   (Total of B)

D.  BUSINESS DISBURSEMENTS
   FROM FORM BA-02(B)  ___295,317___

E.  SURPLUS OR DEFICIT  ___17,871___
   (C minus D)

F.  CASH ON HAND (End)  ___47,772___
   (A plus E)

**INCOME STATEMENT**

CASH BASIS

1.  REVENUE FROM TOTAL
    SALES  $  ___241,664___

2.  LESS COST OF THOSE
    SALES  ___164,935___
    (Cost of materials,
    Labor, etc.)

3.  EQUALS GROSS
    PROFIT (1 minus 2)  ___76,729___

4.  LESS OPERATING
    EXPENSES  ___116,713___

5.  EQUALS NET PROFIT
    OPERATIONS  ___(39,984)___
    (3 minus 4)

6.  NON-OPERATING
    INCOME/EXPENSES
    (LIST SPECIFIC
    INCOME/EXPENSES)

    _____  _____

    _____  _____

    _____  _____

7.  EQUALS NET PROFIT
    OR NET LOSS  $  ___(129,955)___
    (5 plus or minus 6)

*** Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __13 Dec 18__                   _____
                                     RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.    CASE NO. : 18-82948    MONTH ENDING: 11/30/2018

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.    Amount collected this month on accounts
receivable charged and paid this month.        $_____0

B.    Amount collected this month on accounts
receivable charged in prior months
and paid this month.                            $_____199,703

C.    TOTAL collected this month on accounts
receivable.                                     $_____199,703

III.    PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| General Services Admin | $ 262,815 | | | | $ 262,815 |
| All other receivables from WW Contractors, Inc. are deemed uncollectible or of doubtful collection. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ 262,815 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _13 Dec 18_____        _____
                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.     CASE NO.: 18-82948     MONTH ENDING: 11/30/2018

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES...................................................$ | |
| ADVERTISING....................................................... | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............... | |
| COMMISSIONS/CONTRACT LABOR................................. | |
| INSURANCE (TOTAL)........................................... | 9,693 |

| | |
|---|---|
| AUTO | $ |
| LIABILITY | |
| LIFE | |
| MEDICAL | |
| CASUALTY | |
| FIRE & THEFT | |
| WORKMAN'S COMP. | |
| OTHER Business | 9,693 |

| | |
|---|---|
| INTEREST PAID..................................................... | |
| INVENTORY PURCHASED.......................................... | |
| LEGAL FEES....................................................... | |
| POSTAGE.......................................................... | 142 |
| RENT/LEASE PAYMENTS ON REAL ESTATE....................... | |
| REPAIRS & MAINTENANCE........................................ | |
| SALARIES/WAGES PAID............................................ | 229,132 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............. | 4,600 |
| SUPPLIES (TOTAL)............................................... | |

| | |
|---|---|
| OFFICE | $ |
| OPERATING | |

| | |
|---|---|
| TRAVEL & ENTERTAINMENT....................................... | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................. | 30,473 |
| UNSECURED LOAN PAYMENTS..................................... | 8,600 |
| UTILITIES (TOTAL)............................................... | 2,793 |

| | |
|---|---|
| ELECTRICITY | $ 2,793 |
| GAS | |
| TELEPHONE | |
| WATER | |
| OTHER _____ | |

| | | |
|---|---|---|
| OTHER BUSINESS DISBURSEMENTS | Bank & Merchant Fees | |
| (Specify) | Telephone, Computer Expenses | $ 9,884 |

**TOTAL BUSINESS DISBURSEMENTS**..........................$ 295,317

---

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 13 Dec 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.      CASE NO. : 18-82948      MONTH ENDING: 11/30/2018

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1.  __X__  Secured loan payments as described below have been paid this month
           (Check, if true.)

2.  _____ No secured loan payments have been paid during this month.
           (Check, if true.)

3.  _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| 1st Mortgage | 3300 Westmill Drive R/E | 11/1/18 | 2,300 | 2,300 | Unk |
| 1st Mortgage | 3300 Westmill Drive R/E | 11/30/18 | 2,300 | 2,300 | Unk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE 13 Dec 18 _____      _____ RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.     CASE NO.: 18-82948     MONTH ENDING: 11/30/2018

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| ALL PAYROLL TAX OBLIGATIONS ARE IMPOUNDED BY THIRD-PARTY PAYROLL SERVICE | | | | | |
| TOTAL ESTIMATED PAYROLL TAXES PAID VIA THIRD-PARTY IS $30,473 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 13 Dec 18

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO.:** 18-82948    **MONTH ENDING:** 11/30/2018

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Nat'l Bank of Commerce | #7435 | 37,810 | 11/30 | Pre |
| North Ala. Bank | #9645 | 101 | 11/30 | Pre |
| North Ala. Bank | #9984 | 3,330 | 11/30 | Pre |
| PNC | #4557 | 6,532 | 11/30 | Post |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) | Calvin Mitchell | $ 16,225 |
| Officer #2 (Name) | | $ |
| Other Officer (Name) | | $ |
| Employees (Number) | 34 | $ 165,460 |
| Employees (Relatives) | | $ |
| Name | Courtney Mitchell | $ 3,265 |
| Name | James C. Mitchell | $ 4,681 |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ 0 |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ 0 |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.

_X_ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| Pearl Capital | 8,600 | Working Capital | Automatic debit not yet cancelled |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 13 Dec 18 _____

_____
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 11/30/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE __13 Dec 18__

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Saral Services Group inc
## Reconciliation Summary
### 10100 · Checking - SSG 4557 PNC, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| Beginning Balance | 0.00 |
| Cleared Transactions | |
| Checks and Payments - 15 items | -265,459.05 |
| Deposits and Credits - 9 items | 271,990.87 |
| Total Cleared Transactions | 6,531.82 |
| Cleared Balance | 6,531.82 |
| Register Balance as of 11/30/2018 | 6,531.82 |
| Ending Balance | 6,531.82 |

Case 18-82948-CRJ11    Doc 67    Filed 12/14/18    Entered 12/14/18 11:44:51    Desc Main
Document      Page 9 of 32

# Sarai Services Group inc
## Reconciliation Detail
### 10100 · Checking - SSG 4557 PNC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 Items** | | | | | | |
| Check | 11/01/2018 | | Oasis Outsourcing | X | -81,785.78 | -81,785.78 |
| Check | 11/09/2018 | | WOW Business | X | -924.54 | -82,710.32 |
| Check | 11/09/2018 | | fed ex | X | -42.59 | -82,752.91 |
| Check | 11/13/2018 | | Sprint | X | -59.97 | -82,812.88 |
| Check | 11/14/2018 | | Oasis Outsourcing | X | -95,000.00 | -177,812.88 |
| Check | 11/14/2018 | | Intuit | X | -515.57 | -178,328.45 |
| Check | 11/14/2018 | | Intuit | X | -65.40 | -178,393.85 |
| Check | 11/15/2018 | | Adobe | X | -350.87 | -178,744.72 |
| Check | 11/19/2018 | | VOYA | X | -2,929.00 | -181,673.72 |
| Check | 11/19/2018 | | Adobe | X | -350.87 | -182,024.59 |
| Check | 11/19/2018 | | fed ex | X | -16.23 | -182,040.82 |
| Check | 11/23/2018 | | fed ex | X | -69.18 | -182,110.00 |
| Check | 11/27/2018 | | Intuit | X | -515.57 | -182,625.57 |
| Check | 11/27/2018 | | fed ex | X | -14.08 | -182,639.65 |
| Check | 11/28/2018 | | Oasis Outsourcing | X | -82,819.40 | -265,459.05 |
| | | | Total Checks and Payments | | -265,459.05 | -265,459.05 |
| **Deposits and Credits - 9 Items** | | | | | | |
| Transfer | 10/23/2018 | | | X | 100.00 | 100.00 |
| Deposit | 11/01/2018 | | | X | 40,000.00 | 40,100.00 |
| Transfer | 11/01/2018 | | | X | 60,000.00 | 100,100.00 |
| Check | 11/13/2018 | | | X | 56,000.00 | 156,100.00 |
| Deposit | 11/14/2018 | | | X | 26,000.00 | 182,100.00 |
| Deposit | 11/16/2018 | | | X | 2,929.00 | 185,029.00 |
| Deposit | 11/27/2018 | | | X | 28,961.87 | 213,990.87 |
| Check | 11/28/2018 | | | X | 13,000.00 | 226,990.87 |
| Deposit | 11/28/2018 | | | X | 45,000.00 | 271,990.87 |
| | | | Total Deposits and Credits | | 271,990.87 | 271,990.87 |
| | | | Total Cleared Transactions | | 6,531.82 | 6,531.82 |
| | | | Cleared Balance | | 6,531.82 | 6,531.82 |
| | | | Register Balance as of 11/30/2018 | | 6,531.82 | 6,531.82 |
| | | | **Ending Balance** | | **6,531.82** | **6,531.82** |

Case 18-82948-CRJ11    Doc 67    Filed 12/14/18    Entered 12/14/18 11:44:51    Desc Main
Document    Page 10 of 32

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number ████████4557 - continued

For the Period 11/01/2018 to 11/30/2018
Sarai Services Group Inc
Primary Account Number: ████████-4557
Page 2 of 4

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Summary

Sarai Services Group Inc

Account number: ████████-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 100.00 | 271,890.87 | 265,459.05 | 6,531.82 |
| | | | Average ledger balance | Average collected balance |
| | | | 12,989.29 | 12,989.29 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| ACH Additions | 1 | 28,961.87 | Debit Card Purchases | 4 | 2,015.65 |
| Other Additions | 7 | 242,929.00 | ATM/Misc. Debit Card Transactions | 7 | 909.22 |
| | | | ACH Deductions | 1 | 2,929.00 |
| | | | Other Deductions | 3 | 259,605.18 |
| Total | 8 | 271,890.87 | Total | 15 | 265,459.05 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | 18,314.22 | 11/15 | 3,355.28 | 11/23 | 2,919.00 |
| 11/09 | 17,347.09 | 11/16 | 6,284.28 | 11/27 | 31,351.22 |
| 11/13 | 73,287.12 | 11/19 | 2,988.18 | 11/28 | 6,531.82 |
| 11/14 | 3,706.15 | | | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/27 | 28,961.87 | Corporate ACH Capsw Army DFAS-Cleveland 6Vlk2 | 0001833100997070 702 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 60,000.00 | Online Transfer From ████████4549 | SARAI SERVICES |
| 11/01 | 40,000.00 | Online Transfer From ████████4581 | SARAI SERVICES |

# Business Checking



For 24-hour account information, sign-on to
pnc.com/mybusiness/

## Other Additions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/13 | 56,000.00 | Fed Wire In 18Bdl4257Isc2A4K | W18BDL4257ISC2A4K |
| 11/14 | 26,000.00 | Online Transfer From ████████4581 | SARAI SERVICES |
| 11/16 | 2,929.00 | Online Transfer From ████████4581 | SARAI SERVICES |
| 11/28 | 45,000.00 | Online Transfer From ████████4581 | SARAI SERVICES |
| 11/28 | 13,000.00 | Fed Wire In 18Bsh0713Cbs60Bo | W18BSH0713CBS60BO |

## Checks and Other Deductions

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/09 | 924.54 | 6587 Debit Card Purchase Vs *Wowl  855-4969929 | 07025870057166587313 |
| 11/13 | 59.97 | 6587 Debit Card Purchase Clearchecks  Www.Clear  *SPRINT* | 17354870057166587316 |
| 11/14 | 515.57 | 6587 Debit Card Purchase Intuit *Payroll 888-5377794 Ca | 70087870057166587318 |
| 11/27 | 515.57 | 6587 Debit Card Purchase Intuit *Payroll 888-5377794 Ca | 20832870057166587331 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/09 | 42.59 | 6587 Recurring Debit Card Fedex 90539344 800-4633339 Tn | 07026870057166587313 |
| 11/14 | 65.40 | 6587 Recurring Debit Card Intuit *Qb Online 800-2866800 Ca | 70086870057166587318 |
| 11/15 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 64963870057166587319 |
| 11/19 | 16.23 | 6587 Recurring Debit Card Fedex 455201569 800-4633339 Tn | 55412870057166587322 |
| 11/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 71288870057166587323 |
| 11/23 | 69.18 | 6587 Recurring Debit Card Fedex 460195982 800-4633339 Tn | 46917870057166587326 |
| 11/27 | 14.08 | 6587 Recurring Debit Card Fedex 460535656 800-4633339 Tn | 20831870057166587331 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/19 | 2,929.00 | Corporate ACH Spnsr P/R Voya Nat Trst182 817157 0001 | 00018323003782197 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 81,785.78 | Fed Wire Out 18B1H1727Jnm1Qe6 | W18B1H1727JNM1QE6 |
| 11/14 | 95,000.00 | Fed Wire Out 18Beh09137Ub17Ed  *OASIS* | W18BEH09137UB17ED |
| 11/28 | 82,819.40 | Fed Wire Out 18Bsj09048St5Pn4 | W18BSJ09048ST5PN4 |

⋮

# Business Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 11/01/2018 to 11/30/2018**
Saral Services Group Inc
Primary Account Number: ████████4557
Page 4 of 4

Business Checking Account Number: ██████-4557 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/03/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2018.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Combined Transactions | 2 | .00 | Included in Account |
| ACH Credits | 1 | .00 | Included in Account |
| ACH Debits | 1 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Receivables-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Sync-Promo | 1 | .00 | Included in Account |
| Automated Clearinghouse Service | | 45.00 | |
| ACH Monthly Maintenance Fee | | 45.00 | |
| Total For Services Used This Period | | 45.00 | |
| Total Service Charge | | 45.00 | |

# Sarai Services Group inc
## Reconciliation Summary
### 10090 · Checking - SSG 8373 NBC, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | 0.00 |
|    **Cleared Transactions** | |
|       Checks and Payments - 1 Item | -10.00 |
|       Deposits and Credits - 1 Item | 16.92 |
|     **Total Cleared Transactions** | 6.92 |
| **Cleared Balance** | 6.92 |
| **Register Balance as of 11/30/2018** | 6.92 |
| **Ending Balance** | 6.92 |

Case 18-82948-CRJ11    Doc 67    Filed 12/14/18    Entered 12/14/18 11:44:51    Desc Main
Document      Page 14 of 32

# Sarai Services Group Inc
# Reconciliation Detail
## 10090 · Checking - SSG 8373 NBC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Check | 11/30/2018 | | | X | -10.00 | -10.00 |
| Total Checks and Payments | | | | | -10.00 | -10.00 |
| **Deposits and Credits - 1 Item** | | | | | | |
| General Journal | 11/30/2018 | 773 | | X | 16.92 | 16.92 |
| Total Deposits and Credits | | | | | 16.92 | 16.92 |
| Total Cleared Transactions | | | | | 6.92 | 6.92 |
| Cleared Balance | | | | | 6.92 | 6.92 |
| Register Balance as of 11/30/2018 | | | | | 6.92 | 6.92 |
| **Ending Balance** | | | | | 6.92 | 6.92 |

Case 18-82948-CRJ11    Doc 67    Filed 12/14/18    Entered 12/14/18 11:44:51    Desc Main
Document    Page 15 of 32

Sarai Services Group INC
PO Box 11128
Huntsville AL 35814

```
............................ACCOUNT SUMMARY............................
     ACCOUNT NUMBER TYPE OF ACCOUNT                    CURRENT BALANCE
@XXXXXXXXXX@8373   BUSINESS MMA ACCOUNT                    6.92

............................CHECKING ACCOUNT.............................

     ACCOUNT SUMMARY    Sarai Services Group INC

BUSINESS MMA ACCOUNT                  Number of Enclosures              0
Account Number         @XXXXXXXXXX@8373  Statement Dates  11/01/18 thru 12/02/18
Previous Balance              16.92    Days in the statement period      32
     Deposits/Credits          .00    Average Ledger               16.92
     Checks/Debits             .00    Average Collected            16.92
Service Charge              10.00
Interest Paid                 .00
Current Balance              6.92    2018 Interest Paid             1.63


Checks and Withdrawals
Date      Description                     Amount
11/30     Service Charge                  10.00-SC

Statement Code Summary
Code  Description
SC    Service Charge

Daily Balance Information
Date        Balance       Date        Balance
11/01           16.92   11/30             6.92
                   Interest Rate Summary
                   Date          Rate
                   10/31         0.100000%
```

# Saral Services Group inc
## Reconciliation Summary
### 10000 · Checking - SSG 7435 NBC, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | 26,353.37 |
|   **Cleared Transactions** | |
|     Checks and Payments - 35 items | -99,016.86 |
|     Deposits and Credits - 10 items | 110,466.26 |
|     **Total Cleared Transactions** | 11,449.40 |
| **Cleared Balance** | 37,802.77 |
|   **Uncleared Transactions** | |
|     Checks and Payments - 5 items | -10,292.77 |
|     Deposits and Credits - 1 item | 1,452.60 |
|     **Total Uncleared Transactions** | -8,840.17 |
| **Register Balance as of 11/30/2018** | 28,962.60 |
| **Ending Balance** | 28,962.60 |

# Sarai Services Group inc
## Reconciliation Detail
### 10000 · Checking - SSG 7435 NBC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 26,353.37 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 35 items** | | | | | | |
| Check | 11/01/2018 | | | X | -2,300.00 | -2,300.00 |
| Check | 11/01/2018 | | Huntsville Utilities | X | -1,499.00 | -3,799.00 |
| Check | 11/01/2018 | | MD DHR | X | -192.00 | -3,991.00 |
| Check | 11/01/2018 | | Huntsville Utilities | X | -168.75 | -4,159.75 |
| Check | 11/01/2018 | | Huntsville Utilities | X | -97.17 | -4,256.92 |
| Check | 11/02/2018 | | MCA Servicing | X | -2,150.00 | -6,406.92 |
| Check | 11/02/2018 | | Huntsville Utilities | X | -494.75 | -6,901.67 |
| Check | 11/02/2018 | | Huntsville Utilities | X | -219.45 | -7,121.12 |
| Check | 11/02/2018 | | Huntsville Utilities | X | -157.37 | -7,278.49 |
| Check | 11/02/2018 | | Huntsville Utilities | X | -92.85 | -7,371.34 |
| Check | 11/02/2018 | | Huntsville Utilities | X | -12.83 | -7,384.17 |
| Check | 11/02/2018 | | | X | -10.00 | -7,394.17 |
| Check | 11/02/2018 | | | X | -10.00 | -7,404.17 |
| Check | 11/02/2018 | | | X | -10.00 | -7,414.17 |
| Check | 11/02/2018 | | | X | -10.00 | -7,424.17 |
| Check | 11/05/2018 | 4211 | Doug Martin | X | -200.00 | -7,624.17 |
| Check | 11/08/2018 | | Traveler's Insurance | X | -9,693.40 | -17,317.57 |
| Check | 11/09/2018 | | MCA Servicing | X | -2,150.00 | -19,467.57 |
| Check | 11/13/2018 | | | X | -56,000.00 | -75,467.57 |
| Check | 11/13/2018 | | Smartcom | X | -1,566.00 | -77,033.57 |
| Check | 11/13/2018 | | Microsoft | X | -1,215.18 | -78,248.75 |
| Check | 11/13/2018 | | Microsoft | X | -403.49 | -78,652.24 |
| Check | 11/13/2018 | | National Bank of Co... | X | -191.74 | -78,843.98 |
| Check | 11/13/2018 | | Microsoft | X | -31.98 | -78,875.96 |
| Check | 11/13/2018 | | National Bank of Co... | X | -18.00 | -78,893.96 |
| Check | 11/15/2018 | | MD DHR | X | -192.00 | -79,085.96 |
| Check | 11/16/2018 | | MCA Servicing | X | -2,150.00 | -81,235.96 |
| Check | 11/16/2018 | | National Bank of Co... | X | -35.00 | -81,270.96 |
| Check | 11/28/2018 | | | X | -13,000.00 | -94,270.96 |
| Check | 11/28/2018 | | National Bank of Co... | X | -18.00 | -94,288.96 |
| Check | 11/29/2018 | | MD DHR | X | -192.00 | -94,480.96 |
| Check | 11/29/2018 | | National Bank of Co... | X | -35.00 | -94,515.96 |
| Check | 11/30/2018 | | | X | -2,300.00 | -96,815.96 |
| Check | 11/30/2018 | | MCA Servicing | X | -2,150.00 | -98,965.96 |
| Check | 11/30/2018 | | Huntsville Utilities | X | -50.90 | -99,016.86 |
| **Total Checks and Payments** | | | | | -99,016.86 | -99,016.86 |
| **Deposits and Credits - 10 items** | | | | | | |
| Deposit | 11/02/2018 | | | X | 3,816.72 | 3,816.72 |
| Deposit | 11/02/2018 | | | X | 7,540.91 | 11,357.63 |
| Deposit | 11/02/2018 | | | X | 7,655.33 | 19,012.96 |
| Deposit | 11/02/2018 | | | X | 8,545.79 | 27,558.75 |
| Deposit | 11/08/2018 | | | X | 26,716.59 | 54,275.34 |
| Deposit | 11/16/2018 | | | X | 35.00 | 54,310.34 |
| Deposit | 11/23/2018 | | | X | 13,614.88 | 67,925.22 |
| Deposit | 11/28/2018 | | | X | 25.00 | 67,950.22 |
| Deposit | 11/29/2018 | | | X | 35.00 | 67,985.22 |
| Deposit | 11/30/2018 | | | X | 42,481.04 | 110,466.26 |
| **Total Deposits and Credits** | | | | | 110,466.26 | 110,466.26 |
| **Total Cleared Transactions** | | | | | 11,449.40 | 11,449.40 |
| **Cleared Balance** | | | | | 11,449.40 | 37,802.77 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| General Journal | 08/02/2018 | 613 | | | -1,313.92 | -1,313.92 |
| General Journal | 08/15/2018 | 658 | | | -1,220.23 | -2,534.15 |
| General Journal | 09/04/2018 | 678 | | | -258.62 | -2,792.77 |
| General Journal | 09/10/2018 | 686 | | | -5,000.00 | -7,792.77 |
| Bill Pmt -Check | 09/24/2018 | 4210 | Dodds, Kidd, Ryan, &... | | -2,500.00 | -10,292.77 |
| **Total Checks and Payments** | | | | | -10,292.77 | -10,292.77 |

Case 18-82948-CRJ11   Doc 67   Filed 12/14/18   Entered 12/14/18 11:44:51   Desc Main
Document     Page 18 of 32

# Sarai Services Group inc
## Reconciliation Detail
### 10000 · Checking - SSG 7435 NBC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 08/20/2018 | 660 | | | 1,452.60 | 1,452.60 |
| Total Deposits and Credits | | | | | 1,452.60 | 1,452.60 |
| Total Uncleared Transactions | | | | | -8,840.17 | -8,840.17 |
| Register Balance as of 11/30/2018 | | | | | 2,609.23 | 28,962.60 |
| **Ending Balance** | | | | | **2,609.23** | **28,962.60** |

Case 18-82948-CRJ11    Doc 67    Filed 12/14/18    Entered 12/14/18 11:44:51    Desc Main
Document    Page 19 of 32

Sarai Services Group INC
PO Box 11128
Huntsville AL 35814

```
.....................ACCOUNT SUMMARY..........................
   ACCOUNT NUMBER TYPE OF ACCOUNT              CURRENT BALANCE
@XXXXXXXXXX@7435   ANALYZED BUSINESS CHECKING       37,802.77          1

.....................CHECKING ACCOUNT.........................
```

ACCOUNT SUMMARY    Sarai Services Group INC

```
ANALYZED BUSINESS CHECKING          Number of Enclosures            1
Account Number      @XXXXXXXXXX@7435  Statement Dates 11/01/18 thru 12/02/18
Previous Balance          26,353.37   Days in the statement period     32
   10 Deposits/Credits   110,466.26   Average Ledger           24,607.03
   35 Checks/Debits       99,016.86   Average Collected        24,607.03
Service Charge                  .00
Interest Paid                   .00
Current Balance           37,802.77
```

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Insufficient funds item fees | $.00 | $3,675.00 |
| Return item fees | $.00 | $.00 |

```
Deposits and Additions
Date      Description                         Amount
11/02     MISC PAY GPO  TREAS 310          3,816.72
          CCD      12608604000001
11/02     MISC PAY GPO  TREAS 310          7,540.91
          CCD      12608604000001
11/02     MISC PAY GPO  TREAS 310          7,655.33                GPO
          CCD      12608604000001
11/02     MISC PAY GPO  TREAS 310          8,545.79
          CCD      12608604000001
11/08     EFT       TELEDYNE BROWN E      26,716.59                TD
          CTX      VND000011886
11/16     Reverse OD Item Charge             35.00
```

ANALYZED BUSINESS CHECKING        @XXXXXXXXX@7435   (Continued)

Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 11/23 | MISC PAY GPO  TREAS 310 | 13,614.88 ] GPO |
|       | CCD        12608604000001 | |
| 11/28 | Trsf from CM Properties | 25.00 |
|       | cover Oasis wire for payroll | |
|       | Confirmation number 1128180315 | |
| 11/29 | Reverse OD Item Charge | 35.00 |
| 11/30 | EFT        TELEDYNE BROWN E | 42,481.04 |
|       | CTX        VND000011886 | |

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | CONC.DEBT  HSV DRAFT DBT | 97.17- |
|       | PPD        221010037046 | |
| 11/01 | CONC.DEBT  HSV DRAFT DBT | 168.75- |
|       | PPD        221010173001 | |
| 11/01 | CHILDSUPP  MD DHR CSEA | 192.00- |
|       | WEB        201811010000151 | |
| 11/01 | CONC.DEBT  HSV DRAFT DBT | 1,499.00- |
|       | PPD        221010173000 | |
| 11/01 | Transf to CM Properties | 2,300.00- |
|       | lease payment | |
|       | Confirmation number 1205140074 | |
| 11/02 | MERCH FEE  MERCHANT SERVICE | 10.00- |
|       | CCD        8032548466 | |
| 11/02 | MERCH FEE  MERCHANT SERVICE | 10.00- |
|       | CCD        8032548508 | |
| 11/02 | MERCH FEE  MERCHANT SERVICE | 10.00- |
|       | CCD        8032548573 | |
| 11/02 | MERCH FEE  MERCHANT SERVICE | 10.00- |
|       | CCD        8032548631 | |
| 11/02 | CONC.DEBT  HSV DRAFT DBT | 12.83- |
|       | PPD        221010172999 | |
| 11/02 | CONC.DEBT  HSV DRAFT DBT | 92.85- |
|       | PPD        221010172995 | |
| 11/02 | CONC.DEBT  HSV DRAFT DBT | 157.37- |
|       | PPD        221010172993 | |

ANALYZED BUSINESS CHECKING          @XXXXXXXXX@7435   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/02 | CONC.DEBT   HSV DRAFT DBT | 219.45- |
|  | PPD          221010172994 |  |
| 11/02 | CONC.DEBT   HSV DRAFT DBT | 494.75- |
|  | PPD          221010172992 |  |
| 11/02 | Debit       MCA Servicing | 2,150.00- |
|  | CCD          5044952 |  |
| 11/08 | CL PAYMENT  TRAVELERS INSUR | 9,693.40- |
|  | PPD          4279J91789999 |  |
| 11/09 | Debit       MCA Servicing | 2,150.00- |
|  | CCD          5044952 |  |
| 11/13 | Wire Transfer Debit | 56,000.00- |
|  | Sarai Services   Group |  |
|  | 083000108 |  |
|  | ███████4557 |  |
|  | 3405 Triana Blvd SW |  |
|  | Huntsville, AL 35805 |  |
|  | PNC BK, KY INC |  |
|  | LOUISVILLE                     KY |  |
|  | 20181113MMQFMPCN000195 |  |
|  | 20181113MMQFMPN0000352 |  |
|  | 11131642FT03 |  |
| 11/13 | Wire Transfer Fee | 18.00- |
| 11/13 | Account Analysis Charge | 191.74- |
| 11/13 | EDI PAYMNT MICROSOFT 6041 | 31.98- |
|  | PPD          Z30L1BKGPO8B |  |
| 11/13 | EDI PAYMNT MICROSOFT 6041 | 403.49- |
|  | PPD          Z30L1BKGPEPB |  |
| 11/13 | EDI PAYMNT MICROSOFT 6041 | 1,215.18- |
|  | PPD          Z30H1BL11ON1 |  |
| 11/13 | WEB PMTS   SmartCom Telepho | 1,566.00- |
|  | WEB          25DG2B |  |
| 11/15 | CHILDSUPP  MD DHR CSEA | 192.00- |
|  | WEB          20181115000056 |  |
| 11/16 | Debit       MCA Servicing | 2,150.00- |
|  | CCD          5044952 |  |
| 11/16 | Insufficient Funds Item Fee | 35.00- |

ANALYZED BUSINESS CHECKING          @XXXXXXXXXX@7435   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 11/28 | Wire Transfer Debit | 13,000.00- |
| | Sarai Services Group Inc | |
| | 083000108 | |
| | ████4557 | |
| | 3405 Triana Blvd SW | |
| | Huntsville, AL 35805 | |
| | PNC BK, KY INC | |
| | LOUISVILLE                    KY | |
| | 20181128MMQFMPCN000070 | |
| | 20181128MMQFMPN0000146 | |
| | 11281207FT03 | |
| 11/28 | Wire Transfer Fee | 18.00- |
| 11/29 | CHILDSUPP  MD DHR CSEA | 192.00- |
| | WEB          201811290000029 | |
| 11/29 | Insufficient Funds Item Fee | 35.00- |
| 11/30 | CONC.DEBT  HSV DRAFT DBT | 50.90- |
| | PPD          221010037046 | |
| 11/30 | Debit     MCA Servicing | 2,150.00- |
| | CCD     5044952 | |
| 11/30 | Transf to CM Properties | 2,300.00- |
| | lease payment | |
| | Confirmation number 1205140074 | |

--- CHECKS IN NUMBER ORDER ---

| Date | Check No | Amount |
|------|----------|--------|
| 11/05 | 4211 | 200.00 |

*Doug Martin . Petty Cash*

* Denotes missing check numbers

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 22,096.45 | 11/09 | 61,161.14 | 11/23 | 13,007.63 |
| 11/02 | 46,487.95 | 11/13 | 1,734.75 | 11/28 | 14.63 |
| 11/05 | 46,287.95 | 11/15 | 1,542.75 | 11/29 | 177.37- |
| 11/08 | 63,311.14 | 11/16 | 607.25- | 11/30 | 37,802.77 |

# Saral Services Group Inc
# Reconciliation Summary
### 10020 · Checking - SSG 9984 NAB, Period Ending 11/30/2018

|  | Nov 30, 18 |  |
|---|---|---|
| **Beginning Balance** |  | 930.24 |
| **Cleared Transactions** |  |  |
| Deposits and Credits - 1 item | 2,400.00 |  |
| **Total Cleared Transactions** | 2,400.00 |  |
| **Cleared Balance** |  | **3,330.24** |
| Register Balance as of 11/30/2018 |  | 3,330.24 |
| **Ending Balance** |  | 3,330.24 |

# Sarai Services Group inc
## Reconciliation Detail
### 10020 · Checking - SSG 9984 NAB, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 930.24 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Transfer | 11/14/2018 | | | X | 2,400.00 | 2,400.00 |
| Total Deposits and Credits | | | | | 2,400.00 | 2,400.00 |
| Total Cleared Transactions | | | | | 2,400.00 | 2,400.00 |
| **Cleared Balance** | | | | | 2,400.00 | 3,330.24 |
| Register Balance as of 11/30/2018 | | | | | 2,400.00 | 3,330.24 |
| **Ending Balance** | | | | | **2,400.00** | **3,330.24** |

Case 18-82948-CRJ11   Doc 67   Filed 12/14/18   Entered 12/14/18 11:44:51   Desc Main
Document   Page 25 of 32

# Sarai Services Group inc
# Reconciliation Summary
### 10025 · Checking -SSG 9645 NAB, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | 2,500.96 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -2,400.00 |
| **Total Cleared Transactions** | -2,400.00 |
| **Cleared Balance** | 100.96 |
| **Register Balance as of 11/30/2018** | 100.96 |
| **Ending Balance** | 100.96 |

Case 18-82948-CRJ11    Doc 67    Filed 12/14/18    Entered 12/14/18 11:44:51    Desc Main
Document      Page 26 of 32

# Sarai Services Group inc
## Reconciliation Detail
### 10025 · Checking -SSG 9645 NAB, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,500.96 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Transfer | 11/14/2018 | | | X | -2,400.00 | -2,400.00 |
| Total Checks and Payments | | | | | -2,400.00 | -2,400.00 |
| Total Cleared Transactions | | | | | -2,400.00 | -2,400.00 |
| **Cleared Balance** | | | | | -2,400.00 | 100.96 |
| Register Balance as of 11/30/2018 | | | | | -2,400.00 | 100.96 |
| **Ending Balance** | | | | | -2,400.00 | 100.96 |

Case 18-82948-CRJ11    Doc 67    Filed 12/14/18    Entered 12/14/18 11:44:51    Desc Main
Document      Page 27 of 32

## James C Mitchell

Manage Profile

View Accounts Move Money Manage Cards Find Locations Messages Manage Alerts Reports Documents Log
Out
Swipe left to close
Checking *9645 Available Balance

# $100.96

Sort: **Date (Newest First)**
DOWNLOAD FORMAT
Required
START
Required
END
Required
Download

- SEARCH

  DATE RANGE
  START
  END
  Search

Updated: **Dec 06, 2018 11:51:31 PM**

- Wednesday, November 14, 2018

  **-$2,400.00**

  $100.96

  **PAYROLL-INTERNET TRANSFER FROM CHK 9645
  TO CHK 9984 1889445**

- Thursday, October 18, 2018

  **-$15.00**

  $2,500.96

  **WIRE TRANSFER FEE TO OASIS OUTSOURCING
  INC**

**-$148,252.13**

$2,515.96

**WIRE TRANSFER TO OASIS OUTSOURCING INC**

**$8,000.00**

$150,768.09

**Deposit**

**$2,000.00**

$142,768.09

**INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 7222876**

- Tuesday, October 16, 2018

**$140,000.00**

$140,768.09

**INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 3082951**

- Monday, October 15, 2018

**-$15.00**

$768.09

**WIRE TRANSFER FEE TO OASIS OUTSOURCING INC**

**-$57,348.21**

$783.09

**WIRE TRANSFER TO OASIS OUTSOURCING INC**

**$55,000.00**

$58,131.30

**INTERNET TRANSFER FROM CHK 9984 TO CHK 9645 9496046**

**$3,000.00**

$3,131.30

**INTERNET TRANSFER FROM CHK 9984 TO CHK
9645 6324424**

- Thursday, October 11, 2018

**-$5,000.00**

$131.30

**COVER CHECK TO CTG-INTERNET TRANSFER
FROM CHK 9645 TO CHK 9984 8243727**

- Friday, October 5, 2018

**-$15.00**

$5,131.30

**outgoing wire**

- Thursday, October 4, 2018

**-$155,514.23**

$5,146.30

**outgoing wire to Oasis Outsourcing, Inc.**

**$10,900.00**

$160,660.53

**Deposit**

- Tuesday, October 2, 2018

**$149,760.53**

$149,760.53

**Deposit**

No More To Load

**Balance Information**

- Account Number

  **\*9645 Show**

- Routing Number

  **062204022**

- Balance

  **$100.96**

- Available Balance

  **$100.96**

- Pending

  **$0.00**

- Statement Balance

  **$100.96**

  11/30/2018
- Hold Amount

  **$0.00**

- Overdraft Limit

  **$500.00**

- Account Activity
  - Last Deposit

    **$10,000.00**

    10/18/2018
  - Last Check

    **$0.00**

    Check #0 - 01/01/0001
- Interest
  - Current Rate

    **0.0000%**

  - Interest Accrued

**$0.00**

- ○ YTD Interest

**$0.00**

- Unavailable Funds
  - ○ Float

**$0.00**

- Miscellaneous
  - ○ Date Opened

**10/02/2018**

- ○ YTD Average Balance

**$100.96**

- ○ YTD Average Collected

**$100.96**

## Account Services

- **Statements**

Access statements for this account