## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO.:** 18-82949          **MONTH ENDING:** 11/30/2018

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES_X_ NO____   All post petition business taxes have been paid/deposited and the deposit
    slips are attached.          N/A

    YES___ NO_X_   All post petition individual taxes have been paid and the deposit slips are
    attached.          N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES___ NO_X_   Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.          N/A

    If no, enter:     TYPE_____not in force.

                      TYPE_____not in force.

3.  YES_X_ NO____   New books and records were opened and are being maintained daily.

4.  YES_X_ NO____   Copies of _all_ banks statements and reconciliations are attached .

5.  YES_X_ NO____   I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES_X_ NO____   All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE 13 Dec 18 _____          _____RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC     **CASE NO. :** 18-82949     **MONTH ENDING:** 11/30/2018

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    **(Circle One)**    -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) ___100___

B.   RECEIPTS:

    Accounts Receivable from Form BA-02(A)-Line II(C) _____

    Cash Sales _____369_____

    Loan Proceeds from_____ _____

    Sale of Property _____
      (Not in ordinary course of business)

    Other_____ _____

    _____ _____

C.   TOTAL RECEIPTS _____369_____
      (Total of B)

D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B) _____0_____

E.   SURPLUS OR DEFICIT _____369_____
      (C minus D)

F.   CASH ON HAND (End) _____469_____
      (A plus E)

**INCOME STATEMENT** — CASH BASIS

1.   REVENUE FROM TOTAL SALES    $ _____369_____

2.   LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) _____

3.   EQUALS GROSS PROFIT (1 minus 2) _____369_____

4.   LESS OPERATING EXPENSES _____0_____

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4) _____369_____

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

    _____ _____
    _____ _____
    _____ _____

7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)    $ _____369_____

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __13 Dec 18__                  _____

                            RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>SSGWWJV, LLC</u>      CASE NO. : <u>18-82949</u>      MONTH ENDING: <u>11/30/2018</u>

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

<u>X</u> I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.   Amount collected this month on accounts receivable charged and paid this month.                                        $_____

B.   Amount collected this month on accounts receivable charged in prior months and paid this month.                            $_____

C.   TOTAL collected this month on accounts receivable.                                                            $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE <u>13 Dec 18</u>                                    RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 11/30/2018

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.............................................$_____
ADVERTISING.................................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)................._____
COMMISSIONS/CONTRACT LABOR..................................._____
INSURANCE (TOTAL)..........................................._____
     AUTO                    $_____
     LIABILITY                _____
     LIFE                     _____
     MEDICAL                  _____
     CASUALTY                 _____
     FIRE & THEFT             _____
     WORKMAN'S COMP.          _____
     OTHER  Business          _____
INTEREST PAID................................................_____
INVENTORY PURCHASED.........................................._____
LEGAL FEES.................................................._____
POSTAGE....................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE..........................._____
REPAIRS & MAINTENANCE......................................._____
SALARIES/WAGES PAID........................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)].................._____
SUPPLIES (TOTAL)............................................_____
     OFFICE                  $_____
     OPERATING                _____
TRAVEL & ENTERTAINMENT......................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]...................._____
UNSECURED LOAN PAYMENTS......................................_____
UTILITIES (TOTAL)..........................................._____
     ELECTRICITY             $_____
     GAS                      _____
     TELEPHONE                _____
     WATER                    _____
     OTHER _____      _____

OTHER BUSINESS DISBURSEMENTS  _____
(Specify)                     _____         $_____

TOTAL BUSINESS DISBURSEMENTS.................................$_____  0
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 13 Dec 18                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 11/30/2018

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. ___X___ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE 13 Dec 18

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 11/30/2018

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| NOT APPLICABLE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 13 Dec 18                                   RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC     CASE NO.: 18-82949     MONTH ENDING: 11/30/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4549 | 469 | 11/30 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1    (Name)_____ | $_____ |
| Officer #2    (Name)_____ | $_____ |
| Other Officer   (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____0 |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

_X_  A. No payments on pre-petition debts have been made this month.
___  B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE__13 Dec 18_____     _____
                           RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO.: 18-82949          MONTH ENDING: 11/30/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

### ** OR **

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __13 Dec 18__                                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Saral Services Group inc
## Reconciliation Summary
### 10130 · Checking - SSSGWWJV 4549 PNC, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -60,000.00 |
| Deposits and Credits - 2 items | 60,469.49 |
| **Total Cleared Transactions** | 469.49 |
| **Cleared Balance** | 469.49 |
| **Register Balance as of 11/30/2018** | 469.49 |
| **Ending Balance** | 469.49 |

Case 18-82948-CRJ11    Doc 68    Filed 12/14/18    Entered 12/14/18 11:46:09    Desc Main
Document        Page 9 of 11

# Sarai Services Group inc
## Reconciliation Detail
### 10130 · Checking - SSSGWWJV 4549 PNC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Transfer | 11/01/2018 | | | X | -60,000.00 | -60,000.00 |
| Total Checks and Payments | | | | | -60,000.00 | -60,000.00 |
| **Deposits and Credits - 2 Items** | | | | | | |
| Transfer | 10/23/2018 | | | X | 100.00 | 100.00 |
| Deposit | 11/01/2018 | | | X | 60,369.49 | 60,469.49 |
| Total Deposits and Credits | | | | | 60,469.49 | 60,469.49 |
| Total Cleared Transactions | | | | | 469.49 | 469.49 |
| **Cleared Balance** | | | | | 469.49 | 469.49 |
| Register Balance as of 11/30/2018 | | | | | 469.49 | 469.49 |
| **Ending Balance** | | | | | 469.49 | 469.49 |

**Page 1**

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ■■■■-4549 - continued

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Summary

Sarai Ww Contractors Jv Llc

Account number: ■■■■-4549

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 100.00 | 60,369.49 | 60,000.00 | 469.49 |
| | | | Average ledger balance | Average collected balance |
| | | | 469.49 | 469.49 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| ACH Additions | 1 | 60,369.49 | Other Deductions | 1 | 60,000.00 |
| Total | 1 | 60,369.49 | Total | 1 | 60,000.00 |

### Daily Balance

| Date | Ledger balance |
|---|---|
| 11/01 | 469.49 |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 60,369.49 | Corporate ACH Gsa Treas 310 813225782470000 | 00018305007556367 |

### Checks and Other Deductions

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 60,000.00 | Online Transfer To ■■■■4557 | SARAI SERVIC00005249 |