## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO. :** 18-82950     **MONTH ENDING:** 11/30/2018

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO_X_   All post petition business taxes have been paid/deposited and the deposit
   slips are attached.          N/A

   YES___ NO_X_   All post petition individual taxes have been paid and the deposit slips are
   attached.          N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES___ NO_X_   Adequate insurance on all assets/property including fire, theft, liability, collision
   and casualty and workman's compensation (if applicable) is currently in full force
   and effect.          N/A

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES_X_ NO___   New books and records were opened and are being maintained daily.

4. YES_X_ NO___   Copies of all banks statements and reconciliations are attached .

5. YES_X_ NO___   I have otherwise complied with all requirements of the Chapter 11
   Operating Order.

6. YES_X_ NO___   All financial statements filed with the Bankruptcy Clerk's Office are
   prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE_13 Dec 18_

_____ RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation        **CASE NO. :** 18-82950        **MONTH ENDING:** 11/30/2018

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|

-Accrual    **(Circle One)**    -Cash

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

CASH BASIS

A.   CASH ON HAND(Beginning)_____100____

1.   REVENUE FROM TOTAL SALES                $_____0

B.   RECEIPTS:

2.   LESS COST OF THOSE SALES
     (Cost of materials, Labor, etc.)        _____

Accounts Receivable from
Form BA-02(A)-Line II(C)    _____

3.   EQUALS GROSS PROFIT (1 minus 2)         _____0

Cash Sales        _____

4.   LESS OPERATING EXPENSES               _____0

Loan Proceeds from_____    _____

5.   EQUALS NET PROFIT OPERATIONS
     (3 minus 4)                            _____0

 Sale of Property        _____
 (Not in ordinary
 course of business)

6.   NON-OPERATING INCOME/EXPENSES
     (LIST SPECIFIC INCOME/EXPENSES)

Other_____    _____

_____    _____

_____    _____

C.   TOTAL RECEIPTS        _____0
     (Total of B)

_____    _____

D.   BUSINESS DISBURSEMENTS
     FROM FORM BA-02(B)        _____0

_____    _____

7.    EQUALS NET PROFIT OR NET LOSS         $_____0
      (5 plus or minus 6)

E.   SURPLUS OR DEFICIT        _____0
     (C minus D)

F.   CASH ON HAND (End)        _____0
     (A plus E)

*\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE_13 Dec 18_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation          CASE NO. : 18-82950          MONTH ENDING: 11/30/2018

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__X__ I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts receivable charged and paid this month.          $_____

    B.   Amount collected this month on accounts receivable charged in prior months and paid this month.          $_____

    C.   TOTAL collected this month on accounts receivable.          $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _13 Dec 18_                              _____
                                             RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO. :** 18-82950     **MONTH ENDING:** 11/30/2018

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES.................................................$ | _____ |
| ADVERTISING.................................................... | _____ |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............... | _____ |
| COMMISSIONS/CONTRACT LABOR..................................... | _____ |
| INSURANCE (TOTAL)............................................. | _____ |
|    AUTO                          $_____ | |
|    LIABILITY                     _____ | |
|    LIFE                          _____ | |
|    MEDICAL                       _____ | |
|    CASUALTY                      _____ | |
|    FIRE & THEFT                  _____ | |
|    WORKMAN'S COMP.               _____ | |
|    OTHER  Business               _____ | |
| INTEREST PAID.................................................. | _____ |
| INVENTORY PURCHASED............................................ | _____ |
| LEGAL FEES..................................................... | _____ |
| POSTAGE........................................................ | _____ |
| RENT/LEASE PAYMENTS ON REAL ESTATE............................. | _____ |
| REPAIRS & MAINTENANCE.......................................... | _____ |
| SALARIES/WAGES PAID............................................ | _____ |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)].................... | _____ |
| SUPPLIES (TOTAL)............................................... | _____ |
|    OFFICE                        $_____ | |
|    OPERATING                     _____ | |
| TRAVEL & ENTERTAINMENT......................................... | _____ |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]....................... | _____ |
| UNSECURED LOAN PAYMENTS........................................ | _____ |
| UTILITIES (TOTAL).............................................. | _____ |
|    ELECTRICITY                   $_____ | |
|    GAS                           _____ | |
|    TELEPHONE                     _____ | |
|    WATER                         _____ | |
|    OTHER  _____              _____ | |
| OTHER BUSINESS DISBURSEMENTS   _____ | $_____ |
| (Specify)                     _____ | |
| **TOTAL BUSINESS DISBURSEMENTS**.........................$ | _____ 0 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _13 Dec 18_ _____

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation    **CASE NO.:** 18-82950    **MONTH ENDING:** 11/30/2018

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. __X__ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _13 Dec 18_          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation     CASE NO.: 18-82950     MONTH ENDING: 11/30/2018

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| Not applicable | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  13 Dec 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO.:** 18-82950     **MONTH ENDING:** 11/30/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4565 | 100 | 11/30 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1   (Name)_____     $_____
Officer #2   (Name)_____     $_____

Other Officer   (Name)_____     $_____

Employees (Number) _____     $_____

Employees (Relatives) _____     $_____

Name _____     $_____

Name _____     $_____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)          $_____0
Inventory - Purchased this Month - CASH        $_____
Inventory - Purchased this Month - CREDIT      $_____

Inventory - End of Month (COST)                $_____0

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

 X   A. No payments on pre-petition debts have been made this month.
     B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 13 Dec 18 _____     _____
                                   RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation     CASE NO.: 18-82950     MONTH ENDING: 11/30/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _13 Dec 18_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Sarai Services Group inc
## Reconciliation Summary
### 10110 · Checking - SIC 4565 PNC, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | 0.00 |
|    Cleared Transactions |  |
|       Deposits and Credits - 1 item | 100.00 |
|     Total Cleared Transactions | 100.00 |
| **Cleared Balance** | **100.00** |
| **Register Balance as of 11/30/2018** | 100.00 |
| **Ending Balance** | 100.00 |

Case 18-82948-CRJ11    Doc 69    Filed 12/14/18    Entered 12/14/18 11:47:16    Desc Main
Document    Page 9 of 11

# Saral Services Group inc
## Reconciliation Detail
### 10110 · Checking - SIC 4565 PNC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 Item** | | | | | | |
| Transfer | 10/23/2018 | | | X | 100.00 | 100.00 |
| Total Deposits and Credits | | | | | 100.00 | 100.00 |
| Total Cleared Transactions | | | | | 100.00 | 100.00 |
| Cleared Balance | | | | | 100.00 | 100.00 |
| Register Balance as of 11/30/2018 | | | | | 100.00 | 100.00 |
| Ending Balance | | | | | 100.00 | 100.00 |

Case 18-82948-CRJ11    Doc 69    Filed 12/14/18    Entered 12/14/18 11:47:16    Desc Main
Document    Page 10 of 11

# Business Checking

📠 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 30-1888-4565 - continued

---

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

---

## Business Checking Summary

Sarai Investment Corp

Account number: ████-4565

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 100.00 | .00 | .00 | 100.00 |
| | | Average ledger balance | Average collected balance | |
| | | 100.00 | 100.00 | |

---

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Total | 0 | .00 | Total | 0 | .00 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/03/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2018.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |