## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 11/30/2018

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _X___   **All post petition business taxes have been paid/deposited and the deposit slips are attached.**   N/A

   YES___ NO _X___   **All post petition individual taxes have been paid and the deposit slips are attached.**   N/A

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2. YES _X_ NO___   **Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**

   If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES _X_ NO___   **New books and records were opened and are being maintained daily.**

4. YES _X_ NO___   **Copies of all banks statements and reconciliations are attached .**

5. YES _X_ NO___   **I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6. YES _X_ NO___   **All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _13 Dec 18_                                    _____ RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO. : 18-82951          MONTH ENDING: 11/30/2018

### Attach Business Forms BA-02(A-D)
# BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  (Circle One)  -Cash |

| | |
|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | **CASH BASIS** |
| | 1. REVENUE FROM TOTAL SALES ............ $ 9,429 |
| A. CASH ON HAND (Beginning) 7,342 | |
| | 2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) _____ |
| B. RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C) _____ | 3. EQUALS GROSS PROFIT (1 minus 2) 9,429 |
| Cash Sales 9,429 | 4. LESS OPERATING EXPENSES 0 |
| Loan Proceeds from_____ _____ | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) 9,429 |
| Sale of Property (Not in ordinary course of business) _____ | |
| Other_____ _____ | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| _____ _____ | _____ _____ |
| C. TOTAL RECEIPTS 9,429 (Total of B) | _____ _____ |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) 0 | _____ _____ |
| E. SURPLUS OR DEFICIT 9,429 (C minus D) | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) $ 9,429 |
| F. CASH ON HAND (End) 16,771 (A plus E) | *Please itemize Cost of Sales and Expenses on a separate sheet of paper.* |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 13 Dec 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO.: 18-82951          MONTH ENDING: 11/30/2018

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

<u>X</u> I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.   Amount collected this month on accounts
receivable charged and paid this month.          $_____

B.   Amount collected this month on accounts
receivable charged in prior months
and paid this month.          $_____

C.   TOTAL collected this month on accounts
receivable.          $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE__13 Dec 18_____          _____
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.      **CASE NO. :** 18-82951      **MONTH ENDING:** 11/30/2018

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES..........................................$_____
ADVERTISING...............................................·_____
AUTOMOBILES/VEHICLES (repairs & maintenance)...........·_____
COMMISSIONS/CONTRACT LABOR................................·_____
INSURANCE (TOTAL).........................................·_____
   AUTO                   $_____
   LIABILITY                _____
   LIFE                     _____
   MEDICAL                  _____
   CASUALTY                 _____
   FIRE & THEFT             _____
   WORKMAN'S COMP.          _____
   OTHER  Business          _____
INTEREST PAID.............................................·_____
INVENTORY PURCHASED.......................................·_____
LEGAL FEES................................................·_____
POSTAGE...................................................·_____
RENT/LEASE PAYMENTS ON REAL ESTATE........................·_____
REPAIRS & MAINTENANCE.....................................·_____
SALARIES/WAGES PAID.......................................·_____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]...............·_____
SUPPLIES (TOTAL)..........................................·_____
   OFFICE                 $_____
   OPERATING                _____
TRAVEL & ENTERTAINMENT....................................·_____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]..................·_____
UNSECURED LOAN PAYMENTS...................................·_____
UTILITIES (TOTAL).........................................·_____
   ELECTRICITY            $_____
   GAS                      _____
   TELEPHONE                _____
   WATER                    _____
   OTHER _____          _____

OTHER BUSINESS DISBURSEMENTS   _____
(Specify)                      _____              $_____

TOTAL BUSINESS DISBURSEMENTS.............................$_____   0
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 13 Dec 18                    _____
                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.     **CASE NO. :** 18-82951     **MONTH ENDING:** 11/30/2018

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____ Secured loan payments as described below have been paid this month
(Check, if true.)

2.__X__ No secured loan payments have been paid during this month.
(Check, if true.)

3._____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 13 Dec 18

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.        CASE NO. : 18-82951        MONTH ENDING: 11/30/2018

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| NOT APPLICABLE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 13 Dec 18

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.        **CASE NO.:** 18-82951        **MONTH ENDING:** 11/30/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Nat'l Bank of Commerce | #8141 | 8,442 | 11/30 | Pre |
| PNC | #4573 | 8,329 | 11/30 | Post |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1  (Name)_____ | $_____ | |
| Officer #2  (Name)_____ | $_____ | |
| Other Officer  (Name)_____ | $_____ | |
| Employees (Number) _____ | $_____ | |
| Employees (Relatives) _____ | $_____ | |
| Name _____ | $_____ | |
| Name _____ | $_____ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____0_____ |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____0_____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  13 Dec 18 _____        _____
                                    RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO. : 18-82951          MONTH ENDING: 11/30/2018

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _13 Dec 18_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Sarai Services Group inc
## Reconciliation Summary
### 10080 · Checking - CMH 8141 NBC, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| Beginning Balance | 8,102.00 |
| Cleared Transactions |  |
| Checks and Payments - 1 item | -860.00 |
| Deposits and Credits - 1 item | 1,200.00 |
| Total Cleared Transactions | 340.00 |
| Cleared Balance | 8,442.00 |
| Register Balance as of 11/30/2018 | 8,442.00 |
| Ending Balance | 8,442.00 |

Case 18-82948-CRJ11    Doc 70    Filed 12/14/18    Entered 12/14/18 11:48:16    Desc Main
Document    Page 9 of 14

# Sarai Services Group inc
## Reconciliation Detail
### 10080 · Checking - CMH 8141 NBC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 8,102.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| General Journal | 11/30/2018 | 774 | | X | -860.00 | -860.00 |
| Total Checks and Payments | | | | | -860.00 | -860.00 |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 11/02/2018 | | | X | 1,200.00 | 1,200.00 |
| Total Deposits and Credits | | | | | 1,200.00 | 1,200.00 |
| Total Cleared Transactions | | | | | 340.00 | 340.00 |
| **Cleared Balance** | | | | | 340.00 | 8,442.00 |
| Register Balance as of 11/30/2018 | | | | | 340.00 | 8,442.00 |
| **Ending Balance** | | | | | 340.00 | 8,442.00 |

Page 1

CM Holding INC
PO Box 11128
Huntsville AL 35814

```
..........................ACCOUNT SUMMARY.........................
        ACCOUNT NUMBER TYPE OF ACCOUNT              CURRENT BALANCE
@XXXXXXXXXX@8141   SMALL BUSINESS ACCOUNT              8,442.00

.......................CHECKING ACCOUNT..........................

     ACCOUNT SUMMARY    CM Holding INC

SMALL BUSINESS ACCOUNT               Number of Enclosures             0
Account Number         @XXXXXXXXXX@8141   Statement Dates  11/01/18 thru 12/02/18
Previous Balance            7,242.00   Days in the statement period    32
  1 Deposits/Credits        1,200.00   Average Ledger            8,404.50
    Checks/Debits                .00   Average Collected         8,404.50
Service Charge                   .00
Interest Paid                    .00
Current Balance             8,442.00


Deposits and Additions
Date      Description                          Amount
11/02     EDI PYMNTS ENGINEERING SOLU        1,200.00
          CTX          134154

Daily Balance Information
Date       Balance        Date       Balance
11/01         7,242.00    11/02         8,442.00
```

# Sarai Services Group Inc
## Reconciliation Summary
### 10135 · Checking - CMH 4573 PNC, Period Ending 11/30/2018

|  | Nov 30, 18 |  |
|---|---|---|
| Beginning Balance |  | 0.00 |
| Cleared Transactions |  |  |
| Deposits and Credits - 3 items | 8,328.62 |  |
| Total Cleared Transactions | 8,328.62 |  |
| Cleared Balance |  | 8,328.62 |
| Register Balance as of 11/30/2018 |  | 8,328.62 |
| Ending Balance |  | 8,328.62 |

Page 1

# Sarai Services Group Inc
# Reconciliation Detail
### 10135 · Checking - CMH 4573 PNC, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 10/15/2018 | | | X | 100.00 | 100.00 |
| Deposit | 11/28/2018 | | | X | 6,878.62 | 6,978.62 |
| Deposit | 11/30/2018 | | | X | 1,350.00 | 8,328.62 |
| Total Deposits and Credits | | | | | 8,328.62 | 8,328.62 |
| Total Cleared Transactions | | | | | 8,328.62 | 8,328.62 |
| Cleared Balance | | | | | 8,328.62 | 8,328.62 |
| Register Balance as of 11/30/2018 | | | | | 8,328.62 | 8,328.62 |
| **Ending Balance** | | | | | **8,328.62** | **8,328.62** |

# Business Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████-4573 - continued

**For the Period 11/01/2018 to 11/30/2018**
CM Properties Llc
Primary Account Number: ████-4573
Page 2 of 2

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

CM Properties Llc

## Business Checking Summary
Account number: ████-4573

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 100.00 | 8,228.62 | .00 | 8,328.62 |

*open bal equity* (handwritten)

| | Average ledger balance | Average collected balance |
|---|---|---|
| | 832.86 | 560.69 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 2 | 8,228.62 | | | |
| Total | 2 | 8,228.62 | Total | 0 | .00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | 100.00 | 11/28 | 6,978.62 | 11/30 | 8,328.62 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/28 | 6,878.62 | Deposit | 038237325 001 |
| 11/30 | 1,350.00 | Deposit ⓪ $800 . $550 (handwritten) | 037143540 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/03/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2018.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Combined Transactions | 5 | .00 | Included in Account |
| Deposited Item - Consolidated | 3 | .00 | Included in Account |
| Deposit Tickets Processed | 2 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |