UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
SARAI SERVICES GROUP, INC.[1] } CASE NO. 18-82948-CRJ-11
 } CHAPTER 11
 }
 Debtor(s). } (JOINTLY ADMINISTERED)

ORDER REQUIRING BRIEFS ON DEBTOR'S
MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE
AND REQUEST FOR SANCTIONS FOR VIOLATION OF THE STAY

This case came before the Court on December 19, 2018 on the Debtor's Motion for Turnover of Property of the Estate and Request for Sanctions for Violation of Automatic Stay and the Response of United States of America. Appearing at the hearing were Tazewell Taylor Shepard, IV, Esq., counsel for the Debtor; Richard O'Neal, Esq., counsel for the United States of America; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator. The parties dispute whether the funds at issue are property of the Debtor's Chapter 11 Estate and whether the exception to the automatic stay provided by 11 U.S.C. § 362(b)(4) is applicable.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that on or before **Monday, January 7, 2019** by **12:00 p.m., Noon, CDT**, the parties must file Briefs addressing whether the funds at issue are property of the estate and whether the exception to the stay provided under § 362(b)(4) applies to the actions taken by the Government Services Administration and the United States Department of Labor.

Dated this the 20th day of December, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

---

1   In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWW JV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.