# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: SARAI SERVICES GROUP, INC.[1]    )
                                        )  Case No.: 18-82948-CRJ-11
EIN: xx-xxx2969                         )
                                        )
        Debtor.                         )  CHAPTER 11
                                        )

## FIRST MOTION FOR APPROVAL OF INTERIM PROFESSIONAL FEES AND EXPENSES FOR CHAPTER 11 DEBTORS' ATTORNEY

COMES NOW the duly appointed and acting Debtors-in-Possession in the above styled Chapter 11 case, and shows the Court as follows:

### General Background

1.     On October 3, 2018, the Debtors commenced with this Court voluntary cases under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2.     The Debtors continue to be authorized to operate the business as Debtors-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.     On October 16, 2018, this Court approved the employment of Sparkman, Shepard & Morris, P.C. as Debtors' counsel. That day, this Court also entered an Order approving the Debtors Motions to allow its attorneys to send monthly notices of attorney's fees and expenses incurred (the "Monthly Fee Notices") to the Debtors' 20 largest unsecured creditors, all parties requesting notice, any committees appointed in this matter, the Bankruptcy Administrator (the "Notice Parties").

4.     This Court's order of November 8, 2018 also orders the Debtors counsel to file with the Court, beginning on January 2, 2019, and serve upon the Notice Parties not more than once every 90 days an interim application for allowance of compensation and reimbursement of expenses, pursuant to 11 U.S.C. §331, of the amounts sought in the Monthly Fee Notices filed during such period (the "Interim Fee Application"). The Interim Fee Application must include a summary of the Monthly Fee Notices that are the subject of the request and any other information requested by the Court or required by the Local Rules.

---

[1]    In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

## Relief Requested

5. The said professional currently employed by the Debtors has previously served Monthly Fee Notices for the months of October and November 2018, with balances due on each as shown below:

Sarai Services Group, Inc.:

| | |
|---|---|
| October 2018 | Compensation: $9,843.00 (65% paid) / Expenses: $221.15 (100% paid)<br>Total: $10,064.15<br>Date of Notice: November 19, 2018<br>Amount of fees held in trust pending Court approval: $0.00 |
| November 2018 | Compensation: $1,291.00 (0% paid) / Expenses: $99.00 (100% paid)<br>Total: $1,390.00<br>Date of Notice: December 14, 2018<br>Amount of fees held in trust pending Court approval: $0.00 |

SSG WW JV LLC

| | |
|---|---|
| October 2018 | Compensation: $1,966.00 (0% paid) / Expenses: $0.00 (100% paid)<br>Total: $1,966.00<br>Date of Notice: November 19, 2018<br>Amount of fees held in trust pending Court approval: $0.00 |
| November 2018 | Compensation: $6,703.50 (0% paid) / Expenses: $7.75 (100% paid)<br>Total: $6,711.25<br>Date of Notice: December 14, 2018<br>Amount of fees held in trust pending Court approval: $0.00 |

Sarai Investment Corporation

| | |
|---|---|
| October 2018 | Compensation: $648.00 (80% paid) / Expenses: $0.00 (100% paid)<br>Total: $648.00<br>Date of Notice: November 19, 2018<br>Amount of fees held in trust pending Court approval: $129.60 |
| November 2018 | Compensation: $124.00 (80% paid) / Expenses: $0.00 (100% paid)<br>Total: $124.00<br>Date of Notice: December 14, 2018<br>Amount of fees held in trust pending Court approval: $24.80 |

CM Holding, Inc.

October 2018         Compensation: $346.00 (0% paid) / Expenses: $0.00 (100% paid)
                     Total:  $346.00
                     Date of Notice:  November 19, 2018
                     Amount of fees held in trust pending Court approval: $0.00


November 2018        Compensation: $236.00 (0% paid) / Expenses: $0.00 (100% paid)
                     Total:  $236.00
                     Date of Notice:  December 14, 2018
                     Amount of fees held in trust pending Court approval: $0.00


6.     No agreement exists between the attorney and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

7.     This application is brought under the provisions of Sections 327, 328, 330, 331 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtor requests that the Court: enter an Order approving such compensation and expenses and authorizing the Debtor to pay same; and grant other and further relief as the Court deems just and proper.

Respectfully submitted this the 2nd day of January, 2019.


                                        */s/ Tazewell T. Shepard IV*
                                        Tazewell T. Shepard III
                                        Tazewell T. Shepard IV
                                        *Attorneys to Debtor-in-Possession*

                                        **SPARKMAN, SHEPARD & MORRIS, P.C.**
                                        P. O. Box 19045
                                        Huntsville, AL  35804
                                        Tel: (256) 512-9924
                                        Fax: (256) 512-9837
                                        ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

       This is to certify that I have this 2nd day of January, 2019 served the foregoing document upon the Debtor's 20 largest unsecured creditors, Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 all persons requesting notice and the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

                                 */s/ Tazewell T. Shepard IV*
                                 Tazewell T. Shepard IV