# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **SARAI SERVICES GROUP, INC.,**[1] | ) | |
| | ) | **Case No. 18-82948-CRJ-11** |
| Debtor. | ) | **(Jointly Administered)** |

## NATIONAL BANK OF COMMERCE'S LIMITED OBJECTION TO DEBTORS' APPLICATION TO EMPLOY PROFESSIONAL NUNC PRO TUNC

COMES NOW National Bank of Commerce ("NBC"), by and through its undersigned counsel, and files this limited objection (this "Objection") to the Debtors' *Application by Chapter 11 Debtors to Employ Professional Nunc Pro Tunc* (the "Employment Application") in which the Debtors seek to employ the real estate brokerage firm of Crunkleton and Associates, LLC ("Crunkleton") in order to attempt to liquidate real property (collectively, the "Property") located at 3325, 3405, and 3411 Triana Boulevard SW, Huntsville, AL 35805. In support of this limited Objection, NBC states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3. On or about October 3, 2018 (the "Petition Date"), the Debtors voluntary filed four bankruptcy petitions pursuant to Chapter 11, Title 11, of the United States Code (the

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWW JV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

32792756 v1

"Bankruptcy Code"). The four bankruptcy cases are jointly being administered under Case No. 18-82948-CRJ-11 (this "Bankruptcy Case") pursuant to the Court's *Final Order on Joint Administration of Chapter 11 Cases* entered in the Bankruptcy Case on or about November 8, 2018.

4. On December 18, 2018, the Debtors filed their Employment Application *nunc pro tunc* seeking authority from the Court to employ Crunkleton in an attempt to sell the Property.

5. Prior to the Bankruptcy Case, one of the Debtors, CM Holdings, Inc. ("CM Holdings"), executed a Promissory Note (the "Note") in favor of NBC in the original principal amount of $3,920,000. Said Note is secured by, among other things, a Mortgage dated August 28, 2018 executed by CM Holdings in favor of NBC and recorded at Doc ID 021177750009 on August 29, 2018 with the Office of the Judge of Probate, Madison County, Alabama (the "Mortgage"). Among other things, the Mortgage provides NBC with a first lien position on the Property that the Debtors are seeking to liquidate.

## ARGUMENT

6. NBC has no objection to the liquidation of the Property, nor does it object to the Crunkleton firm being engaged by the estate to sell the Property. However, given NBC's first priority lien on the Property and its interest in maximizing the value of any proposed sale by the Debtors, NBC respectfully requests that certain requirements be placed on the employment in order to keep NBC fully informed during the sales process.

7. NBC's major concern with the Employment Application is the term of the proposed employment (12 months) and the pricing of the Property. However, if the following safeguards are in place, NBC will voluntarily withdraw this Objection and fully support the efforts of the Debtors related to the liquidation of the Property. Those safeguards include:

- Crunkleton and/or the Debtors will communicate any offer(s) for purchase or lease of the Property to NBC and its counsel upon receipt;

- Crunkleton and/or the Debtors will consult with NBC and its counsel, and seek to obtain NBC's input regarding any offer(s) or counter-offer(s) for the purchase or lease of the Property.

- The initial term of Crunkelton's employment will be reduced to 6 months, but the Debtors and Crunkleton may renew it for another 6 months, without further order of the Court, with 10-days written consent of NBC.

- The Employment of Crunkleton shall immediately terminate in the event that the Automatic Stay is lifted or modified to allow NBC to exercise its rights and remedies with respect to the Property.

8. Based on the Court's ability to structure and modify the Employment Application as it sees fit, NBC respectfully requests that the Court specifically apply the requirements listed above in the event the Employment Application is due to be granted. This relief will allow NBC to remain fully informed with regard to the treatment of the Property, ensure that the Property receives a fair price in a reasonable amount of time, and will allow NBC to make a fully informed decision regarding certain actions, including whether a motion for relief from stay is warranted. Additionally, the relief requested herein should not harm or prejudice the Debtors in any way as NBC is just seeking information and is not trying to prevent or prohibit the sales process.

**WHEREFORE**, NBC respectfully requests that any Order granting the Debtors' Employment Application specifically provide the requirements detailed above in order to fully inform NBC regarding the status and progress of the sale of the Property, and granting such further relief as this Court deems necessary and appropriate.

Respectfully submitted this 4th day of January 2019.

/s/ James H. Haithcock, III  
Joe A. Joseph  
James H. Haithcock, III

                                          Attorneys for the NATIONAL BANK OF COMMERCE

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Ste 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jjoseph@burr.com
jhaithcock@burr.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, on this the 4th day of January 2019

| | |
|---|---|
| Tazewell Taylor Shepard, IV | Richard M Blythe |
| Sparkman, Shepard & Morris, P.C. | United States Bankruptcy Administrator |
| P.O. Box 19045 | PO Box 3045 |
| Huntsville, AL 35804 | Decatur, AL 35602 |
| E-mail:ty@ssmattorneys.com | E-mail:Richard_Blythe@alnba.uscourts.gov |

                                          /s/ James H. Haithcock, III
                                          OF COUNSEL

32792756 v1                        4

Case 18-82948-CRJ11   Doc 92   Filed 01/04/19   Entered 01/04/19 14:05:11   Desc Main
Document    Page 4 of 4