## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.      CASE NO. : 18-82951      MONTH ENDING: 12/31/2018

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _X_   All post petition business taxes have been paid/deposited and the deposit slips are attached.    N/A

    YES___ NO _X_   All post petition individual taxes have been paid and the deposit slips are attached.    N/A

If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2. YES _X_ NO___   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:     TYPE_____not in force.

                     TYPE_____not in force.

3. YES _X_ NO___   New books and records were opened and are being maintained daily.

4. YES _X_ NO___   Copies of <u>all</u> banks statements and reconciliations are attached .

5. YES _X_ NO___   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO___   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Jan 19               _____ RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO.: 18-82951          MONTH ENDING: 12/31/2018

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

| | | | | CASH BASIS |
|---|---|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1. | REVENUE FROM TOTAL SALES | $ | 3,575 |
| A.  CASH ON HAND(Beginning) ___7,342___ | 2. | LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | | |
| B.  RECEIPTS: | | | | |
| Accounts Receivable from Form BA-02(A)-Line II(C) _____ | 3. | EQUALS GROSS PROFIT (1 minus 2) | | 3,575 |
| Cash Sales                         3,575 | 4. | LESS OPERATING EXPENSES | | 0 |
| Loan Proceeds from_____ | 5. | EQUALS NET PROFIT OPERATIONS (3 minus 4) | | 3,575 |
| Sale of Property (Not in ordinary course of business) _____ | 6. | NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | | |
| Other_Xfer in Progress_   (5,967) | | | | |
| _____  _____ | | | | |
| C.  TOTAL RECEIPTS            (2,392) (Total of B) | | | | |
| D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)        0 | | | | |
| E.  SURPLUS OR DEFICIT       (2,392) (C minus D) | 7. | EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | $ | 3,575 |
| F.  CASH ON HAND (End)        4,950 (A plus E) | *Please itemize Cost of Sales and Expenses on a separate sheet of paper.* | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.      **CASE NO.:** 18-82951      **MONTH ENDING:** 12/31/2018

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.   Amount collected this month on accounts receivable charged and paid this month.                     $_____

B.   Amount collected this month on accounts receivable charged in prior months and paid this month.                     $_____

C.   TOTAL collected this month on accounts receivable.                     $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Jan 19 _____            _____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO.:** 18-82951          **MONTH ENDING:** 12/31/2018

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES..........................................$_____

ADVERTISING.........................................._____

AUTOMOBILES/VEHICLES (repairs & maintenance).........._____

COMMISSIONS/CONTRACT LABOR.............................._____

INSURANCE (TOTAL)...................................._____

   AUTO                    $_____

   LIABILITY               _____

   LIFE                    _____

   MEDICAL                 _____

   CASUALTY                _____

   FIRE & THEFT            _____

   WORKMAN'S COMP.         _____

   OTHER  Business   _____

INTEREST PAID........................................_____

INVENTORY PURCHASED.................................._____

LEGAL FEES..........................................._____

POSTAGE.............................................._____

RENT/LEASE PAYMENTS ON REAL ESTATE..................._____

REPAIRS & MAINTENANCE................................_____

SALARIES/WAGES PAID.................................._____

SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)].........._____

SUPPLIES (TOTAL)....................................._____

   OFFICE                  $_____

   OPERATING               _____

TRAVEL & ENTERTAINMENT..............................._____

TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]............._____

UNSECURED LOAN PAYMENTS.............................._____

UTILITIES (TOTAL)...................................._____

   ELECTRICITY             $_____

   GAS                     _____

   TELEPHONE               _____

   WATER                   _____

   OTHER _____   _____

OTHER BUSINESS DISBURSEMENTS     _____

(Specify)                        _____        $_____

**TOTAL BUSINESS DISBURSEMENTS..........................$_____**     0

I **CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  15 Jan 19                    _____
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO.:** 18-82951          **MONTH ENDING:** 12/31/2018

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE 15. Jan 19 _____          _____
                                        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 12/31/2018

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A.  WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| NOT APPLICABLE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B.  UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C.  OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Jan 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.     **CASE NO. :** 18-82951     **MONTH ENDING:** 12/31/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4573 | 4,950 | 12/31 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1     (Name) _____ | $_____ |
| Officer #2     (Name) _____ | $_____ |
| Other Officer   (Name) _____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____0_____ |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____0_____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

_X_  A. No payments on pre-petition debts have been made this month.
____  B. The following payments have been made this month to unsecured
         creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_____          _____
                                      RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 12/31/2018

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

#### CHECK A or B

__X__  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME:  CM Holdings, Inc.          CASE NO. :  18-82951          MONTH ENDING:  12/31/2018

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**

| Current: | | |
|---|---|---|
| | Cash | $ 4,950 |
| | Inventory | $ |
| | Accounts Receivable | $ |
| | Other | $ |
| | Total Current Assets       (a) | $ |

| Fixed: | | |
|---|---|---|
| | Property & Equipment | $ 2,313,152 |
| | Accumulated Depreciation | $ < 175,682 > |
| | Other | $ |
| | Total Fixed Assets          (b) | $ 2,137,470 |

| Total Assets | (a + b) = (c) | $ 2,142,420 |
|---|---|---|

**II. LIABILITIES**

| Current: | | |
|---|---|---|
| | Post Chapter 11 Payables | $ |
| | Taxes Payable | $ |
| | Accrued Professional Fees | $ |
| | Accrued Expenses | $ |
| | Notes Payable | $ |
| | Current Portion Long Term Debt | $ 305,486 |
| | Other | $ |
| | Total Current Liabilities (d) | $ |

| Long Term Debt: | | |
|---|---|---|
| | Pre-Chapter 11 Payables | $ |
| | Notes & Loans Payable | $ 3,982,760 |
| | Less Current Portion | $ < 305,486 > |
| | Other | $ |
| | Total Long Term Debt     (e) | $ 3,677,274 |
| Total Liabilities | (d + e) = (f) | $ 3,982,760 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | Capital Stock            (g) | $ |
|---|---|---|
| | Retained Earnings (Deficit)(h) | $ (1,840,340) |
| | Current Surplus (Deficit) (i) | $ |
| Total Liabilities & Stockholder | | |
| Equity/Net Worth | (f) + (g) + (h) + (i) $ | 2,142,420 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  15 Jan 19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.    **CASE NO. :** 18-82951    **MONTH ENDING:** 12/31/2018

### File for Each Quarter
**by the 15th of the Month Following the End of the Quarter**

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | |
|---|---|---|
| TOTAL REVENUE (SALES) | (a) $ | 9,429 |
| Cost of Sales: | | |
| Materials | $ | |
| Labor | $ | |
| Purchased Services | $ | |
| Total Cost of Sales | (b) $ | |
| Gross Profit | (a – b) = (c) $ | 9,429 |

OPERATING EXPENSES

| | | |
|---|---|---|
| Management Salary | $ | |
| Other Salary Expense | $ | |
| Payroll Expenses | $ | |
| Outside Services & Contractors | $ | |
| Supplies (office & operating) | $ | |
| Repairs & Maintenance | $ | 75 |
| Advertising | $ | |
| Auto Expense | $ | |
| Delivery | $ | |
| Accounting & Legal | $ | |
| Rent | $ | |
| Telephone | $ | |
| Travel & Entertainment | $ | |
| Utilities | $ | |
| Insurance | $ | |
| Taxes real estate, property, etc.) | $ | |
| Interest | $ | |
| Depreciation | $ | |
| Other Operating Expenses (describe) | $ | |
| | $ | |
| | $ | |
| Total Operating Expenses: | (d) $ | 75 |
| Net Profit/(Loss) from Operations (c – d)=(e) $ | | 9,353 |
| Non-Operating Income/Expenses $ | | |
| | $ | |
| | $ | |
| Total | (f) $ | |
| Net Profit/(Loss) | (e – f) $ | 9,353 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Jan 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# Sarai Services Group inc
## Reconciliation Detail
### 10135 · Checking - CMH 4573 PNC, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 8,328.62 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 12/05/2018 | 2000 | CM Holdings/Properti... | X | -6,878.62 | -6,878.62 |
| Check | 12/17/2018 | 2001 | Anthony Pruitt | X | -75.21 | -6,953.83 |
| | Total Checks and Payments | | | | -6,953.83 | -6,953.83 |
| | | | | | | |
| **Deposits and Credits - 2 Items** | | | | | | |
| Deposit | 12/05/2018 | | | X | 1,225.00 | 1,225.00 |
| Deposit | 12/13/2018 | | | X | 2,350.17 | 3,575.17 |
| | Total Deposits and Credits | | | | 3,575.17 | 3,575.17 |
| | Total Cleared Transactions | | | | -3,378.66 | -3,378.66 |
| **Cleared Balance** | | | | | -3,378.66 | 4,949.96 |
| Register Balance as of 12/31/2018 | | | | | -3,378.66 | 4,949.96 |
| **Ending Balance** | | | | | -3,378.66 | 4,949.96 |

Case 18-82948-CRJ11    Doc 111    Filed 01/15/19    Entered 01/15/19 16:12:31    Desc
Main Document      Page 11 of 15

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/01/2018 to 12/31/2018**
CM Properties Llc
Primary Account Number: 30-1888-4573
Page 2 of 3

Business Checking Account Number: 30-1888-4573 - continued

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Summary
CM Properties Llc

Account number: 30-1888-4573

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 8,328.62 | 3,575.17 | 6,953.83 | 4,949.96 |
| | | | Average ledger balance | Average collected balance |
| | | | 4,808.53 | 4,689.98 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 2 | 3,575.17 | Checks | 2 | 6,953.83 |
| Total | 2 | 3,575.17 | Total | 2 | 6,953.83 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | 8,328.62 | 12/13 | 5,025.17 | 12/17 | 4,949.96 |
| 12/05 | 2,675.00 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/05 | 1,225.00 | Deposit | 036009157 |
| 12/13 | 2,350.17 | Deposit | 037283512 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 12/05 | 2000 * | 6,878.62 | 036009155 | 12/17 | 2001 | 75.21 | 074619578 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 12/01/2018 to 12/31/2018
CM Properties Llc
Primary Account Number: 30-1888-4573
Page 3 of 3

Business Checking Account Number: 30-1888-4573 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/02/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/31/2018.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Combined Transactions | 6 | .00 | Included in Account |
| Checks Paid | 2 | .00 | Included in Account |
| Deposited Item - Consolidated | 2 | .00 | Included in Account |
| Deposit Tickets Processed | 2 | .00 | Included in Account |
| Branch - Consolidated Cash Deposited | 23 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

# Sarai Services Group inc
## Reconciliation Detail
### 10080 · Checking - CMH 8141 NBC, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 8,442.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 12/13/2018 | 2000 | | X | -8,400.00 | -8,400.00 |
| Check | 12/13/2018 | | | X | -42.00 | -8,442.00 |
| Total Checks and Payments | | | | | -8,442.00 | -8,442.00 |
| Total Cleared Transactions | | | | | -8,442.00 | -8,442.00 |
| **Cleared Balance** | | | | | -8,442.00 | 0.00 |
| Register Balance as of 12/31/2018 | | | | | -8,442.00 | 0.00 |
| **Ending Balance** | | | | | **-8,442.00** | **0.00** |

Case 18-82948-CRJ11    Doc 111    Filed 01/15/19    Entered 01/15/19 16:12:31    Desc
Main Document      Page 14 of 15

CM Holding INC
PO Box 11128
Huntsville AL 35814

```
.......................ACCOUNT SUMMARY.......................................
   ACCOUNT NUMBER TYPE OF ACCOUNT                    CURRENT BALANCE
@XXXXXXXXX@8141   SMALL BUSINESS ACCOUNT                        .00        2

.......................CHECKING ACCOUNT......................................

     ACCOUNT SUMMARY   CM Holding INC

SMALL BUSINESS ACCOUNT              Number of Enclosures                  2
Account Number       @XXXXXXXXX@8141 Statement Dates  12/03/18 thru 12/31/18
Previous Balance             8,442.00 Days in the statement period       29
      Deposits/Credits            .00 Average Ledger                  883.44
   2 Checks/Debits          8,442.00 Average Collected               883.44
Service Charge                    .00
Interest Paid                     .00
Current Balance                   .00


Checks and Withdrawals
Date      Description                          Amount
12/13     CLOSING WITHDRAWAL                   42.00-
                   --- CHECKS IN NUMBER ORDER ---
Date     Check No        Amount
12/06      2000        8,400.00
* Denotes missing check numbers

Daily Balance Information
Date          Balance      Date        Balance      Date        Balance
12/03        8,442.00  12/06             42.00  12/13               .00
```

Case 18-82948-CRJ11    Doc 111    Filed 01/15/19    Entered 01/15/19 16:12:31    Desc
Main Document      Page 15 of 15