# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO. :** 18-82948    **MONTH ENDING:** 12/31/18

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15ᵗʰ of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _X_ NO _____  **All post petition business taxes have been paid/deposited and the deposit slips are attached.**

   YES ___ NO _X_  **All post petition individual taxes have been paid and the deposit slips are attached.**    N/A

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES _X_ NO _____  **Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**

   If no, enter:    TYPE_____not in force.

   TYPE_____not in force.

3. YES _X_ NO _____  **New books and records were opened and are being maintained daily.**

4. YES _X_ NO _____  **Copies of all banks statements and reconciliations are attached .**

5. YES _X_ NO _____  **I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6. YES _X_ NO _____  **All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 Jan 19_ _____    _____

RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.     CASE NO. : 18-82948     MONTH ENDING: 12/31/18

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

**CASH BASIS**

A.   CASH ON HAND(Beginning) _____ 47,772

B.   RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C) _____ 57,322

Cash Sales _____

Loan Proceeds _____ 55,049
from C. Mitchell / BRM

Sale of Property _____
(Not in ordinary
course of business)

Other_____ _____

_____ _____

C.   TOTAL RECEIPTS _____
(Total of B)

D.   BUSINESS DISBURSEMENTS
FROM FORM BA-02(B) _____ 158,077

E.   SURPLUS OR DEFICIT _____ 45,706
(C minus D)

F.   CASH ON HAND (End) _____ 2,066
(A plus E)

1.   REVENUE FROM TOTAL
SALES   $ _____ 57,322

2.   LESS COST OF THOSE
SALES   _____ 145,302
(Cost of materials,
Labor, etc.)

3.   EQUALS GROSS
PROFIT (1 minus 2)   _____ (84,404)

4.   LESS OPERATING
EXPENSES   _____ 11,141

5.   EQUALS NET PROFIT
OPERATIONS
(3 minus 4)   _____ (99,121)

6.   NON-OPERATING
INCOME/EXPENSES
(LIST SPECIFIC
INCOME/EXPENSES)

_____   _____

_____   _____

_____   _____

7.   EQUALS NET PROFIT
OR NET LOSS   $ _____ (99,121)
(5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Jan 19 _____

RESPONSIBLE PARTY _____

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.        CASE NO.: 18-82948        MONTH ENDING: 12/31/18

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

| | | |
|---|---|---:|
| A. | Amount collected this month on accounts receivable charged and paid this month. | $ 0 |
| B. | Amount collected this month on accounts receivable charged in prior months and paid this month. | $ 57,322 |
| C. | TOTAL collected this month on accounts receivable. | $ 57,322 |

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| General Services Admin | $ | | | 262,815 | $ 262,815 |
| GPO | 35,678 | | | | 35,678 |
| Teledyne Brown | 50,691 | | | | 50,691 |
| All other receivables from WW Contractors, Inc. are deemed uncollectible or of doubtful collection. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 86,369 | | | 262,815 | $ 349,184 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Jan 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.      **CASE NO.:** 18-82948      **MONTH ENDING:** 12/31/2018

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES.........................................$ | |
| ADVERTISING............................................. | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............ | |
| COMMISSIONS/CONTRACT LABOR.............................. | |
| INSURANCE (TOTAL)....................................... | 0 |
|    AUTO                    $ | |
|    LIABILITY | |
|    LIFE | |
|    MEDICAL | |
|    CASUALTY | |
|    FIRE & THEFT | |
|    WORKMAN'S COMP. | |
|    OTHER _____ | |
| INTEREST PAID.......................................... | |
| INVENTORY PURCHASED.................................... | |
| LEGAL FEES............................................. | |
| POSTAGE................................................ | 39 |
| RENT/LEASE PAYMENTS ON REAL ESTATE..................... | |
| REPAIRS & MAINTENANCE.................................. | 75 |
| SALARIES/WAGES PAID.....INC. PAYROLL TAXES IMPOUNDED AND PAID | 152,994 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............ | |
| SUPPLIES (TOTAL)....................................... | |
|    OFFICE                  $ | |
|    OPERATING | |
| TRAVEL & ENTERTAINMENT................................. | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]............... | |
| UNSECURED LOAN PAYMENTS................................ | 2,150 |
| UTILITIES (TOTAL)...................................... | 12 |
|    ELECTRICITY             $          12 | |
|    GAS | |
|    TELEPHONE | |
|    WATER | |
|    OTHER _____ | |
| OTHER BUSINESS DISBURSEMENTS    Bank & Merchant Fees | |
| (Specify)    Telephone, Computer Expenses    $ | 2,807 |
| **TOTAL BUSINESS DISBURSEMENTS**........................$ | 158,077 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 Jan 19_                    _____
                                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.        CASE NO.: 18-82948        MONTH ENDING: 12/31/18

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_____                    _____
                                            RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 12/31/18

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| ALL PAYROLL TAX OBLIGATIONS ARE IMPOUNDED BY THIRD-PARTY PAYROLL SERVICE | | | | | |
| TOTAL ESTIMATED PAYROLL TAXES PAID VIA THIRD-PARTY IS $30,473 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Jan 19 _____          _____
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 12/31/18

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Nat'l Bank of Commerce | #8373 | 7 | 12/31 | Pre |
| PNC | #4557 | 2,059 | 12/31 | Post |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1     (Name) Calvin Mitchell | $ | 7,692 |
| Officer #2     (Name) | $ | |
| Other Officer     (Name) | $ | |
| Employees (Number) 34          Inc. P/R taxes | $ | 138,597 |
| Employees (Relatives) | $ | |
| Name   Courtney Mitchell | $ | 4,500 |
| Name   James C. Mitchell | $ | 2,205 |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

|   | A. No payments on pre-petition debts have been made this month. |
|---|---|
| X | B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case: |

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| Pearl Capital | 2,150 | Working Capital | Automatic debit not yet cancelled |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_ _____          _____
                                              RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 12/31/18

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__   A.   All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

### ** OR **

_____   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group        CASE NO. : 18-82948        MONTH ENDING: 12/31/2018

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

### I.  ASSETS

| Current: | | | |
|---|---|---|---|
| | Cash | $ | 2,066 |
| | Inventory | $ | |
| | Accounts Receivable | $ | 349,184 |
| | Other | $ | |
| | Total Current Assets    (a) | $ | 351,250 |

| Fixed: | | | |
|---|---|---|---|
| | Property & Equipment | $ | 875,350 |
| | Accumulated Depreciation | $ < | 170,881  > |
| | Other | $ | 11,908 |
| | Total Fixed Assets    (b) | $ | 716,377 |

Total Assets                    (a + b) = (c)    $    1,067,627

### II. LIABILITIES

| Current: | | | |
|---|---|---|---|
| | Post Chapter 11 Payables | $ | |
| | Taxes Payable | $ | |
| | Accrued Professional Fees | $ | |
| | Accrued Expenses | $ | |
| | Notes Payable | $ | |
| | Current Portion Long Term Debt | $ | |
| | Other | $ | |
| | Total Current Liabilities (d) | $ | |

| Long Term Debt: | | | |
|---|---|---|---|
| | Pre-Chapter 11 Payables | $ | 2,329,834 |
| | Notes & Loans Payable | $ | |
| | Less Current Portion | $ < | > |
| | Other | $ | |
| | Total Long Term Debt    (e) | $ | 2,329,834 |
| Total Liabilities | (d + e) = (f) | $ | 2,329,834 |

STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH

| | | | |
|---|---|---|---|
| | Capital Stock    (g) | $ | |
| | Retained Earnings (Deficit)(h) | $ | (1,262,207) |
| | Current Surplus (Deficit) (i) | $ | |
| Total Liabilities & Stockholder | | | |
| Equity/Net Worth | (f) + (g) + (h) + (i) | $ | 1,067,627 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  15 Jan 19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04

Case 18-82948-CRJ11    Doc 113    Filed 01/15/19    Entered 01/15/19 16:16:44    Desc
Main Document      Page 9 of 27

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group    **CASE NO. :** 18-82949    **MONTH ENDING:** 12/31/2018

### File for Each Quarter
### by the 15th of the Month Following the End of the Quarter

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | | |
|---|---|---:|---:|
| TOTAL REVENUE (SALES) | (a) | $ | 710,276 |
| Cost of Sales: | | | |
| Materials | $ | | |
| Labor | $ | 758,444 | |
| Purchased Services | $ | 38,912 | |
| Total Cost of Sales | (b) | $ | 797,356 |
| Gross Profit | (a - b) = (c) | $ | (87,080) |

OPERATING EXPENSES

| | | |
|---|---:|---:|
| Management Salary | $ | 40,431 |
| Other Salary Expense | $ | |
| Payroll Expenses | $ | |
| Outside Services & Contractors | $ | |
| Supplies (office & operating) | $ | |
| Repairs & Maintenance | $ | |
| Advertising | $ | |
| Auto Expense | $ | |
| Delivery | $ | |
| Accounting & Legal | $ | 2,500 |
| Rent | $ | 2,300 |
| Telephone | $ | 3,410 |
| Travel & Entertainment | $ | |
| Utilities | $ | 5,764 |
| Insurance | $ | 9,693 |
| Taxes real estate, property, etc.) | $ | 30,473 |
| Interest | $ | |
| Depreciation | $ | |
| Other Operating Expenses (describe) | $ | |
| Computer & Software | $ | 5,924 |
| Bank & Merchant Fees, Custodial, Retirement Expenses | $ | 14,076 |
| Total Operating Expenses: (d) | $ | 114,571 |

| | | |
|---|---:|---:|
| Net Profit/(Loss) from Operations (c - d)=(e) | $ | 201,651 |
| Non-Operating Income/Expenses | $ | |
| | $ | |
| | $ | |
| Total (f) | $ | |
| Net Profit/(Loss) (e - f) | $ | 201,651 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Jan 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# Sarai Services Group inc
## Reconciliation Detail
### 10100 · Checking - SSG 4557 PNC, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 6,531.82 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 13 items** | | | | | | |
| Check | 12/03/2018 | | PNC | X | -45.00 | -45.00 |
| Check | 12/05/2018 | | fed ex | X | -14.18 | -59.18 |
| Check | 12/10/2018 | | ADT | X | -187.89 | -247.07 |
| Check | 12/10/2018 | | fed ex | X | -12.77 | -259.84 |
| Check | 12/13/2018 | | Oasis Outsourcing | X | -70,933.68 | -71,193.52 |
| Check | 12/13/2018 | | Quickbooks Online | X | -65.40 | -71,258.92 |
| Check | 12/19/2018 | | Adobe | X | -350.87 | -71,609.79 |
| Check | 12/19/2018 | | fed ex | X | -11.65 | -71,621.44 |
| Check | 12/21/2018 | 3001 | Crestwood Technolo... | X | -2,010.00 | -73,631.44 |
| Check | 12/21/2018 | 3000 | VOYA | X | -125.00 | -73,756.44 |
| Check | 12/26/2018 | | Oasis Outsourcing | X | -82,060.20 | -155,816.64 |
| Check | 12/27/2018 | | Quickbooks Online | X | -515.57 | -156,332.21 |
| Check | 12/28/2018 | 3002 | NOVA 401k | X | -391.00 | -156,723.21 |
| | | | Total Checks and Payments | | -156,723.21 | -156,723.21 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 12/12/2018 | | | X | 30,000.00 | 30,000.00 |
| Deposit | 12/13/2018 | | | X | 5,847.54 | 35,847.54 |
| Deposit | 12/13/2018 | | | X | 30,000.00 | 65,847.54 |
| Deposit | 12/17/2018 | | | X | 2,422.18 | 68,269.72 |
| Deposit | 12/18/2018 | | | X | 8,263.96 | 76,533.68 |
| Deposit | 12/18/2018 | | | X | 32,716.61 | 109,250.29 |
| Deposit | 12/26/2018 | | | X | 43,000.00 | 152,250.29 |
| | | | Total Deposits and Credits | | 152,250.29 | 152,250.29 |
| | | | Total Cleared Transactions | | -4,472.92 | -4,472.92 |
| **Cleared Balance** | | | | | -4,472.92 | 2,058.90 |
| Register Balance as of 12/31/2018 | | | | | -4,472.92 | 2,058.90 |
| **Ending Balance** | | | | | **-4,472.92** | **2,058.90** |

Case 18-82948-CRJ11   Doc 113   Filed 01/15/19   Entered 01/15/19 16:16:44   Desc
Main Document     Page 11 of 27

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

For the Period 12/01/2018 to 12/31/2018
Sarai Services Group Inc
Primary Account Number: 30-1888-4557
Page 2 of 4

Business Checking Account Number: 30-1888-4557 - continued

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Summary
Sarai Services Group Inc

Account number: 30-1888-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 6,531.82 | 152,250.29 | 156,723.21 | 2,058.90 |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | 15,221.44 | 15,221.44 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 14,111.50 |
| ACH Additions | 2 | 35,138.79 |
| Other Additions | 3 | 103,000.00 |
| Total | 7 | 152,250.29 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 2,526.00 |
| Debit Card Purchases | 2 | 703.46 |
| ATM/Misc. Debit Card Transactions | 5 | 454.87 |
| Service Charges and Fees | 1 | 45.00 |
| Other Deductions | 2 | 152,993.88 |
| Total | 13 | 156,723.21 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | 6,531.82 | 12/13 | 1,120.44 | 12/21 | 42,025.67 |
| 12/03 | 6,486.82 | 12/17 | 3,542.62 | 12/26 | 2,965.47 |
| 12/05 | 6,472.64 | 12/18 | 44,523.19 | 12/27 | 2,449.90 |
| 12/10 | 6,271.98 | 12/19 | 44,160.67 | 12/28 | 2,058.90 |
| 12/12 | 36,271.98 | | | | |

## Activity Detail

### Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/13 | 5,847.54 | Deposit | 037283510 |
| 12/18 | 8,263.96 | Deposit | 038321331 |

# Business Checking



For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 30-1888-4557 - continued

## ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/17 | 2,422.18 | Corporate ACH Capsw Army DFAS-Cleveland 6Vlk2 | 00018351011436379 |
| 12/18 | 32,716.61 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00018351014640355 |

## Other Additions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/12 | 30,000.00 | Fed Wire In 18Cck2849J4C0Ggl | | W18CCK2849J4C0GGL |
| 12/13 | 30,000.00 | Online Transfer From | 0000003018884581 | SARAI SERVICES |
| 12/26 | 43,000.00 | Online Transfer From | 0000003018884581 | SARAI SERVICES |

# Checks and Other Deductions

## Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21 | 3000 * | 125.00 | 071528150 | 12/21 | 3001 | 2,010.00 | 071200915 | 12/28 | 3002 | 391.00 | L071370373 |

## Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/10 | 187.89 | 6587 Debit Card Purchase Adt Security*401711615 800-2382727 Fl | 92772870057166587343 |
| 12/27 | 515.57 | 6587 Debit Card Purchase Intuit *Payroll 888-5377794 Ca | 48916870057166587361 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/05 | 14.18 | 6587 Recurring Debit Card Fedex 461228224 800-4633339 Tn | 54558870057166587339 |
| 12/10 | 12.77 | 6587 Recurring Debit Card Fedex 461724698 800-4633339 Tn | 92771870057166587343 |
| 12/13 | 65.40 | 6587 Recurring Debit Card Intuit *Qb Online 800-2866800 Ca | 67912870057166587347 |
| 12/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 64294870057166587353 |
| 12/19 | 11.65 | 6587 Recurring Debit Card Fedex 462914613 800-4633339 Tn | 64295870057166587353 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/03 | 45.00 | Service Charge Period Ending 11/30/2018 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/13 | 70,933.68 | Fed Wire Out 18Cdi1306Fkb48Ij | W18CDI1306FKB48IJ |
| 12/26 | 82,060.20 | Fed Wire Out 18Cqi0324Bxm2JH5 | W18CQI0324BXM2JH5 |

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 30-1888-4557 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/02/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/31/2018.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Combined Transactions | 7 | .00 | Included in Account |
| ACH Credits | 2 | .00 | Included in Account |
| Checks Paid | 3 | .00 | Included in Account |
| Deposit Tickets Processed | 2 | .00 | Included in Account |
| Branch - Consolidated Cash Deposited | 50 | .00 | Included in Account |
| Branch - Consolidated Cash Deposited | 91 | 22.75 | |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Receivables-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Sync-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Add Users-Promo | 1 | .00 | Included in Account |
| Wire, Treasury Management Services | | 259.00 | |
| Incoming Wire Transfer | | 25.00 | |
| Branch Initiated Domestic Wire | | 234.00 | |
| Total For Services Used This Period | | 281.75 | |
| Total Service Charge | | 281.75 | |

# Sarai Services Group inc
## Reconciliation Detail
### 10025 · Checking -SSG 9645 NAB, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 100.96 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 12/28/2018 | | | X | -100.96 | -100.96 |
| Total Checks and Payments | | | | | -100.96 | -100.96 |
| Total Cleared Transactions | | | | | -100.96 | -100.96 |
| **Cleared Balance** | | | | | -100.96 | 0.00 |
| Register Balance as of 12/31/2018 | | | | | -100.96 | 0.00 |
| **Ending Balance** | | | | | **-100.96** | **0.00** |

Case 18-82948-CRJ11    Doc 113    Filed 01/15/19    Entered 01/15/19 16:16:44    Desc
Main Document      Page 15 of 27

# North Alabama Bank

Checking (Closed)
*9845

**Current Balance:** -$0.00

**Available Balance:** -$0.00

| Date | Description | Category | Amount | Balance |
|------|-------------|----------|--------|---------|
| Friday, December 28, 2018 | Priority Post Debit | | -$100.96 | -$0.00 |

Transaction Range: December 01, 2018 - December 31, 2018

Printed: January 10, 2019 4:27PM

# Sarai Services Group inc
## Reconciliation Detail
### 10020 · Checking - SSG 9984 NAB, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,330.24 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 12/28/2018 | | | X | -3,322.31 | -3,322.31 |
| Check | 12/28/2018 | | North Alabama Bank | X | -7.93 | -3,330.24 |
| Total Checks and Payments | | | | | -3,330.24 | -3,330.24 |
| Total Cleared Transactions | | | | | -3,330.24 | -3,330.24 |
| Cleared Balance | | | | | -3,330.24 | 0.00 |
| Register Balance as of 12/31/2018 | | | | | -3,330.24 | 0.00 |
| **Ending Balance** | | | | | **-3,330.24** | **0.00** |

Case 18-82948-CRJ11    Doc 113    Filed 01/15/19    Entered 01/15/19 16:16:44    Desc
Main Document      Page 17 of 27



**North Alabama Bank**
13914 Hwy 231/431
Hazel Green, AL 35750
(256) 828-9500



Member
**FDIC**

**FINANCIAL SERVICES STATEMENT**

ıl.ıl..ıl.l.ıl.l.ıl..ıl.l.ıl.ll...ıl.l.ıl..ıl.l.ıl..l.ll.ıl..l.l.ıl.ll

SARAI SERVICES GROUP INC
3300 WESTMILL DR SW
HUNTSVILLE AL 35805-6132

Statement Date: **12/31/2018** Enclosures: ( 1 )   Account No.: **199984** Page: 1

## COMMERCIAL CHECKING SUMMARY

Type : **REG**  Status : **Closed**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 11/30/18 | | 3,330.24 |
| Debits | 1 | 3,322.31 |
| Miscellaneous Fees | 1 | 7.93 |
| Ending Balance On 12/31/18 | | 0.00 |
| Average Balance (Ledger) | 2,990.60+ | |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/03/18 | APA SERVICE CHARGE | 7.93 |

## CHECKS AND OTHER DEBITS

\* Indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28/18 | | 3,322.31 | | | | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 11/30/18 was 3,330.24

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/03/18 | 3,322.31 | 12/28/18 | .00 | | |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $64.00 |
| Total Returned Item Fees | $0.00 | $96.00 |

| | | |
|---|---|---|
| Fees Refunded | $0.00 | $0.00 |
| Fees Waived | $0.00 | $0.00 |

| This Statement Cycle Reflects 30 Days |
|---|

Continued     10/626/1



**North Alabama Bank**
13914 Hwy 231/431
Hazel Green, AL 35750
(256) 828-9500



Member
**FDIC**

**FINANCIAL SERVICES STATEMENT**

Statement Date: **12/31/2018**  Enclosures:          ( 1 )                    Account No.:          **199984** Page:    **2**

| Direct Inquiries About Electronic Entries To: |
| Phone: (256) 828 - 9500 |

**Continued**          **10/626/2**



SARAI SERVICES GROUP INC

Account No. :     199984

Stmt. Date :     12/31/2018

Bank :     665

Images :     1

Page :     3

## IMAGE STATEMENT

**DDA Debit**

NORTH ALABAMA BANK

Amount: $3,322.31
Account Number: 199984
Tran Code: 17
Date: 12/28/2018
Customer Name: SARAI SERVICES

⑆555501010⑆199984⑈     17

AM: 3,322.31 CK:  DT: 12/28 SQ: 21600260 Paid

**End Statement**     **10/626/3E**

**Sarai Services Group inc**
# Reconciliation Detail
### 10300 · Money Mkt - SSG 8373 NBC, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 16.92 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Check | 12/31/2018 | | | X | -10.00 | -10.00 |
| Total Checks and Payments | | | | | -10.00 | -10.00 |
| Total Cleared Transactions | | | | | -10.00 | -10.00 |
| Cleared Balance | | | | | -10.00 | 6.92 |
| Register Balance as of 12/31/2018 | | | | | -10.00 | 6.92 |
| **Ending Balance** | | | | | **-10.00** | **6.92** |

Case 18-82948-CRJ11    Doc 113    Filed 01/15/19    Entered 01/15/19 16:16:44    Desc
Main Document      Page 21 of 27



**NATIONAL BANK of COMMERCE**

PO Box 381748
Birmingham, AL 35238

1550033

Sarai Services Group INC
PO Box 11128
Huntsville AL 35814

## ACCOUNT SUMMARY

| ACCOUNT NUMBER | TYPE OF ACCOUNT | CURRENT BALANCE |
|---|---|---|
| 110098373 | BUSINESS MMA ACCOUNT | 6.92 |

## CHECKING ACCOUNT

ACCOUNT SUMMARY    Sarai Services Group INC

BUSINESS MMA ACCOUNT

| | | | |
|---|---|---|---|
| Account Number | 110098373 | Number of Enclosures | 0 |
| Previous Balance | 16.92 | Statement Dates 11/01/18 thru 12/02/18 | |
| Deposits/Credits | .00 | Days in the statement period | 32 |
| Checks/Debits | .00 | Average Ledger | 16.92 |
| Service Charge | 10.00 | Average Collected | 16.92 |
| Interest Paid | .00 | | |
| Current Balance | 6.92 | 2018 Interest Paid | 1.63 |



### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/30 | Service Charge | 10.00-SC |

Statement Code Summary
Code  Description
SC    Service Charge

### Daily Balance Information

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/01 | 16.92 | 11/30 | 6.92 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| 10/31 | 0.100000% |

MEMBER FDIC     NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



EQUAL HOUSING LENDER

**NATIONAL BANK of COMMERCE**

PO Box 381748
Birmingham, AL 35238

---

1655112

Sarai Services Group INC
PO Box 11128
Huntsville AL 35814

## ACCOUNT SUMMARY

| ACCOUNT NUMBER | TYPE OF ACCOUNT | CURRENT BALANCE | |
|---|---|---|---|
| 110098373 | BUSINESS MMA ACCOUNT | .00 | 1 |

## CHECKING ACCOUNT

ACCOUNT SUMMARY    Sarai Services Group INC

| BUSINESS MMA ACCOUNT | | Number of Enclosures | 1 |
|---|---|---|---|
| Account Number | 110098373 | Statement Dates  12/03/18 thru 12/31/18 | |
| Previous Balance | 6.92 | Days in the statement period | 29 |
| Deposits/Credits | .00 | Average Ledger | 2.38 |
| 1 Checks/Debits | 6.92 | Average Collected | 2.38 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | .00 | 2018 Interest Paid | 1.63 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 12/13 | CLOSING WITHDRAWAL | 6.92- |

### Daily Balance Information

| Date | Balance | Date | Balance |
|---|---|---|---|
| 12/03 | 6.92 | 12/13 | .00 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| 12/02 | 0.100000% |



---

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# Sarai Services Group inc
## Reconciliation Detail
### 10000 · Checking - SSG 7435 NBC, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 37,802.77 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 17 items** | | | | | | |
| General Journal | 08/02/2018 | 613 | | X | -1,313.92 | -1,313.92 |
| General Journal | 08/15/2018 | 658 | | X | -1,220.23 | -2,534.15 |
| General Journal | 09/04/2018 | 678 | | X | -258.62 | -2,792.77 |
| General Journal | 09/10/2018 | 686 | | X | -5,000.00 | -7,792.77 |
| Check | 12/03/2018 | | Huntsville Utilities | X | -121.79 | -7,914.56 |
| Check | 12/03/2018 | | National Bank of Co... | X | -40.00 | -7,954.56 |
| Check | 12/03/2018 | | Huntsville Utilities | X | -12.17 | -7,966.73 |
| Check | 12/07/2018 | | | X | -26,038.57 | -34,005.30 |
| Check | 12/07/2018 | | MCA Servicing | X | -2,150.00 | -36,155.30 |
| Check | 12/10/2018 | | Microsoft | X | -791.35 | -36,946.65 |
| Check | 12/10/2018 | | Microsoft | X | -399.75 | -37,346.40 |
| Check | 12/10/2018 | | National Bank of Co... | X | -196.38 | -37,542.78 |
| Check | 12/10/2018 | | Microsoft | X | -31.98 | -37,574.76 |
| Check | 12/18/2018 | | | X | -8,263.96 | -45,838.72 |
| General Journal | 12/31/2018 | AJE.6 | | X | -37,802.77 | -83,641.49 |
| Check | 12/31/2018 | | | X | -1,452.60 | -85,094.09 |
| General Journal | 12/31/2018 | AJE.5 | | X | -36.01 | -85,130.10 |
| Total Checks and Payments | | | | | -85,130.10 | -85,130.10 |
| | | | | | | |
| **Deposits and Credits - 4 items** | | | | | | |
| General Journal | 08/20/2018 | 660 | | X | 1,452.60 | 1,452.60 |
| Bill Pmt -Check | 09/24/2018 | 4210 | Dodds, Kidd, Ryan, &... | X | 0.00 | 1,452.60 |
| Deposit | 12/31/2018 | | | X | 8,071.96 | 9,524.56 |
| General Journal | 12/31/2018 | AJE.7 | | X | 37,802.77 | 47,327.33 |
| Total Deposits and Credits | | | | | 47,327.33 | 47,327.33 |
| | | | | | | |
| Total Cleared Transactions | | | | | -37,802.77 | -37,802.77 |
| | | | | | | |
| Cleared Balance | | | | | -37,802.77 | 0.00 |
| | | | | | | |
| Register Balance as of 12/31/2018 | | | | | -37,802.77 | 0.00 |
| | | | | | | |
| **Ending Balance** | | | | | **-37,802.77** | **0.00** |

Case 18-82948-CRJ11    Doc 113    Filed 01/15/19    Entered 01/15/19 16:16:44    Desc
Main Document      Page 24 of 27



**NATIONAL BANK of COMMERCE**

**AND ITS DIVISIONS:**
FirstAtlantic Bank ∣ First Landmark Bank ∣ Patriot Bank
Private Bank of Buckhead ∣ Private Bank of Decatur
Reunion Bank of Florida ∣ United Legacy Bank

Date 12/31/18          Page      1
Primary Account          110077435

Sarai Services Group INC
PO Box 11128
Huntsville AL 35814

## ACCOUNT SUMMARY

| ACCOUNT NUMBER | TYPE OF ACCOUNT | CURRENT BALANCE | |
|---|---|---|---|
| 110077435 | ANALYZED BUSINESS CHECKING | .00 | 7 |

## CHECKING ACCOUNT

ACCOUNT SUMMARY     Sarai Services Group INC

| ANALYZED BUSINESS CHECKING | | Number of Enclosures | 7 |
|---|---|---|---|
| Account Number | 110077435 | Statement Dates  12/03/18 thru 12/31/18 | |
| Previous Balance | 37,802.77 | Days in the statement period | 29 |
| 1 Deposits/Credits | 8,071.96 | Average Ledger | 6,622.36 |
| 19 Checks/Debits | 45,874.73 | Average Collected | 6,622.36 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Insufficient funds item fees | $.00 | $3,675.00 |
| Return item fees | $.00 | $.00 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 12/17 | MISC PAY GPO  TREAS 310 | 8,071.96 |
| | CCD     12608604000001 | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 12/03 | MERCH FEE  MERCHANT SERVICE | 10.00- |
| | CCD     8032548466 | |
| 12/03 | MERCH FEE  MERCHANT SERVICE | 10.00- |
| | CCD     8032548508 | |
| 12/03 | MERCH FEE  MERCHANT SERVICE | 10.00- |
| | CCD     8032548573 | |



**NATIONAL BANK of COMMERCE**

**AND ITS DIVISIONS:**
FirstAtlantic Bank ı First Landmark Bank ı Patriot Bank
Private Bank of Buckhead ı Private Bank of Decatur
Reunion Bank of Florida ı United Legacy Bank

ANALYZED BUSINESS CHECKING          110077435   (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/03 | MERCH FEE | MERCHANT SERVICE | 10.00- |
| | CCD | 8032548631 | |
| 12/03 | CONC.DEBT | HSV DRAFT DBT | 12.17- |
| | PPD | 221010172995 | |
| 12/03 | CONC.DEBT | HSV DRAFT DBT | 121.79- |
| | PPD | 221010172993 | |
| 12/07 | Debit | MCA Servicing | 2,150.00- |
| | CCD | 5044952 | |
| 12/07 | payment | Sarai Services | 26,038.57- |
| | PPD | Account 203716 | |
| 12/10 | Account Analysis Charge | | 196.38- |
| 12/10 | EDI PAYMNT | MICROSOFT 6041 | 31.98- |
| | PPD | Z30N365WLLCO | |
| 12/10 | EDI PAYMNT | MICROSOFT 6041 | 399.75- |
| | PPD | Z30H365JER37 | |
| 12/10 | EDI PAYMNT | MICROSOFT 6041 | 791.35- |
| | PPD | Z30H35PG03DN | |
| 12/18 | CLOSING WITHDRAWAL | | 8,263.96- |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 12/13 | | 5,840.62 | 12/03 | 4215 | 64.31 |
| 12/03 | 4213* | 1,231.14 | 12/03 | 4217* | 88.72 |
| 12/03 | 4214 | 591.16 | 12/03 | 4219* | 12.83 |

\* Denotes missing check numbers

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | 35,640.65 | 12/10 | 6,032.62 | 12/17 | 8,263.96 |
| 12/07 | 7,452.08 | 12/13 | 192.00 | 12/18 | .00 |



TELLER CASHED   Date: 12/14   Amount: $5,840.62

CHECK   4213   Date: 12/03   Amount: $1,231.14

CLOSING WITHDRAWAL   Date: 12/18   Amount: $8,263.96

CHECK   4214   Date: 12/03   Amount: $591.16

CHECK   4215   Date: 12/03   Amount: $64.31

CHECK   4217   Date: 12/03   Amount: $88.72

CHECK   4219   Date: 12/03   Amount: $12.83