# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re: SARAI SERVICES GROUP, INC.[1] )
) Case No.: 18-82948-11
EIN: xx-xxx2969 )
)
Debtor. ) CHAPTER 11
)

## DEBTOR'S SUPPLEMENTAL RESPONSE TO UNITEDHEALTHCARE OF ALABAMA, INC.'S AMENDED MOTION FOR STAY RELIEF

COMES NOW, Sarai Services Group, Inc., ("the "Debtor") and files this Supplemental Response to the Amended Motion for Stay Relief filed by UnitedHealthcare of Alabama, Inc. ("United") as follows:

The Debtor has reviewed United's Reply motion filed in this matter along with the extensive documentation provided by this creditor concerning the parties' contractual relationship. Based on the foregoing information, the Debtor no longer opposes United's Amended Motion for Stay Relief.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court grant such relief as it deems just and proper.

Respectfully submitted this 29th day of January, 2019.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Chapter 11 Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
ty@ssmattorneys.com

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

## CERTIFICATE OF SERVICE

This is to certify that I have this the 29th day of January, 2019 served the foregoing document upon the Debtor's 20 largest unsecured creditors, Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, Brian R. Walding, Walding, LLC, 2227 First Ave. S., Ste 100, Birmingham, AL 34233, and all persons requesting notice by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon:

        */s/ Tazewell T. Shepard IV*
        Tazewell T. Shepard IV