UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| SARAI SERVICES GROUP, INC.[1] } | CASE NO. 18-82948-CRJ-11 |
| } | |
| } | CHAPTER 11 |
| } | |
| Debtor } | |

ORDER APPROVING AMENDED MOTION FOR RELIEF
FROM THE AUTOMATIC STAY TO TERMINATE
GROUP INSURANCE POLICIES

Before the Court is the Amended Motion for Relief from the Automatic Stay to Terminate Group Insurance Policies, ECF no. 61, filed by UnitedHealthcare Insurance Company and UnitedHealthcare of Alabama, Inc. (collectively "United") which is scheduled for hearing on February 4, 2019. Prior to the hearing, the Debtor filed a Supplemental Response to United's Amended Motion for Stay Relief ("Supplemental Response"), ECF no. 124, reporting that the Debtor no longer opposes the Amended Motion for Stay Relief and requesting that the Court grant the relief requested.

Based upon the Debtor's Supplemental Response, the Court finds that goods cause exists to lift the stay pursuant to 11 U.S.C. § 362(d)(1).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. United's Amended Motion for Relief from the Automatic Stay to Terminate Group Insurance Policies is hereby **APPROVED**.

2. The hearing scheduled on United's Amended Motion for Relief from Automatic Stay, Debtor's Response, and United's Reply to Debtor's Response is hereby **VACATED**.

Dated this the 31st day of January, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWW JV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, case No. 18-82950-CRJ-11; and CM Holding, Inc. Case No. 18-82951-CRJ-11.

1