## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 1/31/19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _X_ NO____  All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES____ NO _X_  All post petition individual taxes have been paid and the deposit slips are attached.     N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |

2. YES _X_ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____ not in force.

   TYPE_____ not in force.

3. YES _X_ NO____  New books and records were opened and are being maintained daily.

4. YES _X_ NO____  Copies of all banks statements and reconciliations are attached .

5. YES _X_ NO____  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 Feb 19_

RESPONSIBLE PARTY

Phone No. _256-712-8002_

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 1/31/19

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual  (Circle One)  -Cash |
|---|---|

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning)  2,059

B.  RECEIPTS:

   Accounts Receivable from Form BA-02(A)-Line II(C)  135,596

   Cash Sales

   Loan Proceeds  76,479
   from CMP / BRM Related Party

   Sale of Property (Not in ordinary course of business)

   Other

C.  TOTAL RECEIPTS  212,075
   (Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  177,745

E.  SURPLUS OR DEFICIT  34,330
   (C minus D)

F.  CASH ON HAND (End)  36,389
   (A plus E)

CASH BASIS

1. REVENUE FROM TOTAL SALES  $ 135,596

2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)  0

3. EQUALS GROSS PROFIT (1 minus 2)  135,596

4. LESS OPERATING EXPENSES  177,745

5. EQUALS NET PROFIT OPERATIONS (3 minus 4)  (42,300)

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $ (42,300)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Feb 19          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.    CASE NO. : 18-82948    MONTH ENDING: 1/31/19

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.  NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.  COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.  Amount collected this month on accounts receivable charged and paid this month.     $ _____135,596

    B.  Amount collected this month on accounts receivable charged in prior months and paid this month.     $ _____0

    C.  TOTAL collected this month on accounts receivable.     $ _____135,596

III.  PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| GSA or WW | $ | | | 349,184 | $ 349,184 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $ | | | 349,184 | $ 349,184 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Feb 19_____              _____
                                        RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.        CASE NO. : 18-82948        MONTH ENDING: 1/31/2019

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.......................................$_____3,500_____
ADVERTISING...........................................·_____
AUTOMOBILES/VEHICLES (repairs & maintenance)..........·_____
COMMISSIONS/CONTRACT LABOR............................·_____
INSURANCE (TOTAL).....................................·_____407_____
   AUTO                     $_____
   LIABILITY                 _____
   LIFE                      _____
   MEDICAL                   _____
   CASUALTY                  _____
   FIRE & THEFT              _____
   WORKMAN'S COMP.           _____
   OTHER _____            _____
INTEREST PAID.........................................·_____
INVENTORY PURCHASED...................................·_____
LEGAL FEES............................................·_____16,849_____
POSTAGE...............................................·_____124_____
RENT/LEASE PAYMENTS ON REAL ESTATE....................·_____
REPAIRS & MAINTENANCE.....INC. PAYROLL TAXES IMPOUNDED AND PAID·_____
SALARIES/WAGES PAID...................................·_____150,311_____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]...........·_____
SUPPLIES (TOTAL)......................................·_____240_____
   OFFICE                   $_____
   OPERATING                 _____
TRAVEL & ENTERTAINMENT................................·_____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]..............·_____
UNSECURED LOAN PAYMENTS...............................·_____
UTILITIES (TOTAL).....................................·_____3,621_____
   ELECTRICITY              $_____
   GAS                       _____
   TELEPHONE                 _____
   WATER                     _____
   OTHER _____            _____

OTHER BUSINESS DISBURSEMENTS   Bank & Merchant Fees
(Specify)                      Telephone, Computer Expenses   $_____2,693_____

TOTAL BUSINESS DISBURSEMENTS..........................$_____177,745_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Feb 19_

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.      CASE NO.: 18-82948      MONTH ENDING: 1/31/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
(Check, if true.)

2.\_\_\_X\_\_\_\_No secured loan payments have been paid during this month.
(Check, if true.)

3._____The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE 15 Feb 19                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.    CASE NO. : 18-82948    MONTH ENDING: 1/31/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| ALL PAYROLL TAX OBLIGATIONS ARE IMPOUNDED BY THIRD-PARTY PAYROLL SERVICE | | | | | |
| TOTAL ESTIMATED PAYROLL TAXES PAID VIA THIRD-PARTY IS $30,473 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE___15 Feb 19_____          _____
                                              RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02 (D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.          CASE NO.: 18-82948          MONTH ENDING: 1/31/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4557 | 36,238 | 1/31 | Post |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Calvin Mitchell | $ | 13,548 |
| Officer #2    (Name) | $ | |
| Other Officer    (Name) | $ | |
| Employees (Number) _____35_____  Inc. P/R taxes | $ | 129,491 |
| Employees (Relatives) | $ | |
| Name    Courtney Mitchell | $ | 2,234 |
| Name    James C. Mitchell | $ | 5,038 |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory - Beginning of Month (COST) | $ | 0 |
| Inventory - Purchased this Month - CASH | $ | |
| Inventory - Purchased this Month - CREDIT | $ | |
| Inventory - End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

_____ A. No payments on pre-petition debts have been made this month.
__X__ B. The following payments have been made this month to unsecured
          creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| Pearl Capital | 2,150 | Working Capital | Automatic debit not yet cancelled |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Feb 19_                    _____
                                    RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group, Inc.      CASE NO. : 18-82948      MONTH ENDING: 1/31/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__   A.   All operating expenses since the beginning of this case have been paid.   Therefore there are no post-petition accounts payable.

### ** OR **

_____   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Feb 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Business Checking

PNC Bank



SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
for hearing impaired clients only

---

## IMPORTANT CHANGES TO FEES AND FEATURES FOR BUSINESS CHECKING CUSTOMERS

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective February 1, 2019

Pricing Changes
> The Monthly Maintenance Fee will be $10.00 (previously $12.00)
> The Average Monthly Collected Balance requirement to avoid the Monthly Maintenance Fee will be $500 per month (previously $1,500).

Changes to Relationship Pricing and Information on Account Linking for Purposes of Avoiding the Monthly Account Maintenance Fee
> A linked PNC Merchant Services account now requires $500 or more in qualifying monthly processing deposits to avoid the Monthly Maintenance Fee* (previously no qualifying monthly processing deposits required).

> A linked PNC business credit card now requires a minimum of $500 in eligible purchases in the billing cycle ending immediately prior to the date the monthly account maintenance fee is to be assessed to the checking account to avoid the Monthly Maintenance Fee (previously $1,000 in eligible purchases).
NOTE: The calculation of your business credit card eligible purchases to avoid a Monthly Maintenance Fee now includes purchases using a linked PNC BusinessOptions Credit Card.

* The business checking account receiving PNC Merchant Services processing deposits will now be the only account eligible to avoid the monthly account maintenance fee.

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 01/01/2019 to 01/31/2019
Saral Services Group Inc
Primary Account Number ████-4557
Page 2 of 4

Business Checking Account Number: 30-1888-4557 - continued

provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## Business Checking Summary

Saral Services Group Inc

Account number: ████-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 2,058.90 | 212,217.08 | 178,038.02 | 36,237.96 |
| | | | Average ledger balance | Average collected balance |
| | | | 20,118.49 | 20,117.14 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,566.12 |
| ACH Additions | 10 | 135,595.55 |
| Other Additions | 3 | 73,055.41 |
| Total | 15 | 212,217.08 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 7 | 24,841.49 |
| Debit Card Purchases | 2 | 922.57 |
| ATM/Misc. Debit Card Transactions | 7 | 1,537.93 |
| Service Charges and Fees | 1 | 281.75 |
| Other Deductions | 3 | 150,454.28 |
| Total | 20 | 178,038.02 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 2,058.90 | 01/10 | █,745.25 | 01/23 | 44,902.96 |
| 01/02 | 28,261.52 | 01/14 | █,537.00 | 01/24 | 32,806.93 |
| 01/07 | 24,640.92 | 01/15 | █,387.00 | 01/28 | 14,923.29 |
| 01/08 | 24,039.43 | 01/18 | 2█,214.63 | 01/29 | 10,907.72 |
| 01/09 | 24,182.28 | 01/22 | 2█,847.55 | 01/31 | 36,237.96 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 3,423.27 | Deposit | 034172977 |
| 01/09 | 142.85 | Deposit | 036568418 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 23,061.10 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019002003898669 |
| 01/10 | 30,257.78 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019009004211864 |
| 01/18 | 9,148.75 | Corporate ACH Gpo Treas 310 12608604000001 | 00019018005912872 |
| 01/18 | 8,798.88 | Corporate ACH Gpo Treas 310 12608604000001 | 00019018005912870 |
| 01/24 | 20,432.95 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019023011876730 |
| 01/24 | 18,158.85 | Corporate ACH Gpo Treas 310 12608604000001 | 00019024003529475 |
| 01/31 | 181.66 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019030007469805 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████4557 - continued

## ACH Additions - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/31 | 13,059.10 | Corporate ACH Gpo Treas 3 0 12608604000001 | 00019031009266565 |
| 01/31 | 7,573.43 | Corporate ACH Gpo Treas 3 0 12608604000001 | 00019031009266565 |
| 01/31 | 4,923.05 | Corporate ACH Gpo Treas 3 0 12608604000001 | 00019031009266563 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/10 | 30,000.00 | Online Transfer From ████4581 | SARAI SERVICES |
| 01/23 | 18,055.41 | Online Transfer From ████493 | SARAI SERVICES |
| 01/24 | 25,000.00 | Online Transfer From ████4581 | SARAI SERVICES |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/08 | 3003 * | 361.74 | 074081225 | 01/07 | 3006 | 620.60 | 083718293 | 01/29 | 18884457 * | 3,500.00 | L071331945 |
| 01/08 | 3004 | 239.75 | 073624212 | 01/15 | 3007 | 150.00 | 073529889 | | Effective Date 01/28 | | |
| 01/18 | 3005 | 120.00 | 070049751 | 01/28 | 3178 * | 849.40 | L077144835 | | | | |
| | | | | | Effective Date 01/25 | | | | | | |

## Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/29 | 515.57 | 6587 Debit Card Purchase Intuit *Payro 888-5377794 Ca | 17779870057166587029 |
| 01/31 | 407.00 | 6587 Debit Card Purchase Colonial Surety Agency 201-5738788 NJ | 77613870057166587031 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/14 | 65.40 | 6587 Recurring Debit Card Intuit *Qb Online 800-2866800 Ca | 80736870057166587013 |
| 01/22 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 45361870057166587020 |
| 01/22 | 16.21 | 6587 Recurring Debit Card Fedex 466964605 800-4633339 Tn | 74017870057166587022 |
| 01/24 | 71.21 | 6587 Recurring Debit Card Fedex 467141395 800-4633339 Tn | 82120870057166587024 |
| 01/28 | 839.65 | 6587 Recurring Debit Card Msft+* 3ce07007Ecrw 3 800-6427676 Wa | 77075870057166587027 |
| 01/28 | 157.94 | 6587 Recurring Debit Card Msft+* 3ce07007Ecse 3 800-6427676 Wa | 77074870057166587027 |
| 01/28 | 36.65 | 6587 Recurring Debit Card Fedex 467393783 800-4633339 Tn | 77076870057166587027 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 281.75 | Service Charge Period Ending 12/31/2018 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████-4557 - continued

## Other Deductions    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/10 | 74,694.81 | Fed Wire Out 191Ai24548Jb A3Q | W191AI24548JB5A3Q |
| 01/14 | 142.85 | Ret Dep Item    Ozarka Spri    101194 | 0109036568419RTM |
| 01/24 | 75,616.62 | Fed Wire Out 191Oh1211Om 40F9 | W191OH1211OMJ40F9 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 2/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 20 | .00 | Included in Account |
| ACH Credits | 10 | .00 | Included in Account |
| Checks Paid | 7 | .00 | Included in Account |
| Deposited Item - Consolidated | 1 | .00 | Included in Account |
| Deposit Tickets Processed | 2 | .00 | Included in Account |
| Branch - Consolidated Cash Deposited | 34 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Receivables-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Sync-Promo | 1 | .00 | Included in Account |
| Cash Flow Insight Add Users-Promo | 1 | .00 | Included in Account |
| Return Of Deposited Item Charge | 1 | 15.00 | |
| Wire, Treasury Management Services | | 168.50 | |
| Incoming Wire Transfer | | 12.50 | |
| Branch Initiated Domestic Wire | | 156.00 | |
| Total For Services Used This Period | | 183.50 | |
| Total Service Charge | | 183.50 | |

# Sarai Services Group, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 01/31/2019

| | Jan 31, 19 |
|---|---|
| **Beginning Balance** | 2,058.90 |
|     Cleared Transactions | |
|         Checks and Payments - 20 items | -178,038.02 |
|         Deposits and Credits - 15 items | 212,217.08 |
|     **Total Cleared Transactions** | 34,179.06 |
| **Cleared Balance** | 36,237.96 |
| **Register Balance as of 01/31/2019** | 36,237.96 |
| **Ending Balance** | 36,237.96 |

Case 18-82948-CRJ11    Doc 142    Filed 02/18/19    Entered 02/18/19 10:49:07    Desc
Main Document      Page 13 of 14

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,058.90 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Check | 01/02/2019 | | PNC | X | -281.75 | -281.75 |
| Check | 01/03/2019 | 3003 | ADS Security | X | -361.74 | -643.49 |
| Check | 01/04/2019 | 3006 | Huntsville Utilitie | X | -3,620.60 | -4,264.09 |
| Check | 01/04/2019 | 3004 | Lioce Group | X | -239.75 | -4,503.84 |
| Check | 01/10/2019 | | Oasis | X | -74,694.81 | -79,198.65 |
| Check | 01/10/2019 | 3007 | Crestwood Technolo... | X | -150.00 | -79,348.65 |
| Check | 01/14/2019 | | Ready Refresh b N... | X | -142.85 | -79,491.50 |
| Check | 01/14/2019 | | Intuit Quickbooks D... | X | -65.40 | -79,556.90 |
| Check | 01/17/2019 | 3005 | Medcom | X | -120.00 | -79,676.90 |
| Check | 01/22/2019 | | Adobe | X | -350.87 | -80,027.77 |
| Check | 01/22/2019 | | Fedex | X | -16.21 | -80,043.98 |
| Check | 01/24/2019 | | Oasis | X | -75,616.62 | -155,660.60 |
| Check | 01/24/2019 | 3176 | Sparkman Shepard ... | X | -16,849.40 | -172,510.00 |
| Check | 01/24/2019 | | Fedex | X | -71.21 | -172,581.21 |
| Check | 01/28/2019 | 3177 | Seaman Shinkunas ... | X | -3,500.00 | -176,081.21 |
| Check | 01/28/2019 | | Microsoft | X | -839.65 | -176,920.86 |
| Check | 01/28/2019 | | Microsoft | X | -157.94 | -177,078.80 |
| Check | 01/28/2019 | | Fedex | X | -36.65 | -177,115.45 |
| Check | 01/29/2019 | | Intuit Online Payroll | X | -515.57 | -177,631.02 |
| Check | 01/31/2019 | | Colonial Surety A e... | X | -407.00 | -178,038.02 |
| **Total Checks and Payments** | | | | | -178,038.02 | -178,038.02 |
| **Deposits and Credits - 15 items** | | | | | | |
| Deposit | 01/02/2019 | | | X | 3,423.27 | 3,423.27 |
| Deposit | 01/02/2019 | | | X | 23,061.10 | 26,484.37 |
| Deposit | 01/09/2019 | | | X | 142.85 | 26,627.22 |
| Deposit | 01/10/2019 | | | X | 30,000.00 | 56,627.22 |
| Deposit | 01/10/2019 | | | X | 30,257.78 | 86,885.00 |
| Deposit | 01/18/2019 | | | X | 8,798.88 | 95,683.88 |
| Deposit | 01/18/2019 | | | X | 9,148.75 | 104,832.63 |
| Deposit | 01/23/2019 | | | X | 18,055.41 | 122,888.04 |
| Deposit | 01/24/2019 | | | X | 18,158.85 | 141,046.89 |
| Deposit | 01/24/2019 | | | X | 20,432.95 | 161,479.84 |
| Deposit | 01/24/2019 | | | X | 25,000.00 | 186,479.84 |
| Deposit | 01/31/2019 | | | X | 181.66 | 186,661.50 |
| Deposit | 01/31/2019 | | | X | 4,923.05 | 191,584.55 |
| Deposit | 01/31/2019 | | | X | 7,573.43 | 199,157.98 |
| Deposit | 01/31/2019 | | | X | 13,059.10 | 212,217.08 |
| **Total Deposits and Credits** | | | | | 212,217.08 | 212,217.08 |
| **Total Cleared Transactions** | | | | | 34,179.06 | 34,179.06 |
| **Cleared Balance** | | | | | 34,179.06 | 36,237.96 |
| **Register Balance as of 01/31/2019** | | | | | 34,179.06 | 36,237.96 |
| **Ending Balance** | | | | | 34,179.06 | 36,237.96 |

Case 18-82948-CRJ11   Doc 142   Filed 02/18/19   Entered 02/18/19 10:49:07   Desc
Main Document    Page 14 of 14