## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 1/31/2019

### Operating reports are to be filed monthly, in duplicate, with the
### Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES X  NO____   All post petition business taxes have been paid/deposited and the deposit
   slips are attached.          N/A

   YES___ NO X   All post petition individual taxes have been paid and the deposit slips are
   attached.          N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | | $ |
   | | $ |
   | | $ |
   | | $ |

2. YES___ NO X   Adequate insurance on all assets/property including fire, theft, liability, collision
   and casualty and workman's compensation (if applicable) is currently in full force
   and effect.          N/A

   If no, enter:      TYPE_____not in force.

   TYPE_____not in force.

3. YES X NO____   New books and records were opened and are being maintained daily.

4. YES X NO____   Copies of all banks statements and reconciliations are attached .

5. YES X NO____   I have otherwise complied with all requirements of the Chapter 11
   Operating Order.

6. YES X NO____   All financial statements filed with the Bankruptcy Clerk's Office are
   prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Feb19

Phone No. 256 712-2002          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 1/31/2019

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | −Accrual **(Circle One)** −Cash |

| | | | | CASH BASIS |
|---|---|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1. | REVENUE FROM TOTAL SALES | $ | 0 |
| A.  CASH ON HAND (Beginning) ___469___ | 2. | LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | | _____ |
| B.  RECEIPTS: | | | | |
| Accounts Receivable from Form BA-02(A)-Line II(C) _____ | 3. | EQUALS GROSS PROFIT (1 minus 2) | | 0 |
| Cash Sales _____ 0 | 4. | LESS OPERATING EXPENSES | | 0 |
| Loan Proceeds from_____ _____ | 5. | EQUALS NET PROFIT OPERATIONS (3 minus 4) | | 0 |
| Sale of Property (Not in ordinary course of business) _____ | 6. | NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | | |
| Other_____ _____ | | | | |
| _____ _____ | | _____ | | _____ |
| C.  TOTAL RECEIPTS (Total of B) _____ 0 | | _____ | | _____ |
| D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B) _____ 0 | | _____ | | _____ |
| E.  SURPLUS OR DEFICIT (C minus D) _____ 0 | 7. | EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | $ | 0 |
| F.  CASH ON HAND (End) (A plus E) _____ 469 | ***\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.*** | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 Feb 19_                                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO.: 18-82949          MONTH ENDING: 1/31/2019

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.   Amount collected this month on accounts
         receivable charged and paid this month.                    $_____

    B.   Amount collected this month on accounts
         receivable charged in prior months
         and paid this month.                                       $_____

    C.   TOTAL collected this month on accounts
         receivable.                                                $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _15 Feb 19_____          _____
                                        RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 1/31/2019

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES.......................................$_____ | |
| ADVERTISING...........................................•_____ | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)..........._____ | |
| COMMISSIONS/CONTRACT LABOR............................._____ | |
| INSURANCE (TOTAL)...................................•_____ | |

| | |
|---|---|
| AUTO | $_____ |
| LIABILITY | _____ |
| LIFE | _____ |
| MEDICAL | _____ |
| CASUALTY | _____ |
| FIRE & THEFT | _____ |
| WORKMAN'S COMP. | _____ |
| OTHER  Business | _____ |

| | |
|---|---|
| INTEREST PAID.........................................•_____ | |
| INVENTORY PURCHASED...................................•_____ | |
| LEGAL FEES............................................_____ | |
| POSTAGE...............................................•_____ | |
| RENT/LEASE PAYMENTS ON REAL ESTATE....................•_____ | |
| REPAIRS & MAINTENANCE.................................•_____ | |
| SALARIES/WAGES PAID..................................._____ | |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]...........•_____ | |
| SUPPLIES (TOTAL)......................................•_____ | |

| | |
|---|---|
| OFFICE | $_____ |
| OPERATING | _____ |

| | |
|---|---|
| TRAVEL & ENTERTAINMENT................................•_____ | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]..............•_____ | |
| UNSECURED LOAN PAYMENTS..............................._____ | |
| UTILITIES (TOTAL).....................................•_____ | |

| | |
|---|---|
| ELECTRICITY | $_____ |
| GAS | _____ |
| TELEPHONE | _____ |
| WATER | _____ |
| OTHER _____ | _____ |

| | |
|---|---|
| OTHER BUSINESS DISBURSEMENTS | _____ |
| (Specify) | _____     $_____ |

**TOTAL BUSINESS DISBURSEMENTS..........................$_____        0**

---

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  15 Feb 19                    _____
                                   RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 1/31/2019

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____ Secured loan payments as described below have been paid this month
(Check, if true.)

2.___X____ No secured loan payments have been paid during this month.
(Check, if true.)

3._____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE _15 Feb 19_          _____
                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 1/31/2019

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| NOT APPLICABLE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Feb 19 _____          _____
                                    RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO.: 18-82949          MONTH ENDING: 1/31/2019

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4549 | 469 | 1/31 | Post |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name)_____ | $_____ |
| Officer #2   (Name)_____ | $_____ |
| Other Officer  (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____0 |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X  A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Feb 19_____

_____
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC          CASE NO. : 18-82949          MONTH ENDING: 1/31/2019

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Feb 19_                     RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# SSGWWJV, LLC
## Reconciliation Summary
### PNC Operating, Period Ending 01/31/2019

|  | Jan 31, 19 |
|---|---|
| Beginning Balance | 469.49 |
| Cleared Balance | 469.49 |
| Register Balance as of 01/31/2019 | 469.49 |
| Ending Balance | 469.49 |

Case 18-82948-CRJ11    Doc 143    Filed 02/18/19    Entered 02/18/19 10:50:56    Desc
Main Document    Page 9 of 12

12:34 PM
02/15/19

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | |
| Cleared Balance | | | | | | 469.49 |
| | | | | | | 469.49 |
| Register Balance as of 01/31/2019 | | | | | | 469.49 |
| **Ending Balance** | | | | | | 469.49 |

Page 1

# Business Checking

PNC Bank



**For the Period 01/01/2019 to 01/31/2019**

Primary Account Number: [redacted]-4549
Page 1 of 2
Number of enclosures: 0

SARAI WW CONTRACTORS JV LLC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

☎ For 24-hour banking sign on to
🏦 PNC Bank Online Banking on pnc.com
🆓 FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving? Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT CHANGES TO FEES AND FEATURES FOR BUSINESS CHECKING CUSTOMERS

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective February 1, 2019

Pricing Changes
> The Monthly Maintenance Fee will be $10.00 (previously $12.00).
> The Average Monthly Collected Balance requirement to avoid the Monthly Maintenance Fee will be $500 per month (previously $1,500).

Changes to Relationship Pricing and Information on Account Linking for Purposes of Avoiding the Monthly Account Maintenance Fee
> A linked PNC Merchant Services account now requires $500 or more in qualifying monthly processing deposits to avoid the Monthly Maintenance Fee* (previously no qualifying monthly processing deposits required).

> A linked PNC business credit card now requires a minimum of $500 in eligible purchases in the billing cycle ending immediately prior to the date the monthly account maintenance fee is to be assessed to the checking account to avoid the Monthly Maintenance Fee (previously $1,000 in eligible purchases).
NOTE: The calculation of your business credit card eligible purchases to avoid a Monthly Maintenance Fee now includes purchases using a linked PNC BusinessOptions Credit Card.

* The business checking account receiving PNC Merchant Services processing deposits will now be the only account eligible to avoid the monthly account maintenance fee.

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or

Main Document      Page 11 of 12

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████-4549 - continued

provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## Business Checking Summary

Saral Ww Contractors Jv Llc

Account number: ████-4549

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 469.49 | .00 | .00 | 469.49 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 469.49 | 469.49 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2019.

| Description | Volume | Amount |
|---|---|---|
| Account Maintenance Charge | 1 | 12.00 |
| Total For Services Used This Period | | 12.00 |
| Total Service Charge | | 12.00 |