## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation    **CASE NO. :** 18-82950    **MONTH ENDING:** 12/31/2018

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _X_    All post petition business taxes have been paid/deposited and the deposit slips are attached.    N/A

   YES___ NO _X_    All post petition individual taxes have been paid and the deposit slips are attached.    N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | $_____ |

2. YES___ NO _X_    Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.    N/A

   If no, enter:    TYPE_____ not in force.

   TYPE_____ not in force.

3. YES _X_ NO___    New books and records were opened and are being maintained daily.

4. YES _X_ NO___    Copies of all banks statements and reconciliations are attached.

5. YES _X_ NO___    I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _X_ NO___    All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 Jan 19_    _____ RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO. :** 18-82950     **MONTH ENDING:** 12/31/2018

## Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

| | | CASH BASIS |
|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1. REVENUE FROM TOTAL SALES | $ 0 |
| A.   CASH ON HAND (Beginning)   100 | 2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | |
| B.   RECEIPTS: | | |
|     Accounts Receivable from Form BA-02(A)-Line II(C) | 3. EQUALS GROSS PROFIT (1 minus 2) | 0 |
|     Cash Sales | 4. LESS OPERATING EXPENSES | 0 |
|     Loan Proceeds from_____ | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) | 0 |
|     Sale of Property (Not in ordinary course of business) | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | |
|     Other_____ | | |
| | | |
| C.   TOTAL RECEIPTS (Total of B)   0 | | |
| D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   0 | | |
| E.   SURPLUS OR DEFICIT (C minus D)   0 | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $ 0 | |
| F.   CASH ON HAND (End) (A plus E)   100 | *** Please itemize Cost of Sales and Expenses on a separate sheet of paper.*** | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Jun 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation     CASE NO. : 18-82950     MONTH ENDING: 12/31/2018

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.  Amount collected this month on accounts receivable charged and paid this month.   $_____

    B.  Amount collected this month on accounts receivable charged in prior months and paid this month.   $_____

    C.  TOTAL collected this month on accounts receivable.   $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____15 Jan 19_____          _____ RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court – Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO. :** 18-82950     **MONTH ENDING:** 12/31/2018

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.........................................$_____
ADVERTISING.............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)............._____
COMMISSIONS/CONTRACT LABOR..............................._____
INSURANCE (TOTAL)......................................._____
    AUTO                   $_____
    LIABILITY                _____
    LIFE                     _____
    MEDICAL                  _____
    CASUALTY                 _____
    FIRE & THEFT             _____
    WORKMAN'S COMP.          _____
    OTHER  Business          _____
INTEREST PAID..........................................._____
INVENTORY PURCHASED....................................._____
LEGAL FEES.............................................._____
POSTAGE................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE......................._____
REPAIRS & MAINTENANCE..................................._____
SALARIES/WAGES PAID....................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............._____
SUPPLIES (TOTAL)......................................._____
    OFFICE                 $_____
    OPERATING                _____
TRAVEL & ENTERTAINMENT..................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................._____
UNSECURED LOAN PAYMENTS................................._____
UTILITIES (TOTAL)......................................._____
    ELECTRICITY            $_____
    GAS                      _____
    TELEPHONE                _____
    WATER                    _____
    OTHER _____    _____

OTHER BUSINESS DISBURSEMENTS     _____
(Specify)                        _____      $_____

TOTAL BUSINESS DISBURSEMENTS..........................$_____  0
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE  _15 Jun 19_          _____
                           RESPONSIBLE PARTY

### Bankruptcy Administrator Form – Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO. :** 18-82950     **MONTH ENDING:** 12/31/2018

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
         (Check, if true.)

2. ___X___ No secured loan payments have been paid during this month.
         (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE ___15 Jan 19___                    _____
                                        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation      **CASE NO. :** 18-82950      **MONTH ENDING:** 12/31/2018

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
|---|---|---|---|---|---|
| Not applicable | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Jan 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corporation    CASE NO. : 18-82950    MONTH ENDING: 12/31/2018

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4565 | 100 | 12/31 | Post |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1    (Name)_____    $_____
Officer #2    (Name)_____    $_____

Other Officer  (Name)_____    $_____

Employees (Number) _____    $_____

Employees (Relatives) _____    $_____

Name _____    $_____

Name _____    $_____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)    $_____0_____
Inventory - Purchased this Month - CASH    $_____
Inventory - Purchased this Month - CREDIT    $_____

Inventory - End of Month (COST)    $_____0_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

 X  A. No payments on pre-petition debts have been made this month.
    B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_    _____
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation    **CASE NO. :** 18-82950    **MONTH ENDING:** 12/31/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__X__  A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

### ** OR **

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Jan 19_           RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation    **CASE NO. :** 18-82950    **MONTH ENDING:** 12/31/2018

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

## I.  ASSETS

| | | | |
|---|---|---|---|
| Current: | Cash | $ | 100 |
| | Inventory | $ | |
| | Accounts Receivable | $ | |
| | Other | $ | |
| | Total Current Assets        (a) | $ | |
| | | | |
| Fixed: | Property & Equipment | $ | |
| | Accumulated Depreciation | $ < | > |
| | Other | $ | |
| | Total Fixed Assets          (b) | $ | |
| | | | |
| Total Assets | (a + b) = (c) | $ | 100 |

## II. LIABILITIES

| | | | |
|---|---|---|---|
| Current: | Post Chapter 11 Payables | $ | |
| | Taxes Payable | $ | |
| | Accrued Professional Fees | $ | |
| | Accrued Expenses | $ | |
| | Notes Payable | $ | |
| | Current Portion Long Term Debt | $ | |
| | Other | $ | |
| | Total Current Liabilities (d) | $ | |
| | | | |
| Long Term Debt: | Pre-Chapter 11 Payables | $ | 2,232,553 |
| | Notes & Loans Payable | $ | |
| | Less Current Portion | $ < | > |
| | Other | $ | |
| | Total Long Term Debt     (e) | $ | |
| Total Liabilities | (d + e) = (f) | $ | 2,232,553 |

| | | | |
|---|---|---|---|
| STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH | | | |
| | Capital Stock          (g) | $ | |
| | Retained Earnings (Deficit)(h) | $ | (2,232,653) |
| | Current Surplus (Deficit) (i) | $ | |
| Total Liabilities & Stockholder Equity/Net Worth | (f) + (g) + (h) + (i) | $ | 100 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Jan 19 _____

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-04**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Investment Corporation     **CASE NO.:** 18-82950     **MONTH ENDING:** 12/31/2018

### File for Each Quarter
### by the 15th of the Month Following the End of the Quarter

## BUSINESS DEBTOR'S QUARTERLY INCOME STATEMENT

| | | |
|---|---|---|
| TOTAL REVENUE (SALES) | (a) | $ _____ 0 |
| Cost of Sales: | | |
| Materials | $ _____ | |
| Labor | $ _____ | |
| Purchased Services | $ _____ | |
| Total Cost of Sales | (b) | $ _____ |
| Gross Profit | (a - b) = (c) | $ _____ 0 |
| | | |
| OPERATING EXPENSES | | |
| Management Salary | $ _____ | |
| Other Salary Expense | $ _____ | |
| Payroll Expenses | $ _____ | |
| Outside Services & Contractors | $ _____ | |
| Supplies (office & operating) | $ _____ | |
| Repairs & Maintenance | $ _____ | |
| Advertising | $ _____ | |
| Auto Expense | $ _____ | |
| Delivery | $ _____ | |
| Accounting & Legal | $ _____ | |
| Rent | $ _____ | |
| Telephone | $ _____ | |
| Travel & Entertainment | $ _____ | |
| Utilities | $ _____ | |
| Insurance | $ _____ | |
| Taxes real estate, property, etc.) | $ _____ | |
| Interest | $ _____ | |
| Depreciation | $ _____ | |
| Other Operating Expenses (describe) | $ _____ | |
| _____ | $ _____ | |
| _____ | $ _____ | |
| Total Operating Expenses: | (d) | $ _____ 0 |
| | | |
| Net Profit/(Loss) from Operations | (c - d)=(e) | $ _____ 0 |
| | | |
| Non-Operating Income/Expenses | $ _____ | |
| _____ | $ _____ | |
| _____ | $ _____ | |
| Total | (f) | $ _____ |
| | | |
| Net Profit/(Loss) | (e - f) | $ _____ 0 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Jan 19 _____

RESPONSIBLE PARTY _____

### Bankruptcy Administrator Form - Business BA-04

# Sarai Services Group inc
## Reconciliation Detail
### 10110 · Checking - SIC 4565 PNC, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 100.00 |
| Cleared Balance | | | | | | 100.00 |
| Register Balance as of 12/31/2018 | | | | | | 100.00 |
| **Ending Balance** | | | | | | **100.00** |

Case 18-82948-CRJ11    Doc 144    Filed 02/18/19    Entered 02/18/19 10:52:30    Desc
Main Document      Page 11 of 12

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 12/01/2018 to 12/31/2018
Saral Investment Corp
Primary Account Number: ██████-4565
Page 2 of 2

Business Checking Account Number: ██████-4565 - continued

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Summary

Saral Investment Corp

Account number: ██████-4565

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 100.00 | .00 | .00 | 100.00 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 100.00 | 100.00 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Total | 0 | .00 | Total | 0 | .00 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/02/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/31/2018.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |