## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.     **CASE NO. :** 18-82951     **MONTH ENDING:** 1/31/2019

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES___ NO _X___  All post petition business taxes have been paid/deposited and the deposit slips are attached.     N/A

    YES___ NO _X___  All post petition individual taxes have been paid and the deposit slips are attached.     N/A

    **If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES _X_ NO___  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:     TYPE_____not in force.

    TYPE_____not in force.

3.  YES _X_ NO___  New books and records were opened and are being maintained daily.

4.  YES _X_ NO___  Copies of _all_ banks statements and reconciliations are attached .

5.  YES _X_ NO___  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _X_ NO___  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Feb 19

Phone No. 256-712-2008

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO.: 18-82951          MONTH ENDING: 1/31/2019

**Attach Business Forms BA-02(A-D)**
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) ___22,365___

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)   _____

Cash Sales                 ___8,077___

Loan Proceeds
from_____        _____

Sale of Property           _____
(Not in ordinary
course of business)

Other _Loans to SSG_       _(18,055)_

_____           _____

C.  TOTAL RECEIPTS         _(9,978)_
(Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)         ___3,911___

E.  SURPLUS OR DEFICIT     _(13,890)_
(C minus D)

F.  CASH ON HAND (End)     ___4,950___
(A plus E)

**INCOME STATEMENT**

CASH BASIS

1.  REVENUE FROM TOTAL
SALES                      $ ___8,076___

2.  LESS COST OF THOSE
SALES                      _____
(Cost of materials,
Labor, etc.)

3.  EQUALS GROSS
PROFIT (1 minus 2)         ___8,076___

4.  LESS OPERATING
EXPENSES                   ___3,911___

5.  EQUALS NET PROFIT
OPERATIONS
(3 minus 4)                ___4,166___

6.  NON-OPERATING
INCOME/EXPENSES
(LIST SPECIFIC
INCOME/EXPENSES)

_____   _____

_____   _____

_____   _____

7.  EQUALS NET PROFIT
OR NET LOSS                $ ___4,166___
(5 plus or minus 6)

*** Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 Feb 19_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO.: 18-82951          MONTH ENDING: 1/31/2019

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X  I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
       receivable charged and paid this month.          $_____

    B.   Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.          $_____

    C.   TOTAL collected this month on accounts
       receivable.          $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE  15 Feb /9                                 _____
                                               RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.     **CASE NO. :** 18-82951     **MONTH ENDING:** 1/31/2019

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---|
| ACCOUNTING FEES........................................$ | |
| ADVERTISING............................................. | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............ | |
| COMMISSIONS/CONTRACT LABOR.............................. | |
| INSURANCE (TOTAL)...................................... | |
|    AUTO           $ | |
|    LIABILITY | |
|    LIFE | |
|    MEDICAL | |
|    CASUALTY | |
|    FIRE & THEFT | |
|    WORKMAN'S COMP. | |
|    OTHER   Business | |
| INTEREST PAID.......................................... | |
| INVENTORY PURCHASED.................................... | |
| LEGAL FEES............................................. | |
| POSTAGE................................................ | |
| RENT/LEASE PAYMENTS ON REAL ESTATE..................... | |
| REPAIRS & MAINTENANCE.................................. | 3,911 |
| SALARIES/WAGES PAID.................................... | |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............ | |
| SUPPLIES (TOTAL)....................................... | |
|    OFFICE        $ | |
|    OPERATING | |
| TRAVEL & ENTERTAINMENT................................. | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].............. | |
| UNSECURED LOAN PAYMENTS................................ | |
| UTILITIES (TOTAL)...................................... | |
|    ELECTRICITY   $ | |
|    GAS | |
|    TELEPHONE | |
|    WATER | |
|    OTHER | |
| OTHER BUSINESS DISBURSEMENTS         $ | |
| (Specify) | |
| **TOTAL BUSINESS DISBURSEMENTS...........................$** | 3,911 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 Feb 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.      **CASE NO. :** 18-82951      **MONTH ENDING:** 1/31/2019

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
      (Check, if true.)

2.\_\_\_X\_\_\_No secured loan payments have been paid during this month.
      (Check, if true.)

3._____The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Feb 19_                    _____
                                   RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _CM Holdings, Inc._          CASE NO. : _18-82951_          MONTH ENDING: _1/31/2019_

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| NOT APPLICABLE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 Feb 19_                                     RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.        CASE NO. : 18-82951        MONTH ENDING: 1/31/2019

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4493 | 8,077 | 1/31 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name)_____ | $_____ |
| Officer #2    (Name)_____ | $_____ |
| Other Officer  (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____0_____ |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____0_____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

_X_ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_15 Feb 19_____        _____
                              RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO.: 18-82951          MONTH ENDING: 1/31/2019

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__   A.   All operating expenses since the beginning of this case have
             been paid.  Therefore there are no post-petition accounts
             payable.

**\*\* OR \*\***

_____   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 Feb 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# CM Holdings, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 01/31/2019

|  | Jan 31, 19 |
|---|---|
| **Beginning Balance** | 22,365.39 |
| **Cleared Transactions** |  |
| Checks and Payments - 7 items | -21,966.38 |
| Deposits and Credits - 2 items | 8,076.85 |
| **Total Cleared Transactions** | -13,889.53 |
| **Cleared Balance** | 8,475.86 |
| **Register Balance as of 01/31/2019** | 8,475.86 |
| **Ending Balance** | 8,475.86 |

Case 18-82948-CRJ11    Doc 145    Filed 02/18/19    Entered 02/18/19 10:53:31    Desc
Main Document    Page 9 of 13

# CM Holdings Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 22,365.39 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 01/04/2019 | 2004 | | X | -300.00 | -300.00 |
| Check | 01/08/2019 | 2005 | | X | -37.96 | -337.96 |
| Check | 01/18/2019 | 2016 | | X | -300.00 | -637.96 |
| Check | 01/23/2019 | | Saral Services Group | X | -18,055.41 | -18,693.37 |
| Check | 01/24/2019 | | | X | -484.01 | -19,177.38 |
| Check | 01/31/2019 | 3001 | | X | -2,529.00 | -21,706.38 |
| Check | 01/31/2019 | 2017 | | X | -260.00 | -21,966.38 |
| Total Checks and Payments | | | | | -21,966.38 | -21,966.38 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 01/02/2019 | | | X | 1,200.00 | 1,200.00 |
| Deposit | 01/03/2019 | | | X | 6,876.85 | 8,076.85 |
| Total Deposits and Credits | | | | | 8,076.85 | 8,076.85 |
| Total Cleared Transactions | | | | | -13,889.53 | -13,889.53 |
| **Cleared Balance** | | | | | -13,889.53 | 8,475.86 |
| Register Balance as of 01/31/2019 | | | | | -13,889.53 | 8,475.86 |
| **Ending Balance** | | | | | -13,889.53 | 8,475.86 |

Page 1

# Business Checking

PNC Bank

 **PNC BANK**

For the Period 01/01/2019 to 01/31/2019

Primary Account Number: ████-4493
Page 1 of 3
Number of enclosures: 0

CM HOLDING INC
3405 TRIANA BLVD SW STE 200
HUNTSVILLE AL 35805-4641

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving?  Please contact your local branch

✉ Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT CHANGES TO FEES AND FEATURES FOR BUSINESS CHECKING CUSTOMERS

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective February 1, 2019

Pricing Changes
> The Monthly Maintenance Fee will be $10.00 (previously $12.00).
> The Average Monthly Collected Balance requirement to avoid the Monthly Maintenance Fee will be $500 per month (previously $1,500).

Changes to Relationship Pricing and Information on Account Linking for Purposes of Avoiding the Monthly Account Maintenance Fee
> A linked PNC Merchant Services account now requires $500 or more in qualifying monthly processing deposits to avoid the Monthly Maintenance Fee* (previously no qualifying monthly processing deposits required).

> A linked PNC business credit card now requires a minimum of $500 in eligible purchases in the billing cycle ending immediately prior to the date the monthly account maintenance fee is to be assessed to the checking account to avoid the Monthly Maintenance Fee (previously $1,000 in eligible purchases).
NOTE: The calculation of your business credit card eligible purchases to avoid a Monthly Maintenance Fee now includes purchases using a linked PNC BusinessOptions Credit Card.

* The business checking account receiving PNC Merchant Service processing deposits will now be the only account eligible to avoid the monthly account maintenance fee.

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 30-1888-4493 - continued

provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## Business Checking Summary

CM Holding Inc

Account number: ███████-4493

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 22,365.39 | 8,076.85 | 21,966.38 | 8,475.86 |
| | | | Average ledger balance | Average collected balance |
| | | | 23,577.77 | 23,345.93 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 6,876.85 |
| ACH Additions | 1 | 1,200.00 |
| Total | 2 | 8,076.85 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | 3,910.97 |
| Other deductions | 1 | 18,055.41 |
| Total | 7 | 21,966.38 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 22,365.39 | 01/08 | 30,104.28 | 01/24 | 11,264.86 |
| 01/02 | 23,565.39 | 01/18 | 29,804.28 | 01/25 | 8,735.86 |
| 01/03 | 30,442.24 | 01/23 | 11,748.87 | 01/31 | 8,475.86 |
| 01/04 | 30,142.24 | | | | |

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | 6,876.85 | Deposit | 035164519 |

**ACH Additions**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 1,200.00 | Corporate ACH EDI Pymnts Engineering Solu 134577 | 00019002003882465 |

## Checks and Other Deductions

### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04 | 2004 * | 300.00 | L670597404 | 01/24 | 2015 * | 44.01 | 076586000 | 01/31 | 2017 | 260.00 | L675104787 |
| 01/08 | 2005 | 37.96 | 074780034 | 01/18 | 2016 | 780.00 | L670356560 | 01/25 | 3001 * | 2,529.00 | 077144634 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/23 | 18,055.41 | Online Transfer To ████████ 34557 | SARAI SERVIC00004061 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████-4493 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 2/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Waived - New Customer Period |
| Combined Transactions | 9 | .00 | Included in Account |
| ACH Credits | 1 | .00 | Included in Account |
| Checks Paid | 6 | .00 | Included in Account |
| Deposited Item - Consolidated | 1 | .00 | Included in Account |
| Deposit Tickets Processed | 1 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |