## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

|  |  |  |
|---|---|---|
| In re:  SARAI SERVICES GROUP, INC.[1] | ) | |
| | ) | Case No.:  18-82948-CRJ-11 |
| EIN: xx-xxx2969 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

### DEBTOR'S MOTION TO DETERMINE ADEQUATE PROTECTION
### TO SECURED CREDITOR NATIONAL BANK OF COMMERCE

COMES NOW, Sarai Services Group, Inc., SSGWWJV LLC, Sarai Investment Corporation, and CM Holding, Inc. (collectively, the "Debtor"), and shows unto this Honorable Court the following:

### Background

1.    On October 3, 2018, (the "Commencement Date"), the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code.

2.    This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relevant Facts

3.    According to its bankruptcy schedules, the Debtor owns real property valued at $6,600,000.00.

4.    Creditor National Bank of Commerce ("NBC") possesses a secured lien on the Debtor's real property. According to the Debtor's schedules, NBC's lien secures a debt totaling $3,920,000.00 as of the Commencement Date.

5.    In the summer of 2018, as part of a refinancing of one or more loans, NBC ordered an appraisal of the Debtor's real property. The real property's appraised value of $6,600,000.00 is based on this appraisal NBC ordered.

---

[1]    In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

6.      NBC enjoys an equity cushion of $2,680,000.00 in the Debtor's real property; its loan-to-value ratio is 59% (the "Equity Cushion").

7.      No other creditors have a secured interest in this Debtor's real property.

8.      The Debtor has employed a real estate broker, whose employment this Court has approved, to sell its real property secured by NBC's lien. The Debtor expects to file a Plan of Reorganization proposing terms for liquidating its real property and to pay off its secured and unsecured creditors in full.

## Relief Requested

9.      The Debtor seeks a determination from this Court that three monthly payments of $4,500.00 per month beginning on March 15, 2019 and continuing on the 15th day of each subsequent month, constitutes sufficient adequate protection to NBC for its secured interest in the Debtor's collateral.

10.      While NBC's claim will accrue interest at its contract rate, along with related expenses contractually agreed to between the Debtor and NBC, during the pendency of this case.

11.      If the Debtor has not confirmed a Plan of Reorganization by June 14, 2019, it will separately seek approval of adequate protection for the period beginning on June 15, 2019 and moving forward.

WHEREFORE, premises considered, the Debtor respectfully requests that this Court enter an Order: determining that, pursuant to 11 U.S.C. § 361, monthly payments of $4,500.00 per month beginning on March 15, 2019 to secured creditor National Bank of Commerce constitutes sufficient adequate protection to protect this creditor's interest in the Debtor's collateral property for the period through June 14, 2019; and granting such further relief as this Court deems just and proper.

Respectfully submitted this the 28th day of February, 2019.


/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that this the 28th day of February, 2019, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.


*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV