# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: SARAI SERVICES GROUP, INC. ) | |
| ) | Case No.: 18-82948-CRJ-11 |
| ) | |
| ) | |
| Debtor. ) | CHAPTER 11 |
| ) | |

## ORDER APPROVING ADEQUATE PROTECTION TO
## SECURED CREDITOR NATIONAL BANK OF COMMERCE

This matter came before the Court upon the Motion of Sarai Services Group, Inc, SSGWWJV LLC, Sarai Investment Corporation, and CM Holding, Inc. (collectively, the "Debtor"), seeking an order of this Court establishing adequate protection for secured creditor National Bank of Commerce ("NBC"). After proper notice, a hearing was held on March 4, 2019, with appearances by Tazewell T. Shepard IV on behalf of the Debtor-in-Possession, Joe A. Joseph on behalf of National Bank of Commerce, and Richard M. Blythe on behalf of the Bankruptcy Administrator.

Upon consideration by the Court, and with no objections having been filed, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that, pursuant to 11 U.S.C. § 361, the Debtor shall make payments of $4,500.00 per month beginning on March 15, 2019 to NBC as sufficient adequate protection to protect this creditor's interest in the Debtor's collateral property for the period through June 14, 2019, such payments to be applied in the sole discretion of NBC to the loan of the Debtor, CM Holdings, Inc.; and it is

**ORDERED**, **ADJUDGED** and **DECREED** that the parties are granted leave to file further pleadings with the Court at any time, to address any further adequate protection or stay relief that either party may deem necessary or appropriate.

Dated this the 8th day of March, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

| | |
|---|---|
| Prepared by: | Approved by: |
| Tazewell T. Shepard | Joe A. Joseph |
| Attorney for Debtor | Attorney for NBC |