## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 2/28/19

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15ᵗʰ of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO____   **All post petition business taxes have been paid/deposited and the deposit
    slips are attached.**

    YES___ NO _X_   **All post petition individual taxes have been paid and the deposit slips are
    attached.**  N/A

    **If you answered "No" to the above, list the types of taxes that are now due and owing.**

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES _X_ NO____   **Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.**

    If no, enter:     TYPE_____not in force.

                      TYPE_____not in force.

3.  YES _X_ NO____   **New books and records were opened and are being maintained daily.**

4.  YES _X_ NO____   **Copies of all banks statements and reconciliations are attached .**

5.  YES _X_ NO____   **I have otherwise complied with all requirements of the Chapter 11
    Operating Order.**

6.  YES _X_ NO____   **All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _15 Man 19_

_____ RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO.:** 18-82948    **MONTH ENDING:** 2/28/19

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  **(Circle One)**  -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

CASH BASIS

A.  CASH ON HAND (Beginning) ___36,238___

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C) ___155,386___

Cash Sales _____

Loan Proceeds ___52,400___
from BRM / SSGWWJV

Sale of Property _____
(Not in ordinary
course of business)

Other_____ _____

_____ _____

C.  TOTAL RECEIPTS ___207,786___
(Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B) ___198,696___

E.  SURPLUS OR DEFICIT ___9,090___
(C minus D)

F.  CASH ON HAND (End) ___45,328___
(A plus E)

1.  REVENUE FROM TOTAL SALES  $ ___155,386___

2.  LESS COST OF THOSE SALES ___170,449___
(Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2) ___(15,063)___

4.  LESS OPERATING EXPENSES ___28,137___

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4) ___(43,200)___

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____ _____

_____ _____

_____ _____

7.  EQUALS NET PROFIT OR NET LOSS  $ ___(43,200)___
(5 plus or minus 6)

***Please itemize Cost of Sales and Expenses on a separate sheet of paper.***

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE ___15 MAR 19___

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO.:** 18-82948    **MONTH ENDING:** 2/28/19

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts receivable charged and paid this month.   $ _____0

    B.   Amount collected this month on accounts receivable charged in prior months and paid this month.   $ _____155,386

    C.   TOTAL collected this month on accounts receivable.   $ _____155,386

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| General Services Admin | $ | | | 262,815 | $ 262,815 |
| GPO | 12,069 | | | | 12,069 |
| Teledyne Brown | 26,853 | | | | 26,853 |
| DFAS - Cleveland | 43,645 | | | | 43,645 |
| All other receivables from WW Contractors, Inc. are deemed uncollectible or of doubtful collection. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 82,567 | | | 262,815 | $ 345,382 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 MAR 19_                                    _____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO.:** 18-82948     **MONTH ENDING:** 2/28/19

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | 4,264 |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | |
| INSURANCE (TOTAL) | | |
| AUTO | $ | |
| LIABILITY | | |
| LIFE | | |
| MEDICAL | | |
| CASUALTY | | |
| FIRE & THEFT | | |
| WORKMAN'S COMP. | | |
| OTHER | | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | 5,625 |
| POSTAGE | | 195 |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | |
| REPAIRS & MAINTENANCE | | |
| SALARIES/WAGES PAID...INC. PAYROLL TAXES IMPOUNDED AND PAID | | 170,449 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | |
| OFFICE | $ 828 | |
| OPERATING | | |
| TRAVEL & ENTERTAINMENT | | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)] | | 790 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | 4,522 |
| ELECTRICITY | $ | |
| GAS | | |
| TELEPHONE | | |
| WATER | | |
| OTHER | | |
| OTHER BUSINESS DISBURSEMENTS (Specify) | Bank & Merchant Fees / Telephone, Computer Expenses  $ | 12,851 |
| **TOTAL BUSINESS DISBURSEMENTS** | $ | 198,696 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 MAR 19_                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO.:** 18-82948    **MONTH ENDING:** 2/28/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 MAR 19 _____          _____
                                            RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO.:** 18-82948     **MONTH ENDING:** 2/28/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| ALL PAYROLL TAX OBLIGATIONS ARE IMPOUNDED BY THIRD-PARTY PAYROLL SERVICE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 2/28/19 | AL PRIVILEGE | 790 | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 mAr-19_                    _____ PARTY
                                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.     **CASE NO. :** 18-82948     **MONTH ENDING:** 2/28/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4557 | 45,328 | 2/28 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) Calvin Mitchell | $ | 13,548 |
| Officer #2    (Name) | $ | |
| Other Officer  (Name) | $ | |
| Employees (Number) _____ @ 34  Inc. P/R taxes | $ | 147,363 |
| Employees (Relatives) | $ | |
| Name  Courtney Mitchell | $ | 4,500 |
| Name  James C. Mitchell  (related party wages conservatively estimated) | $ | 5,038 |

## INVENTORY  (IF APPLICABLE)

| | | |
|---|---|---|
| Inventory – Beginning of Month (COST) | $ | 0 |
| Inventory – Purchased this Month – CASH | $ | |
| Inventory – Purchased this Month – CREDIT | $ | |
| Inventory – End of Month (COST) | $ | 0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____  A. No payments on pre-petition debts have been made this month.

  X   B. The following payments have been made this month to unsecured
       creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  15 MAR 19 _____     _____
                                         RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Sarai Services Group, Inc.    **CASE NO. :** 18-82948    **MONTH ENDING:** 2/28/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__  A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 m Hu 19_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Business Checking

PNC Bank

 **PNC BANK**

SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

Primary Account Number: ████-4557
Page 1 of 4
Number of enclosures: 0

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
    FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
    PO Box 609
    Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
    For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in your "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective March 17, 2019: If you have Overdraft Protection on your checking account, PNC will no longer charge the Overdraft Protection Transfer Fee for the transfer of funds from a Protecting Account to cover an overdraft. Also, we will no longer charge the Overdraft Protection Set-Up Fee.

If your checking account is overdrawn, it will still be subject to any and all other applicable fees associated with overdrafts (e.g., Overdraft Fee, Returned Item Fee, Continuous Overdraft Fee), and you will be required to pay the amount of the overdrawn balance.

Your credit card may be subject to a Cash Advance Fee if used as the Protecting Account.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

Business Checking Account Number: ████4557 - continued

## Business Checking Summary

Sarai Services Group inc

Account number: ████-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 36,237.96 | 208,102.02 | 197,659.88 | 46,680.10 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 49,035.31 | 49,035.31 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ATM Deposits and Additions | 1 | 215.88 |
| ACH Additions | 11 | 155,486.14 |
| Other Additions | 3 | 52,400.00 |
| Total | 15 | 208,102.02 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 15,190.18 |
| Debit Card Purchases | 7 | 2,638.74 |
| ATM/Misc. Debit Card Transactions | 6 | 1,346.29 |
| ACH Deductions | 3 | 7,852.13 |
| Service Charges and Fees | 1 | 183.50 |
| Other Deductions | 5 | 170,449.04 |
| Total | 30 | 197,659.88 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 36,029.67 | 02/12 | 58,384.41 | 02/22 | 27,989.28 |
| 02/04 | 31,492.46 | 02/14 | 56,433.79 | 02/25 | 6,437.42 |
| 02/06 | 22,261.67 | 02/15 | 70,419.29 | 02/26 | 5,814.00 |
| 02/07 | 92,401.08 | 02/19 | 70,068.42 | 02/27 | 4,803.14 |
| 02/08 | 92,052.22 | 02/20 | 28,334.75 | 02/28 | 46,680.10 |
| 02/11 | 86,399.08 | | | | |

## Activity Detail

### Deposits and Other Additions

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/08 | 215.88 | Debit Card Credit Microsoft Msbill.Info Wa | 0108487005716658703 9 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/06 | 17,539.58 | Corporate ACH Gpo Treas 310 12608604000001 | 00019037009196304 |
| 02/06 | 10,419.75 | Corporate ACH Gpo Treas 310 12608604000001 | 00019037009196302 |
| 02/07 | 25,248.64 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019037013059104 |
| 02/07 | 16,302.28 | Corporate ACH Gpo Treas 310 12608604000001 | 00019037013100019 |
| 02/07 | 13,609.17 | Corporate ACH Gpo Treas 310 12608604000001 | 00019037013100017 |
| 02/07 | 8,338.86 | Corporate ACH Gpo Treas 310 12608604000001 | 00019037013100015 |
| 02/07 | 6,640.46 | Corporate ACH Gpo Treas 310 12608604000001 | 00019037013100013 |
| 02/14 | 1,033.69 | Corporate ACH Gpo Treas 310 12608604000001 | 00019045009006014 |
| 02/15 | 13,885.50 | Corporate ACH Gpo Treas 310 12608604000001 | 00019046003723369 |

ACH Additions continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2019 to 02/28/2019
Sarai Services Group Inc
Primary Account Number: ▓▓▓▓-4557

Business Checking Account Number: ▓▓▓▓4557 - continued

Page 3 of 4

## ACH Additions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/15 | 100.00 | ACH Credit Credits New Bus Bonus Id | 00019046005740337 |
| 02/28 | 42,368.21 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019058008030136 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/06 | 30,000.00 | Online Transfer From ▓▓▓▓4549 | SARAI SERVICES |
| 02/20 | 20,000.00 | Online Transfer From ▓▓▓▓4581 | SARAI SERVICES |
| 02/25 | 2,400.00 | Online Transfer From ▓▓▓▓4549 | SARAI SERVICES |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/06 | 3009 * | 5,625.00 | 073795989 | 02/11 | 3014 | 260.00 | 071020705 | 02/12 | 3179 | 4,264.00 | L070069364 |
| 02/08 | 3011 * | 195.37 | 075239154 | 02/26 | 3178 * | 360.00 | L077222692 | | Effective Date 02/11 | | |
| 02/08 | 3012 | 369.37 | 075502476 | | Effective Date 02/25 | | | 02/04 | 884557 * | 4,089.46 | L084304404 |
| 02/11 | 3013 | 48.98 | 076060031 | | | | | | | | |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/04 | 467.75 | 6587 Debit Card Purchase Vs *Wow!  855-4969929 | 1949887005716658703 4 |
| 02/11 | 59.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 6164687005716658704 2 |
| 02/22 | 345.47 | 6587 Debit Card Purchase Digium Cloud Services 256-4286000 Al | 4127087005716658705 3 |
| 02/26 | 263.08 | 6587 Debit Card Purchase Sams Club #4776 Huntsville Al | 5332787005716658705 7 |
| 02/27 | 505.60 | 6587 Debit Card Purchase United  800-9322732 Tx | 9905987005716658705 8 |
| 02/27 | 505.60 | 6587 Debit Card Purchase United  800-9322732 Tx | 9906087005716658705 8 |
| 02/28 | 491.25 | 6587 Debit Card Purchase Vs *Wow!  855-4969929 | 9452487005716658705 9 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 24.79 | 6587 Recurring Debit Card Fedex 467931480 800-4633339 Tn | 0424987005716658703 2 |
| 02/11 | 181.92 | 6587 Recurring Debit Card Msft * E07007Llpx 800-6427676 Wa | 4596687005716658704 1 |
| 02/11 | 171.03 | 6587 Recurring Debit Card Fedex 468778658 800-4633339 Tn | 4596787005716658704 1 |
| 02/14 | 65.40 | 6587 Recurring Debit Card Intuit *Qb Online 800-2866800 Ca | 6049787005716658704 5 |
| 02/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 5617087005716658705 0 |
| 02/25 | 552.28 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 9743787005716658705 5 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/11 | 4,933.22 | Corporate ACH Spnsr P/R Voya Nat Trst182 817157 0001 | 00019042002761279 |

ACH Deductions continued on next page

Case 18-82948-CRJ11    Doc 174    Filed 03/20/19    Entered 03/20/19 09:24:27    Desc
Main Document      Page 11 of 15

# Business Checking

📠 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ██████-4557 - continued

## ACH Deductions   - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/14 | 1,860.68 | Corporate ACH Spnsr P/R<br>Voya Nat Trst182 817157 0001 | 00019045008951340 |
| 02/14 | 1,058.23 | Corporate ACH Spnsr P/R<br>Voya Nat Trst182 817157 1002 | 00019045008951342 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 183.50 | Service Charge Period Ending 01/31/2019 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/06 | 61,565.12 | Fed Wire Out 1926K0413Apv0Dsp | W1926K0413APV0DSP |
| 02/12 | 21,250.67 | Fed Wire Out 192Ck4405Ngv70G4 | W192CK4405NGV70G4 |
| 02/12 | 2,500.00 | Fed Wire Out 192Cl4251Iht784B | W192CL4251IHT784B |
| 02/20 | 61,733.67 | Fed Wire Out 192Kk0036Il85Bdf | W192KK0036II85BDF |
| 02/25 | 23,399.58 | Fed Wire Out 192Pi4817Nhi5Ks3 | W192PI4817NHI5KS3 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 22 | .00 | Included in Account |
| ACH Credits | 11 | .00 | Included in Account |
| ACH Debits | 3 | .00 | Included in Account |
| Checks Paid | 8 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |
| Cash Flow Insight Sync | 1 | 12.00 | |
| Cash Flow Insight Add Users | 1 | 2.00 | |
| Image Unassisted View Deposit Item | 3 | 9.00 | |
| Wire, Treasury Management Services | | 156.00 | |
| Branch Initiated Domestic Wire | | 156.00 | |
| Total For Services Used This Period | | 209.00 | |
| Total Service Charge | | 209.00 | |

Member FDIC                    🏠 Equal Housing Lender

# Sarai Services Group, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---|
| **Beginning Balance** | 36,237.96 |
| **Cleared Transactions** | |
| Checks and Payments - 30 Items | -197,659.88 |
| Deposits and Credits - 15 Items | 208,102.02 |
| **Total Cleared Transactions** | 10,442.14 |
| **Cleared Balance** | **46,680.10** |
| **Uncleared Transactions** | |
| Checks and Payments - 3 Items | -1,352.43 |
| **Total Uncleared Transactions** | -1,352.43 |
| **Register Balance as of 02/28/2019** | **45,327.67** |
| **Ending Balance** | 45,327.67 |

Case 18-82948-CRJ11    Doc 174    Filed 03/20/19    Entered 03/20/19 09:24:27    Desc
Main Document      Page 13 of 15

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 36,237.96 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 30 items** | | | | | | |
| Check | 02/01/2019 | 3009 | Sparkman Shepard ... | X | -5,625.00 | -5,625.00 |
| Check | 02/01/2019 | | PNC | X | -183.50 | -5,808.50 |
| Check | 02/01/2019 | | Fedex | X | -24.79 | -5,833.29 |
| Check | 02/04/2019 | 3010 | Huntsville Utilities | X | -4,069.46 | -9,902.75 |
| Check | 02/04/2019 | | Wow | X | -467.75 | -10,370.50 |
| Check | 02/04/2019 | 3012 | Canon | X | -369.37 | -10,739.87 |
| Check | 02/04/2019 | 3014 | Albines Technology ... | X | -260.00 | -10,999.87 |
| Check | 02/04/2019 | 3011 | Lioce Group | X | -195.37 | -11,195.24 |
| Check | 02/04/2019 | 3013 | ADT Security Services | X | -46.98 | -11,242.22 |
| Check | 02/06/2019 | | Oasis | X | -61,565.12 | -72,807.34 |
| Check | 02/08/2019 | 3178 | LaDarius Calloway | X | -360.00 | -73,167.34 |
| Check | 02/11/2019 | | Voya | X | -4,933.22 | -78,100.56 |
| Check | 02/11/2019 | 3179 | Seaman Shinkunas ... | X | -4,264.00 | -82,364.56 |
| Check | 02/11/2019 | | Microsoft | X | -181.92 | -82,546.48 |
| Check | 02/11/2019 | | Fedex | X | -171.03 | -82,717.51 |
| Check | 02/11/2019 | | Rightnetworks | X | -59.99 | -82,777.50 |
| Check | 02/12/2019 | | Oasis | X | -21,250.67 | -104,028.17 |
| Check | 02/12/2019 | | Oasis | X | -2,500.00 | -106,528.17 |
| Check | 02/14/2019 | | Voya | X | -1,860.68 | -108,388.85 |
| Check | 02/14/2019 | | Voya | X | -1,058.23 | -109,447.08 |
| Check | 02/14/2019 | | Intuit Quickbooks O... | X | -65.40 | -109,512.48 |
| Check | 02/19/2019 | | Adobe | X | -350.87 | -109,863.35 |
| Check | 02/20/2019 | | Oasis | X | -61,733.67 | -171,597.02 |
| Check | 02/22/2019 | | Digium Cloud Servic... | X | -345.47 | -171,942.49 |
| Check | 02/25/2019 | | Oasis | X | -23,399.58 | -195,342.07 |
| Check | 02/25/2019 | | Digium Cloud Servic... | X | -552.28 | -195,894.35 |
| Check | 02/26/2019 | | Sams Club | X | -263.08 | -196,157.43 |
| Check | 02/27/2019 | | United | X | -505.60 | -196,663.03 |
| Check | 02/27/2019 | | United | X | -505.60 | -197,168.63 |
| Check | 02/28/2019 | | Wow | X | -491.25 | -197,659.88 |
| Total Checks and Payments | | | | | -197,659.88 | -197,659.88 |
| **Deposits and Credits - 15 items** | | | | | | |
| Deposit | 02/06/2019 | | | X | 10,419.75 | 10,419.75 |
| Deposit | 02/06/2019 | | | X | 17,539.58 | 27,959.33 |
| Deposit | 02/06/2019 | | | X | 30,000.00 | 57,959.33 |
| Deposit | 02/07/2019 | | | X | 6,640.46 | 64,599.79 |
| Deposit | 02/07/2019 | | | X | 8,338.86 | 72,938.65 |
| Deposit | 02/07/2019 | | | X | 13,609.17 | 86,547.82 |
| Deposit | 02/07/2019 | | | X | 16,302.28 | 102,850.10 |
| Deposit | 02/07/2019 | | | X | 25,248.64 | 128,098.74 |
| Deposit | 02/08/2019 | | | X | 215.88 | 128,314.62 |
| Deposit | 02/14/2019 | | | X | 1,033.69 | 129,348.31 |
| Deposit | 02/15/2019 | | | X | 100.00 | 129,448.31 |
| Deposit | 02/15/2019 | | | X | 13,885.50 | 143,333.81 |
| Deposit | 02/20/2019 | | | X | 20,000.00 | 163,333.81 |
| Deposit | 02/25/2019 | | | X | 2,400.00 | 165,733.81 |
| Deposit | 02/28/2019 | | | X | 42,368.21 | 208,102.02 |
| Total Deposits and Credits | | | | | 208,102.02 | 208,102.02 |
| Total Cleared Transactions | | | | | 10,442.14 | 10,442.14 |
| Cleared Balance | | | | | 10,442.14 | 46,680.10 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 02/20/2019 | 3017 | Alabama Dept. of R... | | -790.00 | -790.00 |
| Check | 02/20/2019 | 3016 | Alabama Dept. of R... | | -110.00 | -900.00 |
| Check | 02/27/2019 | 3018 | Huntsville Utilities | | -452.43 | -1,352.43 |
| Total Checks and Payments | | | | | -1,352.43 | -1,352.43 |
| Total Uncleared Transactions | | | | | -1,352.43 | -1,352.43 |

Case 18-82948-CRJ11    Doc 174    Filed 03/20/19    Entered 03/20/19 09:24:27    Desc
Main Document    Page 14 of 15

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Register Balance as of 02/28/2019 | | | | | 9,089.71 | 45,327.67 |
| **Ending Balance** | | | | | **9,089.71** | **45,327.67** |

Case 18-82948-CRJ11    Doc 174    Filed 03/20/19    Entered 03/20/19 09:24:27    Desc
Main Document      Page 15 of 15