### United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 2/28/19

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO ____  **All post petition business taxes have been paid/deposited and the deposit
    slips are attached.**  N/A

    YES ___ NO _X_  **All post petition individual taxes have been paid and the deposit slips are
    attached.**  N/A

    **If you answered "No" to the above, list the types of taxes that are now due and owing.**

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |

2.  YES ___ NO _X_  **Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.**  N/A

    **If no, enter:**      TYPE_____not in force.

                          TYPE_____not in force.

3.  YES _X_ NO ____  **New books and records were opened and are being maintained daily.**

4.  YES _X_ NO ____  **Copies of all banks statements and reconciliations are attached .**

5.  YES _X_ NO ____  **I have otherwise complied with all requirements of the Chapter 11
    Operating Order.**

6.  YES _X_ NO ____  **All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE _15 mar 19_

_____  RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 2/28/19

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  **(Circle One)**  -Cash |

| | CASH BASIS |
|---|---|
| CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month. | 1.   REVENUE FROM TOTAL SALES                            $ _____52,041_ |
| A.   CASH ON HAND(Beginning)____469_ | 2.   LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)          _____ |
| B.   RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C)          _____ | 3.   EQUALS GROSS PROFIT (1 minus 2)          __52,041_ |
| Cash Sales                    __52,041_ | 4.   LESS OPERATING EXPENSES                __12_ |
| Loan Proceeds from_____          _____ | 5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)          __52,028_ |
| Sale of Property (Not in ordinary course of business)          _____ | |
| Other_____          _____ | 6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| _____ | _____    _____ |
| C.   TOTAL RECEIPTS (Total of B)          __52,041_ | _____    _____ |
| | _____    _____ |
| D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)          __32,412_ | |
| E.   SURPLUS OR DEFICIT (C minus D)          __19,629_ | 7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)          $ __52,028_ |
| F.   CASH ON HAND (End) (A plus E)          __20,098_ | ***\* Please itemize Cost of Sales and Expenses on a separate sheet of paper.*** |

I **CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE___15 MAR 19_____          _____
                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV, LLC        CASE NO.: 18-82949        MONTH ENDING: 2/28/19

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__X__ I.  **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.  **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

   A.  Amount collected this month on accounts
       receivable charged and paid this month.          $_____

   B.  Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                             $_____

   C.  TOTAL collected this month on accounts
       receivable.                                       $_____

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 mrn 19_                          _____
                                          RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC       **CASE NO.:** 18-82949       **MONTH ENDING:** 2/28/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES.........................................$_____
ADVERTISING..............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)............_____
COMMISSIONS/CONTRACT LABOR.............................._____
INSURANCE (TOTAL)......................................._____
   AUTO                    $_____
   LIABILITY                _____
   LIFE                     _____
   MEDICAL                  _____
   CASUALTY                 _____
   FIRE & THEFT             _____
   WORKMAN'S COMP.          _____
   OTHER _Business_         _____
INTEREST PAID..........................................._____
INVENTORY PURCHASED....................................._____
LEGAL FEES.............................................._____
POSTAGE................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE......................_____
REPAIRS & MAINTENANCE..................................._____
SALARIES/WAGES PAID....................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............._____
SUPPLIES (TOTAL)........................................_____
   OFFICE                  $_____
   OPERATING                _____
TRAVEL & ENTERTAINMENT.................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................_____
UNSECURED LOAN PAYMENTS................................._____
UTILITIES (TOTAL)......................................._____
   ELECTRICITY             $_____
   GAS                      _____
   TELEPHONE                _____
   WATER                    _____
   OTHER _____         _____

OTHER BUSINESS DISBURSEMENTS    LOAN TO SSG
(Specify)                       BANK FEES        $_____32,412

**TOTAL BUSINESS DISBURSEMENTS.........................$_____32,412

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 MAR 19_                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 2/28/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. __X__ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 15 mar 19          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO.:** 18-82949          **MONTH ENDING:** 2/28/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| NOT APPLICABLE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 Mar 19_                                        _____
                                                         RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02 (D)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC          **CASE NO. :** 18-82949          **MONTH ENDING:** 2/28/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4549 | 20,098 | 2/28 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) _____ | $ _____ |
| Officer #2    (Name) _____ | $ _____ |
| Other Officer  (Name) _____ | $ _____ |
| Employees (Number) _____ | $ _____ |
| Employees (Relatives) _____ | $ _____ |
| Name _____ | $ _____ |
| Name _____ | $ _____ |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ _____ 0 _____ |
| Inventory - Purchased this Month - CASH | $ _____ |
| Inventory - Purchased this Month - CREDIT | $ _____ |
| Inventory - End of Month (COST) | $ _____ 0 _____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
      creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 MAY 19_____          _____
                             RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** SSGWWJV, LLC        **CASE NO.:** 18-82949        **MONTH ENDING:** 2/28/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__   A.   All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 MAR 19_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Business Checking

PNC Bank


SARAI WW CONTRACTORS JV LLC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
  FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
  PO Box 609
  Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness
📧 TDD terminal: 1-800-531-1648
  For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in your "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective March 17, 2019: If you have Overdraft Protection on your checking account, PNC will no longer charge the Overdraft Protection Transfer Fee for the transfer of funds from a Protecting Account to cover an overdraft. Also, we will no longer charge the Overdraft Protection Set-Up Fee.

If your checking account is overdrawn, it will still be subject to any and all other applicable fees associated with overdrafts (e.g., Overdraft Fee, Returned Item Fee, Continuous Overdraft Fee), and you will be required to pay the amount of the overdrawn balance.

Your credit card may be subject to a Cash Advance Fee if used as the Protecting Account.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2019 to 02/28/2019
Sarai Ww Contractors Jv Llc
Primary Account Number: ████-4549
Page 2 of 3

Business Checking Account Number ████-4549 - continued

## Business Checking Summary
Account number: ████-4549

Sarai Ww Contractors Jv Llc

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 469.49 | 52,040.66 | 32,412.00 | 20,098.15 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 27,164.75 | 27,136.72 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 885.00 |
| ACH Additions | 2 | 51,155.66 |
| Total | 3 | 52,040.66 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Service Charges and Fees | 1 | 12.00 |
| Other Deductions | 2 | 32,400.00 |
| Total | 3 | 32,412.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 51,613.15 | 02/12 | 22,498.15 | 02/25 | 20,098.15 |
| 02/06 | 21,613.15 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/12 | 885.00 | Mobile Deposit | 071587771 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 32,292.41 | Corporate ACH Gsa Treas 310 813225782470000 | 00019032003628105 |
| 02/01 | 18,863.25 | Corporate ACH Gsa Treas 310 813225782470000 | 00019032003628103 |

## Checks and Other Deductions

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 12.00 | Service Charge Period Ending 01/31/2019 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/06 | 30,000.00 | Online Transfer To ████4557 | SARAI SERVIC00004017 |
| 02/25 | 2,400.00 | Online Transfer To ████4557 | SARAI SERVIC00009728 |

# Business Checking

**For the Period 02/01/2019 to 02/28/2019**
Sarai Ww Contractors Jv Llc
Primary Account Number: ████-4549
Page 3 of 3

Business Checking Account Number: ████-4549 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 3 | .00 | Included in Account |
| ACH Credits | 2 | .00 | Included in Account |
| Deposited Item - Consolidated | 1 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    Equal Housing Lender

# SSGWWJV, LLC
## Reconciliation Summary
### PNC Operating, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---|
| Beginning Balance | 469.49 |
| Cleared Transactions | |
| Checks and Payments - 3 items | -32,412.00 |
| Deposits and Credits - 3 items | 52,040.66 |
| **Total Cleared Transactions** | 19,628.66 |
| **Cleared Balance** | **20,098.15** |
| Register Balance as of 02/28/2019 | 20,098.15 |
| Ending Balance | 20,098.15 |

Case 18-82948-CRJ11    Doc 175    Filed 03/20/19    Entered 03/20/19 09:26:00    Desc
Main Document       Page 12 of 13

# SSGWWJV, LLC
## Reconciliation Detail
### PNC Operating, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 469.49 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 02/01/2019 | | PNC | X | -12.00 | -12.00 |
| Check | 02/06/2019 | | SSG | X | -30,000.00 | -30,012.00 |
| Check | 02/25/2019 | | SSG | X | -2,400.00 | -32,412.00 |
| | | | Total Checks and Payments | | -32,412.00 | -32,412.00 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 02/01/2019 | | | X | 18,863.25 | 18,863.25 |
| Deposit | 02/01/2019 | | | X | 32,292.41 | 51,155.66 |
| Deposit | 02/12/2019 | | | X | 885.00 | 52,040.66 |
| | | | Total Deposits and Credits | | 52,040.66 | 52,040.66 |
| | | | Total Cleared Transactions | | 19,628.66 | 19,628.66 |
| Cleared Balance | | | | | 19,628.66 | 20,098.15 |
| Register Balance as of 02/28/2019 | | | | | 19,628.66 | 20,098.15 |
| **Ending Balance** | | | | | **19,628.66** | **20,098.15** |