## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.     **CASE NO. :** 18-82951     **MONTH ENDING:** 2/28/19

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO X___ All post petition business taxes have been paid/deposited and the deposit slips are attached.     N/A

   YES___ NO X___ All post petition individual taxes have been paid and the deposit slips are attached.     N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | | AMOUNT |
   |---|---|---|
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |
   | _____ | $ | _____ |

2. YES X NO___ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

   TYPE_____not in force.

3. YES X NO___ New books and records were opened and are being maintained daily.

4. YES X NO___ Copies of all banks statements and reconciliations are attached .

5. YES X NO___ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES X NO___ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 MAR 19     _____ RESPONSIBLE PARTY

Phone No._____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO. : 18-82951          MONTH ENDING: 2/28/19

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|

**INCOME STATEMENT**
-Accrual    **(Circle One)**    -Cash

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

CASH BASIS

A.  CASH ON HAND(Beginning) ___8,476___

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)  _____

Cash Sales  ___10,786___

Loan Proceeds from_____  _____

Sale of Property
(Not in ordinary
course of business)  _____

Other_____  _____

_____  _____

C.  TOTAL RECEIPTS  ___10,786___
    (Total of B)

D.  BUSINESS DISBURSEMENTS
    FROM FORM BA-02(B)  ___1,220___

E.  SURPLUS OR DEFICIT  ___9,566___
    (C minus D)

F.  CASH ON HAND (End)  ___18,042___
    (A plus E)

1.  REVENUE FROM TOTAL SALES  $ ___10,786___

2.  LESS COST OF THOSE SALES
    (Cost of materials, Labor, etc.)  _____

3.  EQUALS GROSS PROFIT (1 minus 2)  ___10,786___

4.  LESS OPERATING EXPENSES  ___1,220___

5.  EQUALS NET PROFIT OPERATIONS
    (3 minus 4)  ___9,566___

6.  NON-OPERATING INCOME/EXPENSES
    (LIST SPECIFIC INCOME/EXPENSES)

7.  EQUALS NET PROFIT OR NET LOSS
    (5 plus or minus 6)  $ ___9,566___

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE___15 mar 19___          _____
                             RESPONSIBLE PARTY

**Bankruptcy Administrator Form – Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO.: 18-82951          MONTH ENDING: 2/28/19

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

   A.   Amount collected this month on accounts
        receivable charged and paid this month.                    $_____

   B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                                       $_____

   C.   TOTAL collected this month on accounts
        receivable.                                                $_____

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE _15 MAR 19_____          _____
                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM Holdings, Inc.          CASE NO.: 18-82951          MONTH ENDING: 2/28/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---:|
| ACCOUNTING FEES.............................................$ | |
| ADVERTISING................................................. | |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............... | |
| COMMISSIONS/CONTRACT LABOR................................. | 600 |
| INSURANCE (TOTAL).......................................... | |
|    AUTO                     $ | |
|    LIABILITY | |
|    LIFE | |
|    MEDICAL | |
|    CASUALTY | |
|    FIRE & THEFT | |
|    WORKMAN'S COMP. | |
|    OTHER   Business | |
| INTEREST PAID.............................................. | |
| INVENTORY PURCHASED........................................ | |
| LEGAL FEES................................................. | 555 |
| POSTAGE.................................................... | |
| RENT/LEASE PAYMENTS ON REAL ESTATE......................... | |
| REPAIRS & MAINTENANCE...................................... | 65 |
| SALARIES/WAGES PAID........................................ | |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]................ | |
| SUPPLIES (TOTAL)........................................... | |
|    OFFICE                   $ | |
|    OPERATING | |
| TRAVEL & ENTERTAINMENT..................................... | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................... | |
| UNSECURED LOAN PAYMENTS.................................... | |
| UTILITIES (TOTAL).......................................... | |
|    ELECTRICITY              $ | |
|    GAS | |
|    TELEPHONE | |
|    WATER | |
|    OTHER | |
| | |
| OTHER BUSINESS DISBURSEMENTS | |
| (Specify)                                          $ | |
| **TOTAL BUSINESS DISBURSEMENTS**..........................$ | 1,220 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 15 MAR 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.        **CASE NO. :** 18-82951        **MONTH ENDING:** 2/28/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
(Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE _15 MAR 19_                    _____
                                   RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO. :** 18-82951          **MONTH ENDING:** 2/28/19

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A.  WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| NOT APPLICABLE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B.  UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C.  OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE _15 MAR 19_                          _____
                                         RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02 (D)

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.              **CASE NO. :** 18-82951              **MONTH ENDING:** 2/28/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | #4573 | 18,042 | 2/28 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1    (Name)_____ | $_____ |
| Officer #2    (Name)_____ | $_____ |
| Other Officer    (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY  (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____0 |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____0 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

 X   A.  No payments on pre-petition debts have been made this month.
_____  B.  The following payments have been made this month to unsecured
          creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 March 19_____              _____
                                          RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** CM Holdings, Inc.          **CASE NO.:** 18-82951          **MONTH ENDING:** 12/31/2018

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__  A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _15 mAr 19_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Business Checking

PNC Bank

**PNC BANK**

For the Period 02/01/2019 to 02/28/2019

Primary Account Number: ▮▮▮▮-4493
Page 1 of 3
Number of enclosures: 0

CM HOLDING INC
3405 TRIANA BLVD SW STE 200
HUNTSVILLE AL 35805-4641

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
    FREE Online Bill Pay

    For customer service call 1-877-BUS-BNKG
    Monday - Friday: 7 AM - 10 PM ET
    Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
    PO Box 609
    Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
    For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in your "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective March 17, 2019: If you have Overdraft Protection on your checking account, PNC will no longer charge the Overdraft Protection Transfer Fee for the transfer of funds from a Protecting Account to cover an overdraft. Also, we will no longer charge the Overdraft Protection Set-Up Fee.

If your checking account is overdrawn, it will still be subject to any and all other applicable fees associated with overdrafts (e.g., Overdraft Fee, Returned Item Fee, Continuous Overdraft Fee), and you will be required to pay the amount of the overdrawn balance.

Your credit card may be subject to a Cash Advance Fee if used as the Protecting Account.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

Case 18-82948-CRJ11    Doc 177    Filed 03/20/19    Entered 03/20/19 09:28:27    Desc
Main Document    Page 9 of 13

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2019 to 02/28/2019
CM Holding Inc
Primary Account Number: ⬛⬛⬛-4493
Page 2 of 3

Business Checking Account Number: ⬛⬛⬛-4493 - continued

CM Holding Inc

## Business Checking Summary
Account number: ⬛⬛⬛⬛4493

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 8,475.86 | 10,786.16 | 1,220.19 | 18,041.83 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 14,100.28 | 13,756.35 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 9,541.16 |
| ACH Additions | 1 | 1,245.00 |
| Total | 2 | 10,786.16 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 5 | 1,220.19 |
| Total | 5 | 1,220.19 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 8,475.86 | 02/12 | 17,162.02 | 02/19 | . 18,107.02 |
| 02/05 | 8,175.86 | 02/15 | 18,407.02 | 02/25 | 18,041.83 |
| 02/06 | 7,800.86 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/12 | 9,541.16 | Deposit | 037977240 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/15 | 1,245.00 | Corporate ACH EDI Pymnts | 00019045012198299 |
| | | Engineering Solu 134909 | |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05 | 2018 * | 300.00 | 072394824 | 02/12 | 2020 | 180.00 | 072285975 | 02/19 | 2022 | 300.00 | L070787989 |
| 02/06 | 2019 | 375.00 | 073795990 | 02/25 | 2021 | 65.19 | 072222990 | | | | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| Combined Transactions | 8 | .00 | Included in Account |
| ACH Credits | 1 | .00 | Included in Account |
| Checks Paid | 5 | .00 | Included in Account |

Detail of Services Used During Current Period continued on next page

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

For the Period 02/01/2019 to 02/28/2019
CM Holding Inc
Primary Account Number: ████-4493
Page 3 of 3

Business Checking Account Number: ████-4493 - continued

## Detail of Services Used During Current Period — *continued*

| Description | Volume | Amount | |
|---|---|---|---|
| Deposited Item - Consolidated | 1 | .00 | Included in Account |
| Deposit Tickets Processed | 1 | .00 | Included in Account |
| Total For Services Used This Period | | 2.00 | |
| Total Service Charge | | 2.00 | |

Member FDIC

Equal Housing Lender

# CM Holdings, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---|
| **Beginning Balance** | 8,475.86 |
| **Cleared Transactions** | |
| Checks and Payments - 5 items | -1,220.19 |
| Deposits and Credits - 2 items | 10,786.16 |
| **Total Cleared Transactions** | 9,565.97 |
| **Cleared Balance** | **18,041.83** |
| **Register Balance as of 02/28/2019** | 18,041.83 |
| **Ending Balance** | 18,041.83 |

Case 18-82948-CRJ11    Doc 177    Filed 03/20/19    Entered 03/20/19 09:28:27    Desc
Main Document      Page 12 of 13

# CM Holdings, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 8,475.86 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 02/01/2019 | 2019 | Sparkman Shepard ... | X | -375.00 | -375.00 |
| Check | 02/01/2019 | 2018 | Patricia Jefferson | X | -300.00 | -675.00 |
| Check | 02/05/2019 | 2020 | DD Elevator Inspecti... | X | -180.00 | -855.00 |
| Check | 02/15/2019 | 2022 | Patricia Jefferson | X | -300.00 | -1,155.00 |
| Check | 02/15/2019 | 2021 | Anthony Pruitt | X | -65.19 | -1,220.19 |
| Total Checks and Payments | | | | | -1,220.19 | -1,220.19 |
| | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 02/12/2019 | | | X | 9,541.16 | 9,541.16 |
| Deposit | 02/15/2019 | | | X | 1,245.00 | 10,786.16 |
| Total Deposits and Credits | | | | | 10,786.16 | 10,786.16 |
| Total Cleared Transactions | | | | | 9,565.97 | 9,565.97 |
| **Cleared Balance** | | | | | 9,565.97 | 18,041.83 |
| Register Balance as of 02/28/2019 | | | | | 9,565.97 | 18,041.83 |
| **Ending Balance** | | | | | **9,565.97** | **18,041.83** |

Case 18-82948-CRJ11    Doc 177    Filed 03/20/19    Entered 03/20/19 09:28:27    Desc
Main Document      Page 13 of 13