# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                **Case No.** 18−82948−CRJ11
Sarai Services Group, Inc.                   **Chapter** 11
                **EIN:** 46−2302969

    **Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*184* − Second Application for Compensation of Interim Professional Fees and Expenses for Tazewell Shepard, Debtor's Attorney, Period: 12/1/2018 to 2/28/2019, Fee: $41,889.50, Expenses: $815.55. Filed by Attorney Tazewell Shepard (Shepard, Tazewell)

**Date: Monday, May 6, 2019**            **Time: 02:30 PM**

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:   April 3, 2019                                   By:

                                                           Joseph E. Bulgarella, Clerk
                                                           United States Bankruptcy Court

rfl