## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group     CASE NO.: 18-82948     MONTH ENDING: 3/31/19

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15ᵗʰ of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES **x** NO____ All post petition business taxes have been paid/deposited and the deposit
    slips are attached.

    YES___ NO **x** All post petition individual taxes have been paid and the deposit slips are
    attached.
    
    N/A

    **If you answered "No" to the above, list the types of taxes that are now due and owing.**

    | TYPE OF TAX | | AMOUNT |
    |---|---|---|
    | _____ | $ | _____ |
    | _____ | $ | _____ |
    | _____ | $ | _____ |
    | _____ | $ | _____ |

2.  YES **x** NO____ Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:     TYPE_____not in force.

    TYPE_____not in force.

3.  YES **x** NO____ New books and records were opened and are being maintained daily.

4.  YES **x** NO____ Copies of <u>all</u> banks statements and reconciliations are attached .

5.  YES **x** NO____ I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES **x** NO____ All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 03 May 19

Phone No. _____     RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group    CASE NO.: 18-82948    MONTH ENDING: 3/31/19

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   (Circle One)   ⟨Cash⟩ |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A. CASH ON HAND(Beginning) **45,328**

B. RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C) _____

Cash Sales _____

Loan Proceeds **75,000** from **BRM Services**

Sale of Property (Not in ordinary course of business) _____

Other_____ _____

_____ _____

C. TOTAL RECEIPTS **230,110** (Total of B)

D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) **218,454**

E. SURPLUS OR DEFICIT **11,655** (C minus D)

F. CASH ON HAND (End) **56,983** (A plus E)

1. REVENUE FROM TOTAL SALES $ **155,110**

2. LESS COST OF THOSE SALES **38,707** (Cost of materials, Labor, etc.)

3. EQUALS GROSS PROFIT (1 minus 2) **116,402**

4. LESS OPERATING EXPENSES **179,747**

5. EQUALS NET PROFIT OPERATIONS (3 minus 4) **(63,345)**

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____ _____
_____ _____
_____ _____

7. EQUALS NET PROFIT OR NET LOSS $ **(63,345)** (5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3 May 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: S̲a̲r̲a̲i̲ ̲S̲e̲r̲v̲i̲c̲e̲s̲ ̲G̲r̲o̲u̲p̲   CASE NO.: ̲1̲8̲ ̲-̲8̲2̲9̲4̲8̲     MONTH ENDING: ̲3̲/̲3̲1̲/̲1̲9̲

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
        receivable charged and paid this month.          $_____-____

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                              $_155,110_

    C.   TOTAL collected this month on accounts
        receivable.                                       $_155,110_

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
| GSA | $ | | | 262,815 | $ 262,815 |
| TELEDYNE | 29,084 | | | | 29,084 |
| TELEDYNE | 3,533 | | | | 3,533 |
| GPO | 34,270 | | | | 34,270 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 66,887 | - | - | 262,815 | $ 329,702 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 3 may 19 _____          _____
                                   RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Services Group_   CASE NO.: _18-82948_     MONTH ENDING: _3/31/19_

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | 38,707 |
| INSURANCE (TOTAL) | | |
|    AUTO | $ | |
|    LIABILITY | | |
|    LIFE | | |
|    MEDICAL | | |
|    CASUALTY | | |
|    FIRE & THEFT | | |
|    WORKMAN'S COMP. | | |
|    OTHER | | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | |
| REPAIRS & MAINTENANCE | | |
| SALARIES/WAGES PAID | | 169,094 |
| SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)] | | |
| SUPPLIES (TOTAL) | | |
|    OFFICE | $ | |
|    OPERATING | | |
| TRAVEL & ENTERTAINMENT | | |
| TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)] | | 220 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | 6,367 |
|    ELECTRICITY | $ | |
|    GAS | | |
|    TELEPHONE | | |
|    WATER | | |
|    OTHER | | |

OTHER BUSINESS DISBURSEMENTS   _Bank Fees, Software_
(Specify)        _Travel_      $ _4,066_

**TOTAL BUSINESS DISBURSEMENTS** $ _218,454_

---

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _3 May 19_               RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Services Group_  CASE NO.: _18-82948_     MONTH ENDING: _3/31/19_

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
(Check, if true.)

2. _x_ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE _3 May 19_                    _____
                                  RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948     MONTH ENDING: 3/31/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| ALL PAYROLL TAXES ARE IMPOUNDED AND PAID BY 3RD PARTY | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 3/15 | Pain | 220 | 3/15 | Pain | 220 |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3 May 19

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

CHAPTER 11 OPERATING ORDER FORM    11/00    **BUSINESS BA-03**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group    CASE NO.: 18-82948    MONTH ENDING: 3/31/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4557 | 56,983 | 3/31 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) Calvin Mitchell (est) | $ | 13,548 |
| Officer #2 (Name) | $ | |
| Other Officer (Name) | $ | |
| Employees (Number) @ 34 inc. P/R tax | $ | 146,008 |
| Employees (Relatives) | $ | |
| Name Courtney Mitchell (est) | $ | 4,500 |
| Name James C. Mitchell (est) | $ | 5,038 |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

**x** A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3 May 19 _____    _____ RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group    CASE NO.: 18-82948    MONTH ENDING: 3/31/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__   A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____   B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|-------------|-----------|------------|------------|---------|-------|
|             |           | $          | $          | $       | $     |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
| **TOTALS**  |           | $          | $          | $       | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3 May 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

Cash Basis

|  | Mar 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 56,982.68 |
| **Total Checking/Savings** | 56,982.68 |
| **Accounts Receivable** | |
| Accounts Receivable | 349,184.00 |
| **Total Accounts Receivable** | 349,184.00 |
| **Other Current Assets** | |
| Loan to SIC | 110.00 |
| **Total Other Current Assets** | 110.00 |
| **Total Current Assets** | 406,276.68 |
| **Fixed Assets** | |
| Accumulated Depreciation | -170,881.00 |
| Other Fixed Assets | 11,908.00 |
| Property and Equipment | 875,350.00 |
| **Total Fixed Assets** | 716,377.00 |
| **TOTAL ASSETS** | **1,122,653.68** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Loan from BRM Services | 152,400.00 |
| Loan from CM Holdings, LLC | 18,055.41 |
| Loan from SSGWWJV | 30,000.00 |
| Pre-Chapter 11 Payables | 2,329,834.00 |
| **Total Long Term Liabilities** | 2,530,289.41 |
| **Total Liabilities** | 2,530,289.41 |
| **Equity** | |
| Retained Earnings | -1,258,790.83 |
| Net Income | -148,844.90 |
| **Total Equity** | -1,407,635.73 |
| **TOTAL LIABILITIES & EQUITY** | **1,122,653.68** |

No Assurance Provided

**Sarai Services Group, Inc.**
**Profit & Loss**
January through March 2019

Cash Basis

|  | Jan - Mar 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sales | 446,091.27 |
| **Total Income** | 446,091.27 |
| **Cost of Goods Sold** |  |
| Subcontractor Expense | 38,857.10 |
| **Total COGS** | 38,857.10 |
| **Gross Profit** | 407,234.17 |
| **Expense** |  |
| Accounting Fees | 4,264.00 |
| Bank Service Charges | 674.25 |
| Computer and Internet Expenses | 1,553.68 |
| Contractor Expense | 360.00 |
| Human Resources | 160.00 |
| Insurance Expense | 407.00 |
| Legal Fees | 5,625.00 |
| Office Supplies | 1,067.57 |
| Payroll Expenses | 489,854.28 |
| Postage and Shipping | 319.89 |
| Professional Fees | 20,349.40 |
| Retirement Expense | 8,271.13 |
| Security Expense | 408.72 |
| Software Expense | 3,465.38 |
| Taxes - Other | 1,010.00 |
| Telephone Expense | 959.00 |
| Travel Expense | 2,532.00 |
| Utilities | 14,509.57 |
| Waste Removal | 288.20 |
| **Total Expense** | 556,079.07 |
| **Net Ordinary Income** | -148,844.90 |
| **Net Income** | -148,844.90 |

No Assurance Provided

# Sarai Services Group, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 03/31/2019

| | Mar 31, 19 |
|---|---|
| **Beginning Balance** | 46,680.10 |
| **Cleared Transactions** | |
| Checks and Payments - 26 items | -219,807.00 |
| Deposits and Credits - 13 items | 230,109.58 |
| **Total Cleared Transactions** | 10,302.58 |
| **Cleared Balance** | **56,982.68** |
| **Register Balance as of 03/31/2019** | 56,982.68 |
| **Ending Balance** | 56,982.68 |

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 46,680.10 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 26 items** | | | | | | |
| Check | 02/20/2019 | 3017 | Alabama Dept. of R... | X | -790.00 | -790.00 |
| Check | 02/20/2019 | 3016 | Alabama Dept. of R... | X | -110.00 | -900.00 |
| Check | 02/27/2019 | 3018 | Huntsville Utilities | X | -452.43 | -1,352.43 |
| Check | 03/01/2019 | | | X | -209.00 | -1,561.43 |
| Check | 03/05/2019 | 3019 | Huntsville Utilities | X | -3,399.78 | -4,961.21 |
| Check | 03/05/2019 | | Staybridge Suites | X | -760.40 | -5,721.61 |
| Check | 03/05/2019 | | Staybridge Suites | X | -760.40 | -6,482.01 |
| Check | 03/05/2019 | 3021 | Nova 401K Associates | X | -419.00 | -6,901.01 |
| Check | 03/05/2019 | 3020 | Medcom | X | -40.00 | -6,941.01 |
| Check | 03/06/2019 | | Oasis | X | -60,641.79 | -67,582.80 |
| Check | 03/11/2019 | 7001 | Crestwood Technolo... | X | -38,707.10 | -106,289.90 |
| Check | 03/11/2019 | | Microsoft | X | -479.60 | -106,769.50 |
| Check | 03/11/2019 | | Microsoft | X | -238.09 | -107,007.59 |
| Check | 03/11/2019 | | Rightnetworks | X | -59.99 | -107,067.58 |
| Check | 03/12/2019 | | Oasis | X | -19,952.02 | -127,019.60 |
| Check | 03/12/2019 | | Oasis | X | -1,000.00 | -128,019.60 |
| Check | 03/14/2019 | 3023 | Alabama Dept. of R... | X | -110.00 | -128,129.60 |
| Check | 03/14/2019 | 3022 | Alabama Dept. of R... | X | -110.00 | -128,239.60 |
| Check | 03/14/2019 | | Intuit Quickbooks O... | X | -65.40 | -128,305.00 |
| Check | 03/19/2019 | | Adobe | X | -350.87 | -128,655.87 |
| Check | 03/19/2019 | | GoDaddy | X | -50.16 | -128,706.03 |
| Check | 03/20/2019 | | Oasis | X | -67,000.00 | -195,706.03 |
| Check | 03/25/2019 | | Digium Cloud Servic... | X | -345.47 | -196,051.50 |
| Check | 03/25/2019 | 3024 | Republic Services | X | -288.20 | -196,339.70 |
| Check | 03/27/2019 | | Oasis | X | -20,500.00 | -216,839.70 |
| Check | 03/28/2019 | 3025 | Huntsville Utilities | X | -2,967.30 | -219,807.00 |
| | | | | | | |
| | Total Checks and Payments | | | | -219,807.00 | -219,807.00 |
| | | | | | | |
| **Deposits and Credits - 13 items** | | | | | | |
| Deposit | 03/01/2019 | | | X | 13,978.60 | 13,978.60 |
| Deposit | 03/04/2019 | | | X | 3,816.72 | 17,795.32 |
| Deposit | 03/05/2019 | | | X | 43,644.80 | 61,440.12 |
| Deposit | 03/06/2019 | | | X | 40,000.00 | 101,440.12 |
| Deposit | 03/11/2019 | | | X | 8,252.02 | 109,692.14 |
| Deposit | 03/14/2019 | | | X | 26,852.79 | 136,544.93 |
| Deposit | 03/15/2019 | | | X | 8,189.04 | 144,733.97 |
| Deposit | 03/20/2019 | | | X | 8,782.33 | 153,516.30 |
| Deposit | 03/20/2019 | | | X | 20,000.00 | 173,516.30 |
| Deposit | 03/25/2019 | | | X | 10,462.67 | 183,978.97 |
| Deposit | 03/27/2019 | | | X | 4,505.22 | 188,484.19 |
| Deposit | 03/27/2019 | | | X | 15,000.00 | 203,484.19 |
| Deposit | 03/28/2019 | | | X | 26,625.39 | 230,109.58 |
| | | | | | | |
| | Total Deposits and Credits | | | | 230,109.58 | 230,109.58 |
| | | | | | | |
| | Total Cleared Transactions | | | | 10,302.58 | 10,302.58 |
| | | | | | | |
| | Cleared Balance | | | | 10,302.58 | 56,982.68 |
| | | | | | | |
| | Register Balance as of 03/31/2019 | | | | 10,302.58 | 56,982.68 |
| | | | | | | |
| | **Ending Balance** | | | | **10,302.58** | **56,982.68** |

Page 1

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 03/01/2019 to 03/29/2019
Saral Services Group Inc
Primary Account Number: ▓▓▓-4557
Page 2 of 4

Business Checking Account Number: ▓▓▓▓-4557 - continued

## Business Checking Summary

Saral Services Group Inc

Account number: ▓▓▓▓-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other editions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 46,680.10 | 230,109.58 | 219,807.00 | 56,982.68 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 56,949.28 | 56,949.28 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 10 | 155,109.58 |
| Other Additions | 3 | 75,000.00 |
| Total | 13 | 230,109.58 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 11 | 47,393.81 |
| Debit Card Purchases | 4 | 1,630.95 |
| ATM/Misc. Debit Card Transactions | 5 | 1,479.43 |
| Service Charges and Fees | 1 | 209.00 |
| Other Deductions | 5 | 169,093.81 |
| Total | 26 | 219,807.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | 60,449.70 | 03/12 | 67,478.74 | 03/20 | 24,710.37 |
| 03/04 | 64,266.42 | 03/13 | 28,771.64 | 03/25 | 34,319.37 |
| 03/05 | 102,538.21 | 03/14 | 55,140.03 | 03/27 | 33,324.59 |
| 03/06 | 80,996.42 | 03/15 | 63,329.07 | 03/28 | 59,949.98 |
| 03/08 | 80,956.42 | 03/19 | 62,928.04 | 03/29 | 56,982.68 |
| 03/11 | 88,430.76 | | | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 13,978.60 | Corporate ACH Gpo Treas 310 12608604000001 | 00019060004905950 |
| 03/04 | 3,816.72 | Corporate ACH Gpo Treas 310 12608604000001 | 00019063010711362 |
| 03/05 | 43,644.80 | Corporate ACH Capsw Army DFAS-Cleveland 6Vlk2 | 00019064006384109 |
| 03/11 | 8,252.02 | Corporate ACH Gpo Treas 310 12608604000001 | 00019067012860474 |
| 03/14 | 26,852.79 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019072009705213 |
| 03/15 | 8,189.04 | Corporate ACH Gpo Treas 310 12608604000001 | 00019074005912070 |
| 03/20 | 8,782.33 | Corporate ACH Gpo Treas 310 12608604000001 | 00019079010598412 |
| 03/25 | 10,462.67 | Corporate ACH Gpo Treas 310 12608604000001 | 00019084005272069 |
| 03/27 | 4,505.22 | Corporate ACH Gpo Treas 310 12608604000001 | 00019085013257431 |
| 03/28 | 26,625.39 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019086009297965 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 40,000.00 | Online Transfer From ▓▓▓▓4581 | SARAI SERVICES |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 03/01/2019 to 03/29/2019
Saral Services Group Inc
Primary Account Number: ████████-4557
Page 3 of 4

Business Checking Account Number: ████████-4557 - continued

## Other Additions   - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 03/20 | 20,000.00 | Online Transfer From | ███████4581 | SARAI SERVICES |
| 03/27 | 15,000.00 | Online Transfer From | ███████4581 | SARAI SERVICES |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/14 | 301 * | 419.00 | 107358285 | 03/05 | 3019 | 3,399.78 | 086275124 | 03/25 | 3024 | 288.20 | 077038749 |
| 03/06 | 3016 * | 110.00 | 072329530 | 03/08 | 3020 | 40.00 | 074582331 | 03/29 | 3025 | 2,967.30 | 085388352 |
| 03/06 | 3017 | 780.00 | 072329529 | 03/22 | 3022 * | 110.00 | 076521974 | 03/13 | 7001 * | 38,707.10 | 071365840 |
| 03/05 | 3018 | 452.43 | 086275123 | 03/25 | 3023 | 110.00 | 076521977 | | | | |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/05 | 760.40 | 6587 Debit Card Purchase Staybridge Suites Nasa Webster Tx | 31122870057166587064 |
| 03/05 | 760.40 | 6587 Debit Card Purchase Staybridge Suites Nasa Webster Tx | 31123870057166587064 |
| 03/11 | 59.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 24863870057166587070 |
| 03/19 | 50.16 | 6587 Debit Card Purchase Dnh*Godaddy.Com 480-5058855 Az | 57443870057166587078 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/11 | 238.09 | 6587 Recurring Debit Card Msft * E07007T01B 800-6427676 Wa | 47405870057166587069 |
| 03/11 | 479.60 | 6587 Recurring Debit Card Msft * E07007Szzr 800-6427676 Wa | 47404870057166587069 |
| 03/14 | 65.40 | 6587 Recurring Debit Card Intuit *Qb Online 800-2866800 Ca | 82249870057166587073 |
| 03/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 57442870057166587078 |
| 03/25 | 345.47 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 07950870057166587083 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 209.00 | Service Charge Period Ending 02/28/2019 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 60,641.79 | Fed Wire Out 1936E1217Ink8Bek | W1936E1217INK8BEK |
| 03/12 | 19,952.02 | Fed Wire Out 193C91934M9P0Vjz | W193C91934M9P0VJZ |
| 03/12 | 1,000.00 | Fed Wire Out 193Ck5432Rjp1E21 | W193CK5432RJP1E21 |
| 03/20 | 67,000.00 | Fed Wire Out 193Ke4302Fuv2I54 | W193KE4302FUV2I54 |
| 03/27 | 20,500.00 | Fed Wire Out 193Rd0616K3146Yq | W193RD0616K3146YQ |