## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__         CASE NO.: __18 -82949__      MONTH ENDING: __3/31/19__

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES _x_ NO____   All post petition business taxes have been paid/deposited and the deposit slips are attached.
   N/A

   YES___ NO _x_   All post petition individual taxes have been paid and the deposit slips are attached.
   N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2. YES___ NO _x_   Adequate insurance on all assets/property including fire, theft, liability, collision and casualy and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:      TYPE_____not in force.

                      TYPE_____not in force.

3. YES _x_ NO____   New books and records were opened and are being maintained daily.

4. YES _x_ NO____   Copies of __all__ banks statements and reconciliations are attached.

5. YES _x_ NO____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES _x_ NO____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _3 May 19_

Phone No. _____                    _____ RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-01

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWJV__          CASE NO.: __18-82949__     MONTH ENDING: __3/31/19__

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|

INCOME STATEMENT
-Accrual   (Circle One)   (Cash)

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND (Beginning) __20,098__

B.   RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)   _____

Cash Sales   _____

Loan Proceeds
from_____   _____

Sale of Property
(Not in ordinary
course of business)   _____

Other_____

_____   _____

C.   TOTAL RECEIPTS   _____
(Total of B)

D.   BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)   _____

E.   SURPLUS OR DEFICIT   _____
(C minus D)

F.   CASH ON HAND (End)   __20,098__
(A plus E)

1.   REVENUE FROM TOTAL
SALES                          $ ____∅____

2.   LESS COST OF THOSE
SALES
(Cost of materials,
Labor, etc.)              _____

3.   EQUALS GROSS
PROFIT (1 minus 2)        _____

4.   LESS OPERATING
EXPENSES                  _____

5.   EQUALS NET PROFIT
OPERATIONS
(3 minus 4)               _____

6.   NON-OPERATING
INCOME/EXPENSES
(LIST SPECIFIC
INCOME/EXPENSES)

_____   _____

_____   _____

_____   _____

7.   EQUALS NET PROFIT
OR NET LOSS              $ ____∅____
(5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __3 May 19__

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__          CASE NO.: __18-82949__      MONTH ENDING: __3/31/19__

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**X** I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts
        receivable charged and paid this month.              $_____

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                                  $_____

    C.   TOTAL collected this month on accounts
        receivable.                                          $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE __3 May 19__                    _____
                                     RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWJV__          CASE NO.: __18-82949__    MONTH ENDING: __3/31/19__

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES...................................................$_____
ADVERTISING..........................................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)............._____
COMMISSIONS/CONTRACT LABOR................................._____
INSURANCE (TOTAL)...................................._____
     AUTO              $_____
     LIABILITY            _____
     LIFE                 _____
     MEDICAL              _____
     CASUALTY             _____
     FIRE & THEFT         _____
     WORKMAN'S COMP.      _____
     OTHER _____      _____
INTEREST PAID........................................................_____
INVENTORY PURCHASED............................................._____
LEGAL FEES..........................................................._____
POSTAGE............................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE........................._____
REPAIRS & MAINTENANCE..........................................._____
SALARIES/WAGES PAID............................................._____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)]............._____
SUPPLIES (TOTAL)....................................._____
     OFFICE            $_____
     OPERATING          _____
TRAVEL & ENTERTAINMENT..........................................._____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)]................._____
UNSECURED LOAN PAYMENTS........................................_____
UTILITIES (TOTAL)...................................._____
     ELECTRICITY       $_____
     GAS                 _____
     TELEPHONE           _____
     WATER               _____
     OTHER _____     _____

OTHER BUSINESS DISBURSEMENTS   _____
(Specify)                      _____
                               _____    $_____

TOTAL BUSINESS DISBURSEMENTS..........................$_____   Ø
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE __3 May 19__

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__          CASE NO.: __18-82949__     MONTH ENDING: __3/31/19__

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE __3 MAY 19__                              _____
                                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWJV__    CASE NO.: __18-82949__    MONTH ENDING: __3/31/19__

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __3 May 19__

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWJV__          CASE NO.: __18-82949__     MONTH ENDING: __3/31/19__

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4549 | 20,098 | 3/31 | Post |
|  |  |  |  |  |
|  |  |  |  |  |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1     (Name)_____           $_____
Officer #2     (Name)_____           $_____

Other Officer   (Name)_____           $_____

Employees (Number) _____           $_____

Employees (Relatives) _____           $_____

Name _____           $_____

Name _____           $_____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)            $_____
Inventory - Purchased this Month - CASH          $_____
Inventory - Purchased this Month - CREDIT        $_____

Inventory - End of Month (COST)                  $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

_____ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _3 May 19_____           _____
                                 RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__          CASE NO. : __18-82949__          MONTH ENDING: __3/31/19__

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

__x__ A.  All operating expenses since the beginning of this case have
          been paid.  Therefore there are no post-petition accounts
          payable.

### ** OR **

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE __3 May 19__                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

# SSGWWJV, LLC
## Balance Sheet
### As of March 31, 2019

|  | Mar 31, 19 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| PNC Operating | 20,098.15 |
| **Total Checking/Savings** | 20,098.15 |
| **Total Current Assets** | 20,098.15 |
| Other Assets | |
| Loans to SSG | 32,400.00 |
| **Total Other Assets** | 32,400.00 |
| **TOTAL ASSETS** | 52,498.15 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Long Term Liabilities | |
| Pre-Chapter 11 Payables | 2,405,614.00 |
| **Total Long Term Liabilities** | 2,405,614.00 |
| **Total Liabilities** | 2,405,614.00 |
| Equity | |
| Opening Balance Equity | 469.49 |
| Retained Earnings | -2,405,614.00 |
| Net Income | 52,028.66 |
| **Total Equity** | -2,353,115.85 |
| **TOTAL LIABILITIES & EQUITY** | 52,498.15 |

No Assurance Provided

# SSGWWJV, LLC
## Profit & Loss
### January through March 2019

|  | Jan - Mar 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | 52,040.66 |
| **Total Income** | 52,040.66 |
| **Expense** | |
| **Bank Service Charges** | 12.00 |
| **Total Expense** | 12.00 |
| **Net Ordinary Income** | 52,028.66 |
| **Net Income** | **52,028.66** |

No Assurance Provided

# SSGWWJV, LLC
## Reconciliation Summary
### PNC Operating, Period Ending 03/31/2019

|  | Mar 31, 19 |
|---|---|
| **Beginning Balance** | 20,098.15 |
| **Cleared Balance** | 20,098.15 |
| **Register Balance as of 03/31/2019** | 20,098.15 |
| **Ending Balance** | 20,098.15 |

# SSGWWJV, LLC
## Reconciliation Detail
### PNC Operating, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | |
| Cleared Balance | | | | | | 20,098.15 |
| | | | | | | 20,098.15 |
| Register Balance as of 03/31/2019 | | | | | | |
| | | | | | | 20,098.15 |
| **Ending Balance** | | | | | | |
| | | | | | | **20,098.15** |

# Business Checking

Business Checking Account Number: ▮▮▮▮-4549 - continued

## Business Checking Summary

Account number: ▮▮▮▮-4549

Sarai Ww Contractors Jv Llc

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 20,098.15 | .00 | .00 | 20,098.15 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 20,098.15 | 20,098.15 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Total | 0 | .00 | Total | 0 | .00 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/29/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |