## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corp     CASE NO. : 18-82950     MONTH ENDING: 3/31/19

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES___ NO_x_  All post petition business taxes have been paid/deposited and the deposit
    slips are attached.     N/A

    YES___ NO_x_  All post petition individual taxes have been paid and the deposit slips are
    attached.     N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |

2.  YES___ NO_x_  Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.     N/A

    If no, enter:     TYPE_____ not in force.

    TYPE_____ not in force.

3.  YES_x_ NO___  New books and records were opened and are being maintained daily.

4.  YES_x_ NO___  Copies of <u>all</u> banks statements and reconciliations are attached .

5.  YES_x_ NO___  I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES_x_ NO___  All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 3 MAY 19

Phone No. _____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SARAI INVESTMENT CORP      CASE NO.: 18-82950      MONTH ENDING: 3/31/19

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual   (Circle One)   -Cash |
|---|---|

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) __76__

B.  RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C) _____

   Cash Sales                 __ø__

   Loan Proceeds
   from_____ _____

   Sale of Property _____
   (Not in ordinary
   course of business)

   Other_____ _____

   _____ _____

C.  TOTAL RECEIPTS         __ø__
   (Total of B)

D.  BUSINESS' DISBURSEMENTS
   FROM FORM BA-02(B)      __10__

E.  SURPLUS OR DEFICIT     __(10)__
   (C minus D)

F.  CASH ON HAND (End)     __66__
   (A plus E)

1.  REVENUE FROM TOTAL
   SALES          $____ø____

2.  LESS COST OF THOSE
   SALES           _____
   (Cost of materials,
   Labor, etc.)

3.  EQUALS GROSS
   PROFIT (1 minus 2)   ____ø____

4.  LESS OPERATING
   EXPENSES            __10__

5.  EQUALS NET PROFIT
   OPERATIONS          _____
   (3 minus 4)

6.  NON-OPERATING
   INCOME/EXPENSES
   (LIST SPECIFIC
   INCOME/EXPENSES)

   _____  _____

   _____  _____

   _____  _____

7.  EQUALS NET PROFIT
   OR NET LOSS      $__ᵻ(10)__
   (5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3 may 19 _____

_____
RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corp     CASE NO.: 18-82950     MONTH ENDING: 3/31/19

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**X** I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.   Amount collected this month on accounts
      receivable charged and paid this month.                    $_____

B.   Amount collected this month on accounts
      receivable charged in prior months
      and paid this month.                                        $_____

C.   TOTAL collected this month on accounts
      receivable.                                                 $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $      |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 3 may 19 _____          _____
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corp     CASE NO.: 18-82950     MONTH ENDING: 3/31/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | _____ |
| ADVERTISING | | _____ |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | _____ |
| COMMISSIONS/CONTRACT LABOR | | _____ |
| INSURANCE (TOTAL) | | _____ |
|    AUTO | $ _____ | |
|    LIABILITY | _____ | |
|    LIFE | _____ | |
|    MEDICAL | _____ | |
|    CASUALTY | _____ | |
|    FIRE & THEFT | _____ | |
|    WORKMAN'S COMP. | _____ | |
|    OTHER _____ | _____ | |
| INTEREST PAID | | _____ |
| INVENTORY PURCHASED | | _____ |
| LEGAL FEES | | _____ |
| POSTAGE | | _____ |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | _____ |
| REPAIRS & MAINTENANCE | | _____ |
| SALARIES/WAGES PAID | | _____ |
| SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)] | | _____ |
| SUPPLIES (TOTAL) | | _____ |
|    OFFICE | $ _____ | |
|    OPERATING | _____ | |
| TRAVEL & ENTERTAINMENT | | _____ |
| TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)] | | _____ |
| UNSECURED LOAN PAYMENTS | | _____ |
| UTILITIES (TOTAL) | | _____ |
|    ELECTRICITY | $ _____ | |
|    GAS | _____ | |
|    TELEPHONE | _____ | |
|    WATER | _____ | |
|    OTHER _____ | _____ | |

| | | |
|---|---|---|
| OTHER BUSINESS DISBURSEMENTS | _____ | |
| (Specify) | Bank Fees | $ _____ 10 |

TOTAL BUSINESS DISBURSEMENTS ......................$ _____ 10

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 3/10/19 _____     _____
                          RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Investment Corp_    CASE NO.: _18-82950_    MONTH ENDING: _3/31/19_

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE _3 May 19_ _____          _____
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Investment Corp_  CASE NO. : _18-82950_     MONTH ENDING: _3/31/19_

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _3 MM 19_                     _____
                                   RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corp        CASE NO.: 18-82950        MONTH ENDING: 3/31/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4565 | 66 | 3/31 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1    (Name)_____ | $_____ |
| Officer #2    (Name)_____ | $_____ |
| Other Officer   (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____ |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__x__ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
        creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3 May 19 _____        _____
                                     RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Investment Corp_    CASE NO. : _18 - 82950_    MONTH ENDING: _3/31/19_

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_X_ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _3 May 19_

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Sarai Investment Corporation
## Balance Sheet
### As of March 31, 2019

|  | Mar 31, 19 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| PNC Operating | 66.00 |
| **Total Checking/Savings** | 66.00 |
| **Total Current Assets** | 66.00 |
| **TOTAL ASSETS** | 66.00 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Long Term Liabilities** |  |
| Loans from SSG | 110.00 |
| Pre-Chapter 11 Payables | 2,232,553.00 |
| **Total Long Term Liabilities** | 2,232,663.00 |
| **Total Liabilities** | 2,232,663.00 |
| **Equity** |  |
| Opening Balance Equity | 100.00 |
| Retained Earnings | -2,232,565.00 |
| Net Income | -132.00 |
| **Total Equity** | -2,232,597.00 |
| **TOTAL LIABILITIES & EQUITY** | 66.00 |

No Assurance Provided

# Sarai Investment Corporation
## Profit & Loss
### January through March 2019

Cash Basis

|  | Jan - Mar 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Bank Service Charges | 22.00 |
| Taxes - Other | 110.00 |
| **Total Expense** | 132.00 |
| **Net Ordinary Income** | -132.00 |
| **Net Income** | **-132.00** |

No Assurance Provided

# Sarai Investment Corporation
## Reconciliation Summary
### PNC Operating, Period Ending 03/31/2019

|  | Mar 31, 19 |
|---|---|
| **Beginning Balance** | 88.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -10.00 |
| **Total Cleared Transactions** | -10.00 |
| **Cleared Balance** | 78.00 |
| **Uncleared Transactions** | |
| **Checks and Payments - 1 item** | -12.00 |
| **Total Uncleared Transactions** | -12.00 |
| **Register Balance as of 03/31/2019** | 66.00 |
| **Ending Balance** | 66.00 |

Case 18-82948-CRJ11    Doc 208    Filed 05/06/19    Entered 05/06/19 11:31:49    Desc
Main Document       Page 11 of 13

# Sarai Investment Corporation
## Reconciliation Detail
### PNC Operating, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 88.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 03/01/2019 | | | X | -10.00 | -10.00 |
| Total Checks and Payments | | | | | -10.00 | -10.00 |
| Total Cleared Transactions | | | | | -10.00 | -10.00 |
| **Cleared Balance** | | | | | -10.00 | 78.00 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 02/01/2018 | | PNC Bank | | -12.00 | -12.00 |
| Total Checks and Payments | | | | | -12.00 | -12.00 |
| Total Uncleared Transactions | | | | | -12.00 | -12.00 |
| Register Balance as of 03/31/2019 | | | | | -22.00 | 66.00 |
| **Ending Balance** | | | | | **-22.00** | **66.00** |

Page 1

# Business Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/01/2019 to 03/29/2019**
Saral Investment Corp
Primary Account Number: ▓▓▓▓-4565
Page 2 of 2

Business Checking Account Number: ▓▓▓▓-4565 - continued

## Business Checking Summary

Saral Investment Corp

Account number: ▓▓▓▓-4565

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 88.00 | .00 | 10.00 | 78.00 |
| | | Average ledger balance | Average collected balance | |
| | | | 78.00 | 78.00 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| | | | Service Charges and Fees | 1 | 10.00 |
| Total | 0 | .00 | Total | 1 | 10.00 |

### Daily Balance

| Date | Ledger balance |
|---|---|
| 03/01 | 78.00 |

## Activity Detail

## Checks and Other Deductions

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 10.00 | Service Charge Period Ending 02/28/2019 | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/29/2019.

| Description | Volume | Amount |
|---|---|---|
| Account Maintenance Charge | 1 | 10.00 |
| Total For Services Used This Period | | 10.00 |
| Total Service Charge | | 10.00 |

Case 18-82948-CRJ11    Doc 208    Filed 05/06/19    Entered 05/06/19 11:31:49    Desc
Main Document      Page 13 of 13