## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _CM  HOLDINGS_    CASE NO. : _18 - 82951_    MONTH ENDING: _3/31/19_

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES___ NO _x_ All post petition business taxes have been paid/deposited and the deposit
   slips are attached.        N/A

   YES___ NO _x_ All post petition individual taxes have been paid and the deposit slips are
   attached.        N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | | $ |
   | | $ |
   | | $ |
   | | $ |

2. YES _x_ NO___ Adequate insurance on all assets/property including fire, theft, liability, collision
   and casualty and workman's compensation (if applicable) is currently in full force
   and effect.

   If no, enter:    TYPE_____ not in force.

   TYPE_____ not in force.

3. YES _x_ NO___ New books and records were opened and are being maintained daily.

4. YES _x_ NO___ Copies of _all_ banks statements and reconciliations are attached.

5. YES _x_ NO___ I have otherwise complied with all requirements of the Chapter 11
   Operating Order.

6. YES _x_ NO___ All financial statements filed with the Bankruptcy Clerk's Office are
   prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_3 May 19_

Phone No._____          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _CM Holdings_    CASE NO. : _18-82951_    MONTH ENDING: _3/31/19_

## Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    **(Circle One)**    (Cash) |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) _18,042_

B.   RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)   _____

Cash Sales   _9,222_

Loan Proceeds
from_____   _____

Sale of Property   _____
(Not in ordinary
course of business)

Other_____   _____

_____

C.   TOTAL RECEIPTS   _9,222_
(Total of B)

D.   BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)   _5,733_

E.   SURPLUS OR DEFICIT   _3,489_
(C minus D)

F.   CASH ON HAND (End)   _21,531_
(A plus E)

1.   REVENUE FROM TOTAL
SALES   $_9,222_

2.   LESS COST OF THOSE
SALES   _—_
(Cost of materials,
Labor, etc.)

3.   EQUALS GROSS
PROFIT (1 minus 2)   _9,222_

4.   LESS OPERATING
EXPENSES   _1,233_

5.   EQUALS NET PROFIT
OPERATIONS
(3 minus 4)   _7,989_

6.   NON-OPERATING
INCOME/EXPENSES
(LIST SPECIFIC
INCOME/EXPENSES)

_____   _____

_____   _____

_____   _____

7.   EQUALS NET PROFIT
OR NET LOSS   $_7,989_
(5 plus or minus 6)

*** Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _3 May / 9_

RESPONSIBLE PARTY

## Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __CM HOLDINGS__        CASE NO.: __18-82951__    MONTH ENDING: __3/31/19__

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**X** I.  NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.  COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.  Amount collected this month on accounts
        receivable charged and paid this month.                    $_____

    B.  Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                                        $_____

    C.  TOTAL collected this month on accounts
        receivable.                                                 $_____

III.  PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _3 Aug 19_                              _____
                                            RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __CM Holdings__   CASE NO.: __18-82951__   MONTH ENDING: __3/31/19__

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | | |
|---|---|---|
| ACCOUNTING FEES | $ | |
| ADVERTISING | | |
| AUTOMOBILES/VEHICLES (repairs & maintenance) | | |
| COMMISSIONS/CONTRACT LABOR | | 825 |
| INSURANCE (TOTAL) | | |
|   AUTO | $ | |
|   LIABILITY | | |
|   LIFE | | |
|   MEDICAL | | |
|   CASUALTY | | |
|   FIRE & THEFT | | |
|   WORKMAN'S COMP. | | |
|   OTHER _____ | | |
| INTEREST PAID | | |
| INVENTORY PURCHASED | | |
| LEGAL FEES | | |
| POSTAGE | | |
| RENT/LEASE PAYMENTS ON REAL ESTATE | | |
| REPAIRS & MAINTENANCE | | 296 |
| SALARIES/WAGES PAID | | |
| SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)] | | 4,500 |
| SUPPLIES (TOTAL) | | |
|   OFFICE | $ | |
|   OPERATING | | |
| TRAVEL & ENTERTAINMENT | | |
| TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)] | | 110 |
| UNSECURED LOAN PAYMENTS | | |
| UTILITIES (TOTAL) | | |
|   ELECTRICITY | $ | |
|   GAS | | |
|   TELEPHONE | | |
|   WATER | | |
|   OTHER _____ | | |

OTHER BUSINESS DISBURSEMENTS   __BANK FEES__
(Specify)   $   2.

TOTAL BUSINESS DISBURSEMENTS..........................$   5,733

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE __3 May 17__

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _CM HOLDINGS_     CASE NO.: _18-82951_     MONTH ENDING: _3/31/19_

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _X_     Secured loan payments as described below have been paid this month
          (Check, if true.)

2. _____     No secured loan payments have been paid during this month.
          (Check, if true.)

3. _____     The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| NBC  402706400 | | 3/12 | | 4,500 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE _3 MAy 19_                              _____
                                            RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _CM HOLDINGS_       CASE NO.: _18-82951_       MONTH ENDING: _3/31/19_

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 3/15 | Priv. | 110 | 3/15 | Priv. | 110 |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _3 May 19_                         _[signature]_
                                        RESPONSIBLE PARTY

#### Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __CM HOLDINGS__    CASE NO. : __18-82951__    MONTH ENDING: __3/31/19__

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4573 | 21,530 | 3/31 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name)_____ | $ | N/A |
| Officer #2    (Name)_____ | $ | |
| Other Officer  (Name)_____ | $ | |
| Employees (Number) _____ | $ | |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory – Beginning of Month (COST) | $ |
| Inventory – Purchased this Month – CASH | $ |
| Inventory – Purchased this Month – CREDIT | $ |
| Inventory – End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

_x_ A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured
      creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _3 MAy 19_ _____        _____
                                         RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM HOLDINGS     CASE NO. : 18-82951     MONTH ENDING: 3/31/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

X   A.   All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| N/A | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3 MAY 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# CM Holdings, Inc.
## Balance Sheet
### As of March 31, 2019

|  | Mar 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 21,530.93 |
| **Total Checking/Savings** | 21,530.93 |
| **Total Current Assets** | 21,530.93 |
| **Fixed Assets** | |
| Accumulated Depreciation | -175,682.00 |
| Real Estate | 2,313,152.00 |
| **Total Fixed Assets** | 2,137,470.00 |
| **Other Assets** | |
| Loan to SSG | 18,055.41 |
| **Total Other Assets** | 18,055.41 |
| **TOTAL ASSETS** | 2,177,056.34 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Current Portion of LTD | 305,486.00 |
| **Total Other Current Liabilities** | 305,486.00 |
| **Total Current Liabilities** | 305,486.00 |
| **Long Term Liabilities** | |
| Less Current Portion | -305,486.00 |
| Mortgages Payable | 3,982,760.00 |
| **Total Long Term Liabilities** | 3,677,274.00 |
| **Total Liabilities** | 3,982,760.00 |
| **Equity** | |
| Opening Balance Equity | 22,365.39 |
| Retained Earnings | -1,845,290.00 |
| Net Income | 17,220.95 |
| **Total Equity** | -1,805,703.66 |
| **TOTAL LIABILITIES & EQUITY** | 2,177,056.34 |

# CM Holdings, Inc.
## Profit & Loss
### January through March 2019

|  | Jan - Mar 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Rental Income | 28,085.11 |
| **Total Income** | 28,085.11 |
| **Expense** |  |
| Bank Service Charges | 2.00 |
| Custodial Services | 1,425.00 |
| Pest Control | 260.00 |
| Professional Fees | 555.00 |
| Repairs and Maintenance | 4,012.16 |
| Taxes - Other | 110.00 |
| **Total Expense** | 6,364.16 |
| **Net Ordinary Income** | 21,720.95 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| Ask My Accountant | 0.00 |
| Debt Service Payments | 4,500.00 |
| **Total Other Expense** | 4,500.00 |
| **Net Other Income** | -4,500.00 |
| **Net Income** | 17,220.95 |

Case 18-82948-CRJ11    Doc 209    Filed 05/06/19    Entered 05/06/19 11:34:10    Desc
Main Document    Page 10 of 13

# CM Holdings, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 03/31/2019

|  | Mar 31, 19 |
|---|---|
| **Beginning Balance** | 18,041.83 |
| **Cleared Transactions** | |
| Checks and Payments - 9 items | -5,733.00 |
| Deposits and Credits - 3 items | 9,222.10 |
| **Total Cleared Transactions** | 3,489.10 |
| **Cleared Balance** | 21,530.93 |
| **Register Balance as of 03/31/2019** | 21,530.93 |
| **Ending Balance** | 21,530.93 |

Case 18-82948-CRJ11    Doc 209    Filed 05/06/19    Entered 05/06/19 11:34:10    Desc
Main Document      Page 11 of 13

# CM Holdings, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | |
| **Cleared Transactions** | | | | | | 18,041.83 |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 03/01/2019 | 2023 | Patricia Jefferson | X | -300.00 | -300.00 |
| Check | 03/01/2019 | | PNC Bank | X | -2.00 | -302.00 |
| Check | 03/08/2019 | 2025 | Anthony Pruitt | X | -36.00 | -338.00 |
| Check | 03/12/2019 | 3/12/19 | National Bank of Co... | X | -4,500.00 | -4,838.00 |
| Check | 03/14/2019 | 2028 | Alabama Dept of Re... | X | -110.00 | -4,948.00 |
| Check | 03/15/2019 | 3/15/19 | Patricia Jefferson | X | -300.00 | -5,248.00 |
| Check | 03/26/2019 | 2030 | Cooks Pest Control | X | -130.00 | -5,378.00 |
| Check | 03/26/2019 | 2024 | Cooks Pest Control | X | -130.00 | -5,508.00 |
| Check | 03/29/2019 | 2031 | Patricia Jefferson | X | -225.00 | -5,733.00 |
| **Total Checks and Payments** | | | | | -5,733.00 | -5,733.00 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 03/01/2019 | | Engineering Solutions | X | 1,200.00 | 1,200.00 |
| Deposit | 03/06/2019 | | | X | 6,822.10 | 8,022.10 |
| Deposit | 03/29/2019 | | | X | 1,200.00 | 9,222.10 |
| **Total Deposits and Credits** | | | | | 9,222.10 | 9,222.10 |
| **Total Cleared Transactions** | | | | | 3,489.10 | 3,489.10 |
| **Cleared Balance** | | | | | 3,489.10 | 21,530.93 |
| **Register Balance as of 03/31/2019** | | | | | 3,489.10 | 21,530.93 |
| **Ending Balance** | | | | | 3,489.10 | 21,530.93 |

Case 18-82948-CRJ11   Doc 209   Filed 05/06/19   Entered 05/06/19 11:34:10   Desc
Main Document      Page 12 of 13

# Business Checking

📠 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████-4493 - continued

## Business Checking Summary

CM Holding Inc

Account number: ████-4493

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 18,041.83 | 9,222.10 | 5,733.00 | 21,530.93 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 22,675.11 | 22,438.67 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 6,822.10 |
| ACH Additions | 2 | 2,400.00 |
| Total | 3 | 9,222.10 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 5,731.00 |
| Service Charges and Fees | 1 | 2.00 |
| Total | 9 | 5,733.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | 18,939.83 | 03/15 | 25,425.93 | 03/26 | 20,555.93 |
| 03/06 | 25,761.93 | 03/19 | 20,925.93 | 03/29 | 21,530.93 |
| 03/08 | 25,725.93 | 03/25 | 20,815.93 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 6,822.10 | Deposit | 037215622 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 1,200.00 | Corporate ACH EDI Pymnts Engineering Solu 135051 | 00019059012841371 |
| 03/29 | 1,200.00 | Corporate ACH EDI Pymnts Engineering Solu 135329 | 00019087004095260 |

## Checks and Other Deductions

### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01 | 2023 * | 300.00 | L074712191 | 03/19 | 2026 | 4,500.00 | 077733664 | 03/26 | 2030 | 130.00 | L077787221 |
| 03/26 | 2024 | 130.00 | L077787220 | 03/25 | 2028 * | 110.00 | L076521975 | 03/29 | 2031 | 225.00 | L074351602 |
| 03/08 | 2025 | 36.00 | 075015747 | 03/15 | 2029 | 300.00 | L075078097 | | | | |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 2.00 | Service Charge Period Ending 02/28/2019 | |