**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| In re:   SARAI SERVICES GROUP, INC.[1] | ) | |
| | ) | Case No.:  18-82948-CRJ-11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| _____ | ) | |

**ORDER APPROVING AMENDED SECOND MOTION FOR INTERIM
PROFESSIONAL FEES AND EXPENSES FOR
CHAPTER 11 DEBTOR'S ATTORNEYS**

This matter came before the Court for hearing upon the Debtor's Amended Motion for Approval of Interim Professional Fees and Expenses for Chapter 11 Debtor's Attorneys (Doc. 196).  After proper notice, a hearing was held on May 6, 2019 with appearances by Tazewell T. Shepard IV on behalf of the Debtor, William M .Hancock on behalf of Pearl Capital, and Richard M. Blythe on behalf of the Bankruptcy Administrator.

The Bankruptcy Administrator reviewed the application and has recommended approval of the compensation and expenses in the amount of $42,705.05.

Upon consideration of the pleadings, and in light of the representations of the parties at the hearing, by the Court it is

**ORDERED, ADJUDGED** and **DECREED** that the Amended Second Motion for Approval of Interim Professional Fees and Expenses for Chapter 11 Debtor's Attorneys (Doc. 196) is hereby **APPROVED** in the amount of $42,705.05, consisting of compensation for legal services rendered in the amount of $41,889.50 and reimbursement of expenses in the amount of $815.55; and it is further

**ORDERED, ADJUDGED**, and **DECREED** that the Debtor is authorized and ordered to pay said amount to this attorney for services rendered.

Dated this the 8th day of May, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor

---

[1]     In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.