## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group    CASE NO.: 18-82948    MONTH ENDING: 4/30/19

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _x_ NO____  All post petition business taxes have been paid/deposited and the deposit
    slips are attached.

    YES___ NO _x_  All post petition individual taxes have been paid and the deposit slips are
    attached.
                       N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES _x_ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:    TYPE_____not in force.

                     TYPE_____not in force.

3.  YES _x_ NO____  New books and records were opened and are being maintained daily.

4.  YES _x_ NO____  Copies of _all_ banks statements and reconciliations are attached .

5.  YES _x_ NO____  I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _x_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 26 Jun 19

Phone No. 256 348 3892                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group     CASE NO.: 18-82948     MONTH ENDING: 4/30/19

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   (Circle One)   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND (Beginning) 56,983

B.   RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C)   92,981

   Cash Sales   _____

   Loan Proceeds   82,785
   from SEE CASH FLOW DETAIL

   Sale of Property
   (Not in ordinary
   course of business)   _____

   Other WORKER COMP REFUND 92,749

   DEBT PMT REFUND   19,350

C.   TOTAL RECEIPTS   287,865
   (Total of B)

D.   BUSINESS DISBURSEMENTS
   FROM FORM BA-02(B)   191,528

E.   SURPLUS OR DEFICIT   96,337
   (C minus D)

F.   CASH ON HAND (End)   153,320
   (A plus E)

1.   REVENUE FROM TOTAL
     SALES   $_____

2.   LESS COST OF THOSE
     SALES   _____
     (Cost of materials,
     Labor, etc.)   SEE ATTACHED

3.   EQUALS GROSS
     PROFIT (1 minus 2)   _____

4.   LESS OPERATING
     EXPENSES   _____

5.   EQUALS NET PROFIT
     OPERATIONS
     (3 minus 4)   _____

6.   NON-OPERATING
     INCOME/EXPENSES
     (LIST SPECIFIC
     INCOME/EXPENSES)

     _____   _____
     _____   _____
     _____   _____
     _____   _____

7.   EQUALS NET PROFIT
     OR NET LOSS   $_____
     (5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: Sabai Services Group    CASE NO.: 18-82948    MONTH ENDING: 4/30/19

Attach to Business Form BA-02

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.    **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.    Amount collected this month on accounts
        receivable charged and paid this month.          $ __92,981__

    B.    Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                              $ __—__

    C.    TOTAL collected this month on accounts
        receivable.                                      $ __92,981__

III.    **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| TELEDYNE | $ 76,544 | | | | $ 76,544 |
| GPO | | | | 349,184 | 349,184 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 76,544 | | | 349,184 | $ 425,728 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____                    _____
                                       RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabel Services Group   CASE NO.: 18-82948   MONTH ENDING: 4/30/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$_____
ADVERTISING................................................_____
AUTOMOBILES/VEHICLES (repairs & maintenance)............_____
COMMISSIONS/CONTRACT LABOR................................._____
INSURANCE (TOTAL)........................................._____
     AUTO                    $_____
     LIABILITY                 _____
     LIFE                      _____
     MEDICAL                   _____
     CASUALTY                  _____
     FIRE & THEFT              _____        See Attached
     WORKMAN'S COMP.           _____
     OTHER _____       _____
INTEREST PAID............................................._____
INVENTORY PURCHASED......................................._____
LEGAL FEES................................................._____
POSTAGE..................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE......................._____
REPAIRS & MAINTENANCE....................................._____
SALARIES/WAGES PAID......................................._____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)]............._____
SUPPLIES (TOTAL).........................................._____
     OFFICE             $_____
     OPERATING           _____
TRAVEL & ENTERTAINMENT...................................._____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)]................._____
UNSECURED LOAN PAYMENTS..................................._____
UTILITIES (TOTAL)........................................._____
     ELECTRICITY        $_____
     GAS                 _____
     TELEPHONE           _____
     WATER               _____
     OTHER _____ _____

OTHER BUSINESS DISBURSEMENTS    _____
(Specify)                       _____     $_____

TOTAL BUSINESS DISBURSEMENTS.........................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sabel Services Group_  CASE NO.: _18-82948_    MONTH ENDING: _4/30/19_

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
    (Check, if true.)

2. _____ No secured loan payments have been paid during this month.
    (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE_____       _____

                     RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sagal Services Group   CASE NO.: 18-82948    MONTH ENDING: 4/30/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| All payroll taxes impounded & paid by 3rd party | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                     RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabal Services Group    CASE NO.: 18-82948    MONTH ENDING: 4/30/19

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4557 | 153.320 | 4/30 | Post |
| | | | | |
| | | | | |
| | | | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) CALVIN MITCHELL (EST) | $ 13,548 |
| Officer #2 (Name) | $ |
| Other Officer (Name) | $ |
| Employees (Number) @ 34 INC. P/R TAX | $ 136,780 |
| Employees (Relatives) | $ |
| Name COURTNEY MITCHELL (EST) | $ 4,800 |
| Name JAMES C. MITCHELL (EST) | $ 5,038 |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory – Beginning of Month (COST) | $ |
| Inventory – Purchased this Month – CASH | $ |
| Inventory – Purchased this Month – CREDIT | $ |
| Inventory – End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____    _____
                              RESPONSIBLE PARTY

### United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Services Group_     CASE NO.: _18-82948_     MONTH ENDING: _4/30/19_

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**** OR ****

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

## Sarai Services Group, Inc.
## Balance Sheet - Ch.11 Report
### As of April 30, 2019

Cash Basis

|  | Apr 30, 19 |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| PNC Operating | 153,320.32 |
| **Total Checking/Savings** | 153,320.32 |
| **Accounts Receivable** |  |
| Accounts Receivable | 349,184.00 |
| **Total Accounts Receivable** | 349,184.00 |
| **Other Current Assets** |  |
| Loan to SIC | 110.00 |
| **Total Other Current Assets** | 110.00 |
| **Total Current Assets** | 502,614.32 |
| **Fixed Assets** |  |
| Accumulated Depreciation | -170,881.00 |
| Other Fixed Assets | 11,908.00 |
| Property and Equipment | 875,350.00 |
| **Total Fixed Assets** | 716,377.00 |
| **TOTAL ASSETS** | 1,218,991.32 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Long Term Liabilities** |  |
| Loan from BRM Services (4581) | 199,600.00 |
| Loan from CM Holdings (4493) | 33,055.41 |
| Loan from SSGWWJV (4549) | 50,585.00 |
| Pre-Chapter 11 Payables | 2,329,834.00 |
| **Total Long Term Liabilities** | 2,613,074.41 |
| **Total Liabilities** | 2,613,074.41 |
| **Equity** |  |
| Retained Earnings | -1,258,790.83 |
| Net Income | -135,292.26 |
| **Total Equity** | -1,394,083.09 |
| **TOTAL LIABILITIES & EQUITY** | 1,218,991.32 |

No Assurance Provided

# Sarai Services Group, Inc.
## Profit & Loss - Ch.11 Report
### April 2019

Cash Basis

|  | Apr 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 92,981.13 |
| **Total Income** | 92,981.13 |
| **Gross Profit** | 92,981.13 |
| **Expense** | |
| Accounting Fees | 5,185.00 |
| Bank Service Charges | 237.50 |
| Computer and Internet Expenses | 1,363.33 |
| Legal Fees | 19,900.05 |
| Office Supplies | 376.86 |
| Payroll Expenses | 159,866.44 |
| Professional Fees | 523.13 |
| Retirement Expense | 125.00 |
| Security Expense | 503.68 |
| Software Expense | 1,125.44 |
| Travel Expense | 2,179.38 |
| Waste Removal | 141.88 |
| **Total Expense** | 191,527.69 |
| **Net Ordinary Income** | -98,546.56 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | 112,099.20 |
| **Total Other Income** | 112,099.20 |
| **Net Other Income** | 112,099.20 |
| **Net Income** | 13,552.64 |

No Assurance Provided

## Sarai Services Group, Inc.
## Statement of Cash Flows - Ch.11 Report
### April 2019

|  | Apr 19 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 13,552.64 |
| **Net cash provided by Operating Activities** | 13,552.64 |
| **FINANCING ACTIVITIES** | |
| Loan from BRM Services (4581) | 49,600.00 |
| Loan from CM Holdings (4493) | 15,000.00 |
| Loan from SSGWWJV (4549) | 18,185.00 |
| **Net cash provided by Financing Activities** | 82,785.00 |
| **Net cash increase for period** | 96,337.64 |
| **Cash at beginning of period** | 56,982.68 |
| **Cash at end of period** | 153,320.32 |

No Assurance Provided

**Sarai Services Group, Inc.**
**Reconciliation Summary**
PNC Operating, Period Ending 05/31/2019

| | May 31, 19 |
|---|---|
| **Beginning Balance** | 56,982.68 |
|    **Cleared Transactions** | |
|       Checks and Payments - 58 items | -397,111.60 |
|       Deposits and Credits - 20 items | 385,957.45 |
|    **Total Cleared Transactions** | -11,154.15 |
| **Cleared Balance** | 45,828.53 |
| **Register Balance as of 05/31/2019** | 45,828.53 ✓ |
|    **New Transactions** | |
|       Deposits and Credits - 1 item | 10,684.81 |
|    **Total New Transactions** | 10,684.81 |
| **Ending Balance** | 56,513.34 |

Case 18-82948-CRJ11    Doc 242    Filed 06/28/19    Entered 06/28/19 12:59:19    Desc
Main Document      Page 12 of 18

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 56,982.68 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 58 items** | | | | | | |
| Check | 04/01/2019 | ACH | PNC | X | -237.50 | -237.50 |
| Check | 04/03/2019 | Wire ... | Oasis | X | -65,958.97 | -66,196.47 |
| Check | 04/03/2019 | ACH | Wow | X | -491.25 | -66,687.72 |
| Check | 04/04/2019 | ACH | United | X | -200.00 | -66,887.72 |
| Check | 04/04/2019 | ACH | United | X | -181.80 | -67,069.52 |
| Check | 04/08/2019 | Wire ... | Oasis | X | -450.00 | -67,519.52 |
| Check | 04/08/2019 | 3029 | ADS Security | X | -361.74 | -67,881.26 |
| Check | 04/08/2019 | 3183 | Hertz Rental | X | -129.19 | -68,010.45 |
| Check | 04/08/2019 | 3028 | Voya | X | -125.00 | -68,135.45 |
| Check | 04/09/2019 | 3031 | Seaman Shinkunas ... | X | -5,185.00 | -73,320.45 |
| Check | 04/09/2019 | 3032 | Jessica Zeller | X | -122.00 | -73,442.45 |
| Check | 04/09/2019 | 3030 | Lioce Group | X | -64.79 | -73,507.24 |
| Check | 04/10/2019 | Wire ... | Oasis | X | -17,485.49 | -90,992.73 |
| Check | 04/10/2019 | ACH | Delta Air | X | -1,092.00 | -92,084.73 |
| Check | 04/10/2019 | ACH | Microsoft | X | -479.60 | -92,564.33 |
| Check | 04/10/2019 | ACH | Microsoft | X | -229.57 | -92,793.90 |
| Check | 04/10/2019 | ACH | Office Depot | X | -97.41 | -92,891.31 |
| Check | 04/11/2019 | 3026 | Goverment Publishi... | X | -523.13 | -93,414.44 |
| Check | 04/11/2019 | 3027 | Republic Services | X | -141.88 | -93,556.32 |
| Check | 04/11/2019 | ACH | Rightnetworks | X | -59.99 | -93,616.31 |
| Check | 04/12/2019 | ACH | Staybridge Suites | X | -326.86 | -93,943.17 |
| Check | 04/15/2019 | ACH | Intuit Quickbooks O... | X | -65.40 | -94,008.57 |
| Check | 04/17/2019 | Wire ... | Oasis | X | -57,600.00 | -151,608.57 |
| Check | 04/17/2019 | Transfer | BRM Services | X | -7,000.00 | -158,608.57 |
| Check | 04/17/2019 | ACH | Staybridge Suites | X | -255.06 | -158,863.63 |
| Check | 04/19/2019 | ACH | Adobe | X | -350.87 | -159,214.50 |
| Check | 04/22/2019 | 3034 | Sparkman Shepard ... | X | -14,941.15 | -174,155.65 |
| Check | 04/22/2019 | 3033 | Sparkman Shepard ... | X | -4,958.90 | -179,114.55 |
| Check | 04/23/2019 | ACH | Digium Cloud Servic... | X | -344.55 | -179,459.10 |
| Check | 04/24/2019 | Wire ... | Oasis | X | -18,332.98 | -197,792.08 |
| Check | 04/24/2019 | 3035 | ADT Security Services | X | -141.94 | -197,934.02 |
| Check | 04/26/2019 | ACH | WalMart | X | -214.66 | -198,148.68 |
| Check | 04/29/2019 | ACH | Wow | X | -467.54 | -198,616.22 |
| Check | 04/29/2019 | ACH | Halfpricesoft | X | -39.00 | -198,655.22 |
| Check | 05/01/2019 | Wire ... | Oasis | X | -53,800.00 | -252,455.22 |
| Check | 05/01/2019 | ACH | PNC | X | -106.50 | -252,561.72 |
| Check | 05/02/2019 | ACH | AUSA | X | -175.00 | -252,736.72 |
| Check | 05/07/2019 | 3181 | Sparkman Shepard ... | X | -5,525.00 | -258,261.72 |
| Check | 05/07/2019 | ACH | Sams Club | X | -111.44 | -258,373.16 |
| Check | 05/08/2019 | Wire ... | Oasis | X | -17,906.62 | -276,279.78 |
| Check | 05/09/2019 | ACH | Microsoft | X | -479.60 | -276,759.38 |
| Check | 05/09/2019 | ACH | Microsoft | X | -222.99 | -276,982.37 |
| Check | 05/13/2019 | 3036 | Huntsville Utilities | X | -2,320.67 | -279,303.04 |
| Check | 05/13/2019 | 3182 | Juan Espinoza | X | -387.75 | -279,690.79 |
| Check | 05/13/2019 | 3040 | Canon | X | -369.37 | -280,060.16 |
| Check | 05/13/2019 | ACH | Delta Air | X | -180.00 | -280,240.16 |
| Check | 05/13/2019 | ACH | Intuit Online Payroll | X | -65.40 | -280,305.56 |
| Check | 05/13/2019 | ACH | Rightnetworks | X | -59.99 | -280,365.55 |
| Check | 05/13/2019 | ACH | Delta Air | X | -11.20 | -280,376.75 |
| Check | 05/14/2019 | 3038 | Lioce Group | X | -82.24 | -280,458.99 |
| Check | 05/15/2019 | Wire ... | Oasis | X | -53,000.00 | -333,458.99 |
| Check | 05/15/2019 | 3183 | Sparkman Shepard ... | X | -7,792.25 | -341,251.24 |
| Check | 05/15/2019 | 3037 | Medcom | X | -120.00 | -341,371.24 |
| Check | 05/20/2019 | ACH | Adobe | X | -350.87 | -341,722.11 |
| Check | 05/20/2019 | 3039 | Republic Services | X | -142.19 | -341,864.30 |
| Check | 05/23/2019 | 3184 | Sparkman Shepard ... | X | -5,202.75 | -347,067.05 |
| Check | 05/23/2019 | ACH | Digium Cloud Servic... | X | -344.55 | -347,411.60 |
| Check | 05/30/2019 | Wire ... | Oasis | X | -49,700.00 | -397,111.60 |
| | | | **Total Checks and Payments** | | **-397,111.60** | **-397,111.60** |

Case 18-82948-CRJ11   Doc 242   Filed 06/28/19   Entered 06/28/19 12:59:19   Desc
Main Document     Page 13 of 18

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 20 items** | | | | | | |
| Deposit | 04/02/2019 | | GPO | X | 10,986.78 | 10,986.78 |
| Deposit | 04/02/2019 | | GPO | X | 13,318.35 | 24,305.13 |
| Deposit | 04/02/2019 | | BRM Services | X | 20,000.00 | 44,305.13 |
| Deposit | 04/05/2019 | | SSGWWJV | X | 5,185.00 | 49,490.13 |
| Deposit | 04/11/2019 | | Teledyne Brown En... | X | 27,029.86 | 76,519.99 |
| Deposit | 04/16/2019 | | Teledyne Brown En... | X | 3,702.08 | 80,222.07 |
| Deposit | 04/17/2019 | | Staybridge Suites | X | 127.53 | 80,349.60 |
| Deposit | 04/17/2019 | | CM Holdings, LLC | X | 5,000.00 | 85,349.60 |
| Deposit | 04/17/2019 | | CM Holdings, LLC | X | 10,000.00 | 95,349.60 |
| Deposit | 04/17/2019 | | SSGWWJV | X | 13,000.00 | 108,349.60 |
| Deposit | 04/17/2019 | | BRM Services | X | 27,600.00 | 135,949.60 |
| Deposit | 04/24/2019 | | BRM Services | X | 9,000.00 | 144,949.60 |
| Deposit | 04/25/2019 | | Teledyne Brown En... | X | 29,083.90 | 174,033.50 |
| Deposit | 04/26/2019 | | Pearl Capital Business | X | 19,350.00 | 193,383.50 |
| Deposit | 04/26/2019 | | Travelers Property | X | 92,749.20 | 286,132.70 |
| Deposit | 04/29/2019 | | GPO | X | 8,860.16 | 294,992.86 |
| Deposit | 05/02/2019 | | GPO | X | 14,421.01 | 309,413.87 |
| Deposit | 05/10/2019 | | Teledyne Brown En... | X | 30,262.31 | 339,676.18 |
| Deposit | 05/29/2019 | | Teledyne Brown En... | X | 394.63 | 340,070.81 |
| Deposit | 05/30/2019 | | Teledyne Brown En... | X | 45,886.64 | 385,957.45 |
| **Total Deposits and Credits** | | | | | 385,957.45 | 385,957.45 |
| **Total Cleared Transactions** | | | | | -11,154.15 | -11,154.15 |
| **Cleared Balance** | | | | | -11,154.15 | 45,828.53 |
| **Register Balance as of 05/31/2019** | | | | | -11,154.15 | 45,828.53 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 06/04/2019 | | GPO | | 10,684.81 | 10,684.81 |
| **Total Deposits and Credits** | | | | | 10,684.81 | 10,684.81 |
| **Total New Transactions** | | | | | 10,684.81 | 10,684.81 |
| **Ending Balance** | | | | | -469.34 | 56,513.34 |

Case 18-82948-CRJ11    Doc 242    Filed 06/28/19    Entered 06/28/19 12:59:19    Desc
Main Document      Page 14 of 18

# Business Checking

PNC Bank

**PNC BANK**

For the Period 03/30/2019 to 04/30/2019

SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

Primary Account Number: ████4557
Page 1 of 4
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving? Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to
limited information about any of the linked accounts. This is true even if they are not a signer on the
linked account; also, any signer added later to one of the linked accounts will be able to see the limited
information. The limited information that may be available includes the existence of the account and
information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the
account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and
the total dollar amount of eligible monthly PNC business credit card(s) purchases.

### Be Alert for Fraudulent Communications

Emails, phone calls and text messages may seem like official PNC communications, but be careful: the message
could be an attempted scam or fraud designed to look like an official PNC communication. Tell-tale features,
hinting that the communication may be fake, are misspellings, grammatical errors, a sense of urgency, threats
with consequences, and requests for sensitive information. One way to possibly spot a fraudulent email is to
hover the cursor over the sender's email address, which should bring up a "mouseover" box containing the
sender's actual email address. To report an email or text scam, forward the email or take a picture of the
text and send it to abuse@pnc.com. To report a phone scam, please call us at 1-800-762-2035, select 1 for a
personal account or 2 for a business account, then select option 3. If you disclosed personal information,
immediately change your PNC Online Banking password and call us at 1-800-762-2035.

## Business Checking Summary

Sarai Services Group Inc

Account number: ████4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

# Business Checking

For the Period 03/30/2019 to 04/30/2019
Saral Services Group Inc
Primary Account Number: [redacted]4557
Page 2 of 4

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 56,982.68 | 294,992.86 | 198,655.22 | 153,320.32 |
| | | | Average ledger balance | Average collected balance |
| | | | 55,004.10 | 44,446.35 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 112,099.20 |
| ATM Deposits and Additions | 1 | 127.53 |
| ACH Additions | 6 | 92,981.13 |
| Other Additions | 7 | 89,785.00 |
| Total | 15 | 294,992.86 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 10 | 26,565.53 |
| Debit Card Purchases | 9 | 2,751.44 |
| POS Purchases | 2 | 312.07 |
| ATM/Misc. Debit Card Transactions | 5 | 1,469.99 |
| ACH Deductions | 1 | 491.25 |
| Service Charges and Fees | 1 | 237.50 |
| Other Deductions | 6 | 166,827.44 |
| Total | 34 | 198,655.22 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/30 | 56,982.68 | 04/09 | 32,965.57 | 04/19 | 33,717.78 |
| 04/01 | 56,745.18 | 04/10 | 13,581.50 | 04/22 | 13,817.73 |
| 04/02 | 101,050.31 | 04/11 | 39,886.36 | 04/23 | 13,473.16 |
| 04/03 | 34,600.09 | 04/12 | 39,559.50 | 04/24 | 3,998.26 |
| 04/04 | 34,218.29 | 04/15 | 39,494.10 | 04/25 | 33,082.16 |
| 04/05 | 39,403.29 | 04/16 | 43,196.18 | 04/26 | 144,966.70 |
| 04/08 | 38,337.36 | 04/17 | 34,068.65 | 04/29 | 153,320.32 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/26 | 112,099.20 | Deposit | 036009812 |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/17 | 127.53 | Debit Card Credit Staybridge Suites Nasa Webster Tx | 1257487005716658 7107 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 13,318.35 | Corporate ACH Gpo Treas 310 12608604000001 | 00019092006650120 |
| 04/02 | 10,986.78 | Corporate ACH Gpo Treas 310 12608604000001 | 00019092006650122 |
| 04/11 | 27,029.86 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019100010022897 |
| 04/16 | 3,702.08 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019105015866672 |
| 04/25 | 29,083.90 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019114010501403 |
| 04/29 | 8,860.16 | Corporate ACH Gpo Treas 310 12608604000001 | 00019119012617800 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 03/30/2019 to 04/30/2019
Sarai Services Group Inc
Primary Account Number: ████-4557
Page 3 of 4

Business Checking Account Number: ████-4557 - continued

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 20,000.00 | Online Transfer From ████4581 | SARAI SERVICES |
| 04/05 | 5,185.00 | Online Transfer From ████4549 | SARAI SERVICES |
| 04/17 | 27,600.00 | Online Transfer From ████4581 | SARAI SERVICES |
| 04/17 | 10,000.00 | Online Transfer From ████4493 | SARAI SERVICES |
| 04/17 | 13,000.00 | Online Transfer From ████4549 | SARAI SERVICES |
| 04/17 | 5,000.00 | Online Transfer From ████4493 | SARAI SERVICES |
| 04/24 | 9,000.00 | Online Transfer From ████4581 | SARAI SERVICES |

## Checks and Other Deductions

### Checks and Substitute Checks     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11 | 3026 * | 529.13 | 07241111 | 04/09 | 3030 | 64.79 | 07411746 | 04/22 | 3033 | 4,968.90 | 07707930 |
| 04/11 | 3027 | 141.88 | 07347484 | 04/09 | 3031 | 5,185.00 | 07073368 | 04/22 | 3034 | 14,941.15 | 07707928 |
| 04/08 | 3028 | 125.00 | 07617654 | 04/09 | 3032 | 122.00 | 07086441 | 04/24 | 3035 | 141.94 | 07121271 |
| 04/08 | 3029 | 361.74 | 07302049 | | | | | | | | |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/04 | 200.00 | 6587 Debit Card Purchase United  800-9322732 Tx | 233778700571665587094 |
| 04/04 | 181.80 | 6587 Debit Card Purchase United  800-9322732 Tx | 233778700571665587094 |
| 04/08 | 129.19 | 6587 Debit Card Purchase Hertz Rent-A-Car Hertz Ppay Ok | 429308700571665587097 |
| 04/10 | 1,092.00 | 6587 Debit Card Purchase Delta Air  Delta.Com C | 416078700571665587100 |
| 04/11 | 59.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 050728700571665587101 |
| 04/12 | 326.86 | 6587 Debit Card Purchase Staybridge Suites Nasa Webster Tx | 620748700571665587102 |
| 04/17 | 255.06 | 6587 Debit Card Purchase Staybridge Suites Nasa Webster Tx | 125758700571665587107 |
| 04/29 | 39.00 | 6587 Debit Card Purchase Halfpricesoft 502-2590936 Ky | 847058700571665587118 |
| 04/29 | 467.54 | 6587 Debit Card Purchase Vs *Wow! 855-4969929 | 847068700571665587118 |

### POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/10 | 97.41 | POS Purchase Office Depot 0 Huntsville Al | POS99999999 0366518 |
| 04/26 | 214.66 | POS Purchase Wal-Mart #375 Huntsville Al | POS03750007 0427359 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/10 | 229.57 | 6587 Recurring Debit Card Msft * E070080P3E 800-6427676 Wa | 416068700571665587100 |
| 04/10 | 479.60 | 6587 Recurring Debit Card Msft * E070080P1F 800-6427676 Wa | 416058700571665587100 |
| 04/15 | 65.40 | 6587 Recurring Debit Card Intuit *Quickbooks 800-4468848 Ca | 098408700571665587104 |
| 04/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 822978700571665587109 |
| 04/23 | 344.55 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 787968700571665587113 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 03/30/2019 to 04/30/2019
Saral Services Group Inc
Primary Account Number ▓▓▓▓4557
Page 4 of 4

Business Checking Account Number: ▓▓▓▓4557 - continued

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | 491.25 | Corporate ACH 8554969929 Wowl 4295566 | 00019093001582303 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/01 | 237.50 | Service Charge Period Ending 03/29/2019 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | 65,958.97 | Fed Wire Out 1943E2741686283M | W1943E2741686283M |
| 04/08 | 450.00 | Fed Wire Out 1948D43401NE0Ji4 | W1948D43401NE0Ji4 |
| 04/10 | 17,485.49 | Fed Wire Out 194Ae0145Rkc0T8X | W194AE0145RKC0T8X |
| 04/17 | 7,000.00 | Online Transfer To ▓▓▓▓4581 | BRM SERVICES00004345 |
| 04/17 | 57,600.00 | Fed Wire Out 194He4451N9E4V9K | W194HE4451N9E4V9K |
| 04/24 | 18,332.98 | Fed Wire Out 194OD5221Nvk7Fxr | W194OD5221NVK7FXR |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 20 | .00 | Included in Account |
| ACH Credits | 6 | .00 | Included in Account |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 10 | .00 | Included in Account |
| Deposited Item - Consolidated | 2 | .00 | Included in Account |
| Deposit Tickets Processed | 1 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |
| Cash Flow Insight Sync | 1 | 12.00 | |
| Cash Flow Insight Add Users | 1 | 2.00 | |
| Wire, Treasury Management Services | | 62.50 | |
| Pinacle Domestic Wire Transfer | | 62.50 | |
| Total For Services Used This Period | | 106.50 | |
| Total Service Charge | | 106.50 | |