## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group    CASE NO.: 18-82948        MONTH ENDING: 5/31/19

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES **x** NO____  All post petition business taxes have been paid/deposited and the deposit
slips are attached.

   YES____ NO **x**  All post petition individual taxes have been paid and the deposit slips are
attached.
                              N / A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2. YES **x** NO____  Adequate insurance on all assets/property including fire, theft, liability, collision
and casualty and workman's compensation (if applicable) is currently in full force
and effect.

   If no, enter:       TYPE_____not in force.

                       TYPE_____not in force.

3. YES **x** NO____  New books and records were opened and are being maintained daily.

4. YES **x** NO____  Copies of **all** banks statements and reconciliations are attached .

5. YES **x** NO____  I have otherwise complied with all requirements of the Chapter 11
Operating Order.

6. YES **x** NO____  All financial statements filed with the Bankruptcy Clerk's Office are
prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 26 Jun 19

Phone No. 256 348 3292

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

CHAPTER 11 OPERATING ORDER FORM    11/00        BUSINESS BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group   CASE NO.: 18-82948   MONTH ENDING: 5/31/19

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   (Circle One)   (Cash) |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) 153,320

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)  145,064

Cash Sales _____

Loan Proceeds from _____

Sale of Property _____
(Not in ordinary course of business)

Other Reimb. BRM  (80,484)
Unbilled WIP  (54,099)

C.  TOTAL RECEIPTS  10,481
(Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  117,972

E.  SURPLUS OR DEFICIT  (107,491)
(C minus D)

F.  CASH ON HAND (End)  45,829
(A plus E)

INCOME STATEMENT:

1. REVENUE FROM TOTAL SALES  $_____

2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)  SEE ATTACHED

3. EQUALS GROSS PROFIT (1 minus 2) _____

4. LESS OPERATING EXPENSES _____

5. EQUALS NET PROFIT OPERATIONS (3 minus 4) _____

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $_____

* Please itemize Cost of Sales and Expenses on a separate sheet of paper.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____   RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group   CASE NO.: 18-82948   MONTH ENDING: 5/31/19

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__ I.  **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.  **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.  Amount collected this month on accounts
       receivable charged and paid this month.       $ 145,064

    B.  Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                          $    -

    C.  TOTAL collected this month on accounts
       receivable.                                    $ 145,064

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| BRM Svcs | $ 80,484 | | | | $ 80,484 |
| Teledyne | 54,099 | | | | 54,099 |
| GSA | | | | 349,184 | 349,184 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 134,583 | | | 349,184 | $ 483,767 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____          _____
                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabel Services Group   CASE NO.: 18-82948   MONTH ENDING: 5/31/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.................................................$_____
ADVERTISING......................................................_____
AUTOMOBILES/VEHICLES (repairs & maintenance)....................._____
COMMISSIONS/CONTRACT LABOR......................................._____
INSURANCE (TOTAL)..............................................._____
   AUTO                  $_____
   LIABILITY               _____
   LIFE                    _____
   MEDICAL                 _____
   CASUALTY                _____
   FIRE & THEFT            _____
   WORKMAN'S COMP.         _____        SEE ATTACHED
   OTHER _____         _____
INTEREST PAID.................................................._____
INVENTORY PURCHASED............................................_____
LEGAL FEES....................................................._____
POSTAGE......................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE............................_____
REPAIRS & MAINTENANCE........................................._____
SALARIES/WAGES PAID..........................................._____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)].................._____
SUPPLIES (TOTAL)............................................._____
   OFFICE                $_____
   OPERATING               _____
TRAVEL & ENTERTAINMENT......................................._____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D) ]..................._____
UNSECURED LOAN PAYMENTS......................................_____
UTILITIES (TOTAL)..........................................._____
   ELECTRICITY           $_____
   GAS                     _____
   TELEPHONE               _____
   WATER                   _____
   OTHER _____         _____

OTHER BUSINESS DISBURSEMENTS    _____
(Specify)                       _____     $_____

TOTAL BUSINESS DISBURSEMENTS..................................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabel Services Group  CASE NO.: 18-82948    MONTH ENDING: 5/31/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
(Check, if true.)

2. _____ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____                    _____
                                               RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

---

### United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sagai Services Group   CASE NO.: 18-82948   MONTH ENDING: 5/31/19

**Attach to Business Form BA-02**
### BUSINESS DEBTOR'S TAX PAYMENTS

**A. WITHHELD TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| All Payroll Taxes Impounded & Paid by 3rd Party | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

**C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC.**
**INCLUDE TAXES DUE AND PAID QUARTERLY)**

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                              RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sabal Services Group_    CASE NO.: _18-82948_    MONTH ENDING: _5/31/19_

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4557 | 45,829 | 5/31 | Post |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1  (Name) _Calvin Mitchell (Est)_          $ _13,548_
Officer #2  (Name) _____          $ _____

Other Officer  (Name) _____          $ _____

Employees (Number) _@ 34 Inc P/R Tax_          $ _71,224_

Employees (Relatives) _____          $ _____

Name _Courtney Mitchell (Est)_          $ _4,500_

Name _James C. Mitchell (Est)_          $ _5,038_

### INVENTORY (IF APPLICABLE)

Inventory – Beginning of Month (COST)          $ _____
Inventory – Purchased this Month – CASH          $ _____
Inventory – Purchased this Month – CREDIT          $ _____

Inventory – End of Month (COST)          $ _____

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _____          _____
                    RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: Saraí Services Group    CASE NO. : 18-82948    MONTH ENDING: 5/31/19

**BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE**

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have
            been paid.  Therefore there are no post-petition accounts
            payable.

**** OR ****

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## Sarai Services Group, Inc.
## Balance Sheet - Ch.11 Report
### As of May 31, 2019

Cash Basis

|  | May 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 45,828.53 |
| **Total Checking/Savings** | 45,828.53 |
| **Accounts Receivable** | |
| Accounts Receivable | 349,184.00 |
| **Total Accounts Receivable** | 349,184.00 |
| **Other Current Assets** | |
| Loan to SIC | 110.00 |
| Unbilled WIP | 54,099.04 |
| **Total Other Current Assets** | 54,209.04 |
| **Total Current Assets** | 449,221.57 |
| **Fixed Assets** | |
| Accumulated Depreciation | -170,881.00 |
| Other Fixed Assets | 11,908.00 |
| Property and Equipment | 875,350.00 |
| **Total Fixed Assets** | 716,377.00 |
| **TOTAL ASSETS** | 1,165,598.57 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Loan from BRM Services (4581) | 119,115.83 |
| Loan from CM Holdings (4493) | 33,055.41 |
| Loan from SSGWWJV (4549) | 50,585.00 |
| Pre-Chapter 11 Payables | 2,329,834.00 |
| **Total Long Term Liabilities** | 2,532,590.24 |
| **Total Liabilities** | 2,532,590.24 |
| **Equity** | |
| Retained Earnings | -1,258,790.83 |
| Net Income | -108,200.84 |
| **Total Equity** | -1,366,991.67 |
| **TOTAL LIABILITIES & EQUITY** | 1,165,598.57 |

**No Assurance Provided**

**Sarai Services Group, Inc.**
**Profit & Loss - Ch.11 Report**
**May 2019**

Cash Basis

|  | May 19 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Sales | 145,063.63 |
| **Total Income** | 145,063.63 |
| **Gross Profit** | 145,063.63 |
| **Expense** |  |
| Advertising and Promotion | 175.00 |
| Bank Service Charges | 106.50 |
| Computer and Internet Expenses | 404.54 |
| Human Resources | 120.00 |
| Legal Fees | 18,520.00 |
| Office Supplies | 563.05 |
| Payroll Expenses | 94,310.20 |
| Software Expense | 1,118.86 |
| Travel Expense | 191.20 |
| Utilities | 2,320.67 |
| Waste Removal | 142.19 |
| **Total Expense** | 117,972.21 |
| **Net Ordinary Income** | 27,091.42 |
| **Net Income** | 27,091.42 |

**No Assurance Provided**

**Sarai Services Group, Inc.**
## Statement of Cash Flows - Ch.11 Report
**May 2019**

|  | May 19 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 27,091.42 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Unbilled WIP | -54,099.04 |
| **Net cash provided by Operating Activities** | -27,007.62 |
| **FINANCING ACTIVITIES** | |
| Loan from BRM Services (4581) | -80,484.17 |
| **Net cash provided by Financing Activities** | -80,484.17 |
| **Net cash increase for period** | -107,491.79 |
| **Cash at beginning of period** | 153,320.32 |
| **Cash at end of period** | 45,828.53 |

**No Assurance Provided**

12:07 PM

06/14/19

**Sarai Services Group, Inc.**
**Reconciliation Summary**
PNC Operating, Period Ending 05/31/2019

|  | May 31, 19 |
|---|---|
| Beginning Balance | 56,982.68 |
| Cleared Transactions |  |
| Checks and Payments - 58 items | -397,111.60 |
| Deposits and Credits - 20 items | 385,957.45 |
| **Total Cleared Transactions** | -11,154.15 |
| **Cleared Balance** | 45,828.53 |
| Register Balance as of 05/31/2019 | 45,828.53 |
| New Transactions |  |
| Deposits and Credits - 1 item | 10,684.81 |
| **Total New Transactions** | 10,684.81 |
| **Ending Balance** | 56,513.34 |

Case 18-82948-CRJ11   Doc 246   Filed 06/28/19   Entered 06/28/19 13:07:25   Desc
Main Document      Page 12 of 17

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 56,982.68 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 58 Items** | | | | | | |
| Check | 04/01/2019 | ACH | PNC | X | -237.50 | -237.50 |
| Check | 04/03/2019 | ACH | Oasis | X | -65,958.97 | -66,196.47 |
| Check | 04/03/2019 | ACH | Wow | X | -491.25 | -66,687.72 |
| Check | 04/04/2019 | ACH | United | X | -200.00 | -66,887.72 |
| Check | 04/04/2019 | ACH | United | X | -181.80 | -67,069.52 |
| Check | 04/08/2019 | Wire ... | Oasis | X | -450.00 | -67,519.52 |
| Check | 04/08/2019 | 3029 | ADS Security | X | -361.74 | -67,881.26 |
| Check | 04/08/2019 | ACH | Hertz Rental | X | -129.19 | -68,010.45 |
| Check | 04/08/2019 | 3028 | Voya | X | -125.00 | -68,135.45 |
| Check | 04/09/2019 | 3031 | Seaman Shinkunas ... | X | -5,185.00 | -73,320.45 |
| Check | 04/09/2019 | 3032 | Jessica Zeller | X | -122.00 | -73,442.45 |
| Check | 04/09/2019 | 3030 | Lioce Group | X | -64.79 | -73,507.24 |
| Check | 04/10/2019 | Wire ... | Oasis | X | -17,485.49 | -90,992.73 |
| Check | 04/10/2019 | ACH | Delta Air | X | -1,092.00 | -92,084.73 |
| Check | 04/10/2019 | ACH | Microsoft | X | -479.60 | -92,564.33 |
| Check | 04/10/2019 | ACH | Microsoft | X | -229.57 | -92,793.90 |
| Check | 04/10/2019 | ACH | Office Depot | X | -97.41 | -92,891.31 |
| Check | 04/11/2019 | 3026 | Goverment Publishi... | X | -523.13 | -93,414.44 |
| Check | 04/11/2019 | 3027 | Republic Services | X | -141.88 | -93,556.32 |
| Check | 04/11/2019 | ACH | Rightnetworks | X | -59.99 | -93,616.31 |
| Check | 04/12/2019 | ACH | Staybridge Suites | X | -326.86 | -93,943.17 |
| Check | 04/15/2019 | ACH | Intuit Quickbooks O... | X | -65.40 | -94,008.57 |
| Check | 04/17/2019 | Wire ... | Oasis | X | -57,600.00 | -151,608.57 |
| Check | 04/17/2019 | Transfer | BRM Services | X | -7,000.00 | -158,608.57 |
| Check | 04/17/2019 | ACH | Staybridge Suites | X | -255.06 | -158,863.63 |
| Check | 04/19/2019 | ACH | Adobe | X | -350.87 | -159,214.50 |
| Check | 04/22/2019 | 3034 | Sparkman Shepard ... | X | -14,941.15 | -174,155.65 |
| Check | 04/22/2019 | 3033 | Sparkman Shepard ... | X | -4,958.90 | -179,114.55 |
| Check | 04/23/2019 | ACH | Digium Cloud Servic... | X | -344.55 | -179,459.10 |
| Check | 04/24/2019 | Wire ... | Oasis | X | -18,332.98 | -197,792.08 |
| Check | 04/24/2019 | 3035 | ADT Securrty Services | X | -141.94 | -197,934.02 |
| Check | 04/26/2019 | ACH | WalMart | X | -214.66 | -198,148.68 |
| Check | 04/29/2019 | ACH | Wow | X | -467.54 | -198,616.22 |
| Check | 04/29/2019 | ACH | Halfpricesoft | X | -39.00 | -198,655.22 |
| Check | 05/01/2019 | Wire ... | Oasis | X | -53,800.00 | -252,455.22 |
| Check | 05/01/2019 | ACH | PNC | X | -106.50 | -252,561.72 |
| Check | 05/02/2019 | ACH | AUSA | X | -175.00 | -252,736.72 |
| Check | 05/07/2019 | 3181 | Sparkman Shepard ... | X | -5,525.00 | -258,261.72 |
| Check | 05/07/2019 | ACH | Sams Club | X | -111.44 | -258,373.16 |
| Check | 05/08/2019 | Wire ... | Oasis | X | -17,906.62 | -276,279.78 |
| Check | 05/09/2019 | ACH | Microsoft | X | -479.60 | -276,759.38 |
| Check | 05/09/2019 | ACH | Microsoft | X | -222.99 | -276,982.37 |
| Check | 05/13/2019 | 3036 | Huntsville Utilities | X | -2,320.67 | -279,303.04 |
| Check | 05/13/2019 | 3182 | Juan Espinoza | X | -387.75 | -279,690.79 |
| Check | 05/13/2019 | 3040 | Canon | X | -369.37 | -280,060.16 |
| Check | 05/13/2019 | ACH | Delta Air | X | -180.00 | -280,240.16 |
| Check | 05/13/2019 | ACH | Intuit Online Payroll | X | -65.40 | -280,305.56 |
| Check | 05/13/2019 | ACH | Rightnetworks | X | -59.99 | -280,365.55 |
| Check | 05/13/2019 | ACH | Delta Air | X | -11.20 | -280,376.75 |
| Check | 05/14/2019 | 3038 | Lioce Group | X | -82.24 | -280,458.99 |
| Check | 05/15/2019 | Wire ... | Oasis | X | -53,000.00 | -333,458.99 |
| Check | 05/15/2019 | 3183 | Sparkman Shepard ... | X | -7,792.25 | -341,251.24 |
| Check | 05/15/2019 | 3037 | Medcom | X | -120.00 | -341,371.24 |
| Check | 05/20/2019 | ACH | Adobe | X | -350.87 | -341,722.11 |
| Check | 05/20/2019 | 3039 | Republic Services | X | -142.19 | -341,864.30 |
| Check | 05/23/2019 | 3184 | Sparkman Shepard ... | X | -5,202.75 | -347,067.05 |
| Check | 05/23/2019 | ACH | Digium Cloud Servic... | X | -344.55 | -347,411.60 |
| Check | 05/30/2019 | Wire ... | Oasis | X | -49,700.00 | -397,111.60 |
| **Total Checks and Payments** | | | | | -397,111.60 | -397,111.60 |

Case 18-82948-CRJ11   Doc 246   Filed 06/28/19   Entered 06/28/19 13:07:25   Desc
Main Document     Page 13 of 17

**Sarai Services Group, Inc.**
**Reconciliation Detail**
PNC Operating, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 20 items** | | | | | | |
| Deposit | 04/02/2019 | | GPO | X | 10,986.78 | 10,986.78 |
| Deposit | 04/02/2019 | | GPO | X | 13,318.35 | 24,305.13 |
| Deposit | 04/02/2019 | | BRM Services | X | 20,000.00 | 44,305.13 |
| Deposit | 04/05/2019 | | SSGWWJV | X | 5,185.00 | 49,490.13 |
| Deposit | 04/11/2019 | | Teledyne Brown En... | X | 27,029.86 | 76,519.99 |
| Deposit | 04/16/2019 | | Teledyne Brown En... | X | 3,702.08 | 80,222.07 |
| Deposit | 04/17/2019 | | Staybridge Suites | X | 127.53 | 80,349.60 |
| Deposit | 04/17/2019 | | CM Holdings, LLC | X | 5,000.00 | 85,349.60 |
| Deposit | 04/17/2019 | | CM Holdings, LLC | X | 10,000.00 | 95,349.60 |
| Deposit | 04/17/2019 | | SSGWWJV | X | 13,000.00 | 108,349.60 |
| Deposit | 04/17/2019 | | BRM Services | X | 27,600.00 | 135,949.60 |
| Deposit | 04/24/2019 | | BRM Services | X | 9,000.00 | 144,949.60 |
| Deposit | 04/25/2019 | | Teledyne Brown En... | X | 29,083.90 | 174,033.50 |
| Deposit | 04/26/2019 | | Pearl Capital Business | X | 19,350.00 | 193,383.50 |
| Deposit | 04/26/2019 | | Travelers Property | X | 92,749.20 | 286,132.70 |
| Deposit | 04/29/2019 | | GPO | X | 8,860.16 | 294,992.86 |
| Deposit | 05/02/2019 | | GPO | X | 14,421.01 | 309,413.87 |
| Deposit | 05/10/2019 | | Teledyne Brown En... | X | 30,262.31 | 339,676.18 |
| Deposit | 05/29/2019 | | Teledyne Brown En... | X | 394.63 | 340,070.81 |
| Deposit | 05/30/2019 | | Teledyne Brown En... | X | 45,886.64 | 385,957.45 |
| | Total Deposits and Credits | | | | 385,957.45 | 385,957.45 |
| | Total Cleared Transactions | | | | -11,154.15 | -11,154.15 |
| **Cleared Balance** | | | | | -11,154.15 | 45,828.53 |
| **Register Balance as of 05/31/2019** | | | | | -11,154.15 | 45,828.53 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 06/04/2019 | | GPO | | 10,684.81 | 10,684.81 |
| | Total Deposits and Credits | | | | 10,684.81 | 10,684.81 |
| | Total New Transactions | | | | 10,684.81 | 10,684.81 |
| **Ending Balance** | | | | | -469.34 | 56,513.34 |

Case 18-82948-CRJ11    Doc 246    Filed 06/28/19    Entered 06/28/19 13:07:25    Desc
Main Document    Page 14 of 17

# Business Checking
PNC Bank

⌖ PNC BANK

SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

☎ For 24-hour banking sign on to
▣ PNC Bank Online Banking on pnc.com
   FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
   PO Box 609
   Pittsburgh, PA 15230-9738
▣ Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
   For hearing impaired clients only

---

IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

Be Alert for Fraudulent Communications

Emails, phone calls and text messages may seem like official PNC communications, but be careful: the message could be an attempted scam or fraud designed to look like an official PNC communication. Tell-tale features, hinting that the communication may be fake, are misspellings, grammatical errors, a sense of urgency, threats with consequences, and requests for sensitive information. One way to possibly spot a fraudulent email is to hover the cursor over the sender's email address, which should bring up a "mouseover" box containing the sender's actual email address. To report an email or text scam, forward the email or take a picture of the text and send it to abuse@pnc.com. To report a phone scam, please call us at 1-800-762-2035, select 1 for a personal account or 2 for a business account, then select option 3. If you disclosed personal information, immediately change your PNC Online Banking password and call us at 1-800-762-2035.

## Business Checking Summary
Sarai Services Group Inc

Account number: ■■■■■557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

# Business Checking

For 24-hour account information, sign-on to

pnc.com/cib/business/

Business Checking Account Number: ████-4557 - continued

For the Period 05/01/2019 to 05/31/2019
Sarai Services Group Inc
Primary Account Number: ████-4557
Page 2 of 3

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 153,320.32 | 90,964.59 | 198,456.38 | 45,828.53 |
| | | | Average ledger balance | Average collected balance |
| | | | 77,608.48 | 77,608.48 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 4 | 90,964.59 |
| **Total** | **4** | **90,964.59** |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 9 | 21,942.22 |
| Debit Card Purchases | 4 | 426.19 |
| POS Purchases | 1 | 111.44 |
| ATM/Misc. Debit Card Transactions | 5 | 1,463.41 |
| Service Charges and Fees | 1 | 106.50 |
| Other Deductions | 4 | 174,406.62 |
| **Total** | **24** | **198,456.38** |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 99,413.82 | 05/10 | 119,676.49 | 05/20 | 54,794.56 |
| 05/02 | 113,659.83 | 05/13 | 116,282.11 | 05/23 | 49,247.26 |
| 05/07 | 108,023.39 | 05/14 | 116,199.87 | 05/29 | 49,641.89 |
| 05/08 | 90,116.77 | 05/15 | 55,287.62 | 05/30 | 45,828.53 |
| 05/09 | 89,414.18 | | | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 14,421.01 | Corporate ACH Gpo Treas 310 12608604000001 | 00019122010313940 |
| 05/10 | 30,262.31 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019129006362428 |
| 05/29 | 394.63 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019148007332763 |
| 05/30 | 45,886.84 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019149014705417 |

### Checks and Other Deductions

#### Checks and Substitute Checks                  * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13 | 3036 * | 2,320.67 | 055850653 | 05/13 | 3040 | 369.37 | 075649150 | 05/15 | 3183 | 7,792.25 | L07561399 |
| 05/15 | 3037 | 120.00 | 071640787 | 05/07 | 3181 * | 5,525.00 | L277303951 | | Effective Date 05/14 | | |
| 05/14 | 3038 | 82.24 | 071465357 | | Effective Date 05/06 | | | 05/23 | 3184 | 5,202.75 | L07161384 |
| 05/20 | 3039 | 142.19 | 075692771 | 05/13 | 3182 | 387.75 | L07063477 | | Effective Date 05/22 | | |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 175.00 | 6587 Debit Card Purchase Ausa 800-3364570 VA | 9216387005716658 7122 |
| 05/13 | 59.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 8553787005716658 7132 |
| 05/13 | 180.00 | 6587 Debit Card Purchase Delta Air Delta.Com C | 0160987005716658 7133 |
| 05/13 | 11.20 | 6587 Debit Card Purchase Delta Air Delta.Com C | 0161087005716658 7133 |

Case 18-82948-CRJ11    Doc 246    Filed 06/28/19    Entered 06/28/19 13:07:25    Desc
Main Document       Page 16 of 17

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████-4557 - continued

For the Period 05/01/2019 to 05/31/2019
Saral Services Group Inc
Primary Account Number ████-4557
Page 3 of 3

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/07 | 111.44 | POS Purchase Sam's Club Huntsvillee | POS47760092 0373519 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/09 | 222.99 | 6587 Recurring Debit Card Msft * E070088Ezy 800-6427676 Wa | 5524187005716658712 9 |
| 05/09 | 479.60 | 6587 Recurring Debit Card Msft * E070068Fof 800-6427676 Wa | 5524087005716658712 9 |
| 05/13 | 65.40 | 6587 Recurring Debit Card Intuit *Quickbooks 800-4468848 Ca | 0161187005716658713 3 |
| 05/20 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 5917387005716658713 9 |
| 05/23 | 344.55 | 6587 Recurring Debit Card Diglum Cloud Services 256-4286000 Al | 8091187005716658714 3 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 106.50 | Service Charge Period Ending 04/30/2019 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 53,800.00 | Fed Wire Out 1951G28086Dt1Gqn | W1951G28086DT1GQN |
| 05/08 | 17,906.62 | Fed Wire Out 1958K20011Ur4Ck0 | W1958K20011UR4CK0 |
| 05/15 | 53,000.00 | Fed Wire Out 195Fk3501Ots0O9F | W195FK3501OTS0O9F |
| 05/30 | 49,700.00 | Fed Wire Out 195Uc25545Rza1Oz | W195UC25545RZA1OZ |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/03/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 13 | .00 | Included In Account |
| ACH Credits | 4 | .00 | Included In Account |
| Checks Paid | 9 | .00 | Included In Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included In Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |
| Cash Flow Insight Sync | 1 | 12.00 | |
| Cash Flow Insight Add Users | 1 | 2.00 | |
| Wire, Treasury Management Services | | 62.50 | |
| Pinacle Domestic Wire Transfer | | 62.50 | |
| Total For Services Used This Period | | 106.50 | |
| Total Service Charge | | 106.50 | |