## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _SSGWWJV_          CASE NO.: _18-82949_          MONTH ENDING: _5/31/19_

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _x_ NO ___  All post petition business taxes have been paid/deposited and the deposit
    slips are attached. _N/A_

    YES ___ NO _x_  All post petition individual taxes have been paid and the deposit slips are
    attached. _N/A_

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES ___ NO _x_  Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:     TYPE_____not in force.

    TYPE_____not in force.

3.  YES _x_ NO ___  New books and records were opened and are being maintained daily.

4.  YES _x_ NO ___  Copies of all banks statements and reconciliations are attached.

5.  YES _x_ NO ___  I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _x_ NO ___  All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _26 Jun 19_

_____ RESPONSIBLE PARTY

Phone No. _256 348 3242_

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWJV__          CASE NO.: __18-82949__          MONTH ENDING: __5/31/19__

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual  (Circle One)  (Cash) |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) __1913__

B.  RECEIPTS:

    Accounts Receivable from
    Form BA-02(A)-Line II(C)  _____

    Cash Sales  _____

    Loan Proceeds
    from_____

    Sale of Property  _____
    (Not in ordinary
    course of business)

    Other_____  _____

    _____  _____

C.  TOTAL RECEIPTS  __∅__
    (Total of B)

D.  BUSINESS DISBURSEMENTS
    FROM FORM BA-02(B)  __∅__

E.  SURPLUS OR DEFICIT  __∅__
    (C minus D)

F.  CASH ON HAND (End)  __1,913__
    (A plus E)

1.  REVENUE FROM TOTAL
    SALES              $_____

2.  LESS COST OF THOSE
    SALES
    (Cost of materials,
    Labor, etc.)

3.  EQUALS GROSS
    PROFIT (1 minus 2)  _____

4.  LESS OPERATING
    EXPENSES  _____

5.  EQUALS NET PROFIT
    OPERATIONS
    (3 minus 4)  _____

6.  NON-OPERATING
    INCOME/EXPENSES
    (LIST SPECIFIC
    INCOME/EXPENSES)

    _____  _____

    _____  _____

    _____  _____

7.  EQUALS NET PROFIT
    OR NET LOSS      $_____
    (5 plus or minus 6)

\* *Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

    _____
    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWIV__          CASE NO.: __18-82949__     MONTH ENDING: __5/31/19__

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

___I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.  Amount collected this month on accounts
       receivable charged and paid this month.          $_____

    B.  Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                             $_____

    C.  TOTAL collected this month on accounts
       receivable.                                      $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
| ____ | $ | | | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____                _____
                                           RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGW WJV__          CASE NO.: _18-82949_    MONTH ENDING: _5/31/19_

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES........................................$_____
ADVERTISING............................................  _____
AUTOMOBILES/VEHICLES (repairs & maintenance)...........  _____
COMMISSIONS/CONTRACT LABOR.............................  _____
INSURANCE (TOTAL)......................................  _____
     AUTO                $_____
     LIABILITY             _____
     LIFE                  _____
     MEDICAL               _____
     CASUALTY              _____
     FIRE & THEFT          _____        See Attached
     WORKMAN'S COMP.       _____
     OTHER _____        _____
INTEREST PAID..........................................  _____
INVENTORY PURCHASED....................................  _____
LEGAL FEES.............................................  _____
POSTAGE................................................  _____
RENT/LEASE PAYMENTS ON REAL ESTATE.....................  _____
REPAIRS & MAINTENANCE..................................  _____
SALARIES/WAGES PAID....................................  _____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)]...........  _____
SUPPLIES (TOTAL).......................................  _____
     OFFICE              $_____
     OPERATING            _____
TRAVEL & ENTERTAINMENT.................................  _____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)]..............  _____
UNSECURED LOAN PAYMENTS................................  _____
UTILITIES (TOTAL)......................................  _____
     ELECTRICITY        $_____
     GAS                  _____
     TELEPHONE            _____
     WATER                _____
     OTHER _____       _____

OTHER BUSINESS DISBURSEMENTS          _____
(Specify)                             _____    $_____

TOTAL BUSINESS DISBURSEMENTS........................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____                    _____
                                    RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(B)

CHAPTER 11 OPERATING ORDER FORM      11/00                    BUSINESS BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__     CASE NO.: __18-82949__     MONTH ENDING: __5/31/19__

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

### *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. _____ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____        _____
                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__        CASE NO.: __18-82949__     MONTH ENDING: __5/31/19__

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____                    _____
                                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SSGWWJV          CASE NO.: 18-82949     MONTH ENDING: 5/31/19

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4549 | 1,913 | 5/31 | Post |
| | | | | |
| | | | | |
| | | | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name)_____ | $_____ | |
| Officer #2    (Name)_____ | $_____ | |
| Other Officer  (Name)_____ | $_____ | |
| Employees (Number) _____ | $_____ | |
| Employees (Relatives) _____ | $_____ | |
| Name _____ | $_____ | |
| Name _____ | $_____ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory – Beginning of Month (COST) | $_____ |
| Inventory – Purchased this Month – CASH | $_____ |
| Inventory – Purchased this Month – CREDIT | $_____ |
| Inventory – End of Month (COST) | $_____ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
       creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                        RESPONSIBLE PARTY

CHAPTER 11 OPERATING ORDER FORM    11/00                    **BUSINESS BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: ___SSG WWJV___    CASE NO.: _18-82949_    MONTH ENDING: _5/31/19_

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**** OR ****

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

**SSGWWJV, LLC**
**Balance Sheet – Ch.11 Report**
**As of May 31, 2019**

Cash Basis

|  | May 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 1,913.15 |
| **Total Checking/Savings** | 1,913.15 |
| **Total Current Assets** | 1,913.15 |
| **Other Assets** | |
| Loans to SSG | 50,585.00 |
| **Total Other Assets** | 50,585.00 |
| **TOTAL ASSETS** | 52,498.15 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Pre-Chapter 11 Payables | 2,405,614.00 |
| **Total Long Term Liabilities** | 2,405,614.00 |
| **Total Liabilities** | 2,405,614.00 |
| **Equity** | |
| Opening Balance Equity | 469.49 |
| Retained Earnings | -2,405,614.00 |
| Net Income | 52,028.66 |
| **Total Equity** | -2,353,115.85 |
| **TOTAL LIABILITIES & EQUITY** | 52,498.15 |

**No Assurance Provided**

**SSGWWJV, LLC**
# Profit & Loss - Ch.11 Report
**May 2019**

|  | May 19 |
| --- | --- |
| Net Income | 0.00 |

No Assurance Provided

**SSGWWJV, LLC**
**Statement of Cash Flows - Ch.11 Report**
May 2019

| | May 19 |
|---|---|
| Cash at beginning of period | 1,913.15 |
| Cash at end of period | 1,913.15 |

No Assurance Provided

**SSGWWJV, LLC**
**Reconciliation Summary**
PNC Operating, Period Ending 05/31/2019

|  | May 31, 19 |
|---|---|
| Beginning Balance | 20,098.15 |
|   Cleared Transactions | |
|     Checks and Payments - 2 items | -18,185.00 |
|   Total Cleared Transactions | -18,185.00 |
| Cleared Balance | 1,913.15 |
| Register Balance as of 05/31/2019 | 1,913.15 |
| Ending Balance | 1,913.15 |

**SSGWWJV, LLC**
**Reconciliation Detail**
PNC Operating, Period Ending 05/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 20,098.15 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 2 items** | | | | | | |
| Check | 04/05/2019 | ACH | SSG | X | -5,185.00 | -5,185.00 |
| Check | 04/17/2019 | ACH | SSG | X | -13,000.00 | -18,185.00 |
|     Total Checks and Payments | | | | | -18,185.00 | -18,185.00 |
|   Total Cleared Transactions | | | | | -18,185.00 | -18,185.00 |
| **Cleared Balance** | | | | | -18,185.00 | 1,913.15 |
| **Register Balance as of 05/31/2019** | | | | | -18,185.00 | 1,913.15 |
| **Ending Balance** | | | | | -18,185.00 | 1,913.15 |

Case 18-82948-CRJ11    Doc 247    Filed 06/28/19    Entered 06/28/19 13:08:28    Desc
Main Document    Page 13 of 15

# Business Checking

<small>PNC Bank</small>

**⊗ PNC BANK**

For the Period 05/01/2019 to 05/31/2019

SARAI WW CONTRACTORS JV LLC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

Primary Account Number: ████4549
Page 1 of 2
Number of enclosures: 0

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
   FREE Online Bill Pay

   For customer service call 1-877-BUS-BNKG
   Monday - Friday: 7 AM - 10 PM ET
   Saturday & Sunday: 8 AM - 5 PM ET

   Para servicio en espanol, 1-877-BUS-BNKG

   **Moving?** Please contact your local branch

✉ Write to:  Customer Service
   PO Box 609
   Pittsburgh, PA 15230-9738
📧 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
   For hearing impaired clients only

---

IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

Be Alert for Fraudulent Communications

Emails, phone calls and text messages may seem like official PNC communications, but be careful: the message could be an attempted scam or fraud designed to look like an official PNC communication. Tell-tale features, hinting that the communication may be fake, are misspellings, grammatical errors, a sense of urgency, threats with consequences, and requests for sensitive information. One way to possibly spot a fraudulent email is to hover the cursor over the sender's email address, which should bring up a "mouseover" box containing the sender's actual email address. To report an email or text scam, forward the email or take a picture of the text and send it to abuse@pnc.com. To report a phone scam, please call us at 1-800-762-2035, select 1 for a personal account or 2 for a business account, then select option 3. If you disclosed personal information, immediately change your PNC Online Banking password and call us at 1-800-762-2035.

Sarai Ww Contractors Jv Llc

## Business Checking Summary
Account number: ████549

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

# Business Checking

📧 For 24-hour account information, sign-on to
      pnc.com/mybusiness/

For the Period 05/01/2019 to 05/31/2019
Saral Ww Contractors Jv Llc
Primary Account Number:████████-4549
Page 2 of 2

Business Checking Account Number:████████-4549 - continued

## Balance Summary

|  | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
|  | 1,913.15 | .00 | .00 | 1,913.15 |

|  |  |  | Average ledger balance | Average collected balance |
|---|---|---|---|---|
|  |  |  | 1,913.15 | 1,913.15 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Total | 0 | .00 | Total | 0 | .00 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/03/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |