## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948    MONTH ENDING: 6/30/19

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _x_ NO____  All post petition business taxes have been paid/deposited and the deposit
    slips are attached.

    YES____ NO _x_  All post petition individual taxes have been paid and the deposit slips are
    attached.
                    N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES _x_ NO____  Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:    TYPE_____not in force.

                     TYPE_____not in force.

3.  YES _x_ NO____  New books and records were opened and are being maintained daily.

4.  YES _x_ NO____  Copies of _all_ banks statements and reconciliations are attached.

5.  YES _x_ NO____  I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _x_ NO____  All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____

_____
RESPONSIBLE PARTY

Phone No._____

Bankruptcy Administrator Form - Business BA-01

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Services Group_     CASE NO.: _18-82948_     MONTH ENDING: _6/30/19_

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual    (Circle One)    (Cash) |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A. CASH ON HAND (Beginning) _45,829_

B. RECEIPTS:

   Accounts Receivable from Form BA-02(A)-Line II(C) _55,566_

   Cash Sales       _–_

   Loan Proceeds from_____

   Sale of Property (Not in ordinary course of business)

   Other _Unbilled WIP_    _23,412_

       _BRM Loan_    _(19,003)_

C. TOTAL RECEIPTS _59,975_
   (Total of B)

D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) _63,309_

E. SURPLUS OR DEFICIT _(3,335)_
   (C minus D)

F. CASH ON HAND (End) _42,494_
   (A plus E)

**INCOME STATEMENT**

1. REVENUE FROM TOTAL SALES    $_____

2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)    _____

3. EQUALS GROSS PROFIT (1 minus 2)    _____

4. LESS OPERATING EXPENSES    _____

5. EQUALS NET PROFIT OPERATIONS (3 minus 4)    _____

6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

    _See Attached_ _____

    _____

    _____

7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)    $_____

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____      _____
                                  RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group    CASE NO.: 18-82948    MONTH ENDING: 6/30/19

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

_I. NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II. COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

   A. Amount collected this month on accounts receivable charged and paid this month.     $_____

   B. Amount collected this month on accounts receivable charged in prior months and paid this month.     $ 55,566

   C. TOTAL collected this month on accounts receivable.     $ 55,566

III. PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Teledyne | $28,720 | | | | $28,720 |
| GPO | 2,710 | | | | 2,710 |
| DFAS-Cleveland | 42,076 | | | | 42,076 |
| GSA | | | | 262,815 | 262,815 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $ 73,506 | | | 262,815 | $ 336,321 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____    _____ RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

CHAPTER 11 OPERATING ORDER FORM     11/00                    BUSINESS  BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948   MONTH ENDING: 6/30/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES.................................................$_____
ADVERTISING...................................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)..........._____
COMMISSIONS/CONTRACT LABOR................................_____
INSURANCE (TOTAL).............................................._____
    AUTO                    $_____
    LIABILITY               _____
    LIFE                    _____
    MEDICAL                 _____
    CASUALTY                _____          See Attached
    FIRE & THEFT            _____
    WORKMAN'S COMP.         _____
    OTHER _____        _____
INTEREST PAID.................................................._____
INVENTORY PURCHASED............................................_____
LEGAL FEES....................................................._____
POSTAGE........................................................_____
RENT/LEASE PAYMENTS ON REAL ESTATE............................._____
REPAIRS & MAINTENANCE.........................................._____
SALARIES/WAGES PAID............................................_____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]...................._____
SUPPLIES (TOTAL)..............................................._____
    OFFICE                  $_____
    OPERATING               _____
TRAVEL & ENTERTAINMENT........................................._____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]......................._____
UNSECURED LOAN PAYMENTS........................................_____
UTILITIES (TOTAL).............................................._____
    ELECTRICITY             $_____
    GAS                     _____
    TELEPHONE               _____
    WATER                   _____
    OTHER _____        _____

OTHER BUSINESS DISBURSEMENTS    _____
(Specify)                       _____        $_____

**TOTAL BUSINESS DISBURSEMENTS**.........................$_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____              _____
                                RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948     MONTH ENDING: 6/30/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)

2. __x__ No secured loan payments have been paid during this month. (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                     RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948      MONTH ENDING: 6/30/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| N/A | | ALL TAXES ARE IMPOUNDED | | | |
| | | PAID BY PAYROLL PROCESSOR | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| N/A | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                     RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02 (D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948   MONTH ENDING: 6/30/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4557 | 42,494 | 6/30 | Post |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) CALVIN MITCHELL (EST) | $ | 13,548 |
| Officer #2   (Name)_____ | $ | |
| Other Officer   (Name)_____ | $ | |
| Employees (Number) @ 12 INC. P/R TAX (EST) | $ | 39,809 |
| Employees (Relatives) _____ | $ | |
| Name COURTNEY MITCHELL (EST) | $ | 4,500 |
| Name JAMES C. MITCHELL (EST) | $ | 5,038 |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $_____ |
| Inventory - Purchased this Month - CASH | $_____ |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $_____ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  | N/A |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____        _____
                          RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sagai Services Group    CASE NO.: 18-82948    MONTH ENDING: 6/30/19

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__x__  A.  All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____  B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____        _____
                            RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Sarai Services Group, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 06/28/2019

|  | Jun 28, 19 |
|---|---|
| **Beginning Balance** | 45,828.53 |
| **Cleared Transactions** | |
| Checks and Payments - 15 items | -86,445.51 |
| Deposits and Credits - 6 items | 83,110.73 |
| **Total Cleared Transactions** | -3,334.78 |
| **Cleared Balance** | 42,493.75 |
| **Register Balance as of 06/28/2019** | 42,493.75 |
| **Ending Balance** | 42,493.75 |

Case 18-82948-CRJ11    Doc 270    Filed 08/06/19    Entered 08/06/19 08:48:31    Desc
Main Document      Page 9 of 18

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 06/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 45,828.53 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Check | 06/03/2019 | 3185 | Huntsville Utilities | X | -1,418.78 | -1,418.78 |
| Check | 06/03/2019 | ACH | PNC | X | -106.50 | -1,525.28 |
| Check | 06/07/2019 | 3186 | Cooks Pest Control | X | -130.00 | -1,655.28 |
| Check | 06/10/2019 | Debit | Wow | X | -933.96 | -2,589.24 |
| Check | 06/10/2019 | Debit | Microsoft | X | -479.60 | -3,068.84 |
| Check | 06/10/2019 | Debit | USPS | X | -234.00 | -3,302.84 |
| Check | 06/10/2019 | Debit | Microsoft | X | -223.86 | -3,526.70 |
| Check | 06/10/2019 | 3187 | Jermiah Ardis | X | -200.00 | -3,726.70 |
| Check | 06/10/2019 | Debit | Rightnetworks | X | -59.99 | -3,786.69 |
| Check | 06/13/2019 | Wire | Oasis | X | -39,900.00 | -43,686.69 |
| Check | 06/13/2019 | Wire | Oasis | X | -1,000.00 | -44,686.69 |
| Check | 06/13/2019 | Debit | Intuit Quickbooks O... | X | -65.40 | -44,752.09 |
| Check | 06/19/2019 | Debit | Adobe | X | -350.87 | -45,102.96 |
| Check | 06/25/2019 | Debit | Digium Cloud Servic... | X | -344.55 | -45,447.51 |
| Check | 06/27/2019 | Wire | Oasis | X | -40,998.00 | -86,445.51 |
| | | **Total Checks and Payments** | | | -86,445.51 | -86,445.51 |
| | | | | | | |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 06/03/2019 | | | X | 4,132.63 | 4,132.63 |
| Deposit | 06/04/2019 | "0001... | GPO | X | 10,684.81 | 14,817.44 |
| Deposit | 06/18/2019 | "0001... | Teledyne Brown En... | X | 28,899.84 | 43,717.28 |
| Deposit | 06/27/2019 | "0001... | GPO | X | 6,157.80 | 49,875.08 |
| Deposit | 06/27/2019 | "0001... | GPO | X | 8,036.45 | 57,911.53 |
| Deposit | 06/27/2019 | "0001... | Teledyne Brown En... | X | 25,199.20 | 83,110.73 |
| | | **Total Deposits and Credits** | | | 83,110.73 | 83,110.73 |
| | | **Total Cleared Transactions** | | | -3,334.78 | -3,334.78 |
| | | **Cleared Balance** | | | -3,334.78 | 42,493.75 |
| | | **Register Balance as of 06/28/2019** | | | -3,334.78 | 42,493.75 |
| | | **Ending Balance** | | | **-3,334.78** | **42,493.75** |

Case 18-82948-CRJ11    Doc 270    Filed 08/06/19    Entered 08/06/19 08:48:31    Desc
Main Document      Page 10 of 18

## Sarai Services Group, Inc.
## Balance Sheet
### As of June 30, 2019

Cash Basis

|  | Jun 30, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 42,493.75 |
| **Total Checking/Savings** | 42,493.75 |
| **Accounts Receivable** | |
| Accounts Receivable | 349,184.00 |
| **Total Accounts Receivable** | 349,184.00 |
| **Other Current Assets** | |
| Loan to SIC | 110.00 |
| Unbilled WIP | 30,686.79 |
| **Total Other Current Assets** | 30,796.79 |
| **Total Current Assets** | 422,474.54 |
| **Fixed Assets** | |
| Accumulated Depreciation | -170,881.00 |
| Other Fixed Assets | 11,908.00 |
| Property and Equipment | 875,350.00 |
| **Total Fixed Assets** | 716,377.00 |
| **TOTAL ASSETS** | **1,138,851.54** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Loan from BRM Services (4581) | 100,112.43 |
| Loan from CM Holdings (4493) | 33,055.41 |
| Loan from SSGWWJV (4549) | 50,585.00 |
| Pre-Chapter 11 Payables | 2,329,834.00 |
| **Total Long Term Liabilities** | 2,513,586.84 |
| **Total Liabilities** | 2,513,586.84 |
| **Equity** | |
| Retained Earnings | -1,258,790.83 |
| Net Income | -115,944.47 |
| **Total Equity** | -1,374,735.30 |
| **TOTAL LIABILITIES & EQUITY** | **1,138,851.54** |

No Assurance Provided

## Sarai Services Group, Inc.
## Profit & Loss
### June 2019

Cash Basis

|  | Jun 19 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| Sales | 55,565.85 |
| **Total Income** | 55,565.85 |
| **Gross Profit** | 55,565.85 |
| Expense | |
| Bank Service Charges | 106.50 |
| Computer and Internet Expenses | 1,338.50 |
| Payroll Expenses | 62,894.60 |
| Postage and Shipping | 234.00 |
| Professional Fees | 130.00 |
| Retirement Expense | -4,132.63 |
| Software Expense | 1,119.73 |
| Travel Expense | 200.00 |
| Utilities | 1,418.78 |
| **Total Expense** | 63,309.48 |
| **Net Ordinary Income** | -7,743.63 |
| **Net Income** | -7,743.63 |

No Assurance Provided

**Sarai Services Group, Inc.**
# Profit & Loss
**April through June 2019**

Cash Basis

|  | Apr - Jun 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 293,610.61 |
| **Total Income** | 293,610.61 |
| **Gross Profit** | 293,610.61 |
| **Expense** | |
| Accounting Fees | 5,185.00 |
| Advertising and Promotion | 175.00 |
| Bank Service Charges | 450.50 |
| Computer and Internet Expenses | 3,106.37 |
| Human Resources | 120.00 |
| Legal Fees | 38,420.05 |
| Office Supplies | 939.91 |
| Payroll Expenses | 317,071.24 |
| Postage and Shipping | 234.00 |
| Professional Fees | 653.13 |
| Retirement Expense | -4,007.63 |
| Security Expense | 503.68 |
| Software Expense | 3,364.03 |
| Travel Expense | 2,570.58 |
| Utilities | 3,739.45 |
| Waste Removal | 284.07 |
| **Total Expense** | 372,809.38 |
| **Net Ordinary Income** | -79,198.77 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | 112,099.20 |
| **Total Other Income** | 112,099.20 |
| **Net Other Income** | 112,099.20 |
| **Net Income** | **32,900.43** |

No Assurance Provided

**Sarai Services Group, Inc.**
# Statement of Cash Flows - Ch.11 Report
### June 2019

| | Jun 19 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -7,743.63 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Unbilled WIP | 23,412.25 |
| Net cash provided by Operating Activities | 15,668.62 |
| **FINANCING ACTIVITIES** | |
| Loan from BRM Services (4581) | -19,003.40 |
| Net cash provided by Financing Activities | -19,003.40 |
| Net cash increase for period | -3,334.78 |
| Cash at beginning of period | 45,828.53 |
| Cash at end of period | 42,493.75 |

No Assurance Provided

## Sarai Services Group, Inc.
## Statement of Cash Flows - Ch.11 Report
### April through June 2019

|  | Apr - Jun 19 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 32,900.43 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Unbilled WIP | -30,686.79 |
| **Net cash provided by Operating Activities** | 2,213.64 |
| **FINANCING ACTIVITIES** |  |
| Loan from BRM Services (4581) | -49,887.57 |
| Loan from CM Holdings (4493) | 15,000.00 |
| Loan from SSGWWJV (4549) | 18,185.00 |
| **Net cash provided by Financing Activities** | -16,702.57 |
| **Net cash increase for period** | -14,488.93 |
| **Cash at beginning of period** | 56,982.68 |
| **Cash at end of period** | **42,493.75** |

**No Assurance Provided**

# Business Checking

 **PNC BANK**

For the Period 06/01/2019 to 06/28/2019

Primary Account Number: ■■■■-4557
Page 1 of 3
Number of enclosures: 0

SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
    FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
    PO Box 609
    Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
    For hearing impaired clients only

---

## Be Alert for Fraudulent Communications

Emails, phone calls and text messages may seem like official PNC communications, but be careful: the message could be an attempted scam or fraud designed to look like an official PNC communication. Tell-tale features, hinting that the communication may be fake, are misspellings, grammatical errors, a sense of urgency, threats with consequences, and requests for sensitive information. One way to possibly spot a fraudulent email is to hover the cursor over the sender's email address, which should bring up a "mouseover" box containing the sender's actual email address. To report an email or text scam, forward the email or take a picture of the text and send it to abuse@pnc.com. To report a phone scam, please call us at 1-800-762-2035, select 1 for a personal account or 2 for a business account, then select option 3. If you disclosed personal information, immediately change your PNC Online Banking password and call us at 1-800-762-2035.

Sarai Services Group Inc

## Business Checking Summary

Account number: ■■■■-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 45,828.53 | 83,110.73 | 86,445.51 | 42,493.75 |
| | | | Average ledger balance | Average collected balance |
| | | | 44,188.55 | 44,044.55 |

---

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 4,132.63 | Checks | 3 | 1,748.78 |
| ACH Additions | 5 | 78,978.10 | Debit Card Purchases | 3 | 1,227.95 |
| | | | ATM/Misc. Debit Card Transactions | 5 | 1,464.28 |
| | | | Service Charges and Fees | 1 | 106.50 |
| | | | Other Deductions | 3 | 81,898.00 |
| Total | 6 | 83,110.73 | Total | 15 | 86,445.51 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2019 to 08/28/2019
Saral Services Group Inc
Primary Account Number: ████-4557

Business Checking Account Number ████-4557 - continued
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 45,828.53 | 06/11 | 57,189.28 | 06/20 | 44,572.85 |
| 06/03 | 49,854.66 | 06/13 | 16,223.88 | 06/24 | 44,442.85 |
| 06/04 | 60,539.47 | 06/18 | 45,123.72 | 06/25 | 44,098.30 |
| 06/07 | 59,120.69 | 06/19 | 44,772.85 | 06/27 | 42,493.75 |
| 06/10 | 57,483.27 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 4,132.63 | Deposit | 034744817 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/04 | 10,684.81 | Corporate ACH Gpo Treas 310 12608604000001 | 00019155002172919 |
| 06/18 | 28,899.84 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019168010403945 |
| 06/27 | 25,199.20 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019177014805113 |
| 06/27 | 8,036.45 | Corporate ACH Gpo Treas 310 12608604000001 | 00019177014852159 |
| 06/27 | 6,157.80 | Corporate ACH Gpo Treas 310 12608604000001 | 00019177014852157 |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07 | 3185 * Effective Date 06/06 | 1,418.78 | L054614316 | 06/24 | 3186 Effective Date 06/21 | 130.00 | L072060734 | 06/20 | 3187 Effective Date 06/19 | 200.00 | L077864434 |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/10 | 933.96 | 6587 Debit Card Purchase Vs *Wow! 855-4969929 | 8619787005716658716o |
| 06/11 | 59.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 72124870057166587162 |
| 06/11 | 234.00 | 6587 Debit Card Purchase USPS PO 0142460804 Huntsville Al | 72125870057166587162 |

#### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/10 | 223.86 | 6587 Recurring Debit Card Msft * E07008G9Eo 800-6427676 Wa | 86196870057166587160 |
| 06/10 | 479.60 | 6587 Recurring Debit Card Msft * E07008Gal4 800-6427676 Wa | 86195870057166587160 |
| 06/13 | 65.40 | 6587 Recurring Debit Card Intuit *Quickbooks 800-4468848 Ca | 39875870057166587164 |
| 06/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 19439870057166587170 |
| 06/25 | 344.55 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 07662870057166587176 |

# Business Checking

For the Period 06/01/2019 to 06/28/2019
Sarai Services Group Inc
Primary Account Number: ████-4557
Page 3 of 3

Business Checking Account Number ████-4557 - continued

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 106.50 | Service Charge Period Ending 05/31/2019 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/13 | 39,900.00 | Fed Wire Out 196D91524Q0G4Xlz | W196D91524Q0G4XIZ |
| 06/13 | 1,000.00 | Fed Wire Out 196DD2707Eoh3lgm | W196DD2707EOH3IGM |
| 06/27 | 40,998.00 | Fed Wire Out 196Re1925llp8B85 | W196RE1925ILP8B85 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/28/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 10 | .00 | Included in Account |
| ACH Credits | 5 | .00 | Included in Account |
| Checks Paid | 3 | .00 | Included in Account |
| Deposited Item - Consolidated | 1 | .00 | Included in Account |
| Deposit Tickets Processed | 1 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |
| Cash Flow Insight Sync | 1 | 12.00 | |
| Cash Flow Insight Add Users | 1 | 2.00 | |
| Image Unassisted View Deposit Item | 3 | 9.00 | |
| Wire, Treasury Management Services | | 50.00 | |
| Pinacle Domestic Wire Transfer | | 50.00 | |
| Total For Services Used This Period | | 103.00 | |
| Total Service Charge | | 103.00 | |