# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: SARAI SERVICES GROUP, INC.[1] | Case No.: 18-82948-CRJ-11 |
| EIN: xx-xxx2969 | |
| Debtor. | CHAPTER 11 |

## DEBTOR'S THIRD AND FINAL MOTION TO DETERMINE ADEQUATE PROTECTION TO SECURED CREDITOR

COMES NOW, CM Holding, Inc. (the "Debtor"), and shows unto this Honorable Court the following:

### Background

1. On October 3, 2018, the Debtor commenced with this Court a voluntary case under Chapter 11 of Title 11, United States Code.

2. This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relevant Facts

3. On March 4, 2019 and July 18, 2019 this Court approved the Debtor's first and second motions, respectively, to determine adequate protection to creditor National Bank of Commerce, or its successors in interest (the "Bank"). Pursuant to those orders, the Debtor made monthly payments of $4,500.00 to the Bank to protect this creditor's interest in the Debtor's collateral property.

4. The Debtor has filed a disclosure statement and plan of reorganization that are now pending before this Court.

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

5. The Debtor seeks continued authority to make the same adequate protection payment amounts to the Bank until this Court confirms a plan of reorganization or this case is resolved by other action.

6. No other creditors have a secured interest in the Debtor's real property.

### Relief Requested

7. The Debtor seeks a determination from this Court that three additional monthly payments of $4,500.00 per month constitutes sufficient adequate protection to the Bank for its secured interest in the Debtor's collateral.

8. The Bank's claim will accrue interest at its contract rate, along with related expenses contractually agreed to between the Debtor and NBC, during the pendency of this case.

WHEREFORE, premises considered, the Debtor respectfully requests that this Court enter an Order: determining that, pursuant to 11 U.S.C. § 361, monthly payments of $4,500.00 to the Bank constitutes sufficient adequate protection to protect this creditor's interest in the Debtor's collateral property; and granting such further relief as this Court deems just and proper.

Respectfully submitted this the 11th day of September, 2019.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
ty@ssmattorneys.com

### CERTIFICATE OF SERVICE

This is to certify that this the 11th day of September, 2019, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and the Office of the Bankruptcy Administrator by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV