## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: ~~Sabal Services Group~~     CASE NO.: 18-82948     MONTH ENDING: 7/31/19

### Operating reports are to be filed monthly, in duplicate, with the
### Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.   YES **x** NO_____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES____ NO **x**   All post petition individual taxes have been paid and the deposit slips are attached.

   N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.   YES **x** NO_____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____not in force.

               TYPE_____not in force.

3.   YES **x** NO_____   New books and records were opened and are being maintained daily.

4.   YES **x** NO_____   Copies of _all_ banks statements and reconciliations are attached.

5.   YES **x** NO_____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.   YES **x** NO_____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Sept 19

Phone No. _____     RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group      CASE NO.: 18-82948      MONTH ENDING: 7/31/19

### Attach Business Forms BA-02(A-D)
# BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   ~~Cash~~ |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) 42,494

B.   RECEIPTS:

   Accounts Receivable from Form BA-02(A)-Line II(C)   74,993

   Cash Sales   _____

   Loan Proceeds from_____   _____

   Sale of Property (Not in ordinary course of business)   _____

   Other Reimb BRM *   5,000

   _Loan from CMH_ *   (5,000)

C.   TOTAL RECEIPTS   74,993
   (Total of B)

D.   BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   111,529

E.   SURPLUS OR DEFICIT   (36,536)
   (C minus D)

F.   CASH ON HAND (End)   5,957
   (A plus E)
   * Related Parties

INCOME STATEMENT

1.   REVENUE FROM TOTAL SALES   $_____

2.   LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)   _____

3.   EQUALS GROSS PROFIT (1 minus 2)   _____

4.   LESS OPERATING EXPENSES   _____

5.   EQUALS NET PROFIT OPERATIONS (3 minus 4)   _____

6.   NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

   _See Attached_   _____

   _____   _____

7.   EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $_____

\* *Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group    CASE NO.: 18-82948    MONTH ENDING: 7/31/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.  NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.  Amount collected this month on accounts receivable charged and paid this month.  $ 74,993

    B.  Amount collected this month on accounts receivable charged in prior months and paid this month.  $ 0

    C.  TOTAL collected this month on accounts receivable.  $ 74,993

III.  PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
| GSA | $ – | – | – | 262,815 | $ 262,815 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $ – | – | – | 262,815 | $ 262,815 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group    CASE NO.: 18-82948    MONTH ENDING: 7/31/19

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES....................................$_____
ADVERTISING........................................_____
AUTOMOBILES/VEHICLES (repairs & maintenance)......._____
COMMISSIONS/CONTRACT LABOR........................._____
INSURANCE (TOTAL)................................._____
    AUTO                $_____
    LIABILITY            _____
    LIFE                 _____
    MEDICAL              _____
    CASUALTY             _____                SEE ATTACHED
    FIRE & THEFT         _____
    WORKMAN'S COMP.      _____
    OTHER _____       _____
INTEREST PAID....................................._____
INVENTORY PURCHASED......................................_____
LEGAL FEES.............................................._____
POSTAGE................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE....................._____
REPAIRS & MAINTENANCE.................................._____
SALARIES/WAGES PAID...................................._____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)]..........._____
SUPPLIES (TOTAL)......................................._____
    OFFICE              $_____
    OPERATING            _____
TRAVEL & ENTERTAINMENT................................_____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)]............._____
UNSECURED LOAN PAYMENTS..............................._____
UTILITIES (TOTAL)....................................._____
    ELECTRICITY         $_____
    GAS                  _____
    TELEPHONE            _____
    WATER                _____
    OTHER _____      _____

OTHER BUSINESS DISBURSEMENTS         _____
(Specify)                            _____        $_____

TOTAL BUSINESS DISBURSEMENTS........................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____            _____
                               RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

CHAPTER 11 OPERATING ORDER FORM    11/00                    BUSINESS BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948   MONTH ENDING: 7/31/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month
        (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
        (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                     RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Services Group_    CASE NO.: _18-82948_    MONTH ENDING: _7/31/19_

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| ALL PAYROLL TAXES PAID BY IMPOUNDING | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948   MONTH ENDING: 7/31/19

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4557 | 5,957.93 | 7/31/19 | Post |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name) CALVIN MITCHELL | $ | 13,548 |
| Officer #2   (Name) | $ | |
| Other Officer   (Name) | $ | |
| Employees (Number) @ 12 INC. P/R TAX | $ | 36,809 |
| Employees (Relatives) | $ | |
| Name COURTNEY MITCHELL | $ | 4,500 |
| Name JAMES C. MITCHELL | $ | 5,038 |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                        RESPONSIBLE PARTY

CHAPTER 11 OPERATING ORDER FORM      11/00                    BUSINESS BA-03(A)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948   MONTH ENDING:_____

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_X_ A. All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Sarai Services Group, Inc.
## Balance Sheet
### As of July 31, 2019

|  | Jul 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 5,957.02 |
| **Total Checking/Savings** | 5,957.02 |
| **Accounts Receivable** | |
| Accounts Receivable | 349,184.00 |
| **Total Accounts Receivable** | 349,184.00 |
| **Other Current Assets** | |
| Loan to SIC | 110.00 |
| **Total Other Current Assets** | 110.00 |
| **Total Current Assets** | 355,251.02 |
| **Fixed Assets** | |
| Accumulated Depreciation | -170,881.00 |
| Other Fixed Assets | 11,908.00 |
| Property and Equipment | 875,350.00 |
| **Total Fixed Assets** | 716,377.00 |
| **TOTAL ASSETS** | 1,071,628.02 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Loan from CM Holdings (4493) | 38,055.41 |
| Loan from SSGWWJV (4549) | 50,585.00 |
| Pre-Chapter 11 Payables | 2,329,834.00 |
| **Total Long Term Liabilities** | 2,418,474.41 |
| **Total Liabilities** | 2,418,474.41 |
| **Equity** | |
| Retained Earnings | -1,258,790.83 |
| Net Income | -88,055.56 |
| **Total Equity** | -1,346,846.39 |
| **TOTAL LIABILITIES & EQUITY** | 1,071,628.02 |

No Assurance Provided

## Sarai Services Group, Inc.
## Profit & Loss
### July 2019

Cash Basis

|  | Jul 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 44,305.89 |
| **Total Income** | 44,305.89 |
| **Gross Profit** | 44,305.89 |
| **Expense** | |
| Bank Service Charges | 103.00 |
| Computer and Internet Expenses | 1,266.26 |
| Insurance Expense | 4,883.14 |
| Office Supplies | 103.49 |
| Payroll Expenses | 59,748.19 |
| Security Expense | 361.74 |
| Software Expense | 1,486.38 |
| Supplies Expense | 38,220.00 |
| Utilities | 5,214.63 |
| Waste Removal | 142.58 |
| **Total Expense** | 111,529.41 |
| **Net Ordinary Income** | -67,223.52 |
| **Net Income** | -67,223.52 |

No Assurance Provided

# Sarai Services Group, Inc.
## Statement of Cash Flows
### July 2019

|                                                                    | Jul 19     |
| ------------------------------------------------------------------ | ---------- |
| **OPERATING ACTIVITIES**                                           |            |
| Net Income                                                         | -67,223.52 |
| Adjustments to reconcile Net Income                                |            |
| to net cash provided by operations:                                |            |
| Unbilled WIP                                                       | 30,686.79  |
| **Net cash provided by Operating Activities**                      | -36,536.73 |
| **FINANCING ACTIVITIES**                                           |            |
| Loan from BRM Services (4581)                                      | -5,000.00  |
| Loan from CM Holdings (4493)                                       | 5,000.00   |
| **Net cash provided by Financing Activities**                      | 0.00       |
| Net cash increase for period                                       | -36,536.73 |
| Cash at beginning of period                                        | 42,493.75  |
| Cash at end of period                                              | 5,957.02   |

No Assurance Provided

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 07/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 42,493.75 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Check | 07/01/2019 | EFT | PNC | X | -103.00 | -103.00 |
| Check | 07/02/2019 | 3188 | Huntsville Utilities | X | -2,011.59 | -2,114.59 |
| Check | 07/10/2019 | EFT | Microsoft | X | -479.60 | -2,594.19 |
| Check | 07/10/2019 | EFT | Microsoft | X | -230.73 | -2,824.92 |
| Check | 07/10/2019 | 3189 | Republic Services | X | -142.58 | -2,967.50 |
| Check | 07/11/2019 | EFT | Oasis | X | -28,475.00 | -31,442.50 |
| Check | 07/11/2019 | EFT | Rightnetworks | X | -66.99 | -31,509.49 |
| Check | 07/11/2019 | 3190 | Culligan Water Con... | X | -62.35 | -31,571.84 |
| Check | 07/15/2019 | EFT | BRM Services | X | -5,000.00 | -36,571.84 |
| Check | 07/15/2019 | EFT | Intuit Quickbooks O... | X | -76.30 | -36,648.14 |
| Check | 07/16/2019 | 3191 | Nova 401K Associates | X | -623.19 | -37,271.33 |
| Check | 07/16/2019 | 3192 | ADS Security | X | -361.74 | -37,633.07 |
| Check | 07/18/2019 | EFT | PNC | X | -103.49 | -37,736.56 |
| Check | 07/18/2019 | EFT | PNC | X | -3.00 | -37,739.56 |
| Check | 07/19/2019 | EFT | Adobe | X | -350.87 | -38,090.43 |
| Check | 07/22/2019 | EFT | | X | -38,220.00 | -76,310.43 |
| Check | 07/23/2019 | EFT | Blue Cross Blue Shied | X | -4,883.14 | -81,193.57 |
| Check | 07/23/2019 | EFT | Digium Cloud Servic... | X | -348.88 | -81,542.45 |
| Check | 07/25/2019 | EFT | Oasis | X | -30,650.00 | -112,192.45 |
| Check | 07/29/2019 | 3193 | Albines Technology ... | X | -745.89 | -112,938.34 |
| Check | 07/31/2019 | 3194 | Huntsville Utilities | X | -3,140.69 | -116,079.03 |
| Check | 07/31/2019 | EFT | Wow | X | -453.38 | -116,532.41 |
| **Total Checks and Payments** | | | | | -116,532.41 | -116,532.41 |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 07/11/2019 | | CM Holdings, LLC | X | 5,000.00 | 5,000.00 |
| Deposit | 07/12/2019 | | Teledyne Brown En... | X | 28,719.60 | 33,719.60 |
| Deposit | 07/17/2019 | | GPO | X | 2,710.41 | 36,430.01 |
| Deposit | 07/17/2019 | | Capshaw Army DFAS | X | 42,075.72 | 78,505.73 |
| Deposit | 07/25/2019 | | Teledyne Brown En... | X | 1,486.95 | 79,992.68 |
| Deposit | 07/31/2019 | | PNC | X | 3.00 | 79,995.68 |
| **Total Deposits and Credits** | | | | | 79,995.68 | 79,995.68 |
| **Total Cleared Transactions** | | | | | -36,536.73 | -36,536.73 |
| **Cleared Balance** | | | | | -36,536.73 | 5,957.02 |
| **Register Balance as of 07/31/2019** | | | | | -36,536.73 | 5,957.02 |
| **Ending Balance** | | | | | -36,536.73 | 5,957.02 |

# Sarai Services Group, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 07/31/2019

|  | Jul 31, 19 |
| --- | --- |
| **Beginning Balance** | 42,493.75 |
| **Cleared Transactions** | |
| Checks and Payments - 22 items | -116,532.41 |
| Deposits and Credits - 6 items | 79,995.68 |
| **Total Cleared Transactions** | -36,536.73 |
| **Cleared Balance** | **5,957.02** |
| **Register Balance as of 07/31/2019** | 5,957.02 |
| **Ending Balance** | 5,957.02 |

# Business Checking
PNC Bank


PNC BANK

SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Watch Where You Click
Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

## Business Checking Summary
Sarai Services Group Inc

Account number: ██████-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 42,493.75 | 79,995.68 | 116,532.41 | 5,957.02 |
| | | | Average ledger balance | Average collected balance |
| | | | 39,779.60 | 39,779.60 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 4 | 74,992.68 |
| Fee Refunds | 1 | 3.00 |
| Other Additions | 1 | 5,000.00 |
| **Total** | **6** | **79,995.68** |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 7 | 7,088.03 |
| Debit Card Purchases | 2 | 520.37 |
| ATM/Misc. Debit Card Transactions | 6 | 1,589.87 |
| ACH Deductions | 2 | 43,103.14 |
| Service Charges and Fees | 2 | 106.00 |
| Other Deductions | 3 | 64,125.00 |
| **Total** | **22** | **116,532.41** |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/29 | 42,493.75 | 07/01 | 42,390.75 | 07/02 | 40,379.16 |

# Business Checking

📧 For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 06/29/2019 to 07/31/2019
Sarai Services Group Inc
Primary Account Number: ███████-4557

Business Checking Account Number: ████████-4557 - continued

Page 2 of 3

## Daily Balance   - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 07/10 | 39,526.25 | 07/17 | 83,366.41 | 07/23 | 39,457.03 |
| 07/11 | 15,560.17 | 07/18 | 83,259.92 | 07/25 | 10,293.98 |
| 07/12 | 44,279.77 | 07/19 | 82,909.05 | 07/29 | 9,548.09 |
| 07/15 | 39,203.47 | 07/22 | 44,689.05 | 07/31 | 5,957.02 |
| 07/16 | 38,580.28 | | | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 07/12 | 28,719.60 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019192008741145 |
| 07/17 | 42,075.72 | Corporate ACH Capsw Army DFAS-Cleveland 6Vlk2 | 00019198005284768 |
| 07/17 | 2,710.41 | Corporate ACH Gpo Treas 310 12608604000001 | 00019198005285166 |
| 07/25 | 1,486.95 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 000019205012258132 |

#### Fee Refunds

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 07/31 | 3.00 | ATM Transaction Fee Reimbursement | |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 07/11 | 5,000.00 | Online Transfer From ███████4493 | SARAI SERVICES |

## Checks and Other Deductions

### Checks and Substitute Checks            * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|-------------|--------|------------------|-------------|-------------|--------|------------------|-------------|-------------|--------|------------------|
| 07/02 | 3188 * Effective Date 07/01 | 2,011.59 | L083753633 | 07/16 | 3191 Effective Date 07/15 | 623.19 | L073880584 | 07/31 | 3194 Effective Date 07/30 | 3,140.69 | L085219772 |
| 07/10 | 3189 Effective Date 07/09 | 142.58 | L075409588 | 07/11 | 3192 Effective Date 07/10 | 361.74 | L076751954 | | | | |
| 07/11 | 3190 Effective Date 07/10 | 62.35 | L076800461 | 07/29 | 3193 Effective Date 07/26 | 745.89 | L070487608 | | | | |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 07/11 | 66.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 09145870057166587192 |
| 07/31 | 453.38 | 6587 Debit Card Purchase Vs *Wowl 855-4969929 | 45194870057166587212 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 07/10 | 230.73 | 6587 Recurring Debit Card Msft * E07008O5Rn 800-6427676 Wa | 35610870057166587191 |
| 07/10 | 479.60 | 6587 Recurring Debit Card Msft * E07008O5Ro 800-6427676 Wa | 35611870057166587191 |
| 07/15 | 76.30 | 6587 Recurring Debit Card Intuit *Quickbooks 800-4468848 Ca | 97702870057166587195 |
| 07/18 | 103.49 | ATM Withdrawal 8861 Hwy 72 W Madison Al | MACP340236  0372439 |
| 07/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 96420870057166587200 |

Case 18-82948-CRJ11   Doc 301   Filed 09/11/19   Entered 09/11/19 11:51:04   Desc
Main Document      Page 15 of 16

# Business Checking

📱 For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 06/29/2019 to 07/31/2019
Sarai Services Group Inc
Primary Account Number: ████-4557

Business Checking Account Number: ████-4557 - continued

Page 3 of 3

## ATM/Misc. Debit Card Transactions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/23 | 348.88 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 4732387005716658720 4 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/22 | 38,220.00 | ACH Settlement Payments Sarai Services | 00019203911838393 |
| 07/23 | 4,883.14 | Corporate ACH Prem Pmt Bcbs Of Al 58911999 | 00019204004585600 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 103.00 | Service Charge Period Ending 06/28/2019 | |
| 07/18 | 3.00 | ATM Withdrawal Fee | MACP340236  0372440 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/11 | 28,475.00 | Fed Wire Out 197Bb3329B0Z6W8G | W197BB3329B0Z6W8G |
| 07/15 | 5,000.00 | Online Transfer To ████4581 | BRM SERVICES00011207 |
| 07/25 | 30,650.00 | Fed Wire Out 197Pe292920307Io | W197PE292920307IO |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 12 | .00 | Included in Account |
| ACH Credits | 4 | .00 | Included in Account |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 7 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |
| Cash Flow Insight Sync | 1 | 12.00 | |
| Cash Flow Insight Add Users | 1 | 2.00 | |
| Wire, Treasury Management Services | | 37.50 | |
| Pinacle Domestic Wire Transfer | | 37.50 | |
| Total For Services Used This Period | | 81.50 | |
| Total Service Charge | | 81.50 | |

Case 18-82948-CRJ11    Doc 301    Filed 09/11/19    Entered 09/11/19 11:51:04    Desc
Main Document      Page 16 of 16

# Business Checking

📱 For 24-hour account information, sign-on to
pnc.com/mybusiness/

## ATM/Misc. Debit Card Transactions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/23 | 348.88 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 4732387005716658720 4 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/22 | 38,220.00 | ACH Settlement Payments Sarai Services | 00019203911838393 |
| 07/23 | 4,883.14 | Corporate ACH Prem Pmt Bcbs Of Al 58911999 | 00019204004585600 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 103.00 | Service Charge Period Ending 06/28/2019 | |
| 07/18 | 3.00 | ATM Withdrawal Fee | MACP340236  0372440 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/11 | 28,475.00 | Fed Wire Out 197Bb3329B0Z6W8G | W197BB3329B0Z6W8G |
| 07/15 | 5,000.00 | Online Transfer To ████4581 | BRM SERVICES00011207 |
| 07/25 | 30,650.00 | Fed Wire Out 197Pe292920307Io | W197PE292920307IO |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 12 | .00 | Included in Account |
| ACH Credits | 4 | .00 | Included in Account |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 7 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |
| Cash Flow Insight Sync | 1 | 12.00 | |
| Cash Flow Insight Add Users | 1 | 2.00 | |
| Wire, Treasury Management Services | | 37.50 | |
| Pinacle Domestic Wire Transfer | | 37.50 | |
| Total For Services Used This Period | | 81.50 | |
| Total Service Charge | | 81.50 | |