## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__          CASE NO.: __18 - 82949__        MONTH ENDING: __7/31/19__

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _x_ NO____   All post petition business taxes have been paid/deposited and the deposit slips are attached.
        N/A

    YES___ NO _x_   All post petition individual taxes have been paid and the deposit slips are attached.
        N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES___ NO _x_   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:      TYPE_____not in force.

                       TYPE_____not in force.

3.  YES _x_ NO____   New books and records were opened and are being maintained daily.

4.  YES _x_ NO____   Copies of all banks statements and reconciliations are attached.

5.  YES _x_ NO____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES _x_ NO____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _4 Sept 19_

_____ RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__         CASE NO.: __18-82949__        MONTH ENDING: __7/31/19__

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual   (Circle One)   (Cash) |
|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1.  REVENUE FROM TOTAL SALES                $_____ |
| A.  CASH ON HAND (Beginning) _123,173_ | 2.  LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)        _____ |
| B.  RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C)  _____ | 3.  EQUALS GROSS PROFIT (1 minus 2)     _____ |
| Cash Sales                _____ | 4.  LESS OPERATING EXPENSES               _____ |
| Loan Proceeds from_____  _____ | 5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)           _____ |
| Sale of Property (Not in ordinary course of business)  _____ | 6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other_____  _____ | _See Attachments_____ |
| _____  _____ | _____ |
| C.  TOTAL RECEIPTS        _0_ (Total of B) | _____ |
| D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  _14,982_ | 7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)  $_____ |
| E.  SURPLUS OR DEFICIT  _(14,982)_ (C minus D) | |
| F.  CASH ON HAND (End)  _108,191_ (A plus E) | * Please itemize Cost of Sales and Expenses on a separate sheet of paper. |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____        _____
                                      RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__     CASE NO.: __18-82949__     MONTH ENDING: __7/31/19__

**Attach to Business Form BA-02**

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

**X** I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts receivable charged and paid this month.    $_____

    B.   Amount collected this month on accounts receivable charged in prior months and paid this month.    $_____

    C.   TOTAL collected this month on accounts receivable.    $_____

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|  | $ |  |  |  | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $ |  |  |  | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____                         RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWJV__            CASE NO. : __18-82949__      MONTH ENDING: __7/31/19__

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES....................................$_____
ADVERTISING........................................ _____
AUTOMOBILES/VEHICLES (repairs & maintenance)....... _____
COMMISSIONS/CONTRACT LABOR.......................... _____
INSURANCE (TOTAL).................................. _____
     AUTO                  $_____
     LIABILITY               _____
     LIFE                    _____
     MEDICAL                 _____
     CASUALTY                _____
     FIRE & THEFT            _____        SEE ATTACHED
     WORKMAN'S COMP.         _____
     OTHER _____          _____
INTEREST PAID...................................... _____
INVENTORY PURCHASED................................ _____
LEGAL FEES......................................... _____
POSTAGE............................................ _____
RENT/LEASE PAYMENTS ON REAL ESTATE................. _____
REPAIRS & MAINTENANCE.............................. _____
SALARIES/WAGES PAID................................ _____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)]....... _____
SUPPLIES (TOTAL)................................... _____
     OFFICE                $_____
     OPERATING               _____
TRAVEL & ENTERTAINMENT............................. _____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)].......... _____
UNSECURED LOAN PAYMENTS............................ _____
UTILITIES (TOTAL).................................. _____
     ELECTRICITY           $_____
     GAS                     _____
     TELEPHONE               _____
     WATER                   _____
     OTHER _____           _____

OTHER BUSINESS DISBURSEMENTS      _____
(Specify)                         _____        $_____

TOTAL BUSINESS DISBURSEMENTS.......................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____                 _____
                                     RESPONSIBLE PARTY

          Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__    CASE NO.: __18-82949__    MONTH ENDING: __7/31/19__

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1._____Secured loan payments as described below have been paid this month
      (Check, if true.)

2.___X___No secured loan payments have been paid during this month.
      (Check, if true.)

3._____The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND
BELIEF.

DATE_____    _____
                               RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: ___SSGWWJV___     CASE NO.: ___18-82949___     MONTH ENDING: ___7/31/19___

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSGWWJV__      CASE NO.: __18-82949__      MONTH ENDING: __7/31/19__

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4549 | 108,191 | 7/31 | Post |
| | | | | |
| | | | | |
| | | | | |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1   (Name)_____ | $_____ |
| Officer #2   (Name)_____ | $_____ |
| Other Officer   (Name)_____ | $_____ |
| Employees (Number) _____N/A_____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

### INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)                  $_____
Inventory - Purchased this Month - CASH            $_____
Inventory - Purchased this Month - CREDIT        $_____

Inventory - End of Month (COST)                            $_____

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____            _____
                                        RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __SSG WWJV__      CASE NO.: __18-82949__     MONTH ENDING: __7/31/19__

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

__X__ A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

_____ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## SSGWWJV, LLC
## Balance Sheet
### As of July 31, 2019

Cash Basis

|  | Jul 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 108,191.21 |
| **Total Checking/Savings** | 108,191.21 |
| **Total Current Assets** | 108,191.21 |
| **Other Assets** | |
| Loans to SSG | 50,585.00 |
| **Total Other Assets** | 50,585.00 |
| **TOTAL ASSETS** | 158,776.21 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Pre-Chapter 11 Payables | 2,405,614.00 |
| **Total Long Term Liabilities** | 2,405,614.00 |
| **Total Liabilities** | 2,405,614.00 |
| **Equity** | |
| Opening Balance Equity | 469.49 |
| Retained Earnings | -2,405,614.00 |
| Net Income | 158,306.72 |
| **Total Equity** | -2,246,837.79 |
| **TOTAL LIABILITIES & EQUITY** | 158,776.21 |

**No Assurance Provided**

Cash Basis

|  | Jul 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Legal Fees | 14,981.85 |
| **Total Expense** | 14,981.85 |
| **Net Ordinary Income** | -14,981.85 |
| **Net Income** | -14,981.85 |

No Assurance Provided

**SSGWWJV, LLC**
# Statement of Cash Flows
**July 2019**

|  | Jul 19 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -14,981.85 |
| Net cash provided by Operating Activities | -14,981.85 |
| Net cash increase for period | -14,981.85 |
| Cash at beginning of period | 123,173.06 |
| Cash at end of period | 108,191.21 |

**No Assurance Provided**

# SSGWWJV, LLC
## Reconciliation Summary
### PNC Operating, Period Ending 07/31/2019

|  | Jul 31, 19 |
|---|---|
| **Beginning Balance** | 123,173.06 |
| **Cleared Transactions** |  |
| Checks and Payments - 1 item | -14,981.85 |
| **Total Cleared Transactions** | -14,981.85 |
| **Cleared Balance** | **108,191.21** |
| **Register Balance as of 07/31/2019** | 108,191.21 |
| **Ending Balance** | 108,191.21 |

# SSGWWJV, LLC
## Reconciliation Detail
### PNC Operating, Period Ending 07/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 123,173.06 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 Item** | | | | | | |
| Check | 07/22/2019 | | Sparkman Shepard ... | X | -14,981.85 | -14,981.85 |
|     Total Checks and Payments | | | | | -14,981.85 | -14,981.85 |
|     Total Cleared Transactions | | | | | -14,981.85 | -14,981.85 |
| Cleared Balance | | | | | -14,981.85 | 108,191.21 |
| Register Balance as of 07/31/2019 | | | | | -14,981.85 | 108,191.21 |
| **Ending Balance** | | | | | -14,981.85 | 108,191.21 |

# Business Checking



PNC Bank

Primary Account Number: ▓▓▓▓▓-4549
Page 1 of 2
Number of enclosures: 0

SARAI WW CONTRACTORS JV LLC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

Moving? Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
💻 Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**Watch Where You Click**

Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

---

## Business Checking Summary

Sarai Ww Contractors Jv Llc

Account number: ▓▓▓▓▓-4549

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 123,173.06 | .00 | 14,981.85 | 108,191.21 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 119,541.09 | 119,541.09 |

---

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 14,981.85 |
| Total | 1 | 14,981.85 |

---

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 06/29 | 123,173.06 | 07/24 | 108,191.21 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: ████-4549 - continued

## Activity Detail

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 07/24 | 2226 * | 14,981.85 | 076040095 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |