## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Investment Corp_      CASE NO. : _18-82950_          MONTH ENDING: _7/31/19_

**Operating reports are to be filed monthly, in duplicate, with the**
**Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES___ NO _x_   All post petition business taxes have been paid/deposited and the deposit
    slips are attached.                    N/A

    YES___ NO _x_   All post petition individual taxes have been paid and the deposit slips are
    attached.                    N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    | TYPE OF TAX | AMOUNT |
    |---|---|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

2.  YES___ NO _x_   Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.                    N/A

    If no, enter:      TYPE_____not in force.

    TYPE_____not in force.

3.  YES _x_ NO___   New books and records were opened and are being maintained daily.

4.  YES _x_ NO___   Copies of _all_ banks statements and reconciliations are attached.

5.  YES _x_ NO___   I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _x_ NO___   All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _4 Sept 19_                    _____
                                                RESPONSIBLE PARTY

Phone No. _____
                    Bankruptcy Administrator Form - Business BA-01

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: SARAI INVESTMENT CORP     CASE NO.: 18-82950     MONTH ENDING: 7/31/19

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual   **(Circle One)**   -Cash |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A. CASH ON HAND (Beginning) ___0___

B. RECEIPTS:

    Accounts Receivable from
    Form BA-02(A)-Line II(C) _____

    Cash Sales _____

    Loan Proceeds
    from_____ _____

    Sale of Property _____
    (Not in ordinary
    course of business)

    Other_____ _____

    _____ _____

C. TOTAL RECEIPTS ___0___
    (Total of B)

D. BUSINESS DISBURSEMENTS
    FROM FORM BA-02(B) ___0___

E. SURPLUS OR DEFICIT ___0___
    (C minus D)

F. CASH ON HAND (End) ___0___
    (A plus E)

1. REVENUE FROM TOTAL SALES   $_____

2. LESS COST OF THOSE SALES
    (Cost of materials, Labor, etc.)

3. EQUALS GROSS PROFIT (1 minus 2) _____

4. LESS OPERATING EXPENSES _____

5. EQUALS NET PROFIT OPERATIONS
    (3 minus 4) _____

6. NON-OPERATING INCOME/EXPENSES
    (LIST SPECIFIC INCOME/EXPENSES)

    SEE FINANCIALS _____

    _____ _____

    _____ _____

7. EQUALS NET PROFIT OR NET LOSS   $_____
    (5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corp    CASE NO.: 18-82950    MONTH ENDING: 7/31/19

**Attach to Business Form BA-02**
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.   Amount collected this month on accounts
     receivable charged and paid this month.                    $_____

B.   Amount collected this month on accounts
     receivable charged in prior months
     and paid this month.                                       $_____

C.   TOTAL collected this month on accounts
     receivable.                                                $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____          
                                      RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarri Investment Corp   CASE NO.: 18-82950   MONTH ENDING: 7/31/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.......................................$_____
ADVERTISING..............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance)............_____
COMMISSIONS/CONTRACT LABOR.............................._____
INSURANCE (TOTAL)........................................._____
     AUTO                 $_____
     LIABILITY              _____
     LIFE                   _____
     MEDICAL                _____
     CASUALTY               _____             SEE ATTACHED
     FIRE & THEFT           _____
     WORKMAN'S COMP.        _____
     OTHER _____     _____
INTEREST PAID............................................._____
INVENTORY PURCHASED......................................._____
LEGAL FEES................................................_____
POSTAGE..................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE........................_____
REPAIRS & MAINTENANCE....................................._____
SALARIES/WAGES PAID......................................._____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)].............._____
SUPPLIES (TOTAL).........................................._____
     OFFICE               $_____
     OPERATING             _____
TRAVEL & ENTERTAINMENT...................................._____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)]................._____
UNSECURED LOAN PAYMENTS..................................._____
UTILITIES (TOTAL)........................................._____
     ELECTRICITY          $_____
     GAS                   _____
     TELEPHONE             _____
     WATER                 _____
     OTHER _____    _____

OTHER BUSINESS DISBURSEMENTS  _____
(Specify)                     _____         $_____

TOTAL BUSINESS DISBURSEMENTS..........................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____              _____
                             RESPONSIBLE PARTY

#### Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corp   CASE NO.: 18-82950   MONTH ENDING: 7/31/19

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                      RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Investment Corp   CASE NO.: 18-82950   MONTH ENDING: 7/31/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Sarai Investment Corp_    CASE NO.: _18-82950_    MONTH ENDING: _7/31/19_

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4565 | | | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name)_____ | $ | _____ |
| Officer #2 (Name)_____ | $ | _____ |
| Other Officer (Name)_____ | $ | _____ |
| Employees (Number) _____ | $ | _____ |
| Employees (Relatives) _____ | $ | _____ |
| Name _____ | $ | _____ |
| Name _____ | $ | _____ |

## INVENTORY (IF APPLICABLE)

Inventory – Beginning of Month (COST)    $_____
Inventory – Purchased this Month – CASH    $_____
Inventory – Purchased this Month – CREDIT    $_____

Inventory – End of Month (COST)    $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____    _____
                                    RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabal Investment Corp     CASE NO.: 18-82950     MONTH ENDING: 7/31/19

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.   All operating expenses since the beginning of this case have been paid.   Therefore there are no post-petition accounts payable.

** OR **

_____ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

Cash Basis

# Sarai Investment Corporation
## Balance Sheet
### As of July 31, 2019

|  | Jul 31, 19 |
|---|---|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Long Term Liabilities | |
| Loans from SSG | 110.00 |
| Pre-Chapter 11 Payables | 2,232,553.00 |
| **Total Long Term Liabilities** | 2,232,663.00 |
| **Total Liabilities** | 2,232,663.00 |
| Equity | |
| Opening Balance Equity | 100.00 |
| Retained Earnings | -2,232,553.00 |
| Net Income | -210.00 |
| **Total Equity** | -2,232,663.00 |
| **TOTAL LIABILITIES & EQUITY** | 0.00 |

No Assurance Provided

## Sarai Investment Corporation
## Profit & Loss
### July 2019

Cash Basis

| | Jul 19 |
|---|---|
| Net Income | 0.00 |

No Assurance Provided

## Sarai Investment Corporation
## Statement of Cash Flows
### July 2019

|  | Jul 19 |
|---|---|
| **Cash at end of period** | 0.00 |

**No Assurance Provided**