## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM HOLDINGS        CASE NO. : 18-82951        MONTH ENDING: 7-31-19

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES___ NO_x_  All post petition business taxes have been paid/deposited and the deposit slips are attached.
          N/A

    YES___ NO_x_  All post petition individual taxes have been paid and the deposit slips are attached.
          N/A

    If you answered "No" to the above, list the types of taxes that are now due and owing.

    TYPE OF TAX                              AMOUNT

    _____   $_____
    _____   $_____
    _____   $_____
    _____   $_____

2.  YES_x_ NO___  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:    TYPE_____not in force.

                     TYPE_____not in force.

3.  YES_x_ NO___  New books and records were opened and are being maintained daily.

4.  YES_x_ NO___  Copies of _all_ banks statements and reconciliations are attached.

5.  YES_x_ NO___  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES_x_ NO___  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Sept 19

Phone No. _____        RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _CM Holdings_     CASE NO.: _18-82951_     MONTH ENDING: _7/31/19_

### Attach Business Forms BA-02(A-D)
### BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual     (Circle One)     (Cash) |

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND (Beginning) _7,371_

B.   RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C)     _____

   Cash Sales     _13,755_

   Loan Proceeds
   from_____     _____

   Sale of Property     _____
   (Not in ordinary
   course of business)

   Other_____     _____

   _____     _____

C.   TOTAL RECEIPTS     _13,755_
     (Total of B)

D.   BUSINESS DISBURSEMENTS
     FROM FORM BA-02(B)     _10,923_

E.   SURPLUS OR DEFICIT     _2,832_
     (C minus D)

F.   CASH ON HAND (End)     _10,203_
     (A plus E)

INCOME STATEMENT

1.   REVENUE FROM TOTAL
     SALES                    $_____

2.   LESS COST OF THOSE
     SALES                    _____
     (Cost of materials,
     Labor, etc.)

3.   EQUALS GROSS
     PROFIT (1 minus 2)       _____

4.   LESS OPERATING
     EXPENSES                 _____

5.   EQUALS NET PROFIT
     OPERATIONS               _____
     (3 minus 4)

6.   NON-OPERATING
     INCOME/EXPENSES
     (LIST SPECIFIC
     INCOME/EXPENSES)

     _See Attached_           _____

     _____            _____

     _____            _____

7.   EQUALS NET PROFIT
     OR NET LOSS              $_____
     (5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____              RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: CM Holdings          CASE NO.: 18-82951          MONTH ENDING: 7/31/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

X I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.   Amount collected this month on accounts
        receivable charged and paid this month.                $_____

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                                    $_____

    C.   TOTAL collected this month on accounts
        receivable.                                             $_____

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|--------|-----------|------------|------------|---------|-------|
|        | $         |            |            |         | $     |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
|        |           |            |            |         |       |
| **TOTALS** | $     |            |            |         | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____          _____
                                RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM HOLDINGS     CASE NO.: 18-82951     MONTH ENDING: 3/31/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES.....................................$_____
ADVERTISING......................................... _____
AUTOMOBILES/VEHICLES (repairs & maintenance)........ _____
COMMISSIONS/CONTRACT LABOR.......................... _____
INSURANCE (TOTAL)................................... _____
    AUTO            $_____
    LIABILITY        _____
    LIFE             _____
    MEDICAL          _____
    CASUALTY         _____          SEE ATTACHED
    FIRE & THEFT     _____
    WORKMAN'S COMP.  _____
    OTHER _____  _____
INTEREST PAID....................................... _____
INVENTORY PURCHASED................................. _____
LEGAL FEES.......................................... _____
POSTAGE............................................. _____
RENT/LEASE PAYMENTS ON REAL ESTATE.................. _____
REPAIRS & MAINTENANCE............................... _____
SALARIES/WAGES PAID................................. _____
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)]........ _____
SUPPLIES (TOTAL).................................... _____
    OFFICE          $_____
    OPERATING        _____
TRAVEL & ENTERTAINMENT.............................. _____
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)]........... _____
UNSECURED LOAN PAYMENTS............................. _____
UTILITIES (TOTAL)................................... _____
    ELECTRICITY     $_____
    GAS              _____
    TELEPHONE        _____
    WATER            _____
    OTHER _____  _____

OTHER BUSINESS DISBURSEMENTS       _____
(Specify)                          _____  $_____

**TOTAL BUSINESS DISBURSEMENTS**........................$_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____                    _____
                                  RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: __CM Holdings__      CASE NO.: __18-82951__      MONTH ENDING: __7/31/19__

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. __X__ Secured loan payments as described below have been paid this month
(Check, if true.)

2. _____ No secured loan payments have been paid during this month.
(Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Nat'l Bk of Comm. | Property | 7/10 | 4,500 | 4,500 | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                        RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM HOLDINGS        CASE NO.: 18-82951        MONTH ENDING: 7/31/19

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____

_____
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

BUSINESS BA-03

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: CM HOLDINGS      CASE NO.: 18-82951      MONTH ENDING: 7/31/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4573 | 10,203 | 7/31 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) | N/A | $_____ |
| Officer #2 (Name) _____ | | $_____ |
| Other Officer (Name) _____ | | $_____ |
| Employees (Number) _____ | | $_____ |
| Employees (Relatives) _____ | | $_____ |
| Name _____ | | $_____ |
| Name _____ | | $_____ |

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)            $_____
Inventory - Purchased this Month - CASH          $_____
Inventory - Purchased this Month - CREDIT        $_____

Inventory - End of Month (COST)                  $_____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE_____          _____
                                        RESPONSIBLE PARTY

BUSINESS BA-03(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: **CM HOLDINGS**          CASE NO. : **18-82951**          MONTH ENDING: **7/31/19**

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

**X** A.  All operating expenses since the beginning of this case have
         been paid.  Therefore there are no post-petition accounts
         payable.

### ** OR **

_____ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  |  | $ | $ | $ | $ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** |  | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# CM Holdings, Inc.
## Balance Sheet
### As of July 31, 2019

|  | Jul 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| PNC Operating | 10,203.02 |
| **Total Checking/Savings** | 10,203.02 |
| **Total Current Assets** | 10,203.02 |
| **Fixed Assets** | |
| Accumulated Depreciation | -175,682.00 |
| Real Estate | 2,313,152.00 |
| **Total Fixed Assets** | 2,137,470.00 |
| **Other Assets** | |
| Loan to SSG (4557) | 38,055.41 |
| **Total Other Assets** | 38,055.41 |
| **TOTAL ASSETS** | 2,185,728.43 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Current Portion of LTD | 305,486.00 |
| **Total Other Current Liabilities** | 305,486.00 |
| **Total Current Liabilities** | 305,486.00 |
| **Long Term Liabilities** | |
| Less Current Portion | -305,486.00 |
| Mortgages Payable | 3,982,760.00 |
| **Total Long Term Liabilities** | 3,677,274.00 |
| **Total Liabilities** | 3,982,760.00 |
| **Equity** | |
| Opening Balance Equity | 22,365.39 |
| Retained Earnings | -1,845,290.00 |
| Net Income | 25,893.04 |
| **Total Equity** | -1,797,031.57 |
| **TOTAL LIABILITIES & EQUITY** | 2,185,728.43 |

No Assurance Provided

**CM Holdings, Inc.**
# Profit & Loss - Ch.11 Report
## July 2019

|  | Jul 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 13,754.54 |
| **Total Income** | 13,754.54 |
| **Expense** | |
| Bank Service Charges | 6.00 |
| Custodial Services | 450.00 |
| Postage | 22.00 |
| Repairs and Maintenance | 848.19 |
| Security | 96.37 |
| **Total Expense** | 1,422.56 |
| **Net Ordinary Income** | 12,331.98 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Debt Service Payments | 4,500.00 |
| **Total Other Expense** | 4,500.00 |
| **Net Other Income** | -4,500.00 |
| **Net Income** | 7,831.98 |

No Assurance Provided

**CM Holdings, Inc.**
# Statement of Cash Flows
### July 2019

|  | Jul 19 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 7,831.98 |
| Net cash provided by Operating Activities | 7,831.98 |
| **INVESTING ACTIVITIES** | |
| Loan to SSG (4557) | -5,000.00 |
| Net cash provided by Investing Activities | -5,000.00 |
| Net cash increase for period | 2,831.98 |
| Cash at beginning of period | 7,371.04 |
| Cash at end of period | 10,203.02 |

**No Assurance Provided**

# CM Holdings, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 07/31/2019

|  | Jul 31, 19 |
|---|---|
| **Beginning Balance** | 7,371.04 |
| **Cleared Transactions** | |
| Checks and Payments - 10 items | -10,922.56 |
| Deposits and Credits - 2 items | 13,754.54 |
| **Total Cleared Transactions** | 2,831.98 |
| **Cleared Balance** | 10,203.02 |
| **Register Balance as of 07/31/2019** | 10,203.02 |
| **Ending Balance** | 10,203.02 |

Case 18-82948-CRJ11   Doc 304   Filed 09/11/19   Entered 09/11/19 11:56:13   Desc
Main Document     Page 12 of 15

# CM Holdings, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 07/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 7,371.04 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 10 Items** | | | | | | |
| Check | 07/01/2019 | ACH | ADT Services | X | -96.37 | -96.37 |
| Check | 07/01/2019 | ACH | PNC Bank | X | -6.00 | -102.37 |
| Check | 07/02/2019 | 3009 | Patricia Jefferson | X | -300.00 | -402.37 |
| Check | 07/03/2019 | ACH | USPS | X | -22.00 | -424.37 |
| Check | 07/05/2019 | 3008 | Anthony Pruitt | X | -188.27 | -612.64 |
| Check | 07/05/2019 | 3010 | Anthony Pruitt | X | -58.07 | -670.71 |
| Check | 07/09/2019 | 3011 | Anthony Pruitt | X | -601.85 | -1,272.56 |
| Check | 07/10/2019 | 5004 | National Bank of Co... | X | -4,500.00 | -5,772.56 |
| Check | 07/11/2019 | ACH | Sarai Services Group | X | -5,000.00 | -10,772.56 |
| Check | 07/19/2019 | 3012 | Patricia Jefferson | X | -150.00 | -10,922.56 |
|     Total Checks and Payments | | | | | -10,922.56 | -10,922.56 |
| | | | | | | |
|     **Deposits and Credits - 2 Items** | | | | | | |
| Deposit | 07/01/2019 | | Sarai Services Group | X | 6,877.54 | 6,877.54 |
| Deposit | 07/31/2019 | | Sarai Services Group | X | 6,877.00 | 13,754.54 |
|     Total Deposits and Credits | | | | | 13,754.54 | 13,754.54 |
|     Total Cleared Transactions | | | | | 2,831.98 | 2,831.98 |
| **Cleared Balance** | | | | | 2,831.98 | 10,203.02 |
| **Register Balance as of 07/31/2019** | | | | | 2,831.98 | 10,203.02 |
| **Ending Balance** | | | | | 2,831.98 | 10,203.02 |

# Business Checking

PNC Bank

 **PNC BANK**

For the Period 06/29/2019 to 07/31/2019

Primary Account Number ⬛⬛⬛⬛-4493
Page 1 of 2
Number of enclosures: 0

CM HOLDING INC
3405 TRIANA BLVD SW STE 200
HUNTSVILLE AL 35805-4641

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
   FREE Online Bill Pay

   For customer service call 1-877-BUS-BNKG
   Monday - Friday: 7 AM - 10 PM ET
   Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
   PO Box 609
   Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
   For hearing impaired clients only

Watch Where You Click

Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

## Business Checking Summary

CM Holding Inc

Account number: ⬛⬛⬛⬛-4493

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 7,371.04 | 13,754.54 | 10,922.56 | 10,203.02 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 6,789.99 | 6,379.26 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 13,754.54 |
| Total | 2 | 13,754.54 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | 5,798.19 |
| Debit Card Purchases | 1 | 96.37 |
| POS Purchases | 1 | 22.00 |
| Service Charges and Fees | 1 | 6.00 |
| Other Deductions | 1 | 5,000.00 |
| Total | 10 | 10,922.56 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/29 | 7,371.04 | 07/01 | 14,146.21 | 07/02 | 13,846.21 |

# Business Checking

For the Period 06/29/2019 to 07/31/2019
CM Holding Inc
Primary Account Number: ████-4493

Business Checking Account Number: ████4493 - continued

## Daily Balance   - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/03 | 13,824.21 | 07/10 | 8,476.02 | 07/19 | 3,326.02 |
| 07/05 | 13,577.87 | 07/11 | 3,476.02 | 07/31 | 10,203.02 |
| 07/09 | 12,976.02 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 6,877.54 | Dn Mobile Bus 61075197 | 074780165 |
| 07/31 | 6,877.00 | Dn Mobile Bus 61095202 | 074859451 |

## Checks and Other Deductions

### Checks and Substitute Checks                    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/05 | 3008 * | 188.27 | 071211908 | 07/05 | 3010 | 58.07 | 071211905 | 07/19 | 3012 | 150.00 | L071160879 |
| 07/02 | 3009 | 300.00 | L078205028 | 07/09 | 3011 | 601.85 | 075376501 | 07/10 | 5004 * | 4,500.00 | 075040164 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 96.37 | 9431 Debit Card Purchase Adt Security*401711615 800-2382727 Fl | 6900087006402943118I |

### POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/03 | 22.00 | POS Purchase USPS PO 014244 Huntsville Al | POS99999999 0426039 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 6.00 | Service Charge Period Ending 06/28/2019 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/11 | 5,000.00 | Online Transfer To ████4557 | SARAI SERVIC00004642 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 8 | .00 | Included in Account |
| Checks Paid | 6 | .00 | Included in Account |
| Deposited Item - Consolidated | 2 | .00 | Included in Account |
| Dn Mobile Business | 2 | 2.00 | |
| Total For Services Used This Period | | 2.00 | |
| Total Service Charge | | 2.00 | |