IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **SARAI SERVICES GROUP, INC.,**[1] | ) | |
| | ) | **Case No. 18-82948-CRJ-11** |
| Debtor. | ) | **(Jointly Administered)** |

## CENTERSTATE BANK'S OBJECTION TO DEBTORS' MOTION TO PROVIDE ADEQUATE PROTECTION PAYMENTS

**COMES NOW** CenterState Bank, N.A., f/k/a National Bank of Commerce ("CenterState"), by and through its undersigned counsel, and hereby objects (this "Objection") to CM Holding, Inc.'s ("CM Holding") *Third and Final Motion to Determine Adequate Protection to Secured Creditor* (the "Adequate Protection Motion") [Doc. No. 299]. In support of its Objection, CenterState shows the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

3. On October 3, 2018 (the "Petition Date"), the Debtors commenced with this Court four voluntary cases under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

4. The Debtors continue to be authorized to operate their businesses as Debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has been appointed in these Chapter 11 cases, and as of the date hereof, no creditors' committee has been appointed.

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWW JV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

5.  By prior orders [Doc. No. 165 & 256], the Debtors obtained authorization from the Court to pay $4,500 per month in adequate protection payments to CenterState Bank related to CenterState's interest in the CM Holding's real property.  These payments covered the time period through September 14, 2019.  *See id.*

6.  On September 11, 2019, the Debtors filed an additional Adequate Protection Motion asking the Court to determine that $4,500 per month adequately protected the interests of CenterState in the real property of CM Holdings and requesting that the time period for adequate protection be extended through December 14, 2019.  [Doc. No. 299].

7.  During the pendency of Debtors' bankruptcy cases and through the date of the filing of this Objection, the Debtors and CenterState have been actively involved in negotiations regarding, among other things, CenterState's real property collateral currently owned by CM Holding.  Recently, it appears that negotiations have broken down between the parties and each party is moving toward protecting its respective rights.

8.  To that end, CenterState is currently preparing a motion for relief from the protections of the automatic stay in order to realize the value of CM Holdings' real property and apply the same to the debt owed to CenterState.  As such, CenterState does not believe that adequate protection payments are proper at this time.

9.  Additionally, if it is determined that adequate protection payments are proper at this time, CenterState objects to the amount of $4,500 as adequately protecting its interest in the real property.

## **RESERVATION OF RIGHTS**

CenterState hereby reserves all rights and claims with respect to all issues pertaining to the proposed adequate protection contemplated by the Adequate Protection Motion, as well as any and all interests and rights it has with respect to the CM Holding's real property.  Nothing

included herein is intended by CenterState to be a waiver of any rights currently held by CenterState.

**WHEREFORE**, premises considered, CenterState respectfully requests that this Court enter an Order:

(i) denying the Debtors' Adequate Protection Motion; and

(ii) granting such other, further and different relief to which CenterState may be entitled.

Respectfully submitted this 17th day of September 2019.

/s/ James H. Haithcock, III
Joe A. Joseph
James H. Haithcock, III

Attorneys for the CENTER STATE BANK, F/K/A NATIONAL BANK OF COMMERCE

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Ste. 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jjoseph@burr.com
jhaithcock@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, on this the 17th day of September 2019

Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804
E-mail:ty@ssmattorneys.com

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602
E-mail:Richard_Blythe@alnba.uscourts.gov

/s/ James H. Haithcock, III
OF COUNSEL

4
42041164 v1

Case 18-82948-CRJ11    Doc 310    Filed 09/17/19    Entered 09/17/19 10:11:40    Desc
Main Document    Page 4 of 4