IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: In re: SARAI SERVICES GROUP, INC.[1] ) | | |
| ) | Case No.: 18-82948-CRJ-11 | |
| ) | | |
| ) | | |
| Debtor. ) | CHAPTER 11 | |
| ) | | |

## ORDER APPROVING ADEQUATE PROTECTION TO SECURED CREDITOR NATIONAL BANK OF COMMERCE

This matter came before the Court upon the motion of Sarai Services Group, Inc, SSGWWJV LLC, Sarai Investment Corporation, and CM Holding, Inc. (collectively, the "Debtor"), seeking an order of this Court establishing adequate protection for secured creditor National Bank of Commerce, or its successors-in-interest (the "Bank"). After proper notice, a hearing was held on September 18, 2019, with appearances by Tazewell T. Shepard IV on behalf of the Debtor-in-Possession, James Haithcock on behalf of the Bank, and Richard M. Blythe on behalf of the Bankruptcy Administrator.

Upon consideration by the Court it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that, pursuant to 11 U.S.C. § 361, the Debtor shall make payments of $5,000.00 per month to the Bank as sufficient adequate protection to protect this creditor's interest in the Debtor's collateral for the period through October 23, 2019, such payments to be applied in the sole discretion of the Bank to the loan of the Debtor, CM Holdings, Inc.  This Order shall be without prejudice to the Bank's right to seek relief from the automatic stay, or any other relief before this Court, during the period in which this Order shall be effective, or thereafter.

Dated this the 19th day of September, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:                                      Approved by:
Tazewell T. Shepard                               James Haithcock
Attorney for Debtor                               Attorney for the Bank

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.