## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group   CASE NO.: 18-82948   MONTH ENDING: 8/31/19

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES **x** NO____   All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES___ NO **X**   All post petition individual taxes have been paid and the deposit slips are attached.

   N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2. YES **x** NO____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:   TYPE_____not in force.

   TYPE_____not in force.

3. YES **x** NO____   New books and records were opened and are being maintained daily.

4. YES **x** NO____   Copies of __all__ banks statements and reconciliations are attached.

5. YES **x** NO____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES **x** NO____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 4 Oct 19 _____        _____
                                      RESPONSIBLE PARTY

Phone No. _____

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group    CASE NO.: 18-82948    MONTH ENDING: 8/31/19

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual   (Circle One)   Cash |
|---|---|

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.   CASH ON HAND(Beginning) 5,957

B.   RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C)  69,016

   Cash Sales  _____

   Loan Proceeds  27,365
   from SSGWWJV

   Sale of Property  _____
   (Not in ordinary
   course of business)

   Other_____  _____

   _____  _____

C.   TOTAL RECEIPTS  96,381
   (Total of B)

D.   BUSINESS DISBURSEMENTS  52,389
   FROM FORM BA-02(B)

E.   SURPLUS OR DEFICIT  43,991
   (C minus D)

F.   CASH ON HAND (End)  49,948
   (A plus E)

---

1.   REVENUE FROM TOTAL
   SALES        $_____

2.   LESS COST OF THOSE
   SALES        _____
   (Cost of materials,
   Labor, etc.)

3.   EQUALS GROSS
   PROFIT (1 minus 2)  _____

4.   LESS OPERATING
   EXPENSES      _____

5.   EQUALS NET PROFIT
   OPERATIONS
   (3 minus 4)     _____

6.   NON-OPERATING
   INCOME/EXPENSES
   (LIST SPECIFIC
   INCOME/EXPENSES)

   SEE ATTACHED    _____

   _____    _____

   _____    _____

7.   EQUALS NET PROFIT
   OR NET LOSS     $_____
   (5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

---

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Oct 19 _____          _____
                                 RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabal Services Group   CASE NO.: 18-82948   MONTH ENDING: 8/31/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A.   Amount collected this month on accounts receivable charged and paid this month.    $ 69,016

    B.   Amount collected this month on accounts receivable charged in prior months and paid this month.    $ 0

    C.   TOTAL collected this month on accounts receivable.    $ 69,016

III.  **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| GSA | $ 0 | | | 349,184 | $ 349,184 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ 0 | | | 349,184 | $ 349,184 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Oct 19 _____          _____
                                        RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sabai Services Group  CASE NO.: 18-82948  MONTH ENDING: 8/31/19

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES...................................$_____
ADVERTISING.......................................  _____
AUTOMOBILES/VEHICLES (repairs & maintenance)......  _____
COMMISSIONS/CONTRACT LABOR........................  _____
INSURANCE (TOTAL).................................  _____
     AUTO                    $_____
     LIABILITY                _____
     LIFE                     _____
     MEDICAL                  _____
     CASUALTY                 _____
     FIRE & THEFT             _____          SEE ATTACHED
     WORKMAN'S COMP.          _____
     OTHER    _____     _____
INTEREST PAID.....................................  _____
INVENTORY PURCHASED...............................  _____
LEGAL FEES........................................  _____
POSTAGE...........................................  _____
RENT/LEASE PAYMENTS ON REAL ESTATE................  _____
REPAIRS & MAINTENANCE.............................  _____
SALARIES/WAGES PAID...............................  _____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)].......  _____
SUPPLIES (TOTAL)..................................  _____
     OFFICE                  $_____
     OPERATING                _____
TRAVEL & ENTERTAINMENT............................  _____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]..........  _____
UNSECURED LOAN PAYMENTS...........................  _____
UTILITIES (TOTAL).................................  _____
     ELECTRICITY             $_____
     GAS                      _____
     TELEPHONE                _____
     WATER                    _____
     OTHER    _____     _____

OTHER BUSINESS DISBURSEMENTS      _____
(Specify)                                          $_____

TOTAL BUSINESS DISBURSEMENTS......................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Oct 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group  CASE NO.: 18-82948     MONTH ENDING: 8/31/19

### BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. _____ Secured loan payments as described below have been paid this month
       (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
       (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Oct 19 _____          _____
                             RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group    CASE NO.: 18-82948    MONTH ENDING: 8/31/19

**Attach to Business Form BA-02**
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| ALL TAXES PAID BY THIRD PARTY PAYROLL PROCESSOR | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Oct 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group     CASE NO.: 18-82948     MONTH ENDING: 8/31/19

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4557 | 49,948.23 | 8/31 | Post |
|  |  |  |  |  |
|  |  |  |  |  |

### GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name) CALVIN MITCHELL (EST.) | $ | 13,548 |
| Officer #2    (Name) | $ | |
| Other Officer   (Name) | $ | |
| Employees (Number)  @ 10 EMPLOYEES | $ | 20,934 |
| Employees (Relatives) | $ | |
| Name  COURTNEY MITCHELL (EST.) | $ | 4,500 |
| Name  JAMES C. MITCHELL (EST.) | $ | 5,038 |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

___ A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured
       creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  4 Oct 19

RESPONSIBLE PARTY

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group    CASE NO.: 18-82948    MONTH ENDING: 8/31/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_X_ A.   All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**** OR ****

_____ B.   Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 4 Oct 19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

Cash Basis

| | Aug 31, 19 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       PNC Operating | 49,948.23 |
|     **Total Checking/Savings** | 49,948.23 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 349,184.00 |
|     **Total Accounts Receivable** | 349,184.00 |
|     **Other Current Assets** | |
|       Loan to SIC | 110.00 |
|     **Total Other Current Assets** | 110.00 |
|   **Total Current Assets** | 399,242.23 |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -170,881.00 |
|     Other Fixed Assets | 11,908.00 |
|     Property and Equipment | 875,350.00 |
|   **Total Fixed Assets** | 716,377.00 |
| **TOTAL ASSETS** | **1,115,619.23** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Long Term Liabilities** | |
|       Loan from CM Holdings (4493) | 38,055.41 |
|       Loan from SSGWWJV (4549) | 77,949.80 |
|       Pre-Chapter 11 Payables | 2,329,834.00 |
|     **Total Long Term Liabilities** | 2,445,839.21 |
|   **Total Liabilities** | 2,445,839.21 |
|   **Equity** | |
|     Retained Earnings | -639,943.17 |
|     Net Income | -690,276.81 |
|   **Total Equity** | -1,330,219.98 |
| **TOTAL LIABILITIES & EQUITY** | **1,115,619.23** |

No Assurance Provided

Cash Basis

|  | Aug 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 69,015.72 |
| **Total Income** | 69,015.72 |
| **Gross Profit** | 69,015.72 |
| **Expense** | |
| Bank Service Charges | 81.50 |
| Computer and Internet Expenses | 885.40 |
| Human Resources | 2,000.00 |
| Insurance Expense | 2,441.57 |
| Payroll Expenses | 44,020.28 |
| Repairs and Maintenance | 108.90 |
| Retirement Expense | 423.19 |
| Software Expense | 976.31 |
| Utilities | 1,162.78 |
| Waste Removal | 289.38 |
| **Total Expense** | 52,389.31 |
| **Net Ordinary Income** | 16,626.41 |
| **Net Income** | 16,626.41 |

**No Assurance Provided**

**Sarai Services Group, Inc.**
## Statement of Cash Flows - Ch.11 Report
August 2019

| | Aug 19 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 16,626.41 |
| Net cash provided by Operating Activities | 16,626.41 |
| **FINANCING ACTIVITIES** | |
| Loan from SSGWWJV (4549) | 27,364.80 |
| Net cash provided by Financing Activities | 27,364.80 |
| Net cash increase for period | 43,991.21 |
| Cash at beginning of period | 5,957.02 |
| Cash at end of period | 49,948.23 |

**No Assurance Provided**

# Sarai Services Group, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 08/31/2019

|  | Aug 31, 19 |  |
|---|---|---|
| **Beginning Balance** |  | 5,957.02 |
|   **Cleared Transactions** |  |  |
|     Checks and Payments - 16 items | -52,389.31 |  |
|     Deposits and Credits - 3 items | 96,380.52 |  |
|   **Total Cleared Transactions** | 43,991.21 |  |
| **Cleared Balance** |  | 49,948.23 |
| **Register Balance as of 08/31/2019** |  | 49,948.23 |
| **Ending Balance** |  | 49,948.23 |

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 08/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 5,957.02 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 16 items | | | | | | |
| Check | 08/01/2019 | ACH | DTTS | X | -2,000.00 | -2,000.00 |
| Check | 08/01/2019 | ACH | PNC | X | -81.50 | -2,081.50 |
| Check | 08/12/2019 | ACH | Microsoft | X | -307.32 | -2,388.82 |
| Check | 08/12/2019 | ACH | Microsoft | X | -241.82 | -2,630.64 |
| Check | 08/12/2019 | ACH | Rightnetworks | X | -66.99 | -2,697.63 |
| Check | 08/13/2019 | 3195 | James Mitchell | X | -25,520.00 | -28,217.63 |
| Check | 08/13/2019 | ACH | Intuit Quickbooks O... | X | -76.30 | -28,293.93 |
| Check | 08/19/2019 | 3196 | Nova 401K Associates | X | -423.19 | -28,717.12 |
| Check | 08/19/2019 | ACH | Adobe | X | -350.87 | -29,067.99 |
| Check | 08/21/2019 | ACH | Oasis | X | -18,500.28 | -47,568.27 |
| Check | 08/21/2019 | ACH | Maynard Equipment | X | -108.90 | -47,677.17 |
| Check | 08/23/2019 | ACH | Republic Services | X | -289.38 | -47,966.55 |
| Check | 08/26/2019 | 3197 | Huntsville Utilities | X | -1,162.78 | -49,129.33 |
| Check | 08/26/2019 | ACH | Digium Cloud Servic... | X | -348.83 | -49,478.16 |
| Check | 08/27/2019 | ACH | Wow | X | -469.58 | -49,947.74 |
| Check | 08/30/2019 | ACH | Blue Cross Blue Shied | X | -2,441.57 | -52,389.31 |
| Total Checks and Payments | | | | | -52,389.31 | -52,389.31 |
| Deposits and Credits - 3 items | | | | | | |
| Deposit | 08/02/2019 | | | X | 27,364.80 | 27,364.80 |
| Deposit | 08/09/2019 | | | X | 30,918.09 | 58,282.89 |
| Deposit | 08/29/2019 | | | X | 38,097.63 | 96,380.52 |
| Total Deposits and Credits | | | | | 96,380.52 | 96,380.52 |
| Total Cleared Transactions | | | | | 43,991.21 | 43,991.21 |
| Cleared Balance | | | | | 43,991.21 | 49,948.23 |
| Register Balance as of 08/31/2019 | | | | | 43,991.21 | 49,948.23 |
| Ending Balance | | | | | 43,991.21 | 49,948.23 |

Case 18-82948-CRJ11    Doc 335    Filed 10/15/19    Entered 10/15/19 10:39:19    Desc
Main Document      Page 13 of 16

# Business Checking

PNC Bank

 **PNC BANK**

SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**Watch Where You Click**
Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

## Business Checking Summary

Sarai Services Group Inc

Account number: ████4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 5,957.02 | 96,380.52 | 52,389.31 | 49,948.23 |
| | | | Average ledger balance | Average collected balance |
| | | | 44,045.97 | 44,045.97 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 27,364.80 |
| ACH Additions | 2 | 69,015.72 |
| | | |
| Total | 3 | 96,380.52 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | 27,105.97 |
| Debit Card Purchases | 3 | 465.27 |
| ATM/Misc. Debit Card Transactions | 6 | 1,794.72 |
| ACH Deductions | 2 | 4,441.57 |
| Service Charges and Fees | 1 | 81.50 |
| Other Deductions | 1 | 18,500.28 |
| Total | 16 | 52,389.31 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 3,875.52 | 08/02 | 31,240.32 | 08/09 | 62,158.41 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2019 to 08/30/2019
Sarai Services Group Inc
Primary Account Number: ████4557
Page 2 of 3

Business Checking Account Number: ████4557 - continued

## Daily Balance - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 08/12 | 61,542.28 | 08/21 | 42,505.93 | 08/27 | 14,715.36 |
| 08/13 | 61,465.98 | 08/23 | 42,216.55 | 08/29 | 52,389.80 |
| 08/19 | 61,115.11 | 08/26 | 16,347.72 | 08/30 | 49,948.23 |

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 08/02 | 27,364.80 | Deposit | 035777162 |

**ACH Additions**

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 08/09 | 30,918.09 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019220007018037 |
| 08/29 | 38,097.63 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019240006653357 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|
| 08/26 | 3195 * | 25,520.00 | 071459714 | 08/29 | 3196 | 423.19 | L075077882 | 08/27 | 3197 | 1,162.78 | L085894212 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 08/12 | 66.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 1920587005716658722 3 |
| 08/21 | 108.90 | 6587 Debit Card Purchase Maynard Equipment Inc Brownsboro Al | 0794187005716658723 3 |
| 08/23 | 289.38 | 6587 Debit Card Purchase Republic Services Tras 866-5765548 Az | 1519587005716658723 5 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 08/12 | 241.82 | 6587 Recurring Debit Card Msft * E07008W4S9 800-6427676 Wa | 1920387005716658722 3 |
| 08/12 | 307.32 | 6587 Recurring Debit Card Msft * E07008W64I 800-6427676 Wa | 1920487005716658722 3 |
| 08/13 | 76.30 | 6587 Recurring Debit Card Intuit *Quickbooks 800-4468848 Ca | 1472687005716658722 5 |
| 08/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 2141187005716658723 1 |
| 08/26 | 348.83 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 2816087005716658723 7 |
| 08/27 | 469.58 | 6587 Recurring Debit Card Vs *Wow! 855-4969929 | 7460987005716658723 9 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 08/01 | 2,000.00 | ACH Settlement Payments Sarai Services | 00019213906905337 |
| 08/30 | 2,441.57 | Corporate ACH Prem Pmt Bcbs Of Al 58911999 | 00019242003295119 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2019 to 08/30/2019
Sarai Services Group Inc
Primary Account Number: ▇▇▇▇-4557
Page 3 of 3

Business Checking Account Number ▇▇▇▇-4557 – continued

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/01 | 81.50 | Service Charge Period Ending 07/31/2019 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/21 | 18,500.28 | Fed Wire Out 198LI493639S0Can | W198LL493639S0CAN |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/03/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/30/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 8 | .00 | Included in Account |
| ACH Credits | 2 | .00 | Included in Account |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 3 | .00 | Included in Account |
| Deposited Item - Consolidated | 1 | .00 | Included in Account |
| Deposit Tickets Processed | 1 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |
| Cash Flow Insight Sync | 1 | 12.00 | |
| Cash Flow Insight Add Users | 1 | 2.00 | |
| Wire, Treasury Management Services | | 25.00 | |
|    Pinacle Domestic Wire Transfer | | 25.00 | |
| Automated Clearinghouse Service | | .35 | |
|    Pinacle Express-Credits Originated | | .35 | |
| Total For Services Used This Period | | 69.35 | |
| Total Service Charge | | 69.35 | |