# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In the Matter of:

SARAI SERVICES GROUP, INC.[1]
EIN: XX-XXX2969

Case No. 18-82948-CRJ-11

Chapter 11

Debtor(s)

## ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT OF DEBTOR CM HOLDING, INC.; SCHEDULING CONFIRMATION HEARING; FIXING TIME FOR OBJECTING TO CONFIRMATION AND TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

This case came before the Court on October 23, 2019 for hearing on the First Amended Disclosure Statement of Debtor CM Holding, Inc. pursuant to Section 1125 of the Bankruptcy Code with respect to Debtor's Plan of Reorganization, ECF No. 333, dated October 14, 2019 (hereinafter the "First Amended Disclosure Statement"). Appearing at the hearing were Tazewell Taylor Shepard, IV, Esq., counsel for the Debtor, and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

The Court finds that the First Amended Disclosure Statement contains adequate information regarding the Debtor's First Amended Plan of Reorganization (the "Plan") as required under 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. The First Amended Disclosure Statement, ECF No. 333, is hereby **APPROVED**.

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-892949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

2. Pursuant to Rule 3017(c), a hearing on Confirmation of the Plan will be held on **Thursday, December 19, 2019** at **11:30 a.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Courthouse, 400 Well Street, Decatur, AL 35601.

3. Pursuant to Bankruptcy Rule 3017(c), **Thursday, December 5, 2019** by **5:00 p.m., CDT** is fixed as the deadline by which the holders of claims and interests against the Debtor must file ballots accepting or rejecting the Plan.

4. Pursuant to Bankruptcy Rule 3020(b)(1), **Thursday, December 5, 2019** by **5:00 p.m., CDT** is fixed as the last day by which creditors and parties in interest must file any objections to confirmation of the Plan.

5. The Debtor must tabulate all acceptances and rejections of the Plan and file a **Ballot Summary** with the Court on or before **Wednesday, December 11, 2019** by **5:00 p.m., CDT.**

6. The Debtor must file a **Memorandum in Support of Confirmation** explaining pursuant to 11 U.S.C. § 1129 how the Plan satisfies the requirements for confirmation, including evidence of feasibility on or before **Wednesday, December 11, 2019** by **5:00 p.m., CDT.**

Dated this the 24th day of October, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge