# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| In re:<br>Sarai Services Group, Inc.<br>**EIN:** 46–2302969<br><br>**Debtor(s)** | Case No. 18–82948–CRJ11<br>**Chapter** 11 |

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*350* – Response to State of Michigan's Application for Administrative Expense Filed by Debtor Sarai Services Group, Inc. (Shepard, Tazewell)

*352* – Application for Administrative Expenses Filed by Creditor State of Michigan, Department of Treasury (Attachments: # 1 Proof of Service) (Kerwin, Katherine)

**Date: Tuesday, December 3, 2019      Time: 02:30 PM**

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non–evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  November 15, 2019

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

bng