United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group CASE NO.: 18-82948 MONTH ENDING: 9/30/19

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES x NO ___ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES ___ NO x All post petition individual taxes have been paid and the deposit slips are attached. N/A

   If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. YES x NO ___ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter: TYPE ______________ not in force.

   TYPE ______________ not in force.

3. YES x NO ___ New books and records were opened and are being maintained daily.

4. YES x NO ___ Copies of all banks statements and reconciliations are attached.

5. YES x NO ___ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES x NO ___ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE ______________

______________
RESPONSIBLE PARTY

Phone No. ______________

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group CASE NO.: 18-82948 MONTH ENDING: 9/30/19

Attach Business Forms BA-02(A-D)

## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | | INCOME STATEMENT -Accrual (Circle One) -Cash (circled) | |
|---|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | | 1. REVENUE FROM TOTAL SALES | $ |
| A. CASH ON HAND (Beginning) | 49,948 | 2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | |
| B. RECEIPTS: | | | |
| Accounts Receivable from Form BA-02(A)-Line II(C) | 553,404 | 3. EQUALS GROSS PROFIT (1 minus 2) | |
| Cash Sales | | 4. LESS OPERATING EXPENSES | |
| Loan Proceeds from | | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) | |
| Sale of Property (Not in ordinary course of business) | | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | |
| Other | | See Attached | |
| | | | |
| C. TOTAL RECEIPTS (Total of B) | 553,404 | | |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) | 516,824 | | |
| E. SURPLUS OR DEFICIT (C minus D) | 36,580 | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | $ |
| F. CASH ON HAND (End) (A plus E) | 86,528 | ***Please itemize Cost of Sales and Expenses on a separate sheet of paper.*** | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE__________

[signature]

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: Sarai Services Group CASE NO.: 18-82948 MONTH ENDING: 9/30/19

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A. Amount collected this month on accounts receivable charged and paid this month. $ 553,404

B. Amount collected this month on accounts receivable charged in prior months and paid this month. $ -

C. TOTAL collected this month on accounts receivable. $ 553,404

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| GSA | $ ϕ | - | - | 349,184 | $ 349,184 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ ϕ | - | - | 349,184 | $ 349,184 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE________________________

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: Sarai Services Group CASE NO.: 18-82948 MONTH ENDING: 9/30/19

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES..................................... $______
ADVERTISING.......................................... ______
AUTOMOBILES/VEHICLES (repairs & maintenance)............ ______
COMMISSIONS/CONTRACT LABOR............................. ______
INSURANCE (TOTAL)..................................... ______
- AUTO $______
- LIABILITY ______
- LIFE ______
- MEDICAL ______
- CASUALTY ______
- FIRE & THEFT ______
- WORKMAN'S COMP. ______
- OTHER ______ ______

SEE ATTACHED

INTEREST PAID......................................... ______
INVENTORY PURCHASED................................... ______
LEGAL FEES............................................ ______
POSTAGE............................................... ______
RENT/LEASE PAYMENTS ON REAL ESTATE..................... ______
REPAIRS & MAINTENANCE................................. ______
SALARIES/WAGES PAID................................... ______
SECURED LOAN PAYMENTS [ TOTAL FROM BA-02(C)] ............ ______
SUPPLIES (TOTAL)...................................... ______
- OFFICE $______
- OPERATING ______

TRAVEL & ENTERTAINMENT................................ ______
TAXES [ TOTAL OF ALL TAXES FROM BA-02(D)] ............... ______
UNSECURED LOAN PAYMENTS............................... ______
UTILITIES (TOTAL)..................................... ______
- ELECTRICITY $______
- GAS ______
- TELEPHONE ______
- WATER ______
- OTHER ______ ______

OTHER BUSINESS DISBURSEMENTS ______
(Specify) ______ $______

**TOTAL BUSINESS DISBURSEMENTS**.......................... $______

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE______

[signature]
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Sarai Services Group CASE NO.: 18-82948 MONTH ENDING: 9/30/19

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ***ALL SECURED CREDITORS MUST BE LISTED BELOW***

1. _______ Secured loan payments as described below have been paid this month (Check, if true.)

2. x No secured loan payments have been paid during this month. (Check, if true.)

3. _______ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE ____________________

____________________
RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** Sarai Services Group **CASE NO.:** 18-82948 **MONTH ENDING:** 9/30/19

**Attach to Business Form BA-02**

## BUSINESS DEBTOR'S TAX PAYMENTS

**A. WITHHELD TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | PAYROLL AMOUNT | **FICA 941** | | **STATE** INCOME TAXES PAID | **LOCAL** INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| ALL LIABILITIES PAID BY THIRD PARTY P/R | | | | | |
| SERVICE USING IMPOUNDED FUNDS. | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | TAXABLE PAYROLL | **FUTA 940** | | **STATE** |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

**C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)**

| **DUE** | | | **PAID** | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE____________________ ____________________
RESPONSIBLE PARTY

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** Sabai Services Group **CASE NO.:** 18-82948 **MONTH ENDING:** 9/30/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| PNC | # 4557 | 86,528.45 | 9/30 | POST |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL

(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1 (Name) Calvin Mitchell (EST.) $ 13,548

Officer #2 (Name) ______ $ ______

Other Officer (Name) ______ $ ______

Employees (Number) @ 10 EE's $ ______

Employees (Relatives) ______ $ ______

Name Courtney Mitchell (EST.) $ 4,500

Name James C. Mitchell (EST.) $ 5,038

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST) $ ______

Inventory - Purchased this Month - CASH $ ______

Inventory - Purchased this Month - CREDIT $ ______

Inventory - End of Month (COST) $ ______

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

____ A. No payments on pre-petition debts have been made this month.

____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE ______ [signature]

RESPONSIBLE PARTY

CHAPTER 11 OPERATING ORDER FORM 11/00 **BUSINESS BA-03(A)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** Sarai Services Group **CASE NO.:** 18-82948 **MONTH ENDING:** 9/30/19

# BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

x A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**** OR ****

___ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE__________

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# Sarai Services Group, Inc.
## Balance Sheet - Ch.11 Report
As of September 30, 2019

Cash Basis

| | Sep 30, 19 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| PNC Operating | 86,528.45 |
| Total Checking/Savings | 86,528.45 |
| Accounts Receivable | |
| Accounts Receivable | 349,184.00 |
| Total Accounts Receivable | 349,184.00 |
| Other Current Assets | |
| Loan to SIC | 110.00 |
| Total Other Current Assets | 110.00 |
| Total Current Assets | 435,822.45 |
| Fixed Assets | |
| Accumulated Depreciation | -170,881.00 |
| Other Fixed Assets | 11,908.00 |
| Property and Equipment | 875,350.00 |
| Total Fixed Assets | 716,377.00 |
| **TOTAL ASSETS** | **1,152,199.45** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Long Term Liabilities | |
| Loan from CM Holdings (4493) | 38,055.41 |
| Pre-Chapter 11 Payables | 2,329,834.00 |
| Total Long Term Liabilities | 2,367,889.41 |
| Total Liabilities | 2,367,889.41 |
| Equity | |
| Retained Earnings | -639,943.17 |
| Net Income | -575,746.79 |
| Total Equity | -1,215,689.96 |
| **TOTAL LIABILITIES & EQUITY** | **1,152,199.45** |

No Assurance Provided

**Sarai Services Group, Inc.**
# Profit & Loss - Ch.11 Report
**September 2019**

**Cash Basis**

| | Sep 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Reimbursements** | 77,949.80 |
| **Sales** | 553,404.12 |
| **Total Income** | 631,353.92 |
| **Cost of Goods Sold** | |
| **Subcontractor Expense** | 462,556.92 |
| **Total COGS** | 462,556.92 |
| **Gross Profit** | 168,797.00 |
| **Expense** | |
| **Bank Service Charges** | 69.35 |
| **Computer and Internet Expenses** | 492.12 |
| **Insurance Expense** | 55.00 |
| **Payroll Expenses** | 50,865.21 |
| **Security Expense** | 197.07 |
| **Software Expense** | 744.58 |
| **Utilities** | 1,700.32 |
| **Waste Removal** | 143.33 |
| **Total Expense** | 54,266.98 |
| **Net Ordinary Income** | 114,530.02 |
| **Net Income** | **114,530.02** |

No Assurance Provided

**Cash Basis**

# Sarai Services Group, Inc.
## Profit & Loss - Ch.11 Report
### July through September 2019

| | Jul - Sep 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Reimbursements | 77,949.80 |
| Sales | 666,725.73 |
| **Total Income** | 744,675.53 |
| **Cost of Goods Sold** | |
| Subcontractor Expense | 462,556.92 |
| **Total COGS** | 462,556.92 |
| **Gross Profit** | 282,118.61 |
| **Expense** | |
| Bank Service Charges | 253.85 |
| Computer and Internet Expenses | 2,643.78 |
| Human Resources | 2,000.00 |
| Insurance Expense | 7,379.71 |
| Office Supplies | 103.49 |
| Payroll Expenses | 154,010.49 |
| Repairs and Maintenance | 108.90 |
| Retirement Expense | 1,046.38 |
| Security Expense | 558.81 |
| Software Expense | 3,207.27 |
| Supplies Expense | 38,220.00 |
| Utilities | 8,077.73 |
| Waste Removal | 575.29 |
| **Total Expense** | 218,185.70 |
| **Net Ordinary Income** | 63,932.91 |
| **Net Income** | **63,932.91** |

No Assurance Provided

## Sarai Services Group, Inc.
# Statement of Cash Flows - Ch. 11 Report
### July through September 2019

| | Jul - Sep 19 |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 63,932.91 |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| Unbilled WIP | 30,686.79 |
| Net cash provided by Operating Activities | 94,619.70 |
| FINANCING ACTIVITIES | |
| Loan from BRM Services (4581) | -5,000.00 |
| Loan from CM Holdings (4493) | 5,000.00 |
| Loan from SSGWWJV (4549) | -50,585.00 |
| Net cash provided by Financing Activities | -50,585.00 |
| Net cash increase for period | 44,034.70 |
| Cash at beginning of period | 42,493.75 |
| Cash at end of period | 86,528.45 |

No Assurance Provided

## Sarai Services Group, Inc.
# Statement of Cash Flows - Ch. 11 Report
September 2019

| | Sep 19 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 114,530.02 |
| **Net cash provided by Operating Activities** | 114,530.02 |
| **FINANCING ACTIVITIES** | |
| Loan from SSGWWJV (4549) | -77,949.80 |
| **Net cash provided by Financing Activities** | -77,949.80 |
| **Net cash increase for period** | 36,580.22 |
| **Cash at beginning of period** | 49,948.23 |
| **Cash at end of period** | **86,528.45** |

No Assurance Provided

# Sarai Services Group, Inc.
## Reconciliation Summary
### PNC Operating, Period Ending 09/30/2019

| | | Sep 30, 19 |
|---|---|---|
| Beginning Balance | | 49,948.23 |
| Cleared Transactions | | |
| Checks and Payments - 17 items | -516,823.90 | |
| Deposits and Credits - 5 items | 553,404.12 | |
| Total Cleared Transactions | 36,580.22 | |
| **Cleared Balance** | | **86,528.45** |
| Register Balance as of 09/30/2019 | | 86,528.45 |
| New Transactions | | |
| Checks and Payments - 13 items | -63,775.20 | |
| Deposits and Credits - 4 items | 45,481.20 | |
| Total New Transactions | -18,294.00 | |
| **Ending Balance** | | **68,234.45** |

# Sarai Services Group, Inc.
## Reconciliation Detail
### PNC Operating, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 49,948.23 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 17 items** | | | | | | |
| Check | 09/03/2019 | | PNC | X | -69.35 | -69.35 |
| Check | 09/03/2019 | | Humana Insurance | X | -55.00 | -124.35 |
| Check | 09/05/2019 | | Oasis | X | -22,850.96 | -22,975.31 |
| Check | 09/09/2019 | | Microsoft | X | -327.00 | -23,302.31 |
| Check | 09/09/2019 | | ADT Security Services | X | -141.94 | -23,444.25 |
| Check | 09/09/2019 | | Microsoft | X | -66.71 | -23,510.96 |
| Check | 09/11/2019 | | Rightnetworks | X | -66.99 | -23,577.95 |
| Check | 09/13/2019 | | Intuit Quickbooks O... | X | -76.30 | -23,654.25 |
| Check | 09/17/2019 | | Capshaw Army DFAS | X | -209,002.92 | -232,657.17 |
| Check | 09/18/2019 | | Oasis | X | -28,014.25 | -260,671.42 |
| Check | 09/19/2019 | | Adobe | X | -350.87 | -261,022.29 |
| Check | 09/20/2019 | | Republic Services | X | -143.33 | -261,165.62 |
| Check | 09/23/2019 | | Capshaw Army DFAS | X | -137,609.00 | -398,774.62 |
| Check | 09/23/2019 | | Capshaw Army DFAS | X | -115,945.00 | -514,719.62 |
| Check | 09/23/2019 | 884557 | Huntsville Utilities | X | -1,700.32 | -516,419.94 |
| Check | 09/24/2019 | | Digium Cloud Servic... | X | -348.83 | -516,768.77 |
| Check | 09/24/2019 | | ADT Security Services | X | -55.13 | -516,823.90 |
| Total Checks and Payments | | | | | -516,823.90 | -516,823.90 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 09/12/2019 | | Teledyne Brown En... | X | 20,199.12 | 20,199.12 |
| Deposit | 09/13/2019 | | Capshaw Army DFAS | X | 230,026.72 | 250,225.84 |
| Deposit | 09/20/2019 | | Capshaw Army DFAS | X | 127,719.50 | 377,945.34 |
| Deposit | 09/20/2019 | | Capshaw Army DFAS | X | 151,416.36 | 529,361.70 |
| Deposit | 09/26/2019 | | Teledyne Brown En... | X | 24,042.42 | 553,404.12 |
| Total Deposits and Credits | | | | | 553,404.12 | 553,404.12 |
| Total Cleared Transactions | | | | | 36,580.22 | 36,580.22 |
| Cleared Balance | | | | | 36,580.22 | 86,528.45 |
| Register Balance as of 09/30/2019 | | | | | 36,580.22 | 86,528.45 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 13 items** | | | | | | |
| Check | 10/01/2019 | | PNC | | -56.85 | -56.85 |
| Check | 10/02/2019 | | Oasis | M | -28,519.25 | -28,576.10 |
| Check | 10/02/2019 | | Intuit Quickbooks O... | M | -3,903.29 | -32,479.39 |
| Check | 10/03/2019 | | Wow | M | -469.58 | -32,948.97 |
| Check | 10/03/2019 | | Humana Insurance | M | -62.04 | -33,011.01 |
| Check | 10/10/2019 | | Microsoft | M | -183.97 | -33,194.98 |
| Check | 10/11/2019 | | Rightnetworks | M | -66.99 | -33,261.97 |
| Check | 10/15/2019 | | Intuit Quickbooks O... | M | -76.30 | -33,338.27 |
| Check | 10/17/2019 | | Oasis | M | -29,537.10 | -62,875.37 |
| Check | 10/21/2019 | | Adobe | M | -370.31 | -63,245.68 |
| Check | 10/22/2019 | | Wow | M | -121.99 | -63,367.67 |
| Check | 10/23/2019 | | Digium Cloud Servic... | M | -349.30 | -63,716.97 |
| Check | 10/24/2019 | | ADT Security Services | M | -58.23 | -63,775.20 |
| Total Checks and Payments | | | | | -63,775.20 | -63,775.20 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 10/04/2019 | | Intuit Quickbooks O... | M | 3,903.29 | 3,903.29 |
| Deposit | 10/09/2019 | | Microsoft | M | 72.67 | 3,975.96 |
| Deposit | 10/10/2019 | | Teledyne Brown En... | M | 19,253.77 | 23,229.73 |
| Deposit | 10/24/2019 | | Teledyne Brown En... | M | 22,251.47 | 45,481.20 |
| Total Deposits and Credits | | | | | 45,481.20 | 45,481.20 |
| Total New Transactions | | | | | -18,294.00 | -18,294.00 |
| **Ending Balance** | | | | | **18,286.22** | **68,234.45** |

# Business Checking

PNC Bank



For the Period 08/31/2019 to 09/30/2019

SARAI SERVICES GROUP INC
3405 TRIANA BLVD SW
HUNTSVILLE AL 35805-4641

Primary Account Number: 30-1888-4557

Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2020, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Among the changes that become effective January 1, 2020, Branch Initiated Wire fees will be impacted for Business Banking clients, including but not limited to the following:

The fee for OUTGOING BOOK TRANSFERS will be $70.00 each.
The fee for DOMESTIC OUTGOING WIRE TRANSFERS will be $90.00 each.
The fee for INTERNATIONAL WIRE TRANSFERS (SAME CURRENCY) will be $125.00 each.
The fee for INCOMING FED WIRES will be $13.00 each.
The fee for WIRE TRANSFER MANUAL REPAIRS will be $17.00 each.
The fee for WIRE COPIES will be $20.00 each.
The fee for MAIL ADVICE will be $12.00 each.
The fee for a CLIENT REQUESTED CANCELLED WIRE will be $15.00 each.

---

Watch Where You Click

Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

Business Checking Account Number: 30-1888-4557 - continued

**For the Period 08/31/2019 to 09/30/2019**
Sarai Services Group Inc
Primary Account Number: 30-1888-4557
Page 2 of 4

Sarai Services Group Inc

## Business Checking Summary

Account number: 30-1888-4557

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 49,948.23 | 553,404.12 | 516,823.90 | 86,528.45 |

| Average ledger balance | Average collected balance |
|---|---|
| 106,786.65 | 106,786.65 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 5 | 553,404.12 |
| Total | 5 | 553,404.12 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 1,700.32 |
| Debit Card Purchases | 3 | 352.26 |
| ATM/Misc. Debit Card Transactions | 6 | 1,224.84 |
| ACH Deductions | 4 | 462,611.92 |
| Service Charges and Fees | 1 | 69.35 |
| Other Deductions | 2 | 50,865.21 |
| Total | 17 | 516,823.90 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/31 | 49,948.23 | 09/12 | 46,569.40 | 09/20 | 318,144.31 |
| 09/03 | 49,823.88 | 09/13 | 276,519.82 | 09/23 | 62,889.99 |
| 09/05 | 26,972.92 | 09/17 | 67,516.90 | 09/24 | 62,486.03 |
| 09/09 | 26,437.27 | 09/18 | 39,502.65 | 09/26 | 86,528.45 |
| 09/11 | 26,370.28 | 09/19 | 39,151.78 | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/12 | 20,199.12 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019254006571943 |
| 09/13 | 230,026.72 | Corporate ACH Capsw Army DFAS-Cleveland 6Vlk2 | 00019256002543747 |
| 09/20 | 151,416.36 | Corporate ACH Capsw Army DFAS-Cleveland 6Vlk2 | 00019263007362859 |
| 09/20 | 127,719.50 | Corporate ACH Capsw Army DFAS-Cleveland 6Vlk2 | 00019263007362850 |
| 09/26 | 24,042.42 | Corporate ACH EFT Teledyne Brown E Vnd000011886 | 00019268015647748 |

### Checks and Other Deductions

#### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 09/23 | 884557 * | 1,700 32 | L085657947 |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 141.94 | 6587 Debit Card Purchase Adt Security*401711615 800-2382727 Fl | 45935870057166587251 |

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 08/31/2019 to 09/30/2019**
Sarai Services Group Inc
Primary Account Number: 30-1888-4557

Business Checking Account Number: 30-1888-4557 - continued

## Debit Card Purchases - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/11 | 66.99 | 6587 Debit Card Purchase Right Networks 603-3240400 NH | 68550870057166587254 |
| 09/20 | 143.33 | 6587 Debit Card Purchase Republic Services Tras 866-5765548 Az | 32595870057166587263 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/09 | 66.71 | 6587 Recurring Debit Card Msft * E070094A8J 800-6427676 Wa | 66894870057166587252 |
| 09/09 | 327.00 | 6587 Recurring Debit Card Msft * E070094BI1 800-6427676 Wa | 66895870057166587252 |
| 09/13 | 76.30 | 6587 Recurring Debit Card Intuit *Quickbooks 800-4468848 Ca | 76008870057166587256 |
| 09/19 | 350.87 | 6587 Recurring Debit Card Adobe *Creative Cloud 800-4438158 Ca | 54349870057166587262 |
| 09/24 | 55.13 | 6587 Recurring Debit Card Adt Security*40171157 Www.Adt.Com Fl | 21623870057166587267 |
| 09/24 | 348.83 | 6587 Recurring Debit Card Digium Cloud Services 256-4286000 Al | 21622870057166587267 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 55.00 | ACH Debit Ins Pymt Humana, Inc. XXXXXXXXXXX1413 | 00019242004651461 |
| 09/17 | 209,002.92 | ACH Settlement Payments Sarai Services | 00019260910954060 |
| 09/23 | 137,609.00 | ACH Settlement Payments Sarai Services | 00019266912614214 |
| 09/23 | 115,945.00 | ACH Settlement Payments Sarai Services | 00019266912614213 |

COST OF GOODS GOOD → CPG PAID TO: CRESTWOOD TECH GROUP → SUBCONTRACTOR PER CM 10/25

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 69.35 | Service Charge Period Ending 08/30/2019 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/05 | 22,850.96 | Fed Wire Out 1995910443Zsa1K9 | W1995910443ZSA1K9 |
| 09/18 | 28,014.25 | Fed Wire Out 199I90125Haf01Bj | W199I90125HAF01BJ |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 7 | .00 | Included in Account |
| ACH Credits | 5 | .00 | Included in Account |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | Included in Account |
| Cash Flow Insight Waived Fee (promo) | 1 | .00 | Included in Account |
| Cash Flow Insight Payables | 1 | 15.00 | |
| Cash Flow Insight Receivables | 1 | 15.00 | |

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

Business Checking Account Number: 30-1888-4557 - continued

**For the Period 08/31/2019 to 09/30/2019**
Sarai Services Group Inc
Primary Account Number: 30-1888-4557
Page 4 of 4

## Detail of Services Used During Current Period *- continued*

| Description | Volume | Amount |
|---|---|---|
| Cash Flow Insight Sync | 1 | 12.00 |
| Cash Flow Insight Add Users | 1 | 2.00 |
| Wire, Treasury Management Services | | 12.50 |
| Pinacle Domestic Wire Transfer | | 12.50 |
| Automated Clearinghouse Service | | .35 |
| Pinacle Express-Credits Originated | | .35 |
| Total For Services Used This Period | | 56.85 |
| Total Service Charge | | 56.85 |