# DEBTOR SARAI SERVICES GROUP, INC.'S
# SUMMARY OF CLAIMS REGISTER (as December 20, 2019)

**Secured Claims**

| | | | |
|---|---|---|---|
| Everest Business Funding | Doc. 6-1 | $ | 66,717.83 |
| Pearl Delta Funding LLC | Doc. 30-2 | $ | 133,855.00 |
| Lynda Hall, Tax Collector | Doc. 40-1 | $ | 3,041.79 |
| **TOTAL OF SECURED CLAIMS** | | **$** | **203,614.62** |

**Priority Unsecured Tax Claims**

| | | | |
|---|---|---|---|
| Alabama Department of Revenue | Doc. 8-1 | $ | 253.13 |
| U.S. Internal Revenue Service (*est.) | Doc. 1-1 | $ | 437,043.28 |
| **TOTAL OF PRIORITY UNSECURED CLAIMS** | | **$** | **437,296.41** |

**Unsecured Employee Wage /Benefits Claims**

| | | | |
|---|---|---|---|
| Donald Buchanan | Doc. 16-1 | $ | 7,210.80 |
| Reginald Lewis | Doc. 17-1 | $ | 3,115.20 |
| Lee Roy Adams | Doc. 20-1 | $ | 3,262.73 |
| James C. Mitchell | Doc. 26-1 | $ | 1,039,256.00 |
| Timothy S. Milby | Doc. 32-1 | $ | 16,685.28 |
| Cindy C. Milby | Doc. 33-1 | $ | 8,994.04 |
| U.S. Dep't of Labor, on behalf of the WW Contractors Inc. 401(k) Plan | Doc. 34-1 | $ | 722,651.98 |
| Rebecca Burrow | Doc. 38-1 | $ | 1,750.38 |
| Noriko Leeth | Doc. 47-1 | $ | 3,744.14 |
| Patrick Clay | Doc. 48-2 | $ | 12,263.17 |
| **TOTAL OF PRIORITY EMPLOYEE CLAIMS** | | **$** | **1,818,931.72** |

**Unsecured Health Insurance Plan Premiums**

| | | | |
|---|---|---|---|
| UnitedHealthcare Insurance Company | Doc. 18-2 | $ | 133,915.32 |
| **TOTAL OF PRIORITY HEALTHCARE CLAIMS** | | **$** | **133,915.32** |

**General Unsecured Claims**

| | | | |
|---|---|---|---|
| U.S. Internal Revenue Service (*est.) | Doc. 1-1 | $ | 67,100.32 |
| American Express National Bank | Doc 2-1 | $ | 152,708.08 |
| Alabama Department of Revenue | Doc. 8-1 | $ | 133.00 |
| Capital One Bank (USA), N.A. | Doc. 19-1 | $ | 41,336.28 |
| Refillin Galaxy LLC | Doc. 31-1 | $ | 170,462.74 |
| West Roofing Systems, Inc. | Doc. 37-1 | $ | 6,450.00 |
| Silver Star Shopping Center, LLC | Doc. 41-1 | $ | 21,574.04 |
| WW Contractors, Inc. | Doc. 44-1 | $ | 0.00 |
| Noriko Leeth | Doc. 47-1 | $ | 3,744.14 |
| **TOTAL OF PRIORITY UNSECURED CLAIMS** | | **$** | **463,507.74** |

# DEBTOR SSGWWJV LLC'S
# SUMMARY OF CLAIMS REGISTER (as of June 21, 2019)

**Unsecured Employee Wage /Benefits Claims**

| | | | |
|---|---|---|---|
| Shannon R. Stewart | Doc. 4-1 | $ | 5,080.00 |
| Nancy Horne | Doc. 5-1 | $ | 2,861.28 |
| Pedro Martinez | Doc. 6-1 | $ | 2,475.20 |
| Richard Mason | Doc. 7-1 | $ | 3,447.84 |
| Mario A. Jimenez | Doc. 8-1 | $ | 1,701.04 |
| Howard Schowpe | Doc. 9-1 | $ | 3,759.84 |
| Mario A. Jimenez | Doc. 10-1 | $ | 1,034.00 |
| Shawn Freeman | Doc. 11-1 | $ | 3,447.84 |
| Chris N. Berniard | Doc. 12-1 | $ | 2,735.44 |
| Chris N. Berniard | Doc. 13-1 | $ | 12,593.40 |
| Wanda Norris | Doc. 14-1 | $ | 1,779.84 |
| Timothy Norris | Doc. 15-1 | $ | 3,646.08 |
| Donald D. Barker | Doc. 16-1 | $ | 3,065.28 |
| Douglas Edward Martin | Doc. 17-1 | $ | 26,000.00 |
| Cecilia Cervantes Farrell | Doc. 18-1 | $ | 9,888.04 |
| David W. Lane | Doc. 19-1 | $ | 730.00 |
| George Reed | Doc. 20-1 | $ | 1,600.00 |
| Shon P. Smith | Doc. 21-1 | $ | 3,426.80 |
| Jonathan Heird | Doc. 23-1 | $ | 4,100.00 |
| Carl Husicker | Doc. 24-1 | $ | 3,754.40 |
| Alberto Aguilar | Doc. 26-1 | $ | 3,048.00 |
| William Philip Terrice | Doc. 28-1 | $ | 3,796.16 |

| | | | |
|---|---|---|---|
| Travis Menchaca | Doc. 7-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 6,015.38 |
| Juan Martinez | Doc. 11-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 2,061.44 |
| Juan L. Longoria | Doc. 12-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 12,000.00 |
| Javier D. Cortez | Doc. 13-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 16,000.00 |
| **TOTAL OF PRIORITY UNSECURED CLAIMS** | | **$** | **140,047.30** |

**General Unsecured Claims**

| | | | |
|---|---|---|---|
| Texas AirSystems, LLC | Doc. 1-1 | $ | 13,243.31 |
| Oaks Brothers, Inc. | Doc. 2-1 | $ | 11,135.00 |
| Schneider Electric Building Americas, Inc. | Doc. 22-1 | $ | 23,706.06 |
| Reliable First Protection LLC | Doc. 25-1 | $ | 10,135.48 |
| McMaster-Carr Supply Company | Doc. 29-1 | $ | 1,925.99 |
| Quality Janitorial Service | Doc. 30-1 | $ | 15,187.23 |
| Metropolitan Fire Extinguisher Co. | Doc. 31-1 | $ | 74,492.78 |
| Johnstone Supply | Doc. 32-1 & Doc. 28-1 (filed in 18-82948 Claims Doc.) | $ | 4,195.96 |
| River City Mechanical, Inc. | Doc. 34-1 & Doc. 11-1 (filed in the case no. 18-82950 Claims Doc.) | $ | 47,401.19 |
| Innovative Power Solutions | Doc. 33-1 | $ | 16,077.87 |
| Powers Mechanical Service Company | Doc. 35-1 | $ | 30,397.23 |
| WW Contractors, Inc. | Doc. 36-1 | $ | 0.00 |
| Zoro Tools, Inc. | Doc. 37-1 | $ | 6,848.73 |
| Canon Financial Services, Inc. | Doc. 23-2 (filed in the case no. 18-82948 Claims Doc.) | $ | 32,048.53 |

| | | | |
|---|---|---|---:|
| Airetech Corporation | Doc. 24-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 1,625.34 |
| Performance Controls Group, LLC | Doc. 25-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 6,314.00 |
| Hurfo Ind. | Doc. 27-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 1,369.36 |
| Barry Pool | Doc. 29-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 702.08 |
| LifeProtection Sprinkler LLC | Doc. 36-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 4,577.58 |
| Twin Fire Protection | Doc. 39-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 11,700.00 |
| Infraredteam LLC | Doc. 45-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 2,600.00 |
| U.S. DOL / Wage and Hour Div. | Doc. 46-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 388,311.71 |
| **TOTAL OF GENERAL UNSECURED CLAIMS** | | **$** | **703,995.43** |

# DEBTOR SARAI INVESTMENT CORPORATION'S
# SUMMARY OF CLAIMS REGISTER (as of June 21, 2019)

**Secured Claims**

| | | | |
|---|---|---|---:|
| Alabama Department of Revenue | Doc. 1-1 | $ | 6,416.92 |
| U.S. Internal Revenue Service | Doc. 5-1 | $ | 238,178.95 |
| Texas Workforce Commission | Doc. 6-3 | $ | 12,936.83 |
| Texas Workforce Commission | Doc. 14-1 | $ | 12,908.30 |
| **TOTAL OF SECURED CLAIMS** | | **$** | **270,441.00** |

**Priority Unsecured Tax Claims**

| | | | |
|---|---|---|---:|
| Alabama Department of Revenue | Doc. 2-1 | $ | 40,718.06 |
| Alabama Department of Revenue | Doc. 3-1 | $ | 106.67 |
| U.S. Internal Revenue Service (*est.) | Doc. 5-1 | $ | 2,327,562.73 |
| Michigan Dep't of Treasury | Doc. 7-1 | $ | 2,572.77 |
| Alabama Department of Revenue | Doc. 9-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 8,529.76 |
| Arkansas Department of Finance And Administration | Doc. 14-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 13,438.59 |
| **TOTAL OF PRIORITY UNSECURED CLAIMS** | | **$** | **2,392,928.58** |

**Unsecured Employee Wage /Benefits Claims**

| | | | |
|---|---|---|---:|
| Luke Henry Messer | Doc. 1-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 21,693.00 |
| James Higgenbotham II | Doc. 5-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 9,767.80 |
| Christian Cochran | Doc. 10-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 1,761.34 |
| **TOTAL OF PRIORITY UNSECURED CLAIMS** | | **$** | **33,222.14** |

**General Unsecured Claims**

| | | | |
|---|---|---|---:|
| Alabama Department of Revenue | Doc. 2-1 | $ | 5,478.98 |
| Alabama Department of Revenue | Doc. 3-1 | $ | 61.00 |
| Michigan Dep't of Treasury | Doc. 7-1 | $ | 246.76 |
| Baker Donelson | Doc. 8-1 | $ | 106,525.04 |
| Texas Atty General | Doc. 10-1 | $ | 6,007.88 |
| WW Contractors, Inc. | Doc. 12-1 | $ | 0.00 |
| Lisa Rogers | Doc. 13-1 | $ | 350,000.00 |
| One Beacon Insurance | Doc. 4-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 52,973.00 |
| Alabama Department of Revenue | Doc. 9-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 1,849.22 |
| Arkansas Department of Finance And Administration | Doc. 14-1 (filed in the case no 18-82948 Claims Doc.) | $ | 6,326.97 |
| UnitedHealthcare Insurance Co. | Doc. 18-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 133,915.32 |
| Oklahoma Tax Commission | Doc. 21-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 901.90 |
| Pennsylvania Dep't of Revenue | Doc. 22-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 3,269.05 |
| Texas Comptroller of Public Accounts | Doc. 35-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 4,738.76 |
| Silver Star Shopping Center, LLC | Doc. 41-1 (filed in the case no. 18-82948 Claims Doc.) | $ | 21,574.04 |
| U.S. Internal Revenue Service | Doc. 3-1 (filed in the case no. 18-82949 Claims Doc.) | $ | 300.00 |
| **TOTAL OF GENERAL UNSECURED CLAIMS** | | **$** | **694,167.92** |