## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In re: SARAI SERVICES GROUP, INC.[3] | ) ) | Case No.: 18-82948-CRJ-11 |
| EIN: xx-xxx2969 | ) ) | |
| Debtor. | ) ) | CHAPTER 11 |

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF DEBTORS SARAI SERVICES GROUP, INC., SSGWWJV LLC, AND SARAI INVESTMENT CORPORATION

Filed By __UnitedHealthcare Insurance Company__.

THE PLAN REFERRED TO IN THIS BALLOT CAN BE CONFIRMED BY THE COURT AND THEREBY MADE BINDING ON YOU IF IT IS ACCEPTED BY THE HOLDERS OF TWO-THIRDS IN AMOUNT AND MORE THAT ONE-HALF IN NUMBER OF CLAIMS IN EACH CLASS AND THE HOLDERS OF TWO-THIRDS IN AMOUNT OF EQUITY SECURITY INTERESTS IN EACH CLASS VOTING ON THE PLAN. IN THE EVENT THE REQUISITE ACCEPTANCES ARE NOT OBTAINED, THE COURT MAY NEVERTHELESS CONFIRM THE PLAN IF THE COURT FINDS THAT THE PLAN ACCORDS FAIR AND EQUITABLE TREATMENT TO THE CLASS OR CLASSES REJECTING IT AND OTHERWISE SATISFIES THE REQUIREMENTS OF § 1129(B) OF THE CODE. TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT.

**[If holder of scheduled or filed claim]**

The undersigned, as a creditor of the above-named debtor in the unpaid principal amount of $__133,915.32__ with filed proof of claim #__18-2__.

**[If equity security holder]**

The undersigned, the holder of [*state number*] _____ shares of [ *describe type*] _____ stock of the above named debtor, represented by Certificate(s) No._____ [*or held in my/our brokerage Account No.* _____ at [*name of broker-dealer*]_____.

---

[3] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

34

Case 18-82948-CRJ11   Doc 425   Filed 02/11/20   Entered 02/11/20 12:15:51   Desc
Main Document      Page 34 of 35
Case 18-82948-CRJ11   Doc 438   Filed 02/20/20   Entered 02/20/20 10:54:47   Desc
Main Document      Page 1 of 2

[Check One Box]

☒ **Accepts the Plan of Reorganization**

☐ **Rejects the Plan of Reorganization**

Dated: February 11, 2020

Print or type name: Eric S. Goldstein

Signed: *[signature]*

[if appropriate] By: _____

as: Attorney for UnitedHealthcare Insurance Company

**IN ORDER TO BE COUNTED, BALLOTS MUST BE SIGNED AND RETURNED SO THAT THEY ARE RECEIVED BY THE U.S. BANKRUPTCY COURT NO LATER THAN 4:30 P.M. CENTRAL STANDARD TIME ON THE DATE SET BY THE COURT (THE "VOTING DEADLINE"), TO:**

**Clerk's Office**
**U.S. Bankruptcy Court**
**400 Well Street, NE # 222**
**Decatur, AL 35601-1951**

35

Case 18-82948-CRJ11    Doc 425    Filed 02/11/20    Entered 02/11/20 12:15:51    Desc
Main Document    Page 35 of 35
Case 18-82948-CRJ11    Doc 438    Filed 02/20/20    Entered 02/20/20 10:54:47    Desc
Main Document    Page 2 of 2