UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. |
| | ) | |
| SARAI SERVICES GROUP, INC[1]., | ) | 18-82948 |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

## OBJECTION TO CONFIRMATION OF THIRD AMENDED JOINT PLAN OF REORGANIZATION OF DEBTORS SARAI SERVICES GROUP, INC., SGGWWJV LLC, AND SARAI INVESTMENT CORPORATION

**COMES NOW** J. Thomas Corbett, United States Bankruptcy Administrator for the Northern District of Alabama (the "BA"), by and through the undersigned counsel of record, and hereby objects to confirmation of the Third Amended Joint Plan of Reorganization of Debtors Sarai Services Group, Inc., SGGWWJV LLC, and Sarai Investment Corporation ("Plan") (Doc. # 425) and states as follows:

1. The Debtors have not filed Operating Reports for January and February 2020.

2. The Debtors have not filed the Quarterly Fee Statement for period ending December 31, 2019.

3. The Debtors have not paid the required Quarterly Fees for the period ending December 31, 2019.

4. The failure to abide by basic reporting requirements and pay statutory fees are both indicative of an inability to effectively reorganize and to carry out the terms of the proposed Plan. Such is evidence of that the Plan is not feasible. As such, the Plan is not confirmable under 11 U.S.C. Section 1129(a)(11).

5. The Debtors noncompliance with basic reporting requirements and pay statutory fees make the Plan unconfirmable under 11 U.S.C. Section 1129(a)(1) and (2).

6. The BA joins in the Internal Revenue Service's Objection to Confirmation (Doc. 462).

**WHEREFORE, PREMISES CONSIDERED,** the BA hereby requests this Court sustain this objection and deny confirmation of the Plan.

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ11; Sarai Investment Corporation, Case No. 18-82950-CRJ11; and CM Holding, Inc., Case No. 18-82951-CRJ11.

Respectfully submitted this the 16th day of March, 2020.

/s/ Robert J. Landry, III
Assistant U.S. Bankruptcy Administrator
Bar ID No. ASB-3091-L55R
Robert_Landry@alnba.uscourts.gov

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
1129 Noble Street, Room 117
Anniston, Alabama 36201
(256) 741-1540

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2020, I have served a copy of the foregoing via email on the parties listed below:

Tazewell Shepard
Tazewell Taylor Shepard, IV
Attorneys for Debtor
taze@ssmattorneys.com
ty@ssmattorneys.com

/s/ Robert J. Landry, III

2