# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: SARAI SERVICES GROUP, INC.[1] | ) ) | Case No.: 18-82948-CRJ-11 |
| EIN: xx-xxx2969 | ) ) | |
| Debtor. | ) ) | CHAPTER 11 |

## DEBTOR'S MOTION TO CONTINUE CONFIRMATION HEARING AND REQUEST FOR STATUS CONFERENCE HEARING

COME NOW Sarai Services Group, Inc., SSGWWJV LLC, and Sarai Investment Corporation (collectively, the "**Debtor**") and file this Motion on grounds that follow:

1. The Debtor's Amended Plan of Reorganization is set for confirmation on August 10, 2020 (the "**Confirmation Hearing**").

2. The national health and economic crisis arising from COVID-19 have raised serious concerns about the state of the national economy.

3. The Debtor operates a government contracting business. While demand remains for the Debtor's services, the Debtor's future projections are less certain in light of the national economic problems.

4. The Debtor is concerned that confirmation of a Plan may not be feasible in the current economic environment.

5. The Debtor requests a thirty (30) day continuance of the Confirmation Hearing, along with the setting of a status conference in this case, to allow the Debtor to report whether continuing with this Chapter 11 case is feasible and in the best interest of the Debtor and its bankruptcy estate as a whole.

WHEREFORE, premises considered, the Debtor respectfully requests that this Court enter an Order: continuing confirmation of its Amended Plan of Reorganization; setting this Case for Status Conference; and granting such further relief as the Court deems just and proper.

---

[1] In addition to Sarai Services Group, Inc., the Debtors include the following: SSGWWJV LLC, Case No. 18-82949-CRJ-11; Sarai Investment Corporation, Case No. 18-82950-CRJ-11; and CM Holding, Inc., Case No. 18-82951-CRJ-11.

Respectfully submitted this the 3rd day of August, 2020.

                                             */s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Chapter 11 Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 3rd day of August, 2020 served the foregoing document upon all addressees on the Clerk's Mailing Matrix in this case and Richard M. Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

                                             */s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV