# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA

In re: SARAI SERVICES GROUP, INC.      §   Case No. 18-82948-CRJ7

                       §

                       §

Debtor(s)                      §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows: 1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 03, 2018. The undersigned trustee was appointed on September 08, 2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $       225,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 12,401.33 |
| Administrative expenses | 65,469.26 |
| Bank service fees | 2,708.01 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 144,421.40 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**USBA Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/05/2021 and the deadline for filing governmental claims was  /  /  .  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,500.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,500.00, for a total compensation of $14,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $917.30, for total expenses of $917.30.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/23/2022            By:/s/JUDITH THOMPSON
                                 Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**USBA Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-82948-CRJ7

**Case Name:** SARAI SERVICES GROUP, INC.

**Period Ending:** 05/23/22

**Trustee:** (220030) JUDITH THOMPSON

**Filed (f) or Converted (c):** 09/08/20 (c)

**§341(a) Meeting Date:** 10/23/20

**Claims Bar Date:** 04/05/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Office building at 3300 Westmill Road, Huntsvill   Imported from original petition Doc# 35 | 220,000.00 | 220,000.00 | | 225,000.00 | FA | 0.00 | 0.00 |
| 2 | Operations Account Account at North Alabama Bank   Imported from original petition Doc# 35 | 930.24 | 930.24 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Payroll Account Account at Noth Alabama Bank   Imported from original petition Doc# 35 | 2,500.96 | 2,500.96 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | One internet domain NAME   Imported from original petition Doc# 35  (See Footnote) | 9.99 | 9.99 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Past due receivables. Amount Requested: $3,000,0   Imported from original petition Doc# 35  (See Footnote) | 3,000,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Payroll taxes paid on behalf of WW Contractors,   Imported from original petition Doc# 35  (See Footnote) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | A/R 90 days old or less. Face amount = $3,049,21   Imported from original petition Doc# 35  (See Footnote) | 1,524,607.45 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | A/R Over 90 days old. Face amount = $3,975,590.7   Imported from original petition Doc# 35  (See | 1,987,795.39 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| Case Number: | 18-82948-CRJ7 | | Trustee: | (220030) | JUDITH THOMPSON |
|---|---|---|---|---|---|
| Case Name: | SARAI SERVICES GROUP, INC. | | Filed (f) or Converted (c): | 09/08/20 (c) | |
| | | | §341(a) Meeting Date: | 10/23/20 | |
| Period Ending: | 05/23/22 | | Claims Bar Date: | 04/05/21 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| | Footnote) | | | | | | | |
| 9 | Desks & other office equipment.<br>    Imported from original petition Doc# 35  (See Footnote) | 362.30 | 362.30 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Computers, laptops, cell phones<br>    Imported from original petition Doc# 35  (See Footnote) | 72,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | **Totals**<br>**Assets**   (Excluding unknown values) | **$6,808,206.33** | **$223,803.49** | | **$225,000.00** | **$0.00** | **$0.00** | **$0.00** |

| RE PROP# 4 | NOT COLLECTIBLE - TAKEN CARE OF DURING CHAPTER 11 |
|---|---|
| RE PROP# 5 | BALANCE NOT COLLECTIBLE |
| RE PROP# 6 | NON COLLECTIBLE |
| RE PROP# 7 | BALANCE IS NOT COLLECTIBLE |
| RE PROP# 8 | BALANCE NOT COLLECTIBLE |
| RE PROP# 9 | SALVAGE VALUE WHEN CONVERTED TO CHAPTER 7 |
| RE PROP# 10 | SALVAGE VALUE ONLY WHEN CONVERTED TO CHAPTER 7 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

| 09/08/2020 | CASE CONVERTED |
|---|---|
| 10/23/2020 | DEBTOR APPEARED AT THE 341 MEETING |
| 01/04/2021 | TRUSTEE FILED A REQUEST FOR CASE STATUS CHANGE (DOCKET DOCKET ENTRY #559) |
| 01/04/2021 | TRUSTEE FILED MOTION FOR COMPROMISE & SETTLEMENT WITH DEBTOR (DCKET ENTRY) #560)  with sale of Real Estate |
| 02/03/2021 | HEARING FOR MOTION FOR COMPROMISE (DOCKET ENTRY #561)  - APPROVED |
| 03/03/2021 | REAL ESTATE CLOSING - FUNDS BEING MAILED |
| 04/05/2021 | CLAIMS BAR DATE |
| 04/09/2021 | FILED APPLICATION TO EMPLOY ACCOUNTANT (DOCKET ENTRY #575) |
| 08/03/2021 | OBJECTION TO CLAIM #53 FILED (DOCKET ENTRY #589) - HEARING DATE 9/13/2021 |
| 09/15/2021 | OBJECTIONS APPROVED (DOCKET ENTRY #596 & #597) |
| 09/20/2021 | FINAL ASSET REPORT SENT TO BA FOR REVIEW |
| 11/07/2021 | FINAL ASSET REPORT FILED (DOCKET ENTRY #600) |
| 11/07/2021 | NOTICE OF FINAL REPORT - HEARING  FILED (DOCKET ENTRY #601)  (12/1/2021 HEARING DATE ) |
| 11/12/2021 | AMENDED FINAL REPORT FILED - (DOCKET ENTRY #605) |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 18-82948-CRJ7 | Trustee: (220030) JUDITH THOMPSON |
| Case Name: SARAI SERVICES GROUP, INC. | Filed (f) or Converted (c): 09/08/20 (c) |
| | §341(a) Meeting Date: 10/23/20 |
| Period Ending: 05/23/22 | Claims Bar Date: 04/05/21 |

| 1<br><br>Asset Description<br>(Scheduled And<br>Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br><br>Lien<br>Amount | 8<br><br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|

11/12/2021   AMENDED NOTICE OF FINAL REPORT FILED (DOCKET ENTRY #606)

11/29/2021   OBJECTION FILED BY INTERNAL REVENUE SERVICE (DOCKET ENTRY #609)

11/29/2021   WITHDREW FINAL ASSET REPORT (DOCKET ENTRY #610 - ORDER ENTERED -DOCKET ENTRY #612)

12/27/2021   TRUSTEE FILED 4 OBJECTIONS ON CLAIMS FOR NO DOCUMENTATION WITH THE CLAIM (DOCKET ENTRIES #620,6021,622,623)

02/02/2022   OBJECTIONS SET FOR HEARING

03/24/2022   FILED 4 OBJECTIONS (ECF #637 TO 640)

05/02/2022   ORDER APPROVING OBJECTIONS (ECF#644 TO 647)

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**

May 23, 2022

Date

/s/ JUDITH THOMPSON

JUDITH THOMPSON

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 18-82948-CRJ | **Trustee:** JUDITH THOMPSON (220030) |
| **Case Name:** SARAI SERVICES GROUP, INC. | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******1988 - Checking Account |
| **Taxpayer ID #:** XX-XXX2969 | **Blanket Bond:** $0.00 (per case limit) |
| **Period Ending:** 05/23/22 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|
| 03/11/21 | | Michael C, Moore - R.E. Closing Attorney | | ! 212,473.67 | | 212,473.67 |
| | {1} | James C. Mitchell - Buyer | R.E. Liquidated 225,000.00 | | | 212,473.67 |
| | | Michael C, Moore, Attorney | Deed Prer. -125.00 | | | 212,473.67 |
| | | Madison Co.Tax Collector | R.E. Taxes Due for Prior years -7,413.77 | | | 212,473.67 |
| | | Ala Dept of Revenue | Tax Lien -1,647.83 | | | 212,473.67 |
| | | Madison Co. Tax Collector | 2021 pro-rated R.E. Taxes -297.94 | | | 212,473.67 |
| | | Lynda Hall, Tax Collector of Madison CO, AL | R.E. Taxes due - 2018 claim #40 -3,041.79 | | | 212,473.67 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 227.02 | 212,246.65 |
| 04/15/21 | 101 | UNITED HEALTHCARE INSURANCE (UHIC) & (UHA) | Ref # 11- ADM EXPENSE CLAIM - ORDER 2/4/2021 (DOCKET ENTRY # 570) | | 31,110.26 | 181,136.39 |
| 04/15/21 | 102 | SPARKMAN SHEPARD AND MORRIS P.C. | Ref # 11-FEES & EXPENSES ORDER 9/29/2020 | | 29,234.00 | 151,902.39 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 324.45 | 151,577.94 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 226.74 | 151,351.20 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 266.83 | 151,084.37 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 242.14 | 150,842.23 |
| 08/17/21 | 103 | Edmond Denaburg, CPA | Ref # COMP & EXPENSES - ORDER APPROVING 7/23/2021 | | 5,000.00 | 145,842.23 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 257.87 | 145,584.36 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 241.10 | 145,343.26 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 225.18 | 145,118.08 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 217.10 | 144,900.98 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 255.48 | 144,645.50 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 224.10 | 144,421.40 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 212,473.67 | 68,052.27 | **$144,421.40** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 212,473.67 | 68,052.27 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$212,473.67** | **$68,052.27** | |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-82948-CRJ |
| **Case Name:** | SARAI SERVICES GROUP, INC. |
| | |
| **Taxpayer ID #:** | XX-XXX2969 |
| **Period Ending:** | 05/23/22 |

| | |
|---|---|
| **Trustee:** | JUDITH THOMPSON (220030) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******1988 - Checking Account |
| **Blanket Bond:** | $0.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 212,473.67 |
| Plus Gross Adjustments : | 12,526.33 |
| Net Estate : | $225,000.00 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1988** | **212,473.67** | **68,052.27** | **144,421.40** |
| | **$212,473.67** | **$68,052.27** | **$144,421.40** |

| Case Number: 18-82948-CRJ7 | Page: 1 | Date: May 23, 2022 |
|---|---|---|
| Debtor Name: SARAI SERVICES GROUP, INC. | | Time: 03:17:35 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM 199 | JUDITH THOMPSON<br>P. O. Box 18966<br>HUNTSVILLE, AL 35804-8966 | Admin Ch. 7 | COMPENATION | $14,500.00 | $0.00 | 14,500.00 |
| ADM 199 | JUDITH THOMPSON<br>P. O. Box 18966<br>HUNTSVILLE, AL 35804-8966 | Admin Ch. 7 | EXPENSES | $917.30 | $0.00 | 917.30 |
| ADM 199 | Michael C, Moore, Attorney | Admin Ch. 7 | DEED PREPARATION<br>deed preparation | $125.00 | $125.00 | 0.00 |
| ADM 199 | Edmond Denaburg, CPA | Admin Ch. 7 | COMP & EXPENSES | $5,000.00 | $5,000.00 | 0.00 |
| ADM 99 | UNITED HEALTHCARE INSURANCE<br>(UHIC) & (UHA)<br> C/O  BRIAN R. WALDING<br>2227 FIRST AVE SOUTH,  SUITE 100<br>BIRMINGHAM, AL 35233 | Admin Ch. 11 | 11- ADM EXPENSE CLAIM<br>EMPLOYEE INSURANCE : POST PETITION PORTION OF OCTOBER 2018 | $31,110.26 | $31,110.26 | 0.00 |
| ADM 300 | SPARKMAN SHEPARD AND MORRIS P.C.<br>P. O. BOX 19045<br>HUNTSVILLE, AL 35804 | Admin Ch. 11 | 11-FEES & EXPENSES<br>Docket Entry # 545 | $29,234.00 | $29,234.00 | 0.00 |
| 3P 510 | Luke Henry Messer<br>101 Sherwood Farms lane<br>Orlando Floirda,32835<br>Orlando, FL 32835 | Priority | WAGES<br>101 Sherwood Farms lane<br>Orlando Floirda,32835<br>Orlando, FL 32835<br>------------------------------------------------------* * * | $8,437.60 | $0.00 | 8,437.60 |
| 5 510 | James Higginbotham II<br>7689 Raegan Ln<br>Spanish Fort, AL 36527 | Priority | PRE & POST  WAGES<br>7689 Raegan Ln<br>Spanish Fort, AL 36527<br>------------------------------------------------------* * * | $9,767.80 | $0.00 | 9,767.80 |
| 10 510 | Christian Cochran<br>303 S. Bentwood<br>Midland, TX 79703 | Priority | WAGES<br>303 S. Bentwood<br>Midland, TX 79703<br>------------------------------------------------------* * * | $1,761.34 | $0.00 | 1,761.34 |
| 07-P 510 | Travis Menchaca<br>1118 East Lori Lane<br>harlingen, TX 78550 | Priority | WAGES<br>1118 East Lori Lane<br>harlingen, TX 78550<br>------------------------------------------------------* * * | $6,015.38 | $0.00 | 6,015.38 |
| 11-P 510 | Juan Martinez<br>4201 Hodes Ave<br>Harlingen, TX 78552 | Priority | WAGES<br>4201 Hodes Ave<br>Harlingen, TX 78552<br>------------------------------------------------------* * * | $2,061.44 | $0.00 | 2,061.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 18-82948-CRJ7 | | | Page: 2 | | **Date:** May 23, 2022 | |
| **Debtor Name:** SARAI SERVICES GROUP, INC. | | | | | **Time:** 03:17:36 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12-P 510 | Juan I. Longoria<br>47 Alan A Dale St.<br>Brownsville, TX 78521 | Priority | BENIFITS NOT PRIORITY<br>47alan a dale st.<br>brownsville, TX 78521<br>-------------------------- * * * | $2,033.68 | $0.00 | 2,033.68 |
| 13-P 510 | Javier D Cortez<br>848 Pine More Dr.<br>Brownsville, TX 78526 | Priority | EMPLOYEE WAGES<br>848 Pine More Dr.<br>Brownsville, TX 78526<br>-------------------------- * * * | $5,238.60 | $0.00 | 5,238.60 |
| 16-P 510 | Donald Buchanan<br>129 Turney Lane<br>Toney, AL 35773 | Priority | EMPLOYEE - WAGES<br>129 Turney Lane<br>Toney, AL 35773<br>-------------------------- * * * | $7,210.80 | $0.00 | 7,210.80 |
| 17-P 510 | Reginald Lewis<br>229 Rowan St<br>Meridianville, AL 35759 | Priority | CLAIM<br>DISALLOWED-ECF#632<br>229 Rowan St<br>Meridianville, AL 35759<br>-------------------------- * * * | $0.00 | $0.00 | 0.00 |
| 20-P 510 | Lee Roy Adams<br>122 Rein Dance Lane<br>Owens Cross Roads, AL 35763 | Priority | EMPLOYEE<br>122 Rein Dance Lane<br>Owens Cross Roads, AL 35763<br>-------------------------- * * * | $3,262.73 | $0.00 | 3,262.73 |
| 32-P 510 | Timothy S. Milby<br>10443 Emerald Woods Ave.<br>Orlando, FL 32836 | Priority | EMPLOYEE<br>10443 Emerald Woods Ave.<br>Orlando, FL 32836<br>-------------------------- * * * | $10,385.00 | $0.00 | 10,385.00 |
| 33-P 510 | Cindy C. Milby<br>10443 Emerald Woods Ave.<br>Orlando, FL 32836 | Priority | EMPLOYEE<br>10443 Emerald Woods Ave.<br>Orlando, FL 32836<br>-------------------------- * * * | $4,543.20 | $0.00 | 4,543.20 |
| 38-P 510 | Rebecca Burow<br>3007 Laurel Cove Way<br>Gurley, AL 35748 | Priority | EMPLOYEE BENEFIT<br>3007 Laurel Cove Way<br>Gurley, AL 35748<br>-------------------------- * * * | $1,750.38 | $0.00 | 1,750.38 |
| 47-P 510 | Noriko Leeth<br>106 Nettles Drive NW<br>MADISON, AL 35757 | Priority | EMPLOYEE - BENEFITS<br>106 Nettles Drive NW<br>MADISON, AL 35757<br>-------------------------- * * * | $3,744.14 | $0.00 | 3,744.14 |

Case Number: 18-82948-CRJ7   Page: 3   **Date:** May 23, 2022
Debtor Name: SARAI SERVICES GROUP, INC.   **Time:** 03:17:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3U 520 | Luke Henry Messer 101 Sherwood Farms lane Orlando Floirda,32835 Orlando, FL 32835 | Priority | BAL OF WAGES 101 Sherwood Farms lane Orlando Floirda,32835 Orlando, FL 32835 -----------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 18 -3 520 | UnitedHealthcare Insurance Company CDM-ATTN: Bankruptcy 185 Asylum Street,03B Hartford, CT 06103 | Priority | HEALTH INSURANCE | $103,480.81 | $0.00 | 103,480.81 |
| 15-P 520 | Mario Garza 1505 N 25th St.  Apt #1301 Harlingen, TX 78550 | Priority | EMPLOYEE BENEFIT PLANS Order #631 has errors - sent in an amended Order 5/11/2022 | $0.00 | $0.00 | 0.00 |
| 32-P 520 | Timothy S. Milby 10443 Emerald Woods Ave. Orlando, FL 32836 | Priority | EMPLOYEE BENEFIT 10443 Emerald Woods Ave. Orlando, FL 32836 -----------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 33-P 520 | Cindy C. Milby 10443 Emerald Woods Ave. Orlando, FL 32836 | Priority | EMPLOYEE BENEFIT 10443 Emerald Woods Ave. Orlando, FL 32836 -----------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 48-P2 520 | Patrick Clay 179 Bremerton Dr SW Huntsville, AL 35824 | Priority | EMPLOYEE - BENEFITS NOT 401K - These claims are where insurance should have paid and did not . several attachments to the claim.  Sarai Service representative said this was a fair claim. | $12,263.17 | $0.00 | 12,263.17 |
| 1P-2 570 | Internal Revenue Service Attn: Linda Milton for Martha 801 Tom Martin Drive, Stop R12 Birmingham, AL 35211 | Priority | EXCISE & WT-FIC TAXES 2015 TO 2018 TAXES | $498,926.75 | $0.00 | 498,926.75 |
| 8P 570 | Alabama Department of Revenue Legal Division P.O. Box 320001 Montgomery, AL 36132-0001 | Priority | TIN # 2969 PRIVILEGE TAX Business Privilege Tax - 2014 & 2015 | $253.13 | $0.00 | 253.13 |
| 9P 570 | Alabama Department of Revenue Legal Division P.O. Box 320001 Montgomery, AL 36132-0001 | Priority | # 2969  WITHHOLDING WITHHOLDING TAX -  PERIODS- 3/31/2017 & 12/31/2017 | $8,529.76 | $0.00 | 8,529.76 |

| Case Number: 18-82948-CRJ7 | | Page: 4 | | Date: May 23, 2022 |
|---|---|---|---|---|
| Debtor Name: SARAI SERVICES GROUP, INC. | | | | Time: 03:17:36 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14P 570 | Arkansas Department of Finance & Administration Revenue Legal Counsel P O Box 1272, Room 2380 Little Rock, AR 72203-1272 | Priority | WITHHOLDING TAXES Revenue Legal Counsel P O Box 1272, Room 2380 Little Rock, AR 722031272 ------------------------------------------------* * * | $13,438.59 | $0.00 | 13,438.59 |
| 21U 570 | Oklahoma Tax Commission Gerneral Counsel's Office 100 N. Broadway Ave., Suite 1500 Oklahoma City, OK 73102 | Priority | WITHHOLDING  6/ 9 OF 2018 | $857.50 | $0.00 | 857.50 |
| 22P 570 | Pennsylvania Department of Revenue Bankruptcy Division PO Box 280946 Harrisburg, PA 17128-0946 | Priority | EMPLOYEE TAX - 2018 Bankruptcy Division PO Box 280946 Harrisburg, PA 171280946 ------------------------------------------------* * * | $2,558.63 | $0.00 | 2,558.63 |
| 22U 570 | Pennsylvania Department of Revenue Bankruptcy Division PO Box 280946 Harrisburg, PA 17128-0946 | Priority | PENALTY Bankruptcy Division PO Box 280946 Harrisburg, PA 171280946 ------------------------------------------------* * * | $710.42 | $0.00 | 710.42 |
| 53 570 | Airco Mechanical, Ltd. Jeff Carruth / Murphy Klassing,Weycer, Kaplan, Pulaski & Zuber, P.C.,24 Greenwa Houston, TX 77046 | Priority | #8035  LABOR & MATERIAL Jeff Carruth / Murphy Klassing Weycer, Kaplan, Pulaski & Zuber, P.C.,24 Greenway Plaza, Suite 2050 Houston, TX 77046 ------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 54P 570 | Texas Comptroller of Public Accounts C/O Office of the Attorney General, P. O. BOX 12548 Austin, TX 78711-2548 | Priority | TX FRANCHISE TAXES 2018 C/O Office of the Attorney General Bankruptcy - Collections Division MC-008,PO Box 12548 Austin, TX 787112548 ------------------------------------------------* * * | $4,302.58 | $0.00 | 4,302.58 |
| 54U 570 | Texas Comptroller of Public Accounts C/O Office of the Attorney General, P. O. BOX 12548 Austin, TX 78711-2548 | Priority | TAX PENALTY C/O Office of the Attorney General Bankruptcy - Collections Division MC-008,PO Box 12548 Austin, TX 787112548 ------------------------------------------------* * * | $820.89 | $0.00 | 820.89 |

**Case Number:** 18-82948-CRJ7          Page:  5          **Date:** May 23, 2022
**Debtor Name:** SARAI SERVICES GROUP, INC.                **Time:** 03:17:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 40 99 | Lynda Hall, Tax Collector of Madison CO, AL<br>100 Northside Square, Room 116<br>Huntsville, AL 35801 | Secured | 100 Northside Square, Room 116<br>Huntsville, AL 35801<br>-------------------------------------------------------------- | $3,041.79 | $3,041.79<br><br>* * * | 0.00 |
| ADM 99 | Madison Co.Tax Collector | Secured | R.E. TAXES 2019/2020<br>PAID AT REAL ESTATE CLOSING | $7,413.77 | $7,413.77 | 0.00 |
| ADM 99 | Ala Dept of Revenue | Secured | TAX LIEN<br>PAID AT REAL ESTATE CLOSING | $1,647.83 | $1,647.83 | 0.00 |
| ADM 99 | Madison Co. Tax Collector | Secured | PRO-RATED 2021 TAXES<br>pro rated property taxes for 2021 | $297.94 | $297.94 | 0.00 |
| 6 100 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 7601 | Secured | PURCHASED<br>RECEIVABLES<br>294 Union St.<br>Hackensack, NJ 7601<br>-------------------------------------------------------------- | $0.00 | $0.00<br><br>* * * | 0.00 |
| 30 -2 100 | PEARL DELTA FUNDING, LLC<br>5 HANOVER SQUARE, SUITE 2102<br>NEW YORK, NY 10004 | Secured | PURCHASED FUTURE<br>RECEIVAB<br>04/05/2021 Amendment 30-2 imported by JT; original claim didn't exist<br>--------------------------------------------------------------<br>Pryor & Mandelup, L.L.P.<br>Attn: Anthony Giuliano,675 Old Country Road<br>Westbury, NY 11590<br>-------------------------------------------------------------- | $0.00 | $0.00<br><br><br><br><br><br>* * * | 0.00 |
| 43 100 | CenterState Bank, N.A., successor by merger to Nat<br>c/o Joe A. Joseph, Burr & Forman LLP<br>420 20th St. N., Ste 3400<br>Birmingham, AL 35203 | Secured | c/o Joe A. Joseph, Burr & Forman LLP<br>420 20th St. N., Ste 3400<br>Birmingham, AL 35203<br>-------------------------------------------------------------- | $0.00 | $0.00<br><br><br>* * * | 0.00 |
| 1U-2 610 | Internal Revenue Service<br>Attn: Linda Milton for Martha<br>801 Tom Martin Drive, Stop R12<br>Birmingham, AL 35211 | Unsecured | TAX PENALTIES<br>04/05/2021 Amendment 1-2 imported by JT; original claim didn't exist<br>--------------------------------------------------------------<br>P.O. Box 7346<br>Philadelphia, PA 191017346<br>-------------------------------------------------------------- | $69,200.32 | $0.00<br><br><br><br><br>* * * | 69,200.32 |
| 2 610 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | ACC# 1006 CREDIT CARD<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 193550701<br>-------------------------------------------------------------- | $152,708.08 | $0.00<br><br><br><br>* * * | 152,708.08 |

| Case Number: 18-82948-CRJ7 | Page: 6 | Date: May 23, 2022 |
|---|---|---|
| Debtor Name: SARAI SERVICES GROUP, INC. | | Time: 03:17:36 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4<br>610 | ONEBEACON INSURANCE GROUP<br>C/O Brown & Joseph, LLC<br>Suite 1225W<br>ITASCA, IL 60143 | Unsecured | INSURANCE PREMIUMS<br>C/O Brown & Joseph, LLC<br>Suite 1225W<br>ITASCA, IL 60143<br>--------------------------------------- * * * | $52,973.00 | $0.00 | 52,973.00 |
| 8U<br>610 | Alabama Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | Unsecured | PENALTY<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 361320001<br>--------------------------------------- * * * | $133.00 | $0.00 | 133.00 |
| 9U<br>610 | Alabama Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | Unsecured | PENALTY<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 361320001<br>--------------------------------------- * * * | $1,849.22 | $0.00 | 1,849.22 |
| 13U<br>610 | Javier D Cortez<br>848 Pine More Dr.<br>Brownsville, TX 78526 | Unsecured | EMPLOYEE BALANCE OF<br>WAGES<br>848 Pine More Dr.<br>Brownsville, TX 78526<br>--------------------------------------- * * * | $3,150.00 | $0.00 | 3,150.00 |
| 14U<br>610 | Arkansas Department of Finance &<br>Administration<br>Revenue Legal Counsel<br>P O Box 1272, Room 2380<br>Little Rock, AR 72203-1272 | Unsecured | PENALTY<br>Revenue Legal Counsel<br>P O Box 1272, Room 2380<br>Little Rock, AR 722031272<br>--------------------------------------- * * * | $6,326.97 | $0.00 | 6,326.97 |
| 19<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | ACC# 4549 CREDIT CARD<br>PO Box 71083<br>Charlotte, NC 282721083<br>--------------------------------------- * * * | $41,336.28 | $0.00 | 41,336.28 |
| 21P<br>610 | Oklahoma Tax Commission<br>Gerneral Counsel's Office<br>100 N. Broadway Ave., Suite 1500<br>Oklahoma City, OK 73102 | Unsecured | PENALTY | $44.40 | $0.00 | 44.40 |
| 23P-3<br>610 | Canon Financial Services, Inc.<br>Eisenberg, Gold & Agrawal P.C.<br>1040 North Kings Highway,Suite 200<br>Chery Hill, NJ 08034 | Unsecured | ADM<br>EXPENSE-LEGALFEES<br>Refer to Section 11 U.S.C. #507(a)(2) | $2,910.89 | $0.00 | 2,910.89 |

**Case Number:** 18-82948-CRJ7                     Page: 7                          **Date:** May 23, 2022
**Debtor Name:** SARAI SERVICES GROUP, INC.                                          **Time:** 03:17:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|------------------------|------------|------------------------|----------------|--------------|---------------|
| 23U-3 610 | Canon Financial Services, Inc. Eisenberg, Gold & Agrawal P.C. 1040 North Kings Highway,Suite 200 Chery Hill, NJ 08034 | Unsecured | EQUIP. LEASE Claim to be Withdrawn - per Compromise and Settlement #12 c -( Docket Entry # 560) Order Approving Motion for Compromise and Settlement (Docket Entry #569) | $16,913.06 | $0.00 | 16,913.06 |
| 24 610 | Airetech Corporation PO BOX 23207 LITTLE ROCK, AR 72221 | Unsecured | GOO0DS SOLD PO BOX 23207 LITTLE ROCK, AR 72221 ---------------------------------------------------------* * * | $1,625.34 | $0.00 | 1,625.34 |
| 25 610 | Performance Controls Group, LLC. 24044 Cinco Village Center Blvd Suite 100 Katy, TX 77494 | Unsecured | SERVICE PERFORMED 24044 Cinco Village Center Blvd Suite 100 Katy, TX 77494 ---------------------------------------------------------* * * | $6,314.00 | $0.00 | 6,314.00 |
| 26 610 | James C Mitchell 6017 Doc Sandlin Road Huntsville, AL 35811 | Unsecured | WITHDRAWN 6017 Doc Sandlin Road Huntsville, AL 35811 ---------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 27 610 | Hurfco Ind. DBA Hurricane Fence Co. 3440 W. Spur 54 Harlingen, Tx,78550 Harlingen, TX 78550 | Unsecured | SERVICES PROVIDED 3440 W. Spur 54 Harlingen, Tx,78550 Harlingen, TX 78550 ---------------------------------------------------------* * * | $1,369.36 | $0.00 | 1,369.36 |
| 28 610 | Johnstone Supply - Brownsville 2701 Agnes St. Corpus Christi, TX 78405 | Unsecured | HVAC EQUIP, PARTS 2701 Agnes St. Corpus Christi, TX 78405 ---------------------------------------------------------* * * | $4,195.96 | $0.00 | 4,195.96 |
| 29 610 | Berry Pool 3009 JCS Industrial Drive Brownsville, TX 78526 | Unsecured | POOL SUPPLIES & PARTS 3009 JCS Industrial Drive Brownsville, TX 78526 ---------------------------------------------------------* * * | $702.08 | $0.00 | 702.08 |
| 31 -2 610 | Reflin Galaxy, LLC c/o Alejandro Silbestein 17701 Biscayne Blvd. Suite 200 Avenutra, FL 33160 | Unsecured | R.E. LEASE 04/05/2021 Amendment 31-2 imported by JT; original claim didn't exist ------------------------------------------------------------------- c/o Alejandro Silbestein 17701 Biscayne Blvd. Suite 200 Avenutra, FL 33160 ---------------------------------------------------------* * * | $170,462.74 | $0.00 | 170,462.74 |

| Case Number: 18-82948-CRJ7 | Page: 8 | Date: May 23, 2022 |
|---|---|---|
| Debtor Name: SARAI SERVICES GROUP, INC. | | Time: 03:17:36 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 34 610 | United States Dept. of Labor 200 Constitution AVE NW Washington, DC 20210 | Unsecured | VIOLATION 200 Constitution AVE NW Washington, DC 20210 ---------------------------------- * * * | $772,651.98 | $0.00 | 772,651.98 |
| 35 610 | **Texas Comptroller of Public Accounts P.O. Box 13528,Capital Station Austin, TX 78711 | Unsecured | of Public Accounts P.O. Box 13528,Capital Station Austin, TX 78711 ---------------------------------- * * * | $4,738.76 | $0.00 | 4,738.76 |
| 36 610 | LifeProtection Sprinkler LLC 2559 E. Loop 820 N. Fort Worth, TX 76118 | Unsecured | 2559 E. Loop 820 N. Fort Worth, TX 76118 ---------------------------------- * * * | $4,577.58 | $0.00 | 4,577.58 |
| 37 610 | West Roofing Systems Inc 121 Commerce Dr LaGrange, OH 44050 | Unsecured | 121 Commerce Dr LaGrange, OH 44050 ---------------------------------- * * * | $6,450.00 | $0.00 | 6,450.00 |
| 39 610 | Twin Fire Protection 2114 E. 11th St. Weslaco, TX 78596 | Unsecured | 2114 E. 11th St. Weslaco, TX 78596 ---------------------------------- * * * | $11,700.00 | $0.00 | 11,700.00 |
| 41 610 | Silver Star Shopping Center, LLC 6000 Metrowest Blvd Suite 101 Orlando, FL 32835 | Unsecured | 6000 Metrowest Blvd Suite 101 Orlando, FL 32835 ---------------------------------- * * * | $21,574.04 | $0.00 | 21,574.04 |
| 42 610 | River City Mechanical, Inc. David A. Grace Hardin & Grace, P.A.,P.O. Box 5851 North Little Rock, AR 72119-5851 | Unsecured | David A. Grace Hardin & Grace, P.A.,P.O. Box 5851 North Little Rock, AR 721195851 ---------------------------------- * * * | $47,401.19 | $0.00 | 47,401.19 |
| 44 610 | WW Contractors, Inc. David Gaffey, Whiteford, Taylor & Presto 3190 Fairview Park Drive, Suite 800 Falls Church, VA 22042 | Unsecured | David Gaffey, Whiteford, Taylor & Preston LLP 3190 Fairview Park Drive, Suite 800 Falls Church, VA 22042 ---------------------------------- * * * | $0.00 | $0.00 | 0.00 |

| Case Number: | 18-82948-CRJ7 | | Page: 9 | | Date: May 23, 2022 |
|---|---|---|---|---|---|
| Debtor Name: | SARAI SERVICES GROUP, INC. | | | | Time: 03:17:36 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 45 610 | Infraredteam LLC PO Box 851826 Mesquite, TX 75185 | Unsecured | PO Box 851826 Mesquite, TX 75185 ----------------------------------------* * * | $2,600.00 | $0.00 | 2,600.00 |
| 46 610 | United States Department of Labor/Wage and Hour Di Wage and Hour Division SW Regional Offic 525 S. Griffin St., Room 800 Dallas, TX 75202 | Unsecured | Wage and Hour Division SW Regional Offic 525 S. Griffin St., Room 800 Dallas, TX 75202 ----------------------------------------* * * | $388,311.71 | $0.00 | 388,311.71 |
| 49 610 | Dept. of Labor and Industry 651 Boas St, Rm 925 Harrisburg, PA 17121 | Unsecured | 651 Boas St, Rm 925 Harrisburg, PA 17121 ----------------------------------------* * * | $2,276.53 | $0.00 | 2,276.53 |
| 50 -2 610 | State of Michigan, Department of Treasury 3030 W. Grand Blvd., Ste.10-200 Detroit, MI 48202 | Unsecured | 04/05/2021 Amendment 50-2 imported by JT; original claim didn't exist ---------------------------------------- 3030 W. Grand Blvd., Ste.10-200 Detroit, MI 48202 ----------------------------------------* * * | $1,135.18 | $0.00 | 1,135.18 |
| 51 610 | West Roofing Systems Inc 121 Commerce Dr LaGrange, OH 44050 | Unsecured | 121 Commerce Dr LaGrange, OH 44050 ----------------------------------------* * * | $6,450.00 | $0.00 | 6,450.00 |
| 52 610 | Infraredteam LLC PO Box 851826 Mesquite, TX 75185 | Unsecured | PO Box 851826 Mesquite, TX 75185 ----------------------------------------* * * | $2,600.00 | $0.00 | 2,600.00 |
| **<< Totals >>** | | | | 2,610,323.88 | 77,870.59 | 2,532,453.29 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-82948-CRJ7
Case Name: SARAI SERVICES GROUP, INC.
Trustee Name: JUDITH THOMPSON

**Balance on hand:** $ 144,421.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Atlas Acquisitions LLC | 66,717.83 | 0.00 | 0.00 | 0.00 |
| 30 -2 | PEARL DELTA FUNDING, LLC | 133,855.00 | 0.00 | 0.00 | 0.00 |
| 40 | Lynda Hall, Tax Collector of Madison CO, AL | 37,052.22 | 3,041.79 | 3,041.79 | 0.00 |
| 43 | CenterState Bank, N.A., successor by merger to Nat | 79,344.45 | 0.00 | 0.00 | 0.00 |
| ADM | Madison Co.Tax Collector | 10,455.56 | 7,413.77 | 7,413.77 | 0.00 |
| ADM | Ala Dept of Revenue | 1,647.83 | 1,647.83 | 1,647.83 | 0.00 |
| ADM | Madison Co. Tax Collector | 297.94 | 297.94 | 297.94 | 0.00 |

Total to be paid to secured creditors: $ 0.00

Remaining balance: $ 144,421.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JUDITH THOMPSON | 14,500.00 | 0.00 | 14,500.00 |
| Trustee, Expenses - JUDITH THOMPSON | 917.30 | 0.00 | 917.30 |
| Attorney for Trustee, Expenses - Michael C, Moore, Attorney | 125.00 | 125.00 | 0.00 |
| Accountant for Trustee, Fees - Edmond Denaburg, CPA | 5,000.00 | 5,000.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 15,417.30

Remaining balance: $ 129,004.10

USBA Form 101-7-TFR (05/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - SPARKMAN SHEPARD AND MORRIS P.C. | 29,234.00 | 29,234.00 | 0.00 |
| Other Expenses: UNITED HEALTHCARE INSURANCE (UHIC) & (UHA) | 31,110.26 | 31,110.26 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 129,004.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $712,354.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 498,926.75 | 0.00 | 0.00 |
| 3P | Luke Henry Messer | 0.00 | 0.00 | 8,437.60 |
| 5 | James Higginbotham II | 0.00 | 0.00 | 9,767.80 |
| 8P | Alabama Department of Revenue | 253.13 | 0.00 | 0.00 |
| 9P | Alabama Department of Revenue | 8,529.76 | 0.00 | 0.00 |
| 10 | Christian Cochran | 0.00 | 0.00 | 1,761.34 |
| 14P | Arkansas Department of Finance & Administration | 13,438.59 | 0.00 | 0.00 |
| 18 -3 | UnitedHealthcare Insurance Company | 103,480.81 | 0.00 | 56,139.14 |
| 21U | Oklahoma Tax Commission | 857.50 | 0.00 | 0.00 |
| 22P | Pennsylvania Department of Revenue | 2,558.63 | 0.00 | 0.00 |
| 22U | Pennsylvania Department of Revenue | 710.42 | 0.00 | 0.00 |
| 54P | Texas Comptroller of Public Accounts | 4,302.58 | 0.00 | 0.00 |
| 54U | Texas Comptroller of Public Accounts | 820.89 | 0.00 | 0.00 |
| 07-P | Travis Menchaca | 0.00 | 0.00 | 6,015.38 |
| 11-P | Juan Martinez | 0.00 | 0.00 | 2,061.44 |
| 12-P | Juan l. Longoria | 0.00 | 0.00 | 2,033.68 |
| 13-P | Javier D Cortez | 0.00 | 0.00 | 5,238.60 |
| 16-P | Donald Buchanan | 0.00 | 0.00 | 7,210.80 |

USBA Form 101-7-TFR (05/1/2011)

| | | | | |
|---|---|---|---|---|
| 20-P | Lee Roy Adams | 0.00 | 0.00 | 3,262.73 |
| 32-P | Timothy S. Milby | 0.00 | 0.00 | 10,385.00 |
| 33-P | Cindy C. Milby | 0.00 | 0.00 | 4,543.20 |
| 38-P | Rebecca Burow | 0.00 | 0.00 | 1,750.38 |
| 47-P | Noriko Leeth | 0.00 | 0.00 | 3,744.14 |
| 48-P2 | Patrick Clay | 12,263.17 | 0.00 | 6,652.87 |

Total to be paid for priority claims: $ 129,004.10

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,804,681.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 69,200.32 | 0.00 | 0.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK | 152,708.08 | 0.00 | 0.00 |
| 4 | ONEBEACON INSURANCE GROUP | 52,973.00 | 0.00 | 0.00 |
| 8U | Alabama Department of Revenue | 133.00 | 0.00 | 0.00 |
| 9U | Alabama Department of Revenue | 1,849.22 | 0.00 | 0.00 |
| 13U | Javier D Cortez | 3,150.00 | 0.00 | 0.00 |
| 14U | Arkansas Department of Finance & Administration | 6,326.97 | 0.00 | 0.00 |
| 19 | Capital One Bank (USA), N.A. | 41,336.28 | 0.00 | 0.00 |
| 21P | Oklahoma Tax Commission | 44.40 | 0.00 | 0.00 |
| 23P-3 | Canon Financial Services, Inc. | 2,910.89 | 0.00 | 0.00 |
| 23U-3 | Canon Financial Services, Inc. | 16,913.06 | 0.00 | 0.00 |
| 24 | Airetech Corporation | 1,625.34 | 0.00 | 0.00 |
| 25 | Performance Controls Group, LLC. | 6,314.00 | 0.00 | 0.00 |
| 27 | Hurfco Ind. DBA Hurricane Fence Co. | 1,369.36 | 0.00 | 0.00 |
| 28 | Johnstone Supply - Brownsville | 4,195.96 | 0.00 | 0.00 |

**USBA Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 29 | Berry Pool | 702.08 | 0.00 | 0.00 |
| 31 -2 | Reflin Galaxy, LLC | 170,462.74 | 0.00 | 0.00 |
| 34 | United States Dept. of Labor | 772,651.98 | 0.00 | 0.00 |
| 35 | **Texas Comptroller | 4,738.76 | 0.00 | 0.00 |
| 36 | LifeProtection Sprinkler LLC | 4,577.58 | 0.00 | 0.00 |
| 37 | West Roofing Systems Inc | 6,450.00 | 0.00 | 0.00 |
| 39 | Twin Fire Protection | 11,700.00 | 0.00 | 0.00 |
| 41 | Silver Star Shopping Center, LLC | 21,574.04 | 0.00 | 0.00 |
| 42 | River City Mechanical, Inc. | 47,401.19 | 0.00 | 0.00 |
| 45 | Infraredteam LLC | 2,600.00 | 0.00 | 0.00 |
| 46 | United States Department of Labor/Wage and Hour Di | 388,311.71 | 0.00 | 0.00 |
| 49 | Dept. of Labor and Industry | 2,276.53 | 0.00 | 0.00 |
| 50 -2 | State of Michigan, Department of Treasury | 1,135.18 | 0.00 | 0.00 |
| 51 | West Roofing Systems Inc | 6,450.00 | 0.00 | 0.00 |
| 52 | Infraredteam LLC | 2,600.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

USBA Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**USBA Form 101-7-TFR (05/1/2011)**