UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION

IN RE:
SARAI SERVICES GROUP, INC.
TIN: 46-XXX2969

CASE NO. 18-82948-CRJ-7

## UNCLAIMED FUNDS

Judith Thompson, Trustee in the above styled case, hereby reports that the following check(s) to creditors have not been presented to the proper bank for payment:

| CLAIM NO. | NAME & LAST KNOWN ADDRESS OF CREDITOR | CHECK AMT. |
|---|---|---|
| #10 | Christian Cochran<br>303 S. Bentwood Drive<br>Midland, Texas 79703 | $1,761.34 |

The Trustee made a search for an up to date address. Nothing located.

**Payment made thru ECF on line**

Respectfully submitted this 2nd day of December, 2022.

/s/ Judith Thompson
**Judith Thompson, Trustee**
P.O. Box 18966
Huntsville, Al. 35804
Ph. 256-880-2217